# Exhibit i



# Companies House

# RP04(ef)

### Second Filing of a Previously Filed Document

*Company Name:* **123-REG LIMITED**
*Company Number:* **05306504**

*Received for filing in Electronic Format on the:* **18/12/2023**    *XCIMMENV*

## Description of the original document

*Document type:* **Appointment of Director**
**AP01**

*Date of registration of*
*original document:* **01/10/2021**



# AP01 (ef)

| Appointment of Director |
|---|

Company Name:  **123-REG LIMITED**
Company Number:  **05306504**

Received for filing in Electronic Format on the: **18/12/2023**

## New Appointment Details

Date of Appointment:  **01/10/2021**

Name:  **MR NICHOLAS ANTHONY DADDARIO**

The company confirms that the person named has consented to act as a director.

Service Address:  **2155 EAST GODADDY WAY
TEMPE
ARIZONA
UNITED STATES
85284**

Country/State Usually Resident:  **UNITED STATES**

Date of Birth:  **\*\*/04/1969**

Nationality:  **AMERICAN**

Occupation:  **CHIEF ACCOUNTING OFFICER**

# Authorisation

**Authenticated**

**This form was authorised by one of the following:**

**Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor**

# Exhibit ii

**Registered number: 05306504**

**123-Reg Limited**

**Annual report and financial statements**

**For the year ended 31 December 2023**



A34          27/09/2024          #266
COMPANIES HOUSE

**123-Reg Limited**

**Company Information**

| | |
|---|---|
| **Directors** | Nicholas Anthony Daddario |
| | Andrew Gradon (appointed 11 June 2024) |
| | |
| **Registered number** | 05306504 |
| | |
| **Registered office** | 5th Floor |
| | The Shipping Building |
| | Old Vinyl Factory |
| | 252 - 254 Blyth Road |
| | Hayes |
| | Middlesex |
| | UB3 1HA |
| | |
| **Independent auditors** | Kreston Reeves LLP |
| | Chartered Accountants & Statutory Auditor |
| | 2nd Floor |
| | 168 Shoreditch High Street |
| | London |
| | E1 6RA |
| | |
| **Bankers** | BNP Paribas Bank |
| | 7 Harewood Avenue |
| | London |
| | NW1 6AA |

**123-Reg Limited**

**Contents**

|                                   | Page    |
|-----------------------------------|---------|
| **Strategic report**              | 1 - 7   |
| **Directors' report**             | 8 - 12  |
| **Independent auditors' report**  | 13 - 16 |
| **Income statement**              | 17      |
| **Balance sheet**                 | 18      |
| **Statement of changes in equity**| 19      |
| **Notes to the financial statements** | 20 - 43 |

**123-Reg Limited**

**Strategic report**
**For the year ended 31 December 2023**

The directors present their strategic report for the year ended 31 December 2023.

**Principal activity**

The company provides web hosting, network services and issues internet domain names to customers ranging from private individuals to large corporations.

**Results and dividends**

The loss for the year after taxation amounted to £56.5m (2022: profit of £34.0m).

There were no dividends paid in the year (2022: £3.0m).

**Key performance indicators**

The company has financial KPIs which it monitors on a regular basis at group level and, where relevant, at business unit management meetings as follows:

|  | Year ended 31 December 2023 | Year ended 31 December 2022 |
|---|---|---|
| Revenue | **£57.6m** | £62.0m |
| Gross profit | **£35.9m** | £40.2m |
| Gross profit margin | **62.3%** | 64.8% |
| EBITDAE(i) | **(£2.2)m** | £12.6m |
| Profit before tax (PBT) | **(£56.3)m** | £34.4m |

(i) EBITDAE is earning before interest, tax, depreciation, amortisation, exceptional items and dividends received. A reconciliation of this figure can be found below:

|  | Year ended 31 December 2023 | Year ended 31 December 2022 |
|---|---|---|
| Operating (loss)/profit per income statement | **(£88.8)m** | £11.0m |
| *Additions:* |  |  |
| Depreciation of tangible fixed assets (note 16) | **£0.8m** | £0.8m |
| Depreciation of tangible fixed assets-right of use (note 16) | **£0.4m** | £0.7m |
| Amortisation of intangible assets (note 15) | **£0.1m** | £0.1m |
| Impairment of investments (note 17) | **£85.3m** | £Nil |
| **EBITDAE** | **(£2.2)m** | £12.6m |

The company has seen a decrease in revenue of £4.4m in 2023 compared to 2022 across all revenue streams due to low volume of new sales and decrease in renewals as the customers were transitioned to the GoDaddy Inc platform. Gross profit margin has dropped 2.4% due to increased business application costs and the intercompany charge for domain cost also increased by £3.0m resulting in lower margin.

The EBITDAE in 2023 is lower by £14.8m mainly because of reduced revenue (£4.4m), restructuring costs (£1.4m) and the effects of currency exchange differences of £9.7m (2023 showed a currency exchange loss of £3.0m vs a currency exchange gain of £6.7m in 2022).

**123-Reg Limited**

**Strategic report (continued)**
**For the year ended 31 December 2023**

**Principal risks and uncertainties**

Senior management are aware of their responsibility for managing risks within their business units. Each business unit head reports to the board on the status of these risks through management reports. Risk is regularly reviewed at board level to ensure that risk management is being implemented and monitored effectively. This includes monitoring the commercial and general risk, credit risk and liquidity risk of those subsidiaries, which included consideration of the impact of the Russia-Ukraine war. We have identified that liquidity is a risk, and this is mitigated by a group letter of support. We have considered and concluded there is no material impact resulting from the Russia-Ukraine war on the principal risks and uncertainties. We have also considered the impact of the general macro-economic conditions, such as rise in interest rates, inflation of energy costs. Regarding interest rates, we have not had an impact as the Company has no external financing subject to rising interest rates. Inflation in the energy costs has had an impact on the gross margin but some risk is mitigated by entering into the contract with the energy supplier. The GoDaddy Inc. group of which the Company is a subsidiary, is exposed to the risk of cyber attacks. These forms of attacks involve situations where the threat is not compiled or undetectable within our observation and threat indicators space until the moment it is launched. In addition, there has been an increase in the number of malicious software attacks in the technology industry generally, including newer strains of malware, ransomware and cryptocurrency mining software. Moreover, retaliatory acts by Russia in response to economic sanctions or other measures taken by the international community against Russia arising from the Russia-Ukraine military conflict could include an increased number or severity of cyber attacks from Russia or its allies.

The company has not been subjected to any cyber attacks and the risk of cyber attacks continues to be monitored on group level (Quarterly 10-Q report 30 June 2024 - Item 1A - Risk Factors page 40 & 41).

The board's policy is to ensure that the business units are empowered to run their business effectively and appropriately, bearing in mind the requirements for timely decision-making and commercial reality. Through management reports, risks are high lighted and monitored to identify potential business risk areas and to quantify and address the risk wherever possible.

*Commercial and general risk*

Commercial and general risk arise due to the economic uncertainty. Standard form contracts are provided for commercial use and to assist the commercial function to negotiate within approved parameters. Insurance policies are regularly reviewed to ensure these are adequate, appropriate and in line with the nature, size and complexity of the business.

*Credit risk*

Credit risk may arise because of the non-payment by customers. The majority of the company's customers pay in advance for services. Where services are supplied without advance payment, a credit review of the customers is performed if applicable or when there is evidence of continued non-payment.

*Liquidity risk*

Liquidity risk may arise due to overspending by the company. The liquidity risk is mitigated by a group letter of support.

123-Reg Limited

**Strategic report (continued)**
**For the year ended 31 December 2023**

**Statement by the directors in performance of their statutory duties in accordance with Section 172 Companies Act 2006.**

The Directors of 123-Reg Limited are bound by their duties under the Companies Act 2006, including their duty to promote the success of the Company for the benefit of its members as a whole.

The table below sets but how the directors have in performing their duties, had regard to the matters set out in section 172(1)(a) - (f) of the Companies Act 2006, for the year ended 31 December 2023.

The information provided in the table is for the GoDaddy Inc. group of companies, which includes 123-Reg Limited.

| Stakeholder | Why it's important | Our principal decisions |
|---|---|---|
| Customers | We are focused on executing against a customer-led strategy to strengthen our platform, increase experimentation and accelerate our products. Our customers are essential to the success of our business. | GoDaddy is on a mission to empower entrepreneurs everywhere, making opportunity more inclusive for all.<br><br>At any stage of an entrepreneur's journey, 123-Reg, as part of the GoDaddy Group, delivers leading technology and personalised support.<br><br>Our Care Guides prioritise the customer at every step: That means committing on delivering the right products and services at first contact, driving value, exceeding expectations, fostering accessibility and meeting with customers in the ways that best fit their needs. |
| Employees | 123-Reg's foundation rests upon the incredible people who devote their time, talent and energy to working here. That's why 123-Reg takes a human-centred approach focused on individual needs and is continually evolving. | As part of the GoDaddy group, 123-Reg strives for a workplace culture where everyone has the opportunity to thrive. 123-Reg continually challenges its employees.<br><br>***Learning and Development***<br><br>Through our learning and development program, we aim to activate the exponential power of our people. We believe investing in our employees' growth and skills not only benefits them but also contributes to the overall success of our company and our customers. The following are examples of our employee learning and development offerings made available during 2023 (please note these programs are offered to all GoDaddy employees, including 123-Reg employees, so the information included below relates to the GoDaddy group):<br><br>• GoDaddy Learning Days: Two full days of learning dedicated to professional development, inclusive engagement and GoDaddy's business, offered annually. More than 130 employees participated in Learning Days in 2023. |

**123-Reg Limited**

**Strategic report (continued)**
**For the year ended 31 December 2023**

| Stakeholder | Why it's important | Our principal decisions |
|---|---|---|
| Employees (Continued) | | • LinkedIn Learning: A digital library offering more than 13,000 courses covering a wide range of technical, business, software and creative topics.<br><br>• GoDaddy Leadership Development (GoLD): A Manager and Leadership Development program providing ongoing support through a suite of courses covering topics like leading virtually, leading through change, giving feedback, coaching, and having difficult conversations. Nearly 400 leaders engaged with GoLD content in 2023.<br><br>• Decision Lab: A decision-making simulation dedicated to fostering better and faster decision-making, helping to drive better outcomes and contribute to our company goals, offered several times throughout the year. Nearly 230 employees participated in Decision Lab in 2023.<br><br>• Elevate:  A focused, nearly year-long leadership training program that connects GoDaddy Guides in Care and Services with opportunities to develop operational excellence and build leadership skill sets. There were 41 learners that participated in the Elevate Guide program in 2023.<br><br>***Employee Feedback***<br><br>Listening to our employees is a critical component of our talent management approach. Through GoDaddy Voice, our annual engagement survey, we hear firsthand from our employees what is working and where we need to improve.<br><br>In 2023, 80% of our employees (which includes 123-Reg employees) participated in the GoDaddy Voice survey, revealing insights such as:<br><br>• Achieved an average score of 90 out of 100 (scores converted to 100-point scale) on the question, "Employees on my team treat each other with respect."<br><br>• Achieved an average score of 89 out of 100 (scores converted to 100-point scale) on the question, "My supervisor/manager supports me."<br><br>* Employee surveys take place on a global basis, across the entire GoDaddy group; as such the figures and statistics quoted reference the whole of the GoDaddy Group. |

**123-Reg Limited**

**Strategic report (continued)**
**For the year ended 31 December 2023**

| Stakeholder | Why it's important | Our principal decisions |
|---|---|---|
| | | ***Employee engagement and socialising opportunities***<br><br>The GoDaddy Fun Fund provides resources for employees to engage in important teambuilding activities — either in-person or virtually. Everyday Champions is our global employee recognition program that connects our global workforce, allowing employees to recognize and celebrate each other's successes, from going above and beyond at work to simply stepping in to lend a hand where needed. Employees can give recognition and managers and people leaders can give points-based recognition to their coworkers.<br><br>***Diversity, Equity, Inclusion, and Belonging and Pay Equity***<br><br>We proudly publish our diversity metrics and the results of our annual pay parity covering GoDaddy's global employees, including 123-Reg employees.<br><br>To support building a more diverse and inclusive company, GoDaddy made a deliberate effort to recognise and reduce unconscious bias in our recruitment and employee practices and systems, including performance reviews and promotions. We employ several strategies to promote inclusive and equitable candidate and employee experiences for 123-Reg employees and all of GoDaddy, including:<br><br>• Writing job descriptions to reduce gendered language bias and develop inclusive language across job descriptions.<br><br>• Offering interviewer training on best practices for an inclusive candidate experience and to mitigate bias in the interview process.<br><br>• Employing promotion flagging processes that proactively identify potential eligible employees who could be reviewed for promotion consideration, rather than relying on subjective criteria and identification.<br><br>We also support our 11 Employee Resource Groups, which play a critical part of what fosters our culture of inclusivity. These employee-led groups are formed around common missions, identities, affinities or interests, including those who are allies and champions. ERGs provide a space for employees to develop relationships, support professional development (both for themselves and others), engage in corporate projects and programs, learn from each other and participate in fun activities. |

123-Reg Limited

**Strategic report (continued)**
**For the year ended 31 December 2023**

| Stakeholder | Why it's important | Our principal decisions |
|---|---|---|
| Shareholders | Engagement with our shareholders occurs through regular meetings and our AGM. We are committed to delivering on the financial results that we've promised | In 2023, the GoDaddy group: <ul><li>Served 21 million customers</li><li>Generated $4.3 billion in revenue, a 4 % year over year growth</li><li>Reported unlevered free cash flow** of $1.3 billion, a 14 % increase</li></ul> **Unlevered Free Cash Flow is a measure of our liquidity used by management to evaluate our business prior to the impact of our capital structure and after purchases of property and equipment. Such liquidity can be used by us for strategic opportunities and strengthening our balance sheet. However, given our debt obligations, unlevered free cash flow does not represent residual cash flow available for discretionary expenses. |
| Communities | We recognize that the entrepreneurial journey is as diverse and unique as entrepreneurs themselves. We're committed to providing equitable resources that support and empower everyone, including entrepreneurs in and from underserved communities. | GoDaddy's social impact work, overseen by the GoDaddy for Good team, is an extension of our company ethos; we dedicate GoDaddy resources towards inclusive entrepreneurship causes. Programs include: <ul><li>Environment, Social, Governance – in 2024, GoDaddy published its fourth annual sustainability report outlining our Environmental, Social, and Governance (ESG) strategies, activities, progress, metrics and performance. This report covered GoDaddy's global practices, including 123-Reg, between 1 January 2023 and 31 December 2023.</li><li>Empower by GoDaddy, our signature social impact program, GoDaddy partners with local community organizations and nonprofits to help propel entrepreneurship in underserved communities. Together, we provide in-person and virtual educational workshops, technology tools, mentorship opportunities and peer networks to thousands of small and microbusiness owners across the U.S., Europe and Canada. In 2023, Empower by GoDaddy provided over a million dollars (USD) in funding to its partners.</li><li>Employee giving and volunteerism  - GoDaddy Community Rewards - We inspire, enable and encourage our employees to be a force for good through giving and volunteerism. All eligible full-time employees receive 20 hours of paid time off annually to volunteer. To support the passion our employees, have for giving back, GoDaddy employees are provided with an annual $1,500.00 USD or local currency equivalent community rewards budget to allocate $35.00 USD for every hour volunteered, and request dollar-for-dollar corporate donation matching towards the approved charity of their choice.</li></ul> These programs are offered to all GoDaddy employees, including 123-Reg employees. |

**123-Reg Limited**

**Strategic report (continued)**
**For the year ended 31 December 2023**

**Future developments**

The company plans to continue its existing activities.

This report was approved by the board and signed on its behalf.

Signed by:

*Nicholas Anthony Daddario*

B3D906476C5D4C4...

**Nicholas Anthony Daddario**
Director
Date: 26 September 2024

**123-Reg Limited**

**Directors' report**
**For the year ended 31 December 2023**

The directors present their annual report on the affairs of the company, together with the financial statements for the year ended 31 December 2023.

In accordance with s414C of the Companies Act 2006, the directors have opted to include the following areas of importance in their strategic report:

- Results and Dividends
- Future Developments
- Principal Risks and Uncertainties

**Directors**

The directors who served throughout the year and up to the date of signing these financial statements were:

Nicholas Anthony Daddario
Michele Lau (resigned 17 November 2023)
Sara Silveira Da Costa Da Chuna Rego (resigned 11 June 2024)
Andrew Gradon (appointed 11 June 2024)

**Going concern**

The company had net current assets of £492,023,000 as of 31 December 2023 (2022: £458,093,000). Cash at bank and in hand was £3,447,000 as of 31 December 2023 (2022: £4,097,000), and the company has continued to generate profits and positive cash flows since the year end.

In assessing whether the going concern basis is appropriate, the directors take into account all available information about the future including financial forecasts up to and including 31 December 2025. The directors have performed this review at a company level and have also performed a review for the entire group including considering the impact of the Russia-Ukraine war and have concluded that they do not impact the going concern of the business. The directors have also considered the impact of the current economic condition such as inflation in the energy costs which have been higher overall in FY 2023 which have had an impact on the lower gross margin but will closely monitor the situation. The directors are satisfied that GoDaddy Inc, as the ultimate parent company, has sufficient ability to fulfil its obligations under the parental support arrangement based on the available resources and continued strong performance during the current economic conditions.

In making this conclusion, the Directors have considered the letter of support the company received from GoDaddy Inc. confirming that it will provide financial support as needed for a period until 31 December 2025. The Directors have a reasonable expectation that the company has adequate resources to continue in operational existence for the period until 31 December 2025 due to the ongoing financial results the parent company which are publicly available. The Directors noted GoDaddy Inc. continues to be cash generative and had cash and cash equivalents of over $444.9m as at 30 June 2024, has no significant debt maturities until 2029 and in May 2024, GoDaddy Inc entered into an amendment to its credit agreement providing for a new $1.0 billion tranche of term loans, extending the maturity of certain term loans to 2031 and securing a 25 basis point reduction on the refinanced debt. In addition the proceeds were used to repay a portion of its existing term loans maturing in 2029. GoDaddy Inc. also has an undrawn $998.7m revolving credit facility available as at 30th June 2024. All of the information in this paragraph being publicly available information shared by GoDaddy Inc..

Thus, they continue to adopt the going concern basis in preparing these financial statements.

**123-Reg Limited**

**Directors' report (continued)**
**For the year ended 31 December 2023**

**Directors' responsibilities statement**

The directors are responsible for preparing the Strategic report, the Directors' report and the financial statements in accordance with applicable law and regulations.

Company law requires the directors to prepare financial statements for each financial year. Under that law the directors have elected to prepare the financial statements in accordance with applicable law and United Kingdom Accounting Standards (United Kingdom Generally Accepted Accounting Practice), including Financial Reporting Standard 101 'Reduced Disclosure Framework'. Under company law the directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the Company and of the profit or loss of the Company for that period.

In preparing these financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;
- make judgments and accounting estimates that are reasonable and prudent;
- state whether applicable UK Accounting Standards have been followed, subject to any material departures disclosed and explained in the financial statements;
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the Company will continue in business.

The directors are responsible for keeping adequate accounting records that are sufficient to show and explain the Company's transactions and disclose with reasonable accuracy at any time the financial position of the Company and to enable them to ensure that the financial statements comply with the Companies Act 2006. They are also responsible for safeguarding the assets of the Company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

**Directors' insurance and indemnity**

The Directors have the benefit of the indemnity provisions contained in the Company's Articles of Association ('Articles'), and the Company has maintained throughout the year Directors' and officers' liability insurance for the benefit of the Company, the Directors and its officers. The Company has entered into qualifying third-party indemnity arrangements for the benefit of all its Directors in a form and scope which comply with the requirements of the Companies Act 2006 and which were in force throughout the year and remain in force.

**123-Reg Limited**

**Directors' report (continued)**
**For the year ended 31 December 2023**

**Streamlined Energy and Carbon Reporting (SECR) Disclosure**

The SECR disclosure presents 123-Reg Limited's ("123-Reg") carbon footprint across Scope 1, 2, and mandatory Scope 3 emissions. This report also presents an appropriate intensity metric, the total energy use of electricity, gas, and transport fuel. The report also includes a summary of energy efficiency actions taken during the financial year ending 31 December 2023 and the figures for the previous year, the financial year ending 31 December 2022.

| | Year to 31st December 2023 | Year to 31st December 2022 |
|---|---|---|
| Energy consumption used to calculate emissions (kWh) | 4,418,685 | 5,505,171 |
| Emissions from combustion of gas (Scope I) $tCO_2e$ | 3 | 0 |
| Emissions from combustion of fuel for transport purposes (Scope 1) $tCo_2$ | 0 | 0 |
| Emissions from purchased electricity (Scope 2, location-based) $tCO_2e$ | 911 | 1,065 |
| Emissions from purchased electricity (Scope 2, market-based) $tCO_2e$ | 0 | 0 |
| Emissions from business travel in rental cars or employee-owned vehicle (Scope 3) $tCO_2e$ | 0 | 0 |
| Total gross emissions based on above (location based) $tCO_2e$ | 915 | 1,065 |
| Total gross emissions based on above (market based) $tCO_2e$ | 3 | 0 |
| Intensity ratio (location-based) kgCO2e/£1 million turnover | 14.7424 | 17.1886 |
| Intensity ratio (market-based) kgCO2e/£1 million turnover | 0.0531 | 0 |
| Intensity ratio (location-based) tCO2e/FTE | 5.7520 | 4.5905 |
| Intensity ratio (market-based) tCO2e/FTE | 0.0207 | 0 |

Energy efficiency action summary

In 2023, 123-Reg improved its carbon emissions intensity through operational and technological actions mentioned below. Compared to 2022, the improvement in our intensity ratio is attributable to the decrease in our total emissions.

Energy efficiency actions taken in 2023 include:

- As a result of encouraging our employees to work from home, devices in the office consume less energy.
- 123-Reg Limited was supplied renewable electricity throughout the reporting year, incentivising renewable electricity production and enabling our company to report zero emissions under the market-based emissions reporting approach.

**123-Reg Limited**

**Directors' report (continued)**
**For the year ended 31 December 2023**

**Methodology notes**

| | |
|---|---|
| Reporting Period | 1st of January 2023 – 31st of December 2023 |
| Boundary (consolidation approach) | Operational approach |
| Alignment with financial reporting | SECR disclosure has been prepared in line with 123-Reg Limited's annual accounts made up to 31st December 2023. |
| Reporting method | GHG Emissions reporting is consistent with the Greenhouse Gas (GHG) Protocol Corporate Accounting and Reporting Standard |
| Emissions factor source | Emission factors: DEFRA, 2022 for all Conversionfactors:https://www.gov.uk/government/publications/greenhouse-gas-reporting-conversion-factors-2023 |
| Calculation method | Activity Data x Emission Factor = GHG emissions<br>Activity Data x Conversion Factor = kWh consumption |
| Reason for the intensity measurement choice | Based on the nature of our business, as well as following the recommendations of the SECR legislation we chose annual turnover for the intensity metric. Moreover, we included FTE as an additional metric. |
| Other relevant information on the calculation | Where applicable consumption was converted to kWh using conversion factors linked above, while emissions were calculated with the DEFRA emission factors. |
| Exclusions | Scope 3 transport fuels and the associated emissions were calculated and were found to be de minimis (<1%). As the information is not practical to obtain routinely and is immaterial, we have excluded this category from our annual reporting. |
| Information on renewable electricity | 123-Reg has contracted Renewable Electricity from Drax. The Drax Assurance Statement issued in 2023 confirms that the Renewable Source Electricity and the Biomass Renewable Electricity meet the Quality Criteria of the GHG Protocol (2015). Following the GHG Protocol Corporate Standards' market-based approach, this allows us to calculate the Scope 2 emissions with 0 emission factor for the electricity consumption in the period January 2023 to December 2023. |
| Estimations | Actual electricity consumption figures were not available, therefore this portion of our energy use was estimated. This accounts for 100% of our natural gas use and less than 1% of our total energy use. |
| Rounding | Due to rounding, there might be a minor difference compared to the actual GHG emissions (no more than 1%) |

**Post balance sheet events**

There have been no significant events affecting the Company since the year end.

**123-Reg Limited**

**Directors' report (continued)**
**For the year ended 31 December 2023**

**Disclosure of information to auditors**

Each of the persons who are directors at the date of approval of this report confirms that:

- as far as the director are aware, there is no relevant audit information of which the Company's auditor are unaware, and

- the director have taken all the steps that they ought to have been taken as directors in order to be aware of any relevant audit information and to establish that the Company's auditor are aware of that information.

**Auditors**

The auditors, Kreston Reeves LLP, were appointed as the Company's auditors on 19 March 2024 and will be proposed for reappointment in accordance with section 485 of the Companies Act 2006.

This report was approved by the board and signed on its behalf.

Signed by:

*Nicholas Anthony Daddario*

B3D906476C5D4C4...

**Nicholas Anthony Daddario**
Director
Date: 26 September 2024

123-Reg Limited

**Independent auditors' report to the members of 123-Reg Limited**

### Opinion

We have audited the financial statements of 123-Reg Limited (the 'Company') for the year ended 31 December 2023, which comprise the Income statement, the Balance sheet, the Statement of changes in equity and the related notes, including a summary of significant accounting policies. The financial reporting framework that has been applied in their preparation is applicable law and United Kingdom Accounting Standards, including Financial Reporting Standard 101 'Reduced Disclosure Framework' (United Kingdom Generally Accepted Accounting Practice).

In our opinion the financial statements:

- give a true and fair view of the state of the Company's affairs as at 31 December 2023 and of its loss for the year then ended;
- have been properly prepared in accordance with United Kingdom Generally Accepted Accounting Practice; and
- have been prepared in accordance with the requirements of the Companies Act 2006.

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (UK) (ISAs (UK)) and applicable law. Our responsibilities under those standards are further described in the Auditors' responsibilities for the audit of the financial statements section of our report. We are independent of the Company in accordance with the ethical requirements that are relevant to our audit of the financial statements in the United Kingdom, including the Financial Reporting Council's Ethical Standard and we have fulfilled our other ethical responsibilities in accordance with these requirements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Conclusions relating to going concern

In auditing the financial statements, we have concluded that the directors' use of the going concern basis of accounting in the preparation of the financial statements is appropriate.

Based on the work we have performed, we have not identified any material uncertainties relating to events or conditions that, individually or collectively, may cast significant doubt on the Company's ability to continue as a going concern for a period of at least twelve months from when the financial statements are authorised for issue.

Our responsibilities and the responsibilities of the directors with respect to going concern are described in the relevant sections of this report.

### Other information

The other information comprises the information included in the Annual Report other than the financial statements and our Auditors' report thereon. The directors are responsible for the other information contained within the Annual Report. Our opinion on the financial statements does not cover the other information and, except to the extent otherwise explicitly stated in our report, we do not express any form of assurance conclusion thereon. Our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the course of the audit, or otherwise appears to be materially misstated. If we identify such material inconsistencies or apparent material misstatements, we are required to determine whether this gives rise to a material misstatement in the financial statements themselves. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact.

We have nothing to report in this regard.

**123-Reg Limited**

**Independent auditors' report to the members of 123-Reg Limited (continued)**

**Opinion on other matters prescribed by the Companies Act 2006**

In our opinion, based on the work undertaken in the course of the audit:

- the information given in the Strategic report and the Directors' report for the financial year for which the financial statements are prepared is consistent with the financial statements; and
- the Strategic report and the Directors' report have been prepared in accordance with applicable legal requirements.

**Matters on which we are required to report by exception**

In the light of the knowledge and understanding of the Company and its environment obtained in the course of the audit, we have not identified material misstatements in the Strategic report or the Directors' report.

We have nothing to report in respect of the following matters in relation to which the Companies Act 2006 requires us to report to you if, in our opinion:

- adequate accounting records have not been kept, or returns adequate for our audit have not been received from branches not visited by us; or
- the financial statements are not in agreement with the accounting records and returns; or
- certain disclosures of directors' remuneration specified by law are not made; or
- we have not received all the information and explanations we require for our audit.

**Responsibilities of directors**

As explained more fully in the Directors' responsibilities statement set out on page 9, the directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view, and for such internal control as the directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the directors are responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Company or to cease operations, or have no realistic alternative but to do so.

**123-Reg Limited**

**Independent auditors' report to the members of 123-Reg Limited (continued)**

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an Auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs (UK) will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

Irregularities, including fraud, are instances of non-compliance with laws and regulations. We design procedures in line with our responsibilities, outlined above, to detect material misstatements in respect of irregularities, including fraud. The extent to which our procedures are capable of detecting irregularities, including fraud is detailed below:

Capability of the audit in detecting irregularities, including fraud

Based on our understanding of the company and industry, and through discussion with the directors and other management (as required by auditing standards), we identified that the principal risks of non-compliance with laws and regulations related to health and safety, anti-bribery and employment law. We considered the extent to which non-compliance might have a material effect on the financial statements. We also considered those laws and regulations that have a direct impact on the preparation of the financial statements such as the Companies Act 2006 and taxation legislation. We communicated identified laws and regulations throughout our team and remained alert to any indications of non-compliance throughout the audit. We evaluated management's incentives and opportunities for fraudulent manipulation of the financial statements (including the risk of override of controls), and determined that the principal risks were related to posting inappropriate journal entries to increase revenue or reduce expenditure and management bias in accounting estimates, including valuation of investment in subsidiaries. Audit procedures performed by the engagement team included:

- Discussions with management and assessment of known or suspected instances of non-compliance with and regulations and fraud; and
- Assessment of identified fraud risk factors; and
- Challenging assumptions and judgements made by management in its significant accounting estimates; and
- Confirmation of related parties with management, and review of transactions throughout the period to identify any previously undisclosed transactions with related parties outside the normal course of business; and
- Testing a sample of journal entries with automated data analytics tools to identify any unusual or unexpected relationships, including related party transactions, that may indicate risks of material misstatement due to fraud; and
- Reading minutes of meetings of those charged with governance; and
- Identifying and testing journal entries, in particular any manual entries made at the year end for financial statement preparation.

Because of the inherent limitations of an audit, there is a risk that we will not detect all irregularities, including those leading to a material misstatement in the financial statements or non-compliance with regulation. This risk increases the more that compliance with a law or regulation is removed from the events and transactions reflected in the financial statements, as we will be less likely to become aware of instances of non-compliance.

**123-Reg Limited**

**Independent auditors' report to the members of 123-Reg Limited (continued)**

As part of an audit in accordance with ISAs (UK), we exercise professional judgment and maintain professional scepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion of the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.
- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our Auditors' report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our Auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.
- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Use of our report**

This report is made solely to the Company's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006. Our audit work has been undertaken so that we might state to the Company's members those matters we are required to state to them in an Auditors' report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the Company and the Company's members, as a body, for our audit work, for this report, or for the opinions we have formed.

*Kreston Reeves LLP*

Stephen Moss BSc (Hons) ACA (Senior Statutory Auditor)
for and on behalf of
**Kreston Reeves LLP**
Chartered Accountants
Statutory Auditor
London

27 September 2024

**123-Reg Limited**

**Income statement**
**For the year ended 31 December 2023**

| | Note | 2023 £000 | 2022 £000 |
|---|---|---|---|
| Revenue | 4 | **57,591** | 61,959 |
| Cost of sales | | **(21,648)** | (21,805) |
| **Gross profit** | | **35,943** | 40,154 |
| Administrative expenses | | **(39,450)** | (29,113) |
| Impairment of investments | 13 | **(85,288)** | - |
| **Operating (loss)/profit** | 5 | **(88,795)** | 11,041 |
| Dividend income | 9 | **11,663** | 3,231 |
| Finance income | 10 | **23,743** | 22,944 |
| Finance expenses | 11 | **(2,908)** | (2,836) |
| **(Loss)/profit before tax** | | **(56,297)** | 34,380 |
| Tax on (loss)/profit | 12 | **(169)** | (371) |
| **Profit for the year** | | **(56,466)** | 34,009 |

There are no items of other comprehensive income for 2023 or 2022 other than the (loss)/profit for the year. As a result, no separate Statement of comprehensive income has been presented.

All profit is derived from continuing activities for both 2023 and 2022.

**123-Reg Limited**
**Registered number: 05306504**

**Balance sheet**
**As at 31 December 2023**

| | Note | 2023 £000 | | 2022 £000 |
|---|---|---|---|---|
| **Fixed assets** | | | | |
| Intangible assets | 15 | **267** | | 446 |
| Tangible fixed assets | 16 | **2,043** | | 3,129 |
| Investment in subsidiaries | 17 | **143,958** | | 229,246 |
| | | **146,268** | | 232,821 |
| **Current assets** | | | | |
| Debtors: amounts falling due within one year | 18 | **609,034** | 576,532 | |
| Cash at bank and in hand | | **3,447** | 4,097 | |
| Debtors: amounts falling due more than one year | 18 | **5,464** | 5,548 | |
| | | **617,945** | 586,177 | |
| Creditors: amounts falling due within one year | 20 | **(125,922)** | (128,084) | |
| **Net current assets** | | **492,023** | | 458,093 |
| **Total assets less current liabilities** | | **638,291** | | 690,914 |
| Creditors: amounts falling due more than one year | 21 | **(12,299)** | | (11,958) |
| Provisions | 22 | **(999)** | | (1,265) |
| **Net assets** | | **624,993** | | 677,691 |
| **Capital and reserves** | | | | |
| Called up share capital | 24 | **205,282** | | 205,282 |
| Share premium | 25 | **42,419** | | 42,419 |
| Share based payment reserve | 23 | **11,337** | | 7,569 |
| Profit and loss account | 25 | **365,955** | | 422,421 |
| **Total shareholder's funds** | | **624,993** | | 677,691 |

The financial statements were approved and authorised for issue by the board and were signed on its behalf by:

Signed by:

*Nicholas Anthony Daddario*

B3D906476C5D4C4...

**Nicholas Anthony Daddario**
Director
Date: 26 September 2024

The notes on pages 20 to 43 form part of these financial statements.

DocuSign Envelope ID: 0072E6BD-3D72-4EA7-AEC8-2055E2E5CC1E3

**123-Reg Limited**

**Statement of changes in equity**
**For the year ended 31 December 2023**

| | Called up share capital £000 | Share premium account £000 | Share based payment reserve £000 | Profit and loss account £000 | Total equity £000 |
|---|---|---|---|---|---|
| **At 1 January 2022** | 205,282 | 42,419 | 4,325 | 391,438 | 643,464 |
| **Comprehensive income for the year** | | | | | |
| Profit for the year | - | - | - | 34,009 | 34,009 |
| Share based options reserve | - | - | 3,244 | - | 3,244 |
| **Total comprehensive income for the year** | - | - | 3,244 | 34,009 | 37,253 |
| Dividends | - | - | - | (3,026) | (3,026) |
| **At 1 January 2023** | 205,282 | 42,419 | 7,569 | 422,421 | 677,691 |
| **Comprehensive income for the year** | | | | | |
| Loss for the year | - | - | - | (56,466) | (56,466) |
| Share based option reserve | - | - | 3,768 | - | 3,768 |
| **Total comprehensive income for the year** | - | - | 3,768 | (56,466) | (52,698) |
| **At 31 December 2023** | 205,282 | 42,419 | 11,337 | 365,955 | 624,993 |

The notes on pages 20 to 43 form part of these financial statements.

Page 19

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

1.    **General information**

123-Reg Limited (the Company) is a private company limited by shares, incorporated in England and Wales (registration number 05306504) and domiciled in the United Kingdom under the Companies Act 2006.

The address of its registered office and principal place of business is:

5th Floor
The Shipping Building
Old Vinyl Factory
252-254 Blyth Road
Hayes
Middlesex
UB3 1HA

These financial statements are presented in pounds sterling because that is the currency of the primary economic environment in which the company operates and is the Company's functional currency. Amounts are presented rounded to the nearest thousand, except when otherwise indicated.

2.    **Accounting policies**

2.1  **Basis of preparation of financial statements**

The financial statements have been prepared under the historical cost convention unless otherwise specified within these accounting policies and in accordance with Financial Reporting Standard 101 'Reduced Disclosure Framework' and the Companies Act 2006.

The preparation of financial statements in compliance with FRS 101 requires the use of certain critical accounting estimates. It also requires management to exercise judgment in applying the Company's accounting policies (see note 3).

The following principal accounting policies have been applied:

2.2  **Financial Reporting Standard 101 - reduced disclosure exemptions**

The Company has taken advantage of the following disclosure exemptions under FRS 101:

- the requirements of paragraphs 45(b) and 46-52 of IFRS 2 Share-based payment
- the requirements of IFRS 7 Financial Instruments: Disclosures
- the requirements of paragraphs 91-99 of IFRS 13 Fair Value Measurement
- the requirement in paragraph 38 of IAS 1 'Presentation of Financial Statements' to present comparative information in respect of:
    - paragraph 79(a)(iv) of IAS 1;
    - paragraph 73(e) of IAS 16 Property, Plant and Equipment;
- the requirements of paragraphs 10(d), 10(f), 16, 38A, 38B, 38C, 38D, 40A, 40B, 40C, 40D, 111 and 134-136 of IAS 1 Presentation of Financial Statements
- the requirements of IAS 7 Statement of Cash Flows
- the requirements of paragraphs 30 and 31 of IAS 8 Accounting Policies, Changes in Accounting Estimates and Errors
- the requirements of paragraph 17 and 18A of IAS 24 Related Party Disclosures
- the requirements in IAS 24 Related Party Disclosures to disclose related party transactions entered into between two or more members of a group, provided that any subsidiary which is a party to the transaction is wholly owned by such a member.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.2  **Financial Reporting Standard 101 - reduced disclosure exemptions (continued)**

This information is included in the group accounts of GoDaddy Inc. These group accounts of GoDaddy Inc. are available to the public and can be obtained as set out in note 26.

2.3  **Exemption from preparing consolidated financial statements**

The Company is a parent company that is also a subsidiary included in the consolidated financial statements of a larger group by a parent undertaking established under the law of a state other than the United Kingdom and is therefore exempt from the requirement to prepare consolidated financial statements under section 401 of the Companies Act 2006.

2.4  **Going concern**

The company had net current assets of £492,023,000 as of 31 December 2023 (2022: £458,093,000). Cash at bank and in hand was £3,447,000 as of 31 December 2023 (2022: £4,097,000), and the company has continued to generate profits and positive cash flows since the year end.

In assessing whether the going concern basis is appropriate, the directors take into account all available information about the future including financial forecasts up to and including 31 December 2025. The directors have performed this review at a company level and have also performed a review for the entire group including considering the impact of the Russia-Ukraine war and have concluded that they do not impact the going concern of the business. The directors have also considered the impact of the current economic condition such as inflation in the energy costs which have been higher overall in FY 2023 which have had an impact on the lower gross margin but will closely monitor the situation. The directors are satisfied that GoDaddy Inc, as the ultimate parent company, has sufficient ability to fulfil its obligations under the parental support arrangement based on the available resources and continued strong performance during the current economic conditions.

In making this conclusion, the Directors have considered the letter of support the company received from GoDaddy Inc. confirming that it will provide financial support as needed for a period until 31 December 2025. The Directors have a reasonable expectation that the company has adequate resources to continue in operational existence for the period until 31 December 2025 due to the ongoing financial results the parent company which are publicly available. The Directors noted GoDaddy Inc. continues to be cash generative and had cash and cash equivalents of over $444.9m as at 30 June 2024, has no significant debt maturities until 2029 and in May 2024, GoDaddy Inc entered into an amendment to its credit agreement providing for a new $1.0 billion tranche of term loans, extending the maturity of certain term loans to 2031 and securing a 25 basis point reduction on the refinanced debt. In addition the proceeds were used to repay a portion of its existing term loans maturing in 2029. GoDaddy Inc. also has an undrawn $998.7m revolving credit facility available as at 30th June 2024. All of the information in this paragraph being publicly available information shared by GoDaddy Inc..

Thus, they continue to adopt the going concern basis in preparing these financial statements.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.5  **Investments in subsidiaries**

Investments in subsidiaries are accounted for at cost less, where appropriate, provisions for impairment.

The Company assesses at each reporting date whether there is an indication that an asset may be impaired. If any such indication exists, or when annual impairment testing for an asset is required, the Company makes an estimate of the asset's recoverable amount in order to determine the extent of the impairment loss. An asset's recoverable amount is higher of an asset's or cash-generating unit's fair value less costs to sell and its value in use and is determined for an individual asset, unless the asset does not generate cash inflow that are largely independent of those from other assets or group of assets. Where the carrying amount of an asset exceeds its recoverable amount, the asset is considered impaired and is written down to its recoverable amount. Impairment losses on continuing operations are recognised in the Income statement in those expense categories consistent with the function of the impaired assets.

2.6  **Current and deferred taxation**

The tax expense for the year comprises current and deferred tax. Tax is recognised in the Income statement except that a charge attributable to an item of income and expense recognised as other comprehensive income or to an item recognised directly in equity is also recognised in other comprehensive income or directly in equity respectively.

The current income tax charge is calculated on the basis of tax rates and laws that have been enacted or substantively enacted by the balance sheet date in the countries where the Company operates and generates income.

Deferred tax balances are recognised in respect of all timing differences that have originated but not reversed by the balance sheet date, except that:

- The recognition of deferred tax assets is limited to the extent that it is probable that they will be recovered against the reversal of deferred tax liabilities or other future taxable profits; and

- Any deferred tax balances are reversed if and when all conditions for retaining associated tax allowances have been met.

Deferred tax balances are not recognised in respect of permanent differences except in respect of business combinations, when deferred tax is recognised on the differences between the fair values of assets acquired and the future tax deductions available for them and the differences between the fair values of liabilities acquired and the amount that will be assessed for tax. Deferred tax is determined using tax rates and laws that have been enacted or substantively enacted by the balance sheet date.

2.7  **Revenue**

Revenue is recognised when a contract exists between us and a customer and upon delivery of promised products or services to customers in an amount that reflects the consideration we expect to receive in exchange for those products or services. We enter into contracts that can include various combinations of products and services, which may be capable of being distinct and accounted for as separate performance obligations, or not distinct and therefore accounted for as a single performance obligation. Total contract value is allocated in proportion to the SSP (Standalone Selling Price) of those performance obligations in determining total revenue for that product or service.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.7    **Revenue (continued)**

We report our revenues in the following categories:

*Domains*

Domain's revenue primarily consists of domain registrations and renewals, domain privacy, domain application fees, domain back-orders, aftermarket domain sales and fee surcharges paid to ICANN (The Internet Corporation for Assigned Names and Numbers). Consideration is recorded as contract liabilities (deferred revenue) when received, which is typically at the time of sale, and revenue, other than for aftermarket domain sales, is recognised over the period in which the performance obligations are satisfied, which is generally over the contract term.

Aftermarket domain revenue is recognised at the time when ownership of the domain is transferred to the buyer.

*Hosting and Presence*

Hosting and presence revenue primarily consists of website hosting products, website building products, website security products and online visibility products. Consideration is recorded as contract liabilities when received, which is typically at the time of sale, and revenue is recognised over the period in which the performance obligations are satisfied, which is generally over the contract term.

*Business Applications*

Business applications revenue primarily consists of third-party productivity applications, email accounts and email marketing tools. Consideration is recorded as contract liabilities when received, which is typically at the time of sale, and revenue is recognised over the period in which the performance obligations are satisfied, which is generally over the contract term.

2.8    **Cost of sales**

Costs of sales are the direct costs we incur in connection with selling an incremental product to our customers. Substantially all cost of revenue relates to domain registration fees paid to the various domain registries, payment processing fees, third-party commissions and licensing fees for third party productivity applications. Similar to our revenue policies, we pay domain costs at the time of purchase for the life of each subscription but recognise the costs of service over the term of fulfilment of our customer contracts. The terms of registry pricing are established by agreements between registries and registrars and can vary significantly depending on the top-level domain (TLD).

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.9   **Foreign currency translation**

*Functional and presentation currency*

The Company's functional and presentational currency is GBP.

*Transactions and balances*

Foreign currency transactions are translated into the functional currency using the spot exchange rates at the dates of the transactions.

At each period end foreign currency monetary items are translated using the closing rate. Non-monetary items measured at historical cost are translated using the exchange rate at the date of the transaction and non-monetary items measured at fair value are measured using the exchange rate when fair value was determined.

Foreign exchange gains and losses resulting from the settlement of transactions and from the translation at period-end exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in Income Statement   except when deferred in other comprehensive income as qualifying cash flow hedges.

Foreign exchange gains and losses that relate to borrowings and cash and cash equivalents are presented in the Income statement within 'finance income or costs'. All other foreign exchange gains and losses are presented in the Income Statement within 'other operating income'.

2.10  **Tangible fixed assets**

Tangible fixed assets under the cost model are stated at historical cost less accumulated depreciation and any accumulated impairment losses. Historical cost includes expenditure that is directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management.

Depreciation is charged so as to allocate the cost of assets less their residual value over their estimated useful lives, using the straight-line method.

Depreciation is provided on the following basis:

| | |
|---|---|
| Leasehold improvements | - shorter of the lease term or useful economic life |
| Other property, plant & equipment | - 2 to 10 years |
| Furniture, fittings and equipment | - 3 to 7 years |
| Right-of-use assets - Land and buildings | - shorter of the lease term or useful economic life |

The assets' residual values, useful lives and depreciation methods are reviewed, and adjusted prospectively if appropriate, or if there is an indication of a significant change since the last reporting date.

Gains and losses on disposals are determined by comparing the proceeds with the carrying amount and are recognised in the Income Statement.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.11 **Right-of-use assets and lease liabilities**

The Company is a party to lease contracts for, among others:
a) buildings,
b) other fixed assets,

Leases are recognised, measured and presented in line with IFRS 16 'Leases'.

The Company implemented a single accounting model, requiring lessees to recognise assets and liabilities for all leases.

Based on the accounting policy applied the Company recognises a right-of-use asset and a lease liability at the commencement date of the contract for all leases conveying the right to control the use of an identified assets for a period of time. The commencement date is the date on which a lessor makes an underlying asset available for use by a lessee.

The right-of-use assets are initially measured at cost, which comprises:
- the amount of the initial measurement of the lease liability.
- any lease payments made at or before the commencement date, less any lease incentives.
- any initial direct costs incurred by the lessee.
- an estimate of costs to be incurred by the lessee in dismantling and removing the underlying assets or restoring the site on which the assets are located.

After the commencement date the right-of-use assets are measured at cost less any accumulated depreciation, and any accumulated impairment losses and adjusted for any re-measurement of the lease liability.

Depreciation is calculated using the straight-line method over the estimated useful lives. The predominant estimated useful lives are in line with those disclosed in the previous policy note (fixed assets).

If the lease transfers ownership of the underlying asset to the Company by the end of the lease term or if the cost of the right-of-use-asset reflects that the Company will exercise a purchase option, the Company depreciates the right-of-use-asset from the commencement date to the end of the useful life of the underlying asset. Otherwise, the Company depreciates the right-of-use asset from the commencement date to the earlier of the end of the useful life of the right-of-use-asset or the end of the lease term.

The lease liability is initially measured at the present value of the lease payments that are not paid at that date. These include:
- fixed payments, less any lease incentives receivable.
- variable lease payments that depend on an index or a rate, initially measured using the index or rate as at the commencement date.
- amounts expected to be payable by the lessee under residual value guarantees.
- the exercise price of a purchase option if the lessee is reasonably certain to exercise that option; and
- payments of penalties for terminating the lease, if the lease term reflects the lessee exercising an option to terminate the lease.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.11 **Right-of-use assets and lease liabilities (continued)**

The lease payments are discounted using the Company's incremental borrowing rate, this has been calculated in either of the following ways:
- the rate implicit in the lease contract.
- the Company, which is part of a large group, has calculated that the weighted average incremental borrowing rate is within the range of 5.0-5.5%. As a practical expedient, a lessee may apply a single discount rate to a portfolio of leases with similar characteristics; leases have been grouped according to location, type and lease length.

The lease term determined by the Company comprises:
- non-cancellable period of lease contracts.
- periods covered by an option to extend the lease if the lessee is reasonably certain to exercise that option.
- periods covered by an option to terminate the lease if the lessee is reasonably certain not to exercise that option.

After the commencement date the Company measures the lease liability by:
- increasing the carrying amount to reflect interest on the lease liability.
- reducing the carrying amount to reflect lease payments made, and
- re-measuring the carrying amount to reflect any reassessment or lease modifications.

**Short-term leases and leases of low value assets**

The Company has selected not to recognise right-of-use assets and lease liabilities for short-term leases that have a lease term of 12 months or less and leases of low value assets of less than £5,000. The Company recognises the lease payments associated with these leases as an expense on a straight-line basis over the lease term.

2.12 **Intangible assets**

Intangible assets are initially recognised at cost. After recognition, under the cost model, intangible assets are measured at cost less any accumulated amortisation and any accumulated impairment losses.

2.13 **Provisions for liabilities**

Provisions are recognised when an event has taken place that gives rise to a legal or constructive obligation, a transfer of economic benefits is probable and a reliable estimate can be made.

Provisions are measured as the best estimate of the amount required to settle the obligation, taking into account the related risks and uncertainties.

Increases in provisions are generally charged as an expense to profit or loss.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

### 2.14 Pensions

The company contributes to the personal pension schemes of certain employees. Amounts charged in the Income statement represent amounts payable in the period.

**Defined contribution pension plan**

The Company operates a defined contribution plan for its employees. A defined contribution plan is a pension plan under which the Company pays fixed contributions into a separate entity. Once the contributions have been paid the Company has no further payment obligations.

The contributions are recognised as an expense in profit or loss when they fall due. Amounts not paid are shown in accruals as a liability in the Balance sheet. The assets of the plan are held separately from the Company in independently administered funds.

### 2.15 Exceptional items

Exceptional items are transactions that fall within the ordinary activities of the Company but are presented separately due to their size or incidence.

### 2.16 Financial instruments

The Company recognises financial instruments when it becomes a party to the contractual arrangements of the instrument. Financial instruments are de-recognised when they are discharged or when the contractual terms expire.

The Company's accounting policies in respect of financial instruments transactions are explained below:

*Financial assets*

Financial assets are initially measured at fair value. Transaction costs that are directly attributable to the acquisition or issue of financial assets and financial liabilities (other than financial assets and financial liabilities at fair value through profit or loss) are added to or deducted from the fair value of the financial assets or financial liabilities, as appropriate, on initial recognition.

Transaction costs directly attributable to the 'acquisition of financial assets or financial liabilities at fair value through profit or loss are recognised immediately in the Income statement.

All financial assets are recognised and derecognised on a trade date where the purchase or sale of a financial asset is under a contract whose terms require delivery of the financial asset within the timeframe established by the market concerned, and are initially measured at fair value, plus transaction costs, except for those financial assets classified as at fair value through profit or loss, which are initially measured at fair value.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.16 **Financial instruments (continued)**

All recognised financial assets are subsequently measured in their entirety at either fair value or amortised cost, depending on the classification of the financial assets.

Financial assets are classified into the following specified categories: financial assets 'at fair value through profit loss' (FVTPL) and 'amortised cost'. The classification depends' on the nature and purpose of the financial assets and is determined at the time of initial recognition.

*At amortised cost*

Debt instruments are subsequently measured at amortised cost where they are financial assets held within a business model whose objective is to hold financial assets in order to collect contractual cash flows and selling the financial assets, and the contractual terms of the financial asset give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

*Trade and other receivables*

Trade and other receivables are recognised initially at fair value and subsequently measured at amortised cost using the effective interest method, less provision for impairment.

*Impairment of financial assets*

The Company recognises a loss allowance for expected credit losses on financial instruments that are measured at amortised. The amount of expected credit losses is updated at each reporting date to reflect changes in credit risk since initial recognition of the respective financial instrument.

The Company applies the IFRS 9 simplified approach to measuring expected credit losses which uses a lifetime expected loss allowance for both trade and intercompany receivables. . The expected credit losses on these financial assets are estimated based on the Company's historical credit loss experience, adjusted for factors that are specific to the debtors, general economic conditions and an assessment of both the current as well as the forecast direction of conditions at the reporting date, including time value of money where appropriate. Lifetime ECL represents the expected credit losses that will result from all possible default events over the expected life of a financial instrument.

*Cash and cash equivalents*

Cash and cash equivalents include cash in hand, deposits held at call with banks, other short-term highly liquid investments with original maturities of three months or less, and bank overdrafts. In the balance sheet, bank overdrafts are shown within borrowings in current liabilities. All funding for the company is handled via intercompany.

*Financial liabilities*

Financial liabilities are classified, at initial recognition, as financial liabilities at fair value through profit or loss or at amortised cost.

All financial liabilities are recognised initially at fair value and, in the case of loans and borrowings and payables, net of directly attributable transaction costs.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

2.16 **Financial instruments (continued)**

The measurement of financial liabilities depends on their classification, as described below:

*At amortised cost*

Financial liabilities which are neither contingent consideration of an acquirer in a business combination, held for trading, nor designated as at fair value through profit or loss are subsequently measured at amortised cost using the effective interest method. This is a method of calculating the amortised cost of a financial liability and of allocating interest expense over the relevant period. The effective interest rate (EIR) is the rate that exactly discounts estimated future cash payments through the expected life of the financial liability, or where appropriate a shorter period, to the amortised cost of a financial liability. The EIR amortisation is included as finance costs in the Income statement. This category generally applies to interest-bearing loans and borrowings. This is the category most relevant to the Company.

The Company's financial liabilities include trade and other payables.

*Trade and other payables*

Trade and other payables include obligations to pay for goods or services that have been acquired in the ordinary course of business from suppliers. It includes amounts due to group companies for the services performed in the ordinary course, of business and also intercompany loan balances held as current as these are repayable on demand. They are recognised initially at fair value and subsequently measured at amortised cost using the effective interest method.

*Derecognition*

A financial liability is derecognised when the obligation under the liability is discharged or cancelled or expires. When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as the derecognition of the original liability and the recognition of a new liability. The difference in the respective carrying amounts is recognised in the Income statement. The original liability and the recognition of a new liability. The difference in the respective carrying amounts is recognised in the Income statement

2.17 **Share based payment**

*Equity settled options*

The ultimate parent company issues equity-settled share-based payments to certain employees. The cost of equity settled transactions with employees is measured by reference to the fair value at the date on which they are granted and is recognised as an expense over the vesting period, which ends on the date on which the relevant employees become fully entitled to the award.

No expense is recognised for awards that do not ultimately vest, except for awards where vesting is conditional upon a market, vesting condition or a non-vesting condition, which are treated as vesting irrespective of whether or not the marketing condition or non-vesting condition is satisfied, provided that all other non-market vesting conditions are satisfied.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

2.    **Accounting policies (continued)**

At each balance sheet date before vesting, the cumulative expense is calculated, representing the extent to which has the vesting period has expired and management's best estimate of the achievement or otherwise of non-market vesting conditions and of the number of equity instruments that will ultimately vest. The movement in cumulative expense since the previous balance sheet date is recognised in the Income statement, with a corresponding entry in equity. Where the terms of an equity-settled award are modified or a new award is designated as replacing a cancelled or settled award, the cost based on the original award terms continues to be recognised over the original vesting period.

In addition an expense is recognised over the remainder of the new vesting period for the incremental fair value of any modification, based on the difference between the fair value of the original award and the fair value of the modified award both as measured on the date of the modification. No reduction is recognised if this difference is negative.

Where an equity-settled award is cancelled (including when a non-vesting condition within the control of the entity or employee is not met), it is treated as if it had vested on the date of cancellation, and any cost not yet recognised in the Income statement for the award is expensed immediately. Any compensation paid up to the fair value of the award at the cancellation or settlement date is deducted from equity, with any excess over fair value being treated as an expense in the Income statement.

The Company applies the accelerated vesting attribution method to recognise equity-based compensation expense. The company recognise the expense separately for each vesting tranche. The company also estimates when and if performance-based awards will be earned. If an award is not considered probable of being earned, no amount of expense is recognised. If the award is deemed probable of being earned, the expense is recorded over the estimated service period.

Fair value measured using the Black-Scholes option pricing model takes into account the following inputs:

- the exercise price of the option.
- the life of the option.
- the market price on the date of grant of the option.
- the expected volatility of the share price.
- the dividends expected on the shares, and
- the risk- free interest rate for the life of the option.

The expected life used in the model has been adjusted, based on management's best estimate, for the effects of non-transferability, exercise restrictions and behavioural conditions.

The liability is remeasured to fair value at each reporting date up to and including the settlement date, with changes in fair value recognised in the Income statement for the period.

3.    **Critical accounting judgements and key sources of estimation uncertainty**

The preparation of financial statements requires management to make judgements, estimates and assumptions that affect the application of policies and reported amount of assets and liabilities, income and expenses. The estimates and associated assumptions are based on historical experience and various other factors that are believed to be reasonable under the circumstances, the results of which form a basis for making the judgements about the carrying value of assets and liabilities that are not readily apparent from other sources.

The directors have reviewed the estimates and assumptions used in the preparation of the financial statements. The directors do not believe that there is a significant risk which would lead to material adjustments to the carrying value of any assets and liabilities in the next financial year due to the changes on the estimates or assumptions.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

3.     **Judgments in applying accounting policies (continued)**

**Leases**

The application of IFRS 16 requires the Company, to make judgments that affect the valuation of the lease liabilities (please see note 20) and the validation of right-of-use assets (please see note 16). These include determining contracts in scope of IFRS 16, determining the contract term and determining the interest rate used for discounting of future cash flows.

The lease term determined by the Company generally comprises non-cancellable period of lease contracts, periods covered by an option to extend the lease if the Company is reasonably certain to exercise that option and periods covered by an option to terminate the lease if the Company is reasonably certain not to exercise that option. The same terms applied as economic useful life of right-of-use assets.

For all property contracts, the Company has considered a number of scenarios where the Company might elect not to exercise the extension options. Therefore, the IFRS 16 criterion of being reasonably certain to exercise the extension options is not fulfilled. The periods covered by a potential use of an option to extend the lease are excluded from the lease term. For leases with indefinite term the Company estimates the non-cancellable period of such types of leases to be equal to the average or typical market contract term of particular type of lease. When assessing the lease term, the Company takes into account penalty payments specified in the contract as well as materiality of possible economic outflows related to termination of the contracts. The Company will continue to monitor these assumptions in the future as a result of a review of the industry practice and the evolution of the accounting, interpretations in relation to estimation, of the lease terms among peer, telecommunications entities when they also apply IFRS 16.

The present value of the lease payment is determined using the discount rate representing the rate of interest rate swap applicable for currency of the lease contract and for similar tenor, whilst comparing to the average credit spread of entities with rating similar to the Company's rating, observed in the period when the lease contract commences or is modified.

**Taxation**

Management judgement is required to determine the amount of deferred tax assets that can be recognised, based upon the likely timing and level of future taxable profits together with an assessment of the effect of future tax planning strategies. Further details are contained in note 12.

**Investment impairment**

Impairment testing is an area involving management judgements, requiring assessment as to whether the carrying value of assets, can be supported by the net present value of future cash flows derived from such assets using cash flow projections which have been discounted at an appropriate rate. In calculating the net present value of the future cash flows certain assumptions are required to be made in respect of highly uncertain matters.

Management reviewed the value of investments at 31 December 2023 based on the subsidiaries position and current and projected performance and concluded that no further impairments were required, as indicated in note 17, at a discount rate Pre-Tax WACC of 10.94% and Post-Tax WACC of 8.50%.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

4.    **Turnover**

The analysis of the company's revenue is as follows:

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Domains | 34,379 | 37,330 |
| Hosting | 9,714 | 10,256 |
| Presence and commerce | 3,988 | 4,918 |
| Business applications | 9,510 | 9,455 |
|  | 57,591 | 61,959 |

All revenue arisen in the United Kingdom and is attributable to the company's principal activity.

5.    **Operating (loss)/profit**

The operating (loss)/profit is stated after charging:

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Depreciation of tangible fixed assets | 790 | 796 |
| Depreciation of tangible fixed assets - right of use assets | 444 | 652 |
| Amortisation of intangible assets | 89 | 89 |
| Marketing and PR | 3,194 | 4,679 |
| Restructuring costs | 1,406 | 46 |
| Currency gain | (3,017) | (6,735) |

6.    **Auditors' remuneration**

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Fees payable to the Company's auditors and their associates for the audit of the Company's financial statements | 55 | 86 |
| Fees payable to the Company's auditors and their associates in respect of: |  |  |
| All non-audit services | 3 | - |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

7. **Employees**

Staff costs were as follows:

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Wages and salaries | 16,180 | 17,117 |
| Social security costs | 2,321 | 2,215 |
| Cost of defined contribution scheme | 476 | 533 |
|  | 18,977 | 19,865 |

The average monthly number of employees, including the directors, during the year was as follows:

|  | 2023 No. | 2022 No. |
|---|---|---|
| Technical and customer operations | 108 | 143 |
| Sales and marketing | 36 | 37 |
| Management and administration | 45 | 62 |
|  | 189 | 242 |

8. **Directors' remuneration**

The directors received no remuneration from 123-Reg Limited for the year ended 31 December 2023 (2022: £Nil). All directors are employed by GoDaddy group companies and their services as directors is incidental to their employment it is not practical to identify the proportion of these emoluments that relate to the services to this Company. Consequently, they do not receive emoluments for their services as directors of this Company.

9. **Dividend income**

The Company received dividend income from its subsidiary:

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Dividend income | 11,662 | 3,231 |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

10.    **Interest receivable**

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Interest received on loans to group undertakings | 23,737 | 22,899 |
| Other finance income | 6 | 45 |
|  | 23,743 | 22,944 |

11.    **Interest payable and similar expenses**

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Interest paid on loans from group undertakings | 2,821 | 2,754 |
| Other financial costs | 34 | 27 |
| Interest on right of use assets | 53 | 55 |
|  | 2,908 | 2,836 |

12.    **Taxation**

Tax charge for the year in the Income statement:

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| **Current taxation** |  |  |
| UK corporation tax | 17 | 56 |
|  | 17 | 56 |
| **Deferred taxation** |  |  |
| Arising from origination and reversal of temporary differences | 152 | 419 |
| Arising from adjustments in respect of prior periods | - | (104) |
| **Total deferred taxation (see note 14)** | 152 | 315 |
| **Tax charge for the year** | 169 | 371 |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

12.  **Taxation (continued)**

**Factors affecting tax charge for the year**

The tax on profit before tax for the year is higher than (2022 - lower than) the standard rate of corporation tax in the UK of 25% (2022 - 19%). The differences are explained below:

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Profit before tax | (56,297) | 34,380 |
|  |  |  |
| Corporation tax at the standard rate: 25% (2022 - 19%) | (14,074) | 6,532 |
| **Effects of:** |  |  |
| Expenses not deductible for tax purposes | 20,970 | 71 |
| Income not taxable for tax purposes | (2,916) | (623) |
| Other permanent benefits | - | (76) |
| Group relief claimed for no payment | (3,811) | (5,470) |
| Adjustments to tax charge in respect of previous periods - current tax | - | (60) |
| Adjustments to tax charge in respect of previous periods - deferred tax | - | (104) |
| Rate change on current year deferred tax movement | - | 101 |
| **Tax charge for the year** | **169** | 371 |

**Factors that may affect future tax charges**

There were no factors that may affect future tax changes.

13.  **Impairment of investments**

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Impairment charge to subsidiary (see note 17) | 85,288 | - |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

14.    **Deferred taxation**

|  | 2023 £000 |
|---|---|
| At beginning of year | 1,428 |
| Charged to profit or loss | (152) |
| **At end of year** | **1,276** |

The deferred tax asset is made up as follows:

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Short term accelerated capital allowances | 1,252 | 1,404 |
| Long term temporary differences in capital allowances | 24 | 24 |
|  | **1,276** | **1,428** |

15.    **Intangible assets**

|  | Customer lists £000 | Development costs £000 | Total £000 |
|---|---|---|---|
| **Cost or valuation** |  |  |  |
| At 1 January 2023 | 533 | 111 | 644 |
| Disposals | - | (90) | (90) |
| At 31 December 2023 | 533 | 21 | 554 |
| **Amortisation** |  |  |  |
| At 1 January 2023 | 177 | 21 | 198 |
| Charge for the year | 89 | - | 89 |
| At 31 December 2023 | 266 | 21 | 287 |
| **Carrying amount** |  |  |  |
| At 31 December 2023 | 267 | - | 267 |
| At 31 December 2022 | 356 | 90 | 446 |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

16.    **Tangible fixed assets**

| | Leasehold improvements £000 | Other property, plant & equipment £000 | Furniture, fittings and equipment £000 | Right-of-use assets - Land and buildings £000 | Total £000 |
|---|---|---|---|---|---|
| **Cost or valuation** | | | | | |
| At 1 January 2023 | 5,854 | 5,698 | 445 | 2,359 | 14,356 |
| Additions | - | 148 | - | - | 148 |
| Disposals | (11) | (545) | - | (96) | (652) |
| At 31 December 2023 | 5,843 | 5,301 | 445 | 2,263 | 13,852 |
| **Depreciation** | | | | | |
| At 1 January 2023 | 5,065 | 4,545 | 400 | 1,217 | 11,227 |
| Charge for the year | 140 | 634 | 16 | 444 | 1,234 |
| Disposals | (11) | (545) | - | (96) | (652) |
| At 31 December 2023 | 5,194 | 4,634 | 416 | 1,565 | 11,809 |
| **Carrying amount** | | | | | |
| At 31 December 2023 | 649 | 667 | 29 | 698 | 2,043 |
| At 31 December 2022 | 789 | 1,153 | 45 | 1,142 | 3,129 |

17.    **Investment in subsidiaries**

| | Total £000 |
|---|---|
| **Cost or valuation and carrying amount** | |
| At 1 January 2023 | 229,246 |
| At 31 December 2023 | 229,246 |
| **Impairment** | |
| Charge for the period | 85,288 |
| At 31 December 2023 | 85,288 |
| **Net book value** | |
| At 31 December 2023 | 143,958 |
| At 31 December 2022 | 229,246 |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

17.  **Investment in subsidiaries (continued)**

123-Reg Limited impaired its investment in Webfusion Internet Solutions Limited as at 31 December 2023 as half of the investment will be returned through distributions in 2024 as the intercompany promissory note to which this part of the investment is linked will not be renewed.

The impairment amounted to £85,288,000 and relates to 50% of the value of the investment in Webfusion Internet Solutions Limited.

**Subsidiary undertakings**

The following were subsidiary undertakings of the Company:

| Name | Registered office | Principal activity | Class of shares | Holding |
|---|---|---|---|---|
| Directly held: | | | | |
| GoDaddy Deutschland GmbH | d | Intermediate holding company | Ordinary | 100% |
| Webfusion Internet Solutions Limited | | Intermediate holding company | Ordinary | 100% |
| Indirectly held: | | | | |
| GoDaddy Services S.R.L | c | Telecommunications | Ordinary | 100% |
| Host Europe GmbH | d | Telecommunications | Ordinary | 100% |
| Host Europe Suisse AG | e | Telecommunications | Ordinary | 100% |
| Datadock SARL | a | Telecommunications | Ordinary | 100% |
| WorldHostingDays GmbH | d | Telecommunications | Ordinary | 100% |
| WorldHostingDaysUSA Inc. | g | Telecommunications | Ordinary | 100% |
| Domain Factory GmbH | b | Telecommunications | Ordinary | 100% |
| Velia.net (HK) Ltd | f | Telecommunications | Ordinary | 100% |
| Bayern Connect GmbH | b | Telecommunications | Ordinary | 100% |
| Minds + Machines GmbH | d | Telecommunications | Ordinary | 100% |

**Registered office**

Unless otherwise referenced the registered office of the company's subsidiaries is: 252-254 Blyth Road, 5th Floor, The Shipping Building, Old Vinyl Factory, Hayes, Middlesex, England, UB3 1HA.

a.  1 rue du Havre, 67100 Strasbourg, France
b.  We Work Neuturmstrassee 5, 80331 Munchen, Germany
c.  Iasi, Bulevard Carol 1 nr. 3, etajele 2-4, jud. Iasi, Romania
d.  We Work. Pilgrimstrasse 6, 50674, Cologne, Germany
e.  Technopark Luzern, D4 Platz 4, 6039 Root Langenbold, Switzerland
f.  Unit 2, 10/F, NEO, 123 Hoi Bun Road, Kwun Tong, Kowloon, Hong Kong
g.  25 Little Falls Drive, Wilmington, New Castle County, Delaware 19808, USA
h.  221 Bolivar St, Jefferson City, Missouri, 65101, USA

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

18. **Debtors**

| | 2023 £000 | 2022 £000 |
|---|---|---|
| **Due more than one year** | | |
| Contract assets | **4,188** | 4,120 |
| Deferred tax asset (note 14) | **1,276** | 1,428 |
| | **5,464** | 5,548 |

| | 2023 £000 | 2022 £000 |
|---|---|---|
| **Due within one year** | | |
| Trade debtors | **24** | 52 |
| Amounts owed by group undertakings | **595,752** | 562,673 |
| Contract assets | **10,972** | 11,834 |
| Prepayments and accrued income | **1,193** | 776 |
| Tax receivable | **1,063** | 1,167 |
| Other debtors | **30** | 30 |
| | **609,034** | 576,532 |

Amounts owed by group undertakings includes the intercompany loan balance of £447,515,000 (2022: £438,701,000), which is receivable on demand. Interest of 5.39% per annum is charged on the loan, the interest receivable balance is £106,345,000 (2022: £82,898,000). The intercompany receivable for the services provided under normal course of business is £41,903,000 (2022: £41,286,000). Amounts owed by group undertakings include a provision of expected credit losses of £11,000 (2022: £212,000).

19. **Cash and cash equivalents**

| | 2023 £000 | 2022 £000 |
|---|---|---|
| Cash at bank and in hand | **3,447** | 4,097 |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

20.    **Creditors: Amounts falling due within one year**

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Trade creditors | 2,031 | 1,866 |
| Accruals and Contract liabilities | 33,710 | 34,656 |
| Amounts owed to group undertakings | 88,225 | 89,611 |
| Social security and other taxes | 1,218 | 1,309 |
| Other creditors | 738 | 642 |
|  | 125,922 | 128,084 |

Within the balance other creditors are obligations under lease liabilities. At the year end this amounted to £397,000 (2022: £639,000).

Amounts owed to group undertakings includes the intercompany loan balance of £52,949,000 (2022: £52,427,000), the loan which is payable on demand. Interest of 5.39% per, annum is charged on the loan, the interest payable balance is £13,145,000 (2022: £10,761,000). The intercompany payable for the services provided under normal course of business is £22,131,000 (2022: £26,423,000).

21.    **Creditors: Amounts falling due after more than one year**

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Contract liabilities | 11,774 | 11,258 |
| Obligations under lease liability | 525 | 700 |
|  | 12,299 | 11,958 |

Lease liability maturity analysis - contractual undiscounted lease payments

|  | 2023 £000 | 2022 £000 |
|---|---|---|
| Within one year | 397 | 689 |
| Greater than one year but less than five years | 326 | 452 |
| Greater than five year but less than ten years | 333 | 414 |
| **Total undiscounted lease payments** | **1,056** | **1,555** |

Total cash outflow for capital leases during the year amounted to £562,000 (2022: £317,000).

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

22. **Provisions**

|  | Dilapidation provision £000 |
|---|---:|
| At 1 January 2023 | 1,265 |
| Utilised in year | (266) |
| **At 31 December 2023** | **999** |

The provisions as of 31 December 2023 relate to dilapidation provisions on the right of use assets and its maturity is in line with those disclosed in note 20 under lease liability maturity analysis.

23. **Share based payment reserve**

The following options relate to Ordinary shares in the ultimate controlling entity, GoDaddy, Inc..

The ultimate parent company grant options at exercise prices equal to the fair market value of our Class A common stock, on the grant date.

They grant Non-Qualified stock options, Restricted stock units (RSUs) vesting solely upon the continued employment of the recipient (Time Options) as well as awards vesting upon the achievement of annual or cumulative financial-based targets coinciding will companies fiscal year.

|  | Weighted average exercise price (£) 2023 | Number 2023 | Weighted average exercise price (£) 2022 | Number 2022 |
|---|---:|---:|---:|---:|
| Outstanding at the beginning of the year | 64.02 | 149,412 | 60.84 | 112,576 |
| Granted during the year | 60.79 | 86,854 | 66.29 | 103,700 |
| Forfeited during the year | 62.85 | (32,294) | 60.82 | (14,701) |
| Exercised during the year | 62.79 | (86,789) | 62.08 | (52,163) |
| **Outstanding at the end of the year** | **62.80** | **117,183** | **64.02** | **149,412** |

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

23.    **Share based payment reserve (continued)**

|  | 2023 | 2022 |
|---|---|---|
| Stock compensation expense | **3,767,000** | 3,244,000 |

Restricted Stock Units (RSUs) (Time Options)

The employees were granted restricted stock units (RSU) in the parent company during the year when the market value per share were between $75.25 and $102.01.

All RSUs granted will vest as follows:

- 25% will vest on the first day of the month following the one-year anniversary of the vest begin date and the remaining 75% will vest in 12 equal, quarterly installments there after.

- Subject to continuous employment with the Company.

- The grant will be divided into 4 tranches with 4 different performance years and each tranche will vest in the first quarter of the year following the applicable performance year if the performance metrics are met and the Board approves vesting.

- Subject to continuous employment with the Company.

24.    **Share capital**

|  | 2023 | 2022 |
|---|---|---|
|  | **£000** | £000 |
| **Allotted, called up and fully paid** |  |  |
| 20,528,161,000 (2022 - 20,528,161,000) Ordinary shares of £0.01 each | **205,282** | 205,282 |

Shareholders of all ordinary shares are entitled to one vote for every share.

The ordinary shares have no entitlement to dividends except with special approval, until the group sells all or part of its operating business.

25.    **Reserves**

The company's other reserves are as follows:

**Share premium account**

This represents amounts paid in excess of the par value of ordinary shares.

**Profit and loss account**

The Profit and loss account represents cumulative profits or losses, net of dividends paid and other adjustments.

**123-Reg Limited**

**Notes to the financial statements**
**For the year ended 31 December 2023**

26.  **Pension commitments**

The company does not operate an occupational pension scheme but makes a percentage contribution of qualifying salary to certain employees' personal pension schemes. The amount charged to the Income statement in respect of such contributions was £476,000 (2022: £533,000). The outstanding contributions to the pension scheme at the balance sheet date were £75,000 (2022: £91,000).

27.  **Controlling party**

Host Europe Group Limited, another company incorporated in England & Wales, is the intermediate parent company.

The ultimate parent company is GoDaddy Inc., a company incorporated in the United States of America and publicly listed, which is the parent company of the smallest and largest group to consolidate these financial statements.

The consolidated financial statements of GoDaddy Inc. are publicly available on the GoDaddy website - (investors.godaddy.net).

# Exhibit iii

# GoDaddy Anti–Slavery Statement

Updated: 31 May 2024

This statement is made on behalf of GoDaddy Inc. and its affiliated entities GoDaddy.com LLC, GoDaddy Europe Limited, and 123-Reg Limited pursuant to the Modern Slavery Act 2015 (U.K.), Wild West Domains, LLC pursuant to the Modern Slavery Act (2018) (Australia), and GoDaddy Domains Canada Inc. pursuant to the Fighting Against Forced Labour and Child Labour in Supply Chains Act (Canada) (together, "**GoDaddy**", "**we**", and "**our**", and the "**Act**").

## 1. Introduction

Slavery and human trafficking remain an affliction on global society. GoDaddy is committed to respecting human rights and taking appropriate actions toward combatting acts of modern slavery and human trafficking from occurring, within both our business and supply chain. GoDaddy takes seriously the responsibility to be alert and vigilant to the risk of modern slavery within our supply chain. We are committed to helping our employees and our wider supply chain be aware of these risks and understand how to report them. A key value of our business is an open culture to report suspected misconduct.

## 2. Structure, Activities, and Supply Chain of the Business

GoDaddy Inc. is headquartered in Tempe, Arizona, USA and sells its products and services through subsidiaries in many countries, including Australia, Canada and throughout the United Kingdom and Europe through GoDaddy.com LLC, Wild West Domains, LLC, GoDaddy Domains Canada, Inc., and GoDaddy EMEA subsidiaries, including GoDaddy Europe Limited and 123-Reg Limited, all of which are covered by this Group Statement.

GoDaddy is a global leader serving a large market of entrepreneurs by providing easy-to-use products on a single technology platform with personalized guidance. We serve small businesses, individuals, organizations, developers, designers, and domain investors. Our vision is to radically shift the global economy toward life-fulfilling entrepreneurial ventures. Our mission is to empower entrepreneurs everywhere, making opportunities more

inclusive for all. As of December 31, 2023, we had approximately 21 million customers globally and market and sell to customers in over 200 markets. Approximately a third of our revenue was derived from our international presence.

As of December 31, 2023, we had approximately 6,100 employees worldwide, including approximately 2,700 in care and services, approximately 2,200 in technology and development, approximately 390 in marketing and advertising, and approximately 800 in general and administrative. Also, approximately 3,500 individuals who are employed with or engaged by our external partners provide services as GoDaddy Guides. These third-party providers are primarily located in international markets, most significantly in India, the Philippines, and Malaysia. A majority of our employees are based in the U.S. and Europe.

The substantial majority of our suppliers are IT, software, financial and professional services organizations, including banks, lawyers, accountants, consultants, insurers, and recruitment agencies. Other suppliers include providers of office supplies, catering, office cleaning, point-of- sale hardware device manufacturers, and facilities management providers.

We believe we have one of the most recognized technology brands in the U.S. To find out more about the nature of our business, please visit our website: https://www.godaddy.com.

### 3. Commitment to Sustainable Actions

As a member of the United Nations Global Compact, we are demonstrating our commitment to supporting people, the planet, and our communities through the Sustainable Development Goals (SDGs). Through this membership, we commit to supporting the Ten Principles of the UN Global Compact on human rights, anti-corruption, labour and environment, and to disclosing our progress on each of the principles annually.

We identified six SDGs that we believe our business has the greatest opportunity to impact:

- Gender equality

- Affordable and clean energy

- Decent work and economic growth

- Industry, innovation and infrastructure

- Reduced inequalities

- Peace, justice and strong institutions

## 4. Policies and Due Diligence Process

GoDaddy has a Modern Slavery Act Policy and Guidelines (the "**Policy**") that confirms its commitment to taking appropriate actions toward combatting slavery and human trafficking in our supply chain or our business, and provides guidance on supplier due diligence, training, and how to report suspected concerns or violations. Additionally, GoDaddy has a Third-Party Risk Management ("**TPRM**") Policy, the purpose of which includes pursuing compliance with applicable laws and regulations.

We do not consider our business to be high risk of modern slavery or human trafficking because the majority of our products and services are technology based and online. Notwithstanding the relatively low risk, we understand the importance of taking appropriate actions toward combatting slavery and human trafficking. As such, our Global Master Services Agreement - Supplier Code of Conduct ("**Supplier Code**") includes the following language:

Labour: GoDaddy will not tolerate service providers that use child labour or forced labour such as slave, prison, indentured, bonded, or otherwise. GoDaddy will not tolerate any service providers that engage in the trafficking or exploitation of workers in any manner. GoDaddy service providers must at a minimum comply with all applicable laws for the issues identified below:

- Freely Chosen Employment; Anti-Human Trafficking

- Humane Treatment

- Child Labor Avoidance; Student Interns

- Non-Discrimination

- Working Hours

- Freedom of Association and Collective Bargaining

- Wages and Benefits

- Immigration Law and Compliance

The Supplier Code also gives us the right to audit and/or inspect service providers and to terminate contractual relationships with suppliers if the audits demonstrate that the supplier has failed to follow the Supplier Code. Additionally, GoDaddy has a dedicated and confidential Ethics Helpline through which questions may be asked or suspected violations

of laws or GoDaddy policies can be reported. The Ethics Helpline is administered by a third-party to maintain confidentiality and when requested and permitted by local law, reports can be made anonymously.

## 5. Identifying and assessing risk

The purpose of GoDaddy's TPRM program is to take appropriate actions toward detecting, measuring, monitoring, mitigating, and reporting risks involved with engaging suppliers. GoDaddy's Compliance team also supports risk assessment by, among other things, identifying higher risk locations for potential slavery or human trafficking activity and performing background diligence on certain suppliers.

## 6. Key performance indicators

To assess the effectiveness of our anti-slavery and human trafficking measures, we review the following key performance indicators:

- Number of slavery and human trafficking issues reported

- GoDaddy employee training

- Periodic review of our Policy and risk assessment processes

## 7. Remediation Measures

GoDaddy did not discover any instances of modern slavery or human trafficking and therefore did not implement remediation measures.

## 8. Remediation of Loss of Income

GoDaddy did not discover any instances of modern slavery or human trafficking and therefore did not implement remediation of loss of income measures.

## 9. Training and Consultation

To maintain awareness and promote the understanding of the risks of modern slavery and human trafficking in our business, we provide training to those who are in positions where slavery and human trafficking concerns may arise. Additionally, our TPRM and Compliance teams consult, as needed, to address related matters.

## 10. Our statement

This statement is made in accordance with:

(UK), *Modern Slavery Act 2018* (Australia), and *Fighting Against Forced Labour and Child Labour in Supply Chains Act* (Canada), as applicable, and constitutes the modern slavery and human trafficking statement for the financial year commencing 1 January 2023 and ending 31 December 2023 for the relevant GoDaddy subsidiaries to which the Act applies.

On behalf of the entities covered by this statement, this statement was approved by and authorized to be signed by the Chief Accounting Officer of GoDaddy Inc by the board of:

- GoDaddy.com LLC on May 20, 2024

- Go Daddy Europe Limited on May 20, 2024

- 123-Reg Limited on May 20, 2024

- Go Daddy Domains Canada, Inc. on May 20, 2024

- Wild West Domains, LLC on May 20, 2024

**Signed by:**

Nick Daddario

GoDaddy Inc. – Chief Accounting Officer GoDaddy.com, LLC – Authorized Officer GoDaddy Europe Limited – Director

123-Reg Limited – Director

Wild West Domains, LLC - President

Go Daddy Domains Canada, Inc. - Director Date: May 20, 2024

In accordance with the requirements of the Fighting Against Forced Labour and Child Labour in Supply Chains Act (Canada), and in particular section 11 thereof, I attest that I have reviewed the information contained in the report for the entity or entities listed above. Based on my knowledge, and having exercised reasonable diligence, I attest that the information in the report is true, accurate and complete in all material respects for the purposes of the Act, for the reporting year listed above.

- Full name: Nicholas Daddario

- Title: Director

- Date: May 20, 2024

- I have the authority to bind GoDaddy Domains Canada Inc.
Modern Slavery Statement 2022

- [Modern Slavery Statement 2021](#)

- [Modern Slavery Statement 2020](#)

- [Modern Slavery Statement 2019](#)

- [Modern Slavery Statement 2018](#)



About 123 Reg                                                                    +

Products                                                                         +

Support & Resources                                                             +

Copyright © 2024 123 Reg Ltd. All prices exclude VAT, which is charged based on the location where a service is deemed to be used by a customer.

**1 2 3 Reg**

Annex 1:
"Subprocessor List"

We use the following external service providers for contract performance:

| Company Name | Country of Incorporation | Processing Description | Processing Categories |
|---|---|---|---|
| Acronis International GmbH | Switzerland | Customer back-ups | Backup snapshots. |
| Arbor Networks, ARBOR Technology Company Ltd | United States of America | Monitors network traffic and provide information for forensics & DDoS detection/mitigation. | IP addresses, timestamps, network traffic, ports and protocols |
| Audriga GmbH | Germany | Migration service for hosted email and groupware solutions. | All customer account information needed for provisioning, and email data. |
| Automattic Inc | United States of America | WooCommerce plugin and addons within Ecommerce WordPress. | Customer WordPress user profiles (including name and email address) and those of any employees/contractors. |
| Basekit Platform Ltd | United Kingdom | Website builder for customers. | All customer account information needed for a WebsiteBuilder website as well as any customer data held on a hosted website. |
| Bpath LTD | Israel | Search Engine Optimiser | Customer site traffic. |
| Cisco International Limited, Cisco Solutions GmbH, Cisco Systems Inc | United Kingdom, Germany, United States of America | Provide and manage network solutions as part of our network; including metadata analysis. | Processes metadata of IP addresses, timestamps, and network traffic |
| cPanel Inc | United States of America | cPanel management software for Hosting and Server products. | Any customer data held within cPanel. |
| Duda | United States of America | Website builder for customers. | All customer account information needed for a WebsiteBuilder website as well as any customer data held on a hosted website. |
| Ecwid Inc | United States of America | E-commerce software for customer hosting | All customer account information needed for a WebsiteBuilder website as well as any customer data held on a hosted website. |

| | | | |
|---|---|---|---|
| **Epages Ltd.** | United Kingdom | E-commerce software for customers. | All customer account information. |
| **Equinix Netherlands BV** | Netherlands | Data center colocation facilities in the Netherlands. | No personal data is intentionally processed. |
| **GlobalSign GMO Internet Group** | United Kingdom | SSL Certificates. | All customer account information needed for an SSL certificate. |
| **Juniper Networks Inc** | United States of America | Provide and manage network solutions as part of our network; including metadata analysis. | IP addresses, timestamps, network traffic |
| **LivePerson Inc** | United States of America | Chat tool "LiveEngage" on our website. | Chat transcripts, automated information such as IP address, operating system, and type of device. |
| **LvivIT** | Ukraine | Providing operational platform support. | All customer account information. |
| **Marketgoo Internet S.L.** | Spain | SEO SaaS product provider. | Basic customer account information and product subscription details. |
| **Microsoft Corporation** | United States of America | Hosted exchange mailboxes and groupware solutions. | Customer account data, Email Address. |
| **Open-Xchange AG** | Germany | Provides software for email and productivity products. | Restricted access to logfile and application data for support purposes. |
| **Parallels International GmbH** | Switzerland | Instantsite website builder package. | Any customer data held on a hosted website |
| **Plesk International GmbH** | Germany | Plesk control panel for VPS and Dedicated Servers and Website Builder Plus. | Any customer data held within the Plesk control panel as well as any customer data held on a hosted website. |
| **Qualtrics LLC** | United States of America | Quality assurance surveys | No personal data is intentionally processed. |
| **RankingCoach GmbH** | Germany | Digital Marketing Suite includes (1) Competitor Insights, (2) SEO, (3) Ad Builder and (4) Full Marketing Suite | All customer account information needed for a rankingcoach account as well as automated information such as IP address, operating system, and type of device. |
| **SiteLock LLC** | United States of America | Secure customer's websites from malicious software. | All account information needed for provisioning service as well as any customer data held on a hosted website. |
| **Teamviewer GmbH** | Germany | Remote desktop access for support. | Customer IP, Customer Hostname |



| Virtuozzo International GmbH | Switzerland | Containerisation platform software. | Any customer data held within a container. |
|---|---|---|---|

In addition, personal identifiable data may be disclosed to affiliates of the GoDaddy Group for performance of the contract, in particular:

| Company Name | Country of Incorporation | Processing Description | Processing Categories |
|---|---|---|---|
| **Datadock SARL** | France | Data center colocation facilities in France. | No personal data is intentionally processed. |
| **GoDaddy Operating Company LLC** | United States of America | Service provider of internal platforms and data centers supporting selected products in The Netherlands, Singapore & USA. (e.g. Hosting and Server products, Authentication, Network & DNS Services.) | All product content and customer account information needed, for product provisioning and maintenance. |
| **Mesh Digital Ltd** | United Kingdom | Domain registrar services. | All account information needed for provisioning Domain records. |
| **Starfield Technologies LLC** | United States of America | SSL Certificates. | All customer account information as needed for an SSL certificate. |

# Exhibit iv



GoDaddy Inc. Q2 2023 Financial Results Prepared Remarks

Aman Bhutani, GoDaddy Chief Executive Officer

Good afternoon, and thank you for joining us today. At GoDaddy our mission is to empower everyday entrepreneurs and make opportunity more inclusive for all. In Q2 we continued to make good progress on our mission providing a breadth of solutions to a growing number of customers globally. The fundamental health of our business remains strong with new high-quality customers, robust retention rates and improved attach. We continue to be on track for stronger growth and profitability in our business, exiting the year at approximately 7 percent revenue growth and 28 percent Normalized EBITDA margin. For Q2, in our highly competitive Applications and Commerce segment, our revenue of $352 million outperformed our guide with 11 percent growth. We remain the leader in domains with 3 percent growth in primary registrations, as domains under management grew in the quarter, offset by underperformance in the domain aftermarket. Hosting continues to stabilize from product improvements and the previously announced integration and divestitures of non-core hosting assets. Gross adds remained strong on efficient marketing while maintaining our customer retention for GoDaddy brand at 85 percent. Customers are now bundling new solutions at a faster rate than we have ever seen before. Innovation resulting in higher monetization through attach and pricing with strong retention underpins our confidence in the positive trajectory of our business and our ability to drive shareholder value for years to come.

At GoDaddy, we are focused on creating value for customers through innovation, strengthening product market fit and driving towards a one-stop shop. We moved quickly to understand and take advantage of the step function changes generative AI offers to our industry. In just a few months, we have already launched multiple new generative AI-based features that our customers are actively using to reduce their workload, and there is more to come.
As you know, our care organization has guided customers to success for over 25 years, and now for the first time, we can bundle each GoDaddy Domain purchase with an AI powered GoDaddy Digital Guide.

The Digital Guide will automatically build a free personalized basic website, including a checkout path to take payments. It proposes brand colors, creates a free logo and embeds it in the basic website. It also creates marketing messages with our customer's logo and posts to social media to generate traffic to their sites.

The Digital Guide, built on years of our experience, knows the journey of our customers from identity to presence to commerce and can automatically present solutions in a unique way so they can experience a new product in context. For example, the Digital Guide can configure email or a new phone number and bring messages from SMS and social sites to our conversations app giving our customers one simple inbox that aggregates their customers' messages. And at the same time, the Digital Guide writes proposed responses practically removing the effort and time taken to respond to inbound messages.

Bundling this with the domain purchase is different from anything else available across the industry and GoDaddy is in a unique position to pursue this disruptive approach at scale. These new capabilities can improve loyalty and retention and bring differentiated offerings to our existing base of 21 million customers driving  an increase in lifetime value.

We are excited about bringing these new features to our customers and our teams have been energized to build new experiences powered by generative AI. In November at our investor dinner in Tempe we look forward to showing you demos of these new capabilities.

As always, I also wanted to briefly touch on our three priorities – driving commerce through presence, delivering for Pros and innovating in domains.

*Driving Commerce through Presence*
On commerce, we continue to drive strong growth in our OmniCommerce solution. Customers in our base continue to convert to GoDaddy Payments at an impressive rate, and attaching to our base was again the strongest component of our year-over-year GPV growth, which is on pace to more than double our last year's exit rate. We'll add to this momentum through our anticipated Q3 launch of GoDaddy Payments in Canada as we deploy our successful US playbook.

Websites + Marketing continues to perform well and we are driving greater engagement with customers with new product launches. We know that higher engagement is correlated with higher retention rates and we expect engagement to be a driver of Website and Commerce performance metrics.

*Delivering for GoDaddy Pros*

On delivering for Pros, improvements in our Managed WordPress solution have reached an important milestone driving improvement in retention rates as customers begin to recognize an enhanced solution. We now offer one of the industry's fastest, most secure and easiest Managed WordPress platforms. In a recent third-party performance benchmarking study, sites hosted on GoDaddy's WordPress loaded an impressive 2x faster, which results in improved search engine rankings for our customers.

And domain customers are not the only ones with a Digital Guide; we have launched similar capability in the Pro Hub and are measuring the time saved for pros including generating site content and client communications.

*Innovation in Domains*

On innovation in domains, while bundling the GoDaddy Digital Guide and its enhanced offerings is the most exciting change we are bringing to domains, I wanted to quickly share an update on Payable Domains as well. Payable Domains made a meaningful contribution to GPV growth this quarter with healthy double-digit month-over-month growth. This is a unique product that only GoDaddy offers and with GoDaddy's Digital Guide we expect to continue to make it simpler for customers to understand and adopt it.

Wrap

In closing, we feel good about our continued progress this quarter and how our organization is positioned to take us into the next phase of our growth with strong applications and commerce momentum. We have also continued to be efficient with our marketing spend especially with the improvements we have made in Search Engine Marketing and we are eager to duplicate those results in other channels. We expect growth to accelerate as we exit the year and remain committed to our growth algorithm with increasing margins and expanding free cash flow per share and we remain eager to continue to deliver value for all GoDaddy's stakeholders.

With that, here's Mark.

Mark McCaffrey, GoDaddy Chief Financial Officer

Thanks Aman. In just the last few years, GoDaddy successfully built a growing, competitive, and robust set of tools and services including our Websites + Marketing product and Omni Commerce solution, in a one-stop shop, empowering entrepreneurs to build and manage their ventures and accept payments with a dedicated partner by their side. The product innovation and targeted investment over this period has led to a better suite of products. And, with our soon to be launched GoDaddy Digital Guide, we will provide an even further differentiated

experience for our customers, propelling long-term growth for GoDaddy through faster product attachment and stronger retention.

As we consider the many headwinds we faced in the first half of the year, we are thrilled with the continued momentum of our Applications and Commerce revenue and the acceleration in our Create + Grow solutions. Our durable model continues to generate free cash flow and we expect to re-accelerate our growth and improve our profitability as we exit the year, while delivering on our cash flow targets.

Moving to our financial results, our Applications and Commerce revenue grew to $352 million, up 11 percent, surpassing our guide of 8 to 10 percent, and delivering a segment EBITDA margin of 41 percent. The strength in our Applications and Commerce segment is fueled by our Create + Grow solutions, which accelerated to $465 million in ARR, up 11 percent. Additionally, we drove rapid growth in GPV, comparable to last quarter, and we are on pace to more than double the 2022 exit rate by the end of the year as we continue to attract and convert customers within our 21 million base to GoDaddy Payments.

ARR for Applications and Commerce grew 10 percent to more than $1.3 billion with a 20 percent growth in annualized GMV to over $33 billion.

Core Platform revenue totaled $696 million, flat year-over year with a segment EBITDA margin of 27 percent. ARR for our Core Platform segment was $2.3 billion.

Core Platform revenue was supported by 3 percent growth in Domains on stronger customer additions from higher demand and price increases. This was primarily offset by greater than expected declines in our Aftermarket.

On Aftermarket, revenue decreased 5 percent to $101 million on a tough compare from last year. Over the last five years we built upwards of a $400 million revenue, two-sided marketplace. As a reminder, this business allows a buyer and seller to transact on our platform at their agreed upon valuation. This business rapidly grew as we scaled the operations, participants, and partnerships. What we see now is a post-covid normalization of this business as valuations on larger transactions have decreased and volume growth has slowed. With that we expect steady low to mid-single digit top-line growth for the business on a go-forward basis.

On our Core Platform restructuring initiative, we completed the migration of Media Temple and Main Street Hub customers to the GoDaddy technology stack, and the 123 Reg migration is planned to be completed by the end of the year. As expected, these migrations produced a slightly elevated churn on these brands this quarter but will deliver further cost efficiencies in the future. The retention rate of customers for the GoDaddy branded products remains above 85 percent.

Total revenue grew to $1.05 billion, up 3 percent on a reported basis and 4 percent excluding Aftermarket. Constant currency revenue increased 4 percent. Within total revenue, international revenue grew 3 percent on a reported basis, and 6 percent on a constant currency basis. Our ARPU grew 3 percent to $199 from $193 last year and we added 100 thousand net new high-quality customers, despite the headwinds from our migration efforts.

Normalized EBITDA grew 2 percent to $265 million, while delivering a margin of 25 percent.

Bookings totaled $1.1 billion, growing 2 percent on a reported basis and 4 percent excluding Aftermarket and the impact from the integration of non-core assets. Bookings grew 3 percent on a constant currency basis. Excluding the impact of Aftermarket, the drivers of growth in bookings were strong customer additions and price increases in Domains as well as strong attach in Applications and Commerce. We expect these factors to contribute to accelerated revenue growth next year.

Unlevered Free Cash Flow for the quarter totaled $284 million, growing 3 percent, while free cash flow was relatively flat at $240 million despite increased interest-related payments.

Free cash flow per share rose to $6.44 on a trailing twelve-month basis, versus the prior year's cash flow per share of $5.67, a 14 percent increase driven by execution, operating leverage and share repurchases.

Through July 31, we repurchased 10.2 million shares year-to-date totaling $746 million, of which $632 million was repurchased since the end of Q1. This brings the cumulative shares repurchased under our current authorization to $2 billion and 27.1 million shares, reducing shares outstanding since the inception of this authorization by 16 percent. We remain on target for our commitment to reduce our fully diluted shares outstanding by 15-20 percent over the three-year period. Additionally, today we announced an incremental $1 billion share buyback authorization to bring the total authorization to $4 billion and extending the program out to 2025.

## Balance Sheet

On the balance sheet, we finished Q2 with $583 million in cash and total liquidity of $1.6 billion. Net debt stands at $3.3 billion, with a 2.9 times net leverage, within our targeted range of 2 to 4 times.

Lastly, we secured a 75-basis point interest rate reduction on $1.8 billion of outstanding principal through a refinance issued at par. This refinance is expected to save $13 million annually in interest payments for each of the next seven years.

## Outlook

Moving on to our outlook, we are targeting Q3 total revenue in the range of $1.055 billion to $1.075 billion, representing growth of 3 percent at the midpoint. With the current momentum, we expect to exit the year at approximately 7 percent top-line growth with a Normalized EBITDA of 28 percent. An increase of 300 basis points from our 2021 exit rate of 25 percent. We are increasing our growth expectations for Applications and Commerce to be between 9 and 11 percent for Q3 and the full year. In our Core Platform segment, we expect revenue to be flat in Q3 and reaccelerate in the fourth quarter to deliver 1 percent growth for the full year.

Q3 Normalized EBITDA margin is expected to improve to approximately 26 percent with continued acceleration over the fourth quarter, resulting in a full year Normalized EBITDA margin of approximately 26 percent. This is a 300 basis point increase from our 2021 rate of 23 percent on better operating leverage from improved marketing performance, restructuring efforts, benefits from our continued move of workloads to the cloud and the incorporation of AI into our operating model.

On the growth bridge we spoke about last quarter, we remain confident in the path to accelerated revenue growth while expanding margins and improving cash flows. As a reminder, this year's revenue growth rate includes approximately two points of FX pressure from last year's bookings, difficult compares in our Aftermarket business, and the migration and divestiture of certain non-core assets. We expect momentum in bookings in the second half of the year to drive the reacceleration of revenue growth as we exit the year while we remain committed to delivering our margin expansion and free cash flow targets.

We will be hosting our annual investor dinner with product demonstrations in November and are planning an investor day in Q1 2024. We consider both a great opportunity to share more about our exciting initiatives in AI and our outlook for the next three years.

## Closing Remarks

In closing, we remain confident in our ability to execute in the areas of our business within our control and deliver the full year targets. As always, we remain focused on executing against our strategic priorities, committed to being responsible stewards of capital, and strive every day to provide a one-stop shop to microbusinesses along their entrepreneurial journey with an eye towards balanced long-term growth and profitability.

## Forward Looking Statements

These prepared remarks, reference both GAAP and non-GAAP financial measures and other operating and business metrics. A discussion of why we use non-GAAP financial measures and reconciliations of our non-GAAP financial measures to their GAAP equivalents may be found in the presentation posted to our Investor Relations site at investors.godaddy.net or in today's earnings release on our Form 8-K furnished with the SEC. Growth rates presented represent year-over-year comparisons, unless otherwise noted.

The matters in these prepared remarks include forward-looking statements, such as those related to future financial results and our strategies or objectives with respect to future operations. These forward-looking statements are subject to risks and uncertainties that are discussed in detail in our periodic SEC filings. Actual results may differ materially from those contained in forward-looking statements. Any forward-looking statements that we make on this call are based on assumptions as of today, August 3, 2023, and except to the extent required by law, we undertake no obligation to update these statements because of new information or future events.

# Exhibit v



ICANN — One World, One Internet

SEARCH 🔍    LOG IN    |    SIGN UP

GET STARTED        NEWS AND MEDIA        POLICY        PUBLIC COMMENT        RESOURCES        COMMUNITY        QUICKLINKS

# List of Accredited Registrars

To ensure the stability of the Internet's system of assigned names and numbers, every business wanting to become a registrar with direct access to ICANN-designated top-level domains must first become accredited by ICANN.

**ICANN.org Home**        **Accredited Registrars**        **Registry Agreements**        **Naming Services Portal**        **Helpful Links** ⌄







## List of Accredited Registrars

This filtered list below provides the public contact information, IANA number, and the website link for current ICANN-accredited registrars. These companies have been accredited by ICANN to act as registrars in one or more generic top-level domains (gTLDs). For a list of current and past accredited registrars, please see the **IANA list**.

The **2013 Registrar Accreditation Agreement (RAA)** is the most current and only contract governing the registrar relationship with ICANN. The 2013 RAA provides enhanced protections for registrants and an increased level of accountability for registrars, including but not limited to added registrar posting requirements, added compliance enforcement tools, and increased accountability to third parties.

Descriptions and contact information for ICANN-Accredited Registrars are updated on a daily basis.

Descriptions and contact information for ICANN-Accredited Registrars are updated on a daily basis.

## Filter Accredited Registrars

Enter Registrar Name or IANA Number

| One selected | ⌄ |
|---|---|

Country or Territory

| Select | ⌄ | Apply | Clear |
|---|---|---|---|

**See all Registrars**

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

**Download results to .csv file**                                          1-1 of 1 results

| Registrar Name ⬍ | IANA Number ⬍ | Country/Territory ⬍ | Public Contact |
|---|---|---|---|
| **123-Reg Limited** [↗] | 1515 | United States of America | Public Contact<br>Tel: +44 2085877500<br>**services@123-reg.co.uk** |

< Previous   **1**   Next >

# Exhibit vi

## NETWORKS

This article is more than **1 year old**

# Users of 123 Reg caught out by catch-all redirect cut-off

## Web hosting company tells users to pay up or shift off, but users say they weren't warned in time

Dan Robinson                                      Mon 19 Jun 2023 // 09:59 UTC

Users of web hosting company 123 Reg are up in arms after it abruptly stopped supporting free email redirects and instead required customers to subscribe to a paid mailbox service or migrate to another service provider.

The issue seems to stem from 123 Reg introducing a new platform for email services, which according to some disgruntled customers, was "worse than the old one in every way."

One of the ways in which it was worse is that it did not support catch-all forwarding, in which any emails that cannot be matched to a specific email address on the system are forwarded to a designated email account.

This seems to affect anyone who has a domain hosted by 123 Reg, with catch-all forwarding simply disappearing unless customers set up a mailbox on each of their domains using the new system, at a cost of £28 ($35.90) per year for each domain.

We were alerted to this situation by a reader, who told us they received an email in April from 123 Reg stating that they would be migrating all email services to a new platform starting April 17, and that the new service would not support catch-all email redirects, which were supported free of charge by 123 Reg until that point.

"The only option to keep catch-all redirects was to set up a mailbox on the new system at a cost of £28 per year for each domain," said the reader, who asked not be identified.

Other 123 Reg customers expressed similar frustrations on social media.

One Reddit user complained: "I'm so annoyed that I literally just paid them £150 last week to renew my domain for the next 10 years. Now we're being told to pay £28/yr (per domain) to get a 'mailbox' just so that we can forward email to a gmail account."

10/4/24, 10:31 AM
Case 2:24-cv-03359-JJT   Document 1-1   Filed 11/27/24   Page 73 of 249
Users caught in a domain migration mix-up • The Register

But that wasn't the end of it. Despite 123 Reg saying in its email that customers would be given at least seven days' notice ahead of the migration, no such notice was given, our reader claimed.

"I decided (as did others from conversations on Twitter) that I would move my domain hosting to another provider, most of which still offer catch-all email redirect on a domain free of charge. However, I wasn't able to do that immediately," they explained.

"On the 9th June, I realized that I wasn't receiving the normal amount of emails on my domains. When I looked at the 123 Reg control panel for those domains, I found the catch-all email forwarders had been removed, but I had not been warned nor notified that this was being done. Fortunately, this was not an issue, but had it happened a week earlier when I was out of the country and relying on emails for information, it would have been major."

On Twitter, another user listed the same issue: "I am so angry with @123Reg right now for taking away catch-all email forwarding with no notice. On the plus side, my two domains are due for renewal very soon, so I won't be losing much by transferring to another domain registry as fast as possible."

Another said: "I'm also looking to move away from 123 Reg. They deleted my email forwarders without notice – it's my business emails! Cust[omer] service does not care and can't recover my forwarding email details. Anyone have experience with Google domains & transferring domains to Google?"

And there is a further sting in the tail, as our reader claims that when they did attempt to migrate to another provider offering catch-all email redirect support, a technical glitch with the system at 123 Reg for Internet Provider Security (IPS) tag changes prevented this for several days.

"I found that the 123 Reg IPS tag update facility was not working, and it took days to move the domains out to another provider. I raised a support ticket to ask what was going on, and that took more than 48 hours to even get a response," the reader says.

Users on Twitter reported similar issues. "I'm having a hard time getting them to accept IPS tag changes on my *.uk domains, but I guess that service might be a bit 'busy' right now..." wrote one.

We tried to contact 123 Reg to hear its side of the story, but like many of its irate customers, found we were unable to do so. Fortunately, we had more success with GoDaddy, the parent company of 123 Reg, which sent us the following statement:

"In March 2023, 123 Reg made the decision to discontinue the free catch-all forwarders feature on mailboxes as part of our commitment to improving our products and services. Customers were contacted multiple times, beginning in March, advising them of these changes and steps they needed to take.

It added: "Whilst we understand this decision will be disappointing for some customers, our catch-all email forwarding was not performing to the level our customers need, or what we expect. So, we made the difficult decision to stop offering the service."

123 Reg said it will continue to support affected customers through the transition and advises them to raise a support ticket if they are experiencing issues.

It appears that many customers may have been caught out by the wording of the email that 123 Reg sent out to warn of the changes. It said the company would be switching mailboxes over to a new system. Many customers seem to have assumed this would not affect them, as they did not have a mailbox on their 123 Reg domains, but were simply using catch-all redirect to forward messages to a mailbox elsewhere.

This can be seen from the comments of one customer "of 16 years" giving 123 Reg a <u>one-star review on Trustpilot</u>: "Sure a few months ago I received some emails about how 123 Reg were changing their mail platform. I really didn't pay much attention as I didn't use their email system, I just had catchall forwarding set up. So when inbound emails started to be bounced back to the sender with 'no such account' I was really very taken aback."

In other words, this was perhaps an incidence of miscommunication rather than malice, and suggests that 123 Reg needs to be somewhat clearer in future with regards to notifying customers of how changes to its services might affect them. ®

# Exhibit vii

# DOMAIN INCITE

| ABOUT | ADVERTISE |


RSS Feed


Twitter Feed

Enter Search Query




The domain industry headlines are on: Domaining

RECENT POSTS

Future of .io domains uncertain as UK hands over Chagos islands

.ai now has over half a million names

UK and Israel cut ICANN funding

Twitter now up-to-date on linkification

Moment of truth as .music domains finally go on sale

ICANN fixes embarrassing "What is a Domain Name?" mistake

Another ccTLD opens up its second level

Reporter gains first access to .io island for decades

.io sells $40 million of domains after massive uptick

After five years, "useless" TLD has two web sites

Verisign agrees to .com takedown rules

New .com contract could see ALL domain prices go up

Investing in .ad domains may be risky

Plurals ban policy handed to ICANN board

Three .now domains sell at premium EAP prices

ICANN confirms new gTLD application fee

## GoDaddy to lay off hundreds

Kevin Murphy, February 14, 2023, 14:18:54 (UTC), Domain Registrars

**GoDaddy has become the latest big tech firm to announce huge layoffs, with hundreds of employees set to be let go.**

The company said last week it is laying off 8% of its staff. This equates to more than 500 job losses, based on 6,800+ the company's web site reports.

Employees at three brands are most-affected — Media Temple, Main Street Hub and 123 Reg — with the former two also set to disappear as independent brands.

Main Street Hub is social media marketing firm from Texas that GoDaddy acquired in 2018. Media Temple is a hosting provider from California that GoDaddy acquired in 2013.

123 Reg is a UK-based registrar brand that was part of Host Europe Group until GoDaddy bought it in 2017. GoDaddy says the brand will remain, but some roles will be terminated. Staff will find out who's staying and who's going before the end of the month.

GoDaddy CEO Aman Bhutani blamed growth hindered by the "uncertain macroeconomic environment" for the moves.

The company, which reported revenue up 7.2% at $1.03 billion and a $100 million profit in the third quarter, is due to report its fourth quarter and full-year earnings this evening.

Post

Like    Share    4 people like this. Be the first of your friends.

Tagged: earnings, financials, godaddy, layoffs

ADD YOUR COMMENT

Name (required)

Mail (will not be published) (required)

Web site (optional)



Submit Comment


DOMAIN DAYS 2ND EDITION
DUBAI - UNITED ARAB EMIRATES
NOVEMBER 5-6, 2024
Learn More

RECENT COMMENTS

Thomas Ment: Many countries have separate country codes and tlds for separate areas, UK, US, France, Netherlands,

Rubens Kuhl: Yeah, the ccTLD for Comoros, right ?

Kevin Murphy: I think that was just a name change rather than a change of sovereignty.

Mark Thorpe: Unfortunately .WS lives on!

Mark Thorpe: Let the drama begin! Keep Calm and Buy .Com

Braden Pollock: Western Samoa also disappeared when they became just Samoa but .ws lives on.

Rob Golding: CreatorSEO have a much better graphic for it at https://creatorseo.com/why-your-domain-name-is-impo

avri: > are perhaps more surprising, given the registries are run by a former ICANN director. Do yo

Reallybigidea.com: This is insane. I still don't accept this tld as io or co. Very high renewal fees. Ai is not good

Rubens Kuhl: And if .br deducts the USD 92k from the FY25 contribution due to the RSP program, it might only pay

Kevin Murphy: I prefer "web extension".

Matthias Pfeifer: You guys and ICANN are all wrong: This is obviously an "internet address".

Reallybigidea.com: Thanks Gosh they aren't calling it URL. Dear Google, Domains aren't URLs "Search or type URL"

Rubens Kuhl: My guess is exactly that. 20c for registrar fee and 30c for registry transaction fee is a likely out

Frank Michlick: The slide still doesn't really answer the question. It shows a hostname (www.icann.org) but doesn't

ICANN Insider: Will never pass. Soon to be rejected

Kevin Murphy: It's weird that NTIA hasn't said anything yet. Even weirder that Verisign hasn't said anything.

Krish: Isn't Verisign's pricing still dependent on meeting between DOC and Verisign ?

Kevin Murphy: Maybe they'll do both.

Andrew: Couldn't they just increase the 18 cent "tax" rather than the per domain fee? Or is it restricted ho

Web-designs.net: I was a big fun of new gs in 2016-2019 sold many. But.Now I want to say they are sucks . New gtld

Josh: May the best applicant win. ICANN will frown upon alt root providers trying to secure gTLDs no doubt

Rubens Kuhl: Even USD 225k does not encompass the same costs as 2012 round. When you add the 92k RSP fee, the app

# Exhibit viii



# AD01 (ef)

| Change of Registered Office Address |
| --- |

Company Name:     **123-REG LIMITED**
Company Number:   **05306504**

Received for filing in Electronic Format on the: **26/09/2024**

XDCGR0QH

## New Address Details

New Address:     **STUDIO 4TH FLOOR PARTS C&D AT EAST WEST**
                 **TOLLHOUSE HILL**
                 **NOTTINGHAM**
                 **ENGLAND**
                 **NG1 5FW**

The company confirms that the new registered office address is an appropriate address as outlined in section 86(2) of the Companies Act 2006.

Please Note:
The change in the Registered Office does not take effect until the Registrar has registered this form. For 14 days, beginning with the date that a change of Registered Office is registered, a person may validly serve any documentation on the company at its previous Registered Office.

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

# Exhibit A

**123 Reg** **Support Centre**

🖥 More from 123 Reg    🔧 Supp

| Home | Raise Support Ticket | | Service Sta |

Home » Domain Names » What is the domain recovery period and how can I restore my domain names?

# What is the domain recovery period and how can I restore my domain names?

This article tells you what the domain recovery period is, and how to reactivate domain names within this period.

## What is the domain recovery period?

When a domain name expires, there is a grace period of 14-16 days where the domain can be renewed via your Control Panel without any additional charges. However, after day 16, you will need to contact our Support team for renewals.

After this 14-16 day grace period, an expired domain name may enter the domain recovery or redemption period, which can last up to 75 days post-expiry. During this time, a fee of **£75 + 1 year renewal fee + VAT** will be needed to recover the domain to your 123 Reg account.

You can find more information about each stage of the grace period for most TLDs (i.e. .com, .net, .org, etc) by reading the table below.

| Days after domain expiration | What happens and what you can do |
|---|---|
| +3 days | We'll try to auto-renew your domain, or you can manually renew it at the standard renewal price. |
| +5 days | The nameservers will change and your domain will be parked, which means that any service associated with your domain (i.e. email, website) will stop working. However, you can still manually renew your domain at the standard renewal price. |
| +8 days | We'll try to auto-renew your domain, or you can manually renew it at the standard renewal price. |
| +13 days | We'll try to auto-renew your domain, or you can manually renew it at the standard renewal price. |
| +16 days | Your domain will be auctioned. However, we can still manually renew it at the standard renewal price on your behalf. |
| +30-41 days | Domain is not recoverable. This timeframe is reserved for auction bids and backorders. |

| +42 days | If no closeout auction bids or backorders are placed, then the domain may be recoverable. However, a redemption fee must be paid on top of the standard renewal fee. |
| +44 days | The domain enters the registry redemption phase, with its WHOIS status showing as 'Redemption period'. Although the domain can be redeemed, a redemption fee will be necessary. |
| +75 days | The domain enters the 'Pending delete' state and we cannot recover it for the customer. |
| +80 days | The domain is deleted and becomes available on the market. |

## Recovering my domain

After day 16, you will need to contact our Support team to renew your domain.

To attempt a manual recovery of your domain name, please confirm the domain name with our Support team and that they can charge the **£75 recovery fee + 1 year renewal fee + VAT**, upon the successful recovery of your domain name.

**Please note:** the recovery fee may vary depending on your domain name's extension. Click here for more information.

## Renewing your domain in advance of expiry!

123 Reg recommend that you renew your domain names ahead of their expiry date through your Control Panel, as described here.

All domain names are set to auto renew by default, where 123 Reg are able to take payment for your domains. We suggest you keep your payment details up-to-date to ensure automatic domain renewal.

Remember, you can renew most domains for up to 10 years to help ensure you do not incur downtime or additional costs for your domain, site and email. This is a great way to secure your domain name as a committed business asset, as well as save on inflation price changes moving forward.

## Other domains:

For .at domains, click here.

For .eu domains, click here.

## Related Support Material:

1. How do I use the Recovery Console for my VPS?
2. How do I add a recovery email address?
3. How do I restore my files from the 'Restore' folder?
4. How do I restore my website using Daily Backups?
5. How do I restore my hosting account using Daily Backups?
6. How do I backup or restore my site in Website Builder?

About us | Privacy policy | Email preferences

Copyright © 2024 123 Reg Ltd.

123 Reg is a company registered in England and Wales with company number 05306504. Our VAT number is 927 1292 22.

The address of our registered office is: The Shipping Building, Old Vinyl Factory, 252-254 Blyth Road, Hayes, Middlesex, UB3 1HA

# Exhibit B

Case 2:24-cv-03359-JJT    Document 1-1    Filed 11/27/24    Page 84 of 249



Help Center    🛒    Jeff

**Help Center**  ⌄

Domains
GoDaddy Auctions®

# GoDaddy Help



What can we help with?    🔍

# Listing types for GoDaddy Auctions®

GoDaddy Auctions® offers multiple listing types for buying domains. All prices on GoDaddy Auctions® listings are shown in USD, regardless of the currency you'll be paying in.

Select an option to see more details on our different listing types:

Offer-style auctions: Negotiate the domain price or buy it now

- Offer/Counter-Offer

- Offer/Counter-Offer with Buy Now

Bid-style auctions: Compete with other buyers to place the highest bid or buy it now

- Value Priced Auctions

- Expired Auctions

- Expired Closeout Domains

## Offer/Counter-Offer

Like the domain, but hoping to negotiate on the price? Or not sure what you should list as the asking price? An Offer/Counter-offer listing might be the ideal option for you. This type of listings allow buyers to submit any amount for an offer on a domain—as l[_____] minimum offer amount.

When an offer is submitted, there are a few options available for a response.

- Accept: Accept the current offer or counter-offer for the domain. Once an offer is accepted, the sale is closed and the offer is considered binding, and must be completed.

- Counter: Respond to a current offer or counter-offer with another counter to negotiate the price of the domain. The buyer at this point can accept the counter, submit a response to the counter-offer or take no action.

- Take no action: The offer or counter-offer will expire after 7 days of being submitted if no action is taken.

There is no obligation for a seller to accept an offer, but if an offer is accepted, the sale is closed, and the offer is considered binding. The highest offer doesn't necessarily mean that buyer has won the domain—the seller must first accept the offer to conclude the sale.

Back to top

## Offer/Counter-Offer with Buy Now

The same as an Offer/Counter-offer auction, but with the additional option to secure the domain through Buy Now. In an Offer/Counter-offer with Buy Now listing, a sale concludes when the seller accepts an offer, the buyer accepts a counter-offer or the buyer accepts the Buy Now price.

There is no obligation for either party to accept an offer, but if it is accepted, the sale is closed, and it's considered binding. Any offers or counter-offers accepted within seven days conclude the sale and must be completed. If they aren't accepted within seven days, then they expire. The highest offer doesn't necessarily mean that buyer has won the domain—the seller must first accept the offer to conclude the sale.

Back to top

## Value Priced Auctions

GoDaddy will occasionally list domains for auction when the previous domain owner no longer owns the domain. These domains are listed in a traditional bid-style auction, where potential buyers try to out-bid each other. The initial listing price is determined by GoDaddy's valuation process, and are listed for a 15-day time frame. The buyer with the highest bid at the end of the auction is the winner.

Back to top

## Expired Auctions

Domains that simply expire are automatically entered into auction 26 days after expiration. You can bid on any expiring domain listed through GoDaddy Auctions®. Expired auctions last for 10 days, after which domains without bids are moved to Expired Domains Closeout. The current registrant can re-claim the domain up to 30 days after expiration. Once a bid is placed, the registrant can no longer renew the domain in their account.

It's possible to place a bid on your own expired domain after it's listed in Expired Auctions. However, we recommend renewing your expired domain, if it's available in your account, to avoid delays in receiving the domain.

Back to top

## Expired Closeout Domains

These are domains with Buy Now prices as low as $5.00 USD. The GoDaddy Auctions® Expired Domains Closeout is a Buy Now option for expired auctions that have ended. A closeout begins after the 10-day Expired Auction has ended and lasts 5 days. It's the last chance to capture expired domains for just the closeout fee plus renewal or transfer fee, before we return the expired domain to the registry. A closeout functions as a reverse auction where the price decreases daily. Any auction of an expired domain that doesn't receive a bid enters the closeout process.

# Related steps

- Learn more on how to verify your GoDaddy bidder account.

- Curious to know what happens when an auction ends? Visit this page to learn more.

# More info

- Check out our Domain Broker Service for a different option to acquire a domain that's already registered but not listed for sale.

- GoDaddy doesn't send any tax documents pertaining to the purchase or sale of domains through GoDaddy Auctions® or List for Sale, such as 1099 forms. All earnings must be self-reported by the seller. GoDaddy is not able to offer legal or tax advice, and we recommend reviewing your specific situation with a tax professional.

## Share this article

    

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved. Privacy Policy
Do not sell my personal information

# Exhibit C



# Domain Report - Calor.com

Domain Name **Calor.com**

Prepared On **July 19, 2024**



Website Screenshot taken 10/28/2012

# About This Report

This report documents a thorough analysis of the Internet domain name "**Calor.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

© 2024 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 31, 2024

Domain Name: calor.com
Registry Domain ID: 11562_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.123-reg.co.uk
Registrar URL: https://www.123-reg.co.uk
Updated Date: 2024-03-26T02:00:10Z
Creation Date: 1996-02-24T00:00:00Z
Registrar Registration Expiration Date: 2024-02-25T00:00:00Z
Registrar: 123-Reg Limited
Registrar IANA ID: 1515
Registrar Abuse Contact Email: abuse@123-reg.co.uk
Registrar Abuse Contact Phone: +1.8779770099


Screenshot taken Oct 28, 2012

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registrant Organization: Afternic, LLC - On Behalf of Domain Owner
Registrant State/Province: DE
Registrant Country: US
Registrant Email: https://webform.meshdigital.com
Admin Email: https://webform.meshdigital.com
Tech Email: https://webform.meshdigital.com
Name Server: NS39.DOMAINCONTROL.COM
Name Server: NS40.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

# Exhibit D



Niklas Thorin <niklas.thorin@crisby.se>

## Winning Bid for calor.com

**GoDaddy** <auctions@godaddy.com>                                          4 April 2024 at 17:39
To: niklas.thorin@crisby.se



24/7 Support: +1 (480) 505-8855
Niklas Thorin — Customer Number:41750938

# You have placed the high bid

This message is to notify you that the winning bidder of **Item Number 548251391, calor.com,** did not complete this transaction. You had the second highest bid of **11,405.00** and now this domain auction has been moved to the "Won" section of your GoDaddy Auctions account. You must complete the purchase of the calor.com within 24 hours of this notification or the domain may be offered to others for purchase.

If you are still interested in registering this domain name, please log in to your account and complete purchase for the domain.

If you had calor.com on backorder and did not actively bid on this domain, please disregard the instructions above.

If you have any questions, contact Customer Support:

• Online Support
• Email: auctions@godaddy.com
• 24/7 Support by Phone: +1 (480) 505-8855

Copyright © 1999-2024 GoDaddy Auctions. All rights reserved.

6253387759

# Exhibit E



Niklas Thorin <niklas.thorin@crisby.se>

## Niklas Thorin, thank you for your order.

**GoDaddy** <donotreply@godaddy.com>                    5 April 2024 at 20:19
To: niklas.thorin@crisby.se



Need help? <u>Contact us.</u>
Customer Number: 41750938

# Thanks for your order, Niklas.

Here's your confirmation for order number 2987847541. Review your receipt and get started using your products.

**Go to My Products** →

## Order Number: 2987847541

| Product | Quantity | Term | Price |
|---|---|---|---|
| Auctions Expired Domain <br> calor.com | 1 Unit | 1 Unit | $11,405.00 |
| .COM Domain Renewal | 1 Unit | 1 Year | $22.17 |
| Subtotal: | | | $11,427.17 |
| Tax: | | | $0.00 |
| Total: | | | $11,427.17 |

**View Full Receipt →**

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This message confirms that during the checkout process, you agreed to GoDaddy's Universal Terms of Service Agreement, Privacy Policy and all other agreements applicable to your purchase. You can obtain a list of all agreements and policies to which you agreed by contacting GoDaddy customer service and visiting the GoDaddy Legal Agreements and Policies page. Your use of the purchased products is governed by the terms of these agreements and policies. If you wish to cancel your purchase, please learn more about our Refund Policy. This message also confirms that during the checkout process, you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part. If you do not wish to continue using our automatic renewal service, you can cancel by visiting the Renewals and Billing page in your account. If you selected an installment payment option during checkout, the option applies to a product's current term only and you will pay the then-current full amount upon automatic renewal. You may, however, select an additional installment payment option, if available, for a product by visiting the Renewals and Billing page in your account and manually renewing a product.

**Enjoy 25%\* off new products when you order now.**

Use promo code **ORDERNOW4** in your cart when you order.

**Start Shopping →**

## Activate your products today.

You have new products or services in your account waiting to be activated. You've paid for them – now put them to work.

**Get Started →**

🌐 Domains          🖼 Websites          🗄 Hosting          ✉ Email

<u>Set my Support PIN</u>

*<u>See offer terms, conditions and legal policies.</u>

Prices are current as of 4/5/2024 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

6254808714

# Exhibit F



**Encuentra el Calor del Amor.**

Envía un correo a beta@calor.com para acceder antes.

# Exhibit G



**Encuentra el Calor del Amor.**

Envía un correo a beta@calor.com para acceder antes.

Propiedad y gestión de Crisby Studio AB, empresa registrada en Suecia con ID de VAT/NIF SE556880889201.

# Exhibit H

# 8086 Consultancy

- Home
- Browse
- Random
- FAQ
- Stats
- Reports
- Discord
- Contact

No 1

## Domain Name System (DNS) Historical Record Archive.

With our new look website you can now find other domains hosted on the same IP address, your website neighbours and more even quicker than before.

Please be patient as the site returns from a long absence. If you have any problems please head over to our discord and let us know.



prev

next

## DNS Records

Domain: calor•com.
Added: 2009-12-10
Last updated: 2024-08-13

What points here by: CNAME / NS / MX / PTR
View: SubDomains / Check DNS Propagation / Dig.

### SOA - (history:63)

2024-04-10 -> 2024-08-13
MName: pns41.cloudns.net
Serial: 2024040817
Refresh: 7200
Retry: 1800
Expire: 3600

### NS - (history:22)

2024-04-10 -> 2024-08-13 pns42.cloudns.net
2024-04-10 -> 2024-08-13 pns41.cloudns.net
2024-04-10 -> 2024-08-13 pns44.cloudns.net
2024-04-10 -> 2024-08-13 pns43.cloudns.net

### MX - (history:8)

2024-04-10 -> 2024-08-13 **10** -> [aspmx1.migadu.com](aspmx1.migadu.com)
2024-04-10 -> 2024-08-13 **20** -> [aspmx2.migadu.com](aspmx2.migadu.com)

## A - (**history**:4)

2024-04-10 -> 2024-08-13 [162.159.152.19](162.159.152.19)

## AAAA

## CNAME

## PTR

## TXT

2024-04-10 -> 2024-08-13 "hosted-email-verify=mvdlbvb4"
2024-04-10 -> 2024-08-13 "v=spf1 include:spf.migadu.com -all"

[prev](prev)

[next](next)

## Domain Search

| dnshistory.org | Search |



© 2009-2024 [8086 Consultancy](8086 Consultancy), All Rights Reserved - E&OE

[DNS History](DNS History)

# Exhibit I



Niklas Thorin <niklas.thorin@crisby.se>

## calor.com

**Michael C Lefebvre** <mlefebvre@godaddy.com>                         29 May 2024 at 21:03
To: "niklas.thorin@crisby.se" <niklas.thorin@crisby.se>

Hi Niklas,

My name is Mike Lefebvre. I'm a Sales manager with GoDaddy, the world's leading source for buying, parking, and selling premium domain names.

We recently had a client request our assistance in potentially acquiring the above referenced domain which appears to be owned/ registered to you. If you would please confirm that you are still the registrant of this domain, and whether you would be open to discussing the sale of the domain, I would greatly appreciate it.

If you are open to selling the domain, can you please provide me with a ballpark figure that you would be willing to consider selling for?

Thanks in advance and I look forward to your response. You can reach me at either the phone or email info below.

---

**Michael Lefebvre  |  Sales Manager - Aftermarket**



**p.** (602) 975-9239  |  **e.** mlefebvre@godaddy.com

# Exhibit J

---------- Forwarded message ---------
From: **Niklas Thorin** <niklas@crisby.co>
Date: Wed, 29 May 2024 at 21:36
Subject: Re: calor.com
To: Michael C Lefebvre <mlefebvre@godaddy.com>


Hi Michael,

Thanks for reaching out!

We're currently launching a project on Calor.com in Q1-2025, and the domain has been specifically purchased for that purpose. In order for us to consider another domain for the project, the offer would need to be in the high six-figure range.

BR/Nick

On Wed, 29 May 2024, 21:03 Michael C Lefebvre, <mlefebvre@godaddy.com> wrote:
Hi Niklas,

My name is Mike Lefebvre. I'm a Sales manager with GoDaddy, the world's leading source for buying, parking, and selling premium domain names.

We recently had a client request our assistance in potentially acquiring the above referenced domain which appears to be owned/ registered to you. If you would please confirm that you are still the registrant of this domain, and whether you would be open to discussing the sale of the domain, I would greatly appreciate it.

If you are open to selling the domain, can you please provide me with a ballpark figure that you would be willing to consider selling for?

Thanks in advance and I look forward to your response. You can reach me at either the phone or email info below.

**Michael Lefebvre**   |   **Sales Manager - Aftermarket**

**p.** (602) 975-9239   |   **e.** mlefebvre@godaddy.com

# Exhibit K



**Niklas Thorin <niklas.thorin@crisby.se>**

---

## Regarding the domain name calor.com

---

**ceoteam@godaddy.com** <ceoteam@godaddy.com>                                    4 June 2024 at 22:58
To: "niklas.thorin@crisby.se" <niklas.thorin@crisby.se>

Dear Niklas Thorin,

Due to an unexpected error, the domain calor.com should not have been available for your purchase. To correct this error, we have removed the domain from your account and are taking proactive steps to prevent this error from happening again in the future.

We have refunded your original purchase and have added a $350 in-store credit to your account for the inconvenience. Please accept our sincere apologies for any confusion this issue may have caused. If you have concerns about this error, please contact our office directly and we will be happy to answer any questions you may have.

Thank you for your understanding and for choosing GoDaddy.

Best regards,

**The Office of the CEO | Go**Daddy
**CEOTeam@GoDaddy.com**

This email message and any attachments hereto is intended for use only by the addressee(s) named herein. If you have received this email in error, please immediately notify the sender and permanently delete the original and any copy of this message and its attachments.

# Exhibit L



JJN Solutions, LLC
9445 Brenner Ct.,
Vienna, VA 22180
♦ +1.202.549.5079
♦ www.jjnsolutions.com
♦ Jeff@jjnsolutions.com

June 17, 2024

**VIA E-MAIL**
GoDaddy, Inc,
100 S. Mill Ave.
Suite 1600
Tempe, AZ 85281
AuctionDisputes@GoDaddy.com

    Re:    **Reclamation of Calor.com**

    Dear GoDaddy,

I am writing to you on behalf of my client, Niklas Thorin, CEO and Producer of Crisby AB, GoDaddy Account No. 41750938 regarding your reclamation of the domain name <**Calor.com**> on June 4, 2024, **two months** after he won, paid for, and became the rightful owner of the domain name.  As you are no doubt aware, my client successfully won the auction for this <**Calor.com**> on April 4, 2024 (*See Annex 1*), and on the very next day complied with all the necessary requirements to complete the purchase (*See Annex 2*).

Shortly after the domain name was placed into his account on April 5, 2025, my client activated e-mail accounts associated with the domain name and commenced the development of his business venture entered around <**Calor.com**>.  Although the website was still in its developmental stage, significant time and resources were invested in the project, which had an estimated launch date in Q1-2025.

This situation was brought to the attention of your sales manager, Mike Lefebre (mlefebvre@godaddy.com), when he reached out on behalf of an unnamed client on May 29, 2024 (*See Annex 3*).  In that e-mail, Mr. Lefebre specifically acknowledged my client's ownership of <**Calor.com**> and inquired whether the domain name was for sale.  My client responded on the same day formally notifying GoDaddy that a project was being launched on <**Calor.com**> in Q1-2025 and that the domain name had been specifically purchased for that purpose.  *Id.*

Despite fulfilling all obligations and investing significant time, money, and resources into the rightful use of the <**Calor.com**> domain name, my client was informed on June 4, 2024—two months after the auction's completion—that "due to an unexpected error, the domain calor.com should not have been available for your purchase." Without any prior warning or notice, GoDaddy improperly removed the domain from my client's account, stating it would refund the original purchase price. *See Annex 4.*



**JJN SOLUTIONS**

We firmly believe that GoDaddy owes my client a thorough explanation regarding the
"unexpected error," which was not discovered or communicated until two months post-auction.
Without a satisfactory explanation, it appears that the domain name was taken back without any
valid justification or prior notice. Additionally, merely refunding the purchase price does not
adequately compensate my client for the significant time, money, and resources already
invested in the development of the **<Calor.com>** business.

This action constitutes a breach of the auction agreement and raises serious concerns about
the integrity of your auction process and the protection of bidders' rights.

In light of the above, we formally request the following actions:

1. Immediate reinstatement of the domain name **<Calor.com>** to my client, ensuring that
   all rights and privileges associated with the domain name are fully restored.
2. A detailed written explanation for the unjustified reclamation of the domain name.
3. Compensation for any damages incurred due to the breach of contract and the resulting
   financial and reputational harm.

Failure to comply with these demands within ten (10) business days from the date of this letter
will compel us to pursue all available legal remedies, including but not limited to filing a lawsuit
for breach of contract, damages, and injunctive relief.

We hope to resolve this matter amicably and expect prompt action from your side. Please direct
your response and any correspondence regarding this matter to my attention.

Thank you for your immediate attention to this serious issue.

Sincerely,

*Jeffrey J Neuman*

Jeffrey J. Neuman, Esq.

Founder & CEO
JJN Solutions, LLC


Enclosures: Annexes

cc:      GoDaddy Legal (legal@godaddy.com)
         Office of the CEO (CEOTeam@GoDaddy.com)

2



**JJN SOLUTIONS**

## **ANNEX 1**
(Copy of Auction Winning E-mail)

JJN Solutions, LLC                                                                 Jeff@jjnsolutions.com



Niklas Thorin <niklas.thorin@crisby.se>

---

**Winning Bid for calor.com**

---

**GoDaddy** <auctions@godaddy.com>                                          4 April 2024 at 17:39
To: niklas.thorin@crisby.se

                              24/7 Support: +1 (480) 505-8855

Niklas Thorin — Customer Number:41750938

# You have placed the high bid

This message is to notify you that the winning bidder of **Item Number 548251391, calor.com,** did not complete this transaction. You had the second highest bid of **11,405.00** and now this domain auction has been moved to the "Won" section of your GoDaddy Auctions account. You must complete the purchase of the calor.com within 24 hours of this notification or the domain may be offered to others for purchase.

If you are still interested in registering this domain name, please log in to your account and complete purchase for the domain.

If you had calor.com on backorder and did not actively bid on this domain, please disregard the instructions above.

If you have any questions, contact Customer Support:

• Online Support
• Email: auctions@godaddy.com
• 24/7 Support by Phone: +1 (480) 505-8855

Copyright © 1999-2024 GoDaddy Auctions. All rights reserved.

6253387759



**JJN SOLUTIONS**

## ANNEX 2
(Copy of Order Confirmation)

4



Niklas Thorin <niklas.thorin@crisby.se>

---

**Niklas Thorin, thank you for your order.**

---

**GoDaddy** <donotreply@godaddy.com>                          5 April 2024 at 20:19
To: niklas.thorin@crisby.se



Need help? <u>Contact us.</u>
Customer Number: 41750938

# Thanks for your order, Niklas.

Here's your confirmation for order number 2987847541. Review your
receipt and get started using your products.

**Go to My Products →**

## Order Number: 2987847541

| Product | Quantity | Term | Price |
|---------|----------|------|-------|
| Auctions Expired Domain<br>calor.com | 1 Unit | 1 Unit | $11,405.00 |
| .COM Domain Renewal | 1 Unit | 1 Year | $22.17 |
| | Subtotal: | | $11,427.17 |
| | Tax: | | $0.00 |
| | Total: | | $11,427.17 |

**View Full Receipt →**

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This message confirms that during the checkout process, you agreed to GoDaddy's Universal Terms of Service Agreement, Privacy Policy and all other agreements applicable to your purchase. You can obtain a list of all agreements and policies to which you agreed by contacting GoDaddy customer service and visiting the GoDaddy Legal Agreements and Policies page. Your use of the purchased products is governed by the terms of these agreements and policies. If you wish to cancel your purchase, please learn more about our Refund Policy. This message also confirms that during the checkout process, you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part. If you do not wish to continue using our automatic renewal service, you can cancel by visiting the Renewals and Billing page in your account. If you selected an installment payment option during checkout, the option applies to a product's current term only and you will pay the then-current full amount upon automatic renewal. You may, however, select an additional installment payment option, if available, for a product by visiting the Renewals and Billing page in your account and manually renewing a product.

---

### Enjoy 25%* off new products when you order now.

Use promo code **ORDERNOW4** in your cart when you order.

**Start Shopping →**

17/06/2024, 18:... Getting Mail – Niklas ... that ... ... your ord...

Case 2:24-cv-03359-JJT    Document 1-1    Filed 11/27/24    Page 120 of 249

## Activate your products today.

You have new products or services in your account waiting to be activated. You've paid for them – now put them to work.

**Get Started →**

⊕ Domains    🖼 Websites    🗄 Hosting    ✉ Email

Set my Support PIN

*See offer terms, conditions and legal policies.

Prices are current as of 4/5/2024 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

6254808714



JJN SOLUTIONS

**<u>ANNEX 3</u>**
(Copy of E-mail Exchange with GoDaddy
Sales manager)

JJN Solutions, LLC                                           Jeff@jjnsolutions.com



Niklas Thorin <niklas.thorin@crisby.se>

## calor.com

**Michael C Lefebvre** <mlefebvre@godaddy.com>                         29 May 2024 at 21:03
To: "niklas.thorin@crisby.se" <niklas.thorin@crisby.se>

Hi Niklas,

My name is Mike Lefebvre. I'm a Sales manager with GoDaddy, the world's leading source for buying, parking, and selling premium domain names.

We recently had a client request our assistance in potentially acquiring the above referenced domain which appears to be owned/ registered to you. If you would please confirm that you are still the registrant of this domain, and whether you would be open to discussing the sale of the domain, I would greatly appreciate it.

If you are open to selling the domain, can you please provide me with a ballpark figure that you would be willing to consider selling for?

Thanks in advance and I look forward to your response. You can reach me at either the phone or email info below.

---

**Michael Lefebvre  |  Sales Manager - Aftermarket**



**p.**  (602) 975-9239   |   **e.**  mlefebvre@godaddy.com

---------- Forwarded message ---------
From: **Niklas Thorin** <niklas@crisby.co>
Date: Wed, 29 May 2024 at 21:36
Subject: Re: calor.com
To: Michael C Lefebvre <mlefebvre@godaddy.com>

Hi Michael,

Thanks for reaching out!

We're currently launching a project on Calor.com in Q1-2025, and the domain has been specifically purchased for that purpose. In order for us to consider another domain for the project, the offer would need to be in the high six-figure range.

BR/Nick

On Wed, 29 May 2024, 21:03 Michael C Lefebvre, <mlefebvre@godaddy.com> wrote:
Hi Niklas,

My name is Mike Lefebvre. I'm a Sales manager with GoDaddy, the world's leading source for buying, parking, and selling premium domain names.

We recently had a client request our assistance in potentially acquiring the above referenced domain which appears to be owned/ registered to you. If you would please confirm that you are still the registrant of this domain, and whether you would be open to discussing the sale of the domain, I would greatly appreciate it.

If you are open to selling the domain, can you please provide me with a ballpark figure that you would be willing to consider selling for?

Thanks in advance and I look forward to your response. You can reach me at either the phone or email info below.

**Michael Lefebvre**   |   **Sales Manager - Aftermarket**

**p.** (602) 975-9239  |  **e.** [mlefebvre@godaddy.com](mailto:mlefebvre@godaddy.com)



**JJN SOLUTIONS**

<u>**ANNEX 4**</u>
(Copy of E-mail from GoDaddy Taking
Calor.Com)

6



Niklas Thorin <niklas.thorin@crisby.se>

## Regarding the domain name calor.com

**ceoteam@godaddy.com** <ceoteam@godaddy.com>                    4 June 2024 at 22:58
To: "niklas.thorin@crisby.se" <niklas.thorin@crisby.se>

Dear Niklas Thorin,

Due to an unexpected error, the domain calor.com should not have been available for your purchase. To correct this error, we have removed the domain from your account and are taking proactive steps to prevent this error from happening again in the future.

We have refunded your original purchase and have added a $350 in-store credit to your account for the inconvenience. Please accept our sincere apologies for any confusion this issue may have caused. If you have concerns about this error, please contact our office directly and we will be happy to answer any questions you may have.

Thank you for your understanding and for choosing GoDaddy.

Best regards,

**The Office of the CEO | Go**Daddy
**CEOTeam@GoDaddy.com**

This email message and any attachments hereto is intended for use only by the addressee(s) named herein. If you have received this email in error, please immediately notify the sender and permanently delete the original and any copy of this message and its attachments.

# Exhibit M



JJN Solutions, LLC
9445 Brenner Ct.,
Vienna, VA 22180
♦ +1.202.549.5079
♦ www.jjnsolutions.com
♦ Jeff@jjnsolutions.com

July 17, 2024

**VIA E-MAIL**
GoDaddy, Inc,
100 S. Mill Ave.
Suite 1600
Tempe, AZ 85281
AuctionDisputes@GoDaddy.com

   Re:     Reclamation of Calor.com

Dear GoDaddy,

I am writing to follow up on our letter dated June 17, 2024 ("Letter"), on behalf of my client, Niklas Thorin, CEO and Producer of Crisby AB, GoDaddy Account No. 41750938. The Letter was sent to GoDaddy's CEO Team, Auction Dispute Team, and legal department. To date, we have not received any response regarding the substance of the Letter, nor has the domain name <calor.com> been reinstated to Mr. Thorin's account.

As outlined in the Letter, we hoped to resolve this matter amicably. However, this will not be possible without a substantive response explaining why GoDaddy unlawfully repossessed the domain name two months after payment. Mr. Thorin has invested significant time, money, and resources into developing a new business dependent on this domain name.

We continue to believe that GoDaddy's actions constitute a clear breach of the auction agreement, tortious interference with my client's business, and an unfair business practice. Unless Mr. Thorin's domain name is immediately reinstated, along with all associated rights, we will have no choice but to pursue all available legal remedies. This includes, but is not limited to, filing a lawsuit for breach of contract, damages, and injunctive relief.

We are reaching out for this one last time in the hopes of resolving this amicably prior to litigation.   Please direct your response and any correspondence regarding this matter to my attention.



**JJN SOLUTIONS**

Thank you for your immediate attention to this serious issue.

Sincerely,

*Jeffrey J Neuman*

Jeffrey J. Neuman, Esq.

Founder & CEO
JJN Solutions, LLC


Enclosures: Letter dated June 17, 2024 and Annexes

cc:     GoDaddy Legal (legal@godaddy.com)
        Office of the CEO (CEOTeam@GoDaddy.com)

JJN Solutions, LLC                                      Jeff@jjnsolutions.com



**JJN SOLUTIONS**

**<u>ATTACHMENT 1</u>**
(Copy of Original Letter)

JJN Solutions, LLC                                                    Jeff@jjnsolutions.com



JJN Solutions, LLC
9445 Brenner Ct.,
Vienna, VA 22180
♦ +1.202.549.5079
♦ www.jjnsolutions.com
♦ Jeff@jjnsolutions.com

June 17, 2024

**VIA E-MAIL**
GoDaddy, Inc,
100 S. Mill Ave.
Suite 1600
Tempe, AZ 85281
AuctionDisputes@GoDaddy.com

    Re:     **Reclamation of Calor.com**

Dear GoDaddy,

I am writing to you on behalf of my client, Niklas Thorin, CEO and Producer of Crisby AB, GoDaddy Account No. 41750938 regarding your reclamation of the domain name <**Calor.com**> on June 4, 2024, **two months** after he won, paid for, and became the rightful owner of the domain name.  As you are no doubt aware, my client successfully won the auction for this <**Calor.com**> on April 4, 2024 (*See Annex 1*), and on the very next day complied with all the necessary requirements to complete the purchase (*See Annex 2*).

Shortly after the domain name was placed into his account on April 5, 2025, my client activated e-mail accounts associated with the domain name and commenced the development of his business venture entered around <**Calor.com**>.  Although the website was still in its developmental stage, significant time and resources were invested in the project, which had an estimated launch date in Q1-2025.

This situation was brought to the attention of your sales manager, Mike Lefebre (mlefebvre@godaddy.com), when he reached out on behalf of an unnamed client on May 29, 2024 (*See Annex 3*).  In that e-mail, Mr. Lefebre specifically acknowledged my client's ownership of <**Calor.com**> and inquired whether the domain name was for sale.  My client responded on the same day formally notifying GoDaddy that a project was being launched on <**Calor.com**> in Q1-2025 and that the domain name had been specifically purchased for that purpose.  *Id.*

Despite fulfilling all obligations and investing significant time, money, and resources into the rightful use of the <**Calor.com**> domain name, my client was informed on June 4, 2024—two months after the auction's completion—that "due to an unexpected error, the domain calor.com should not have been available for your purchase." Without any prior warning or notice, GoDaddy improperly removed the domain from my client's account, stating it would refund the original purchase price. *See Annex 4.*



**JJN SOLUTIONS**

We firmly believe that GoDaddy owes my client a thorough explanation regarding the "unexpected error," which was not discovered or communicated until two months post-auction. Without a satisfactory explanation, it appears that the domain name was taken back without any valid justification or prior notice. Additionally, merely refunding the purchase price does not adequately compensate my client for the significant time, money, and resources already invested in the development of the **<Calor.com>** business.

This action constitutes a breach of the auction agreement and raises serious concerns about the integrity of your auction process and the protection of bidders' rights.

In light of the above, we formally request the following actions:

1. Immediate reinstatement of the domain name **<Calor.com>** to my client, ensuring that all rights and privileges associated with the domain name are fully restored.
2. A detailed written explanation for the unjustified reclamation of the domain name.
3. Compensation for any damages incurred due to the breach of contract and the resulting financial and reputational harm.

Failure to comply with these demands within ten (10) business days from the date of this letter will compel us to pursue all available legal remedies, including but not limited to filing a lawsuit for breach of contract, damages, and injunctive relief.

We hope to resolve this matter amicably and expect prompt action from your side. Please direct your response and any correspondence regarding this matter to my attention.

Thank you for your immediate attention to this serious issue.

Sincerely,

*Jeffrey J Neuman*

Jeffrey J. Neuman, Esq.

Founder & CEO
JJN Solutions, LLC

Enclosures: Annexes

cc:     GoDaddy Legal (legal@godaddy.com)
        Office of the CEO (CEOTeam@GoDaddy.com)

2



JJN SOLUTIONS

**ANNEX 1**
(Copy of Auction Winning E-mail)

JJN Solutions, LLC                                                Jeff@jjnsolutions.com



**Niklas Thorin <niklas.thorin@crisby.se>**

---

## Winning Bid for calor.com

**GoDaddy** <auctions@godaddy.com>
To: niklas.thorin@crisby.se

4 April 2024 at 17:39



24/7 Support: +1 (480) 505-8855
Niklas Thorin — Customer Number:41750938

# You have placed the high bid

This message is to notify you that the winning bidder of **Item Number 548251391,** **calor.com,** did not complete this transaction. You had the second highest bid of **11,405.00** and now this domain auction has been moved to the "Won" section of your GoDaddy Auctions account. You must complete the purchase of the calor.com within 24 hours of this notification or the domain may be offered to others for purchase.

If you are still interested in registering this domain name, please log in to your account and complete purchase for the domain.

If you had calor.com on backorder and did not actively bid on this domain, please disregard the instructions above.

If you have any questions, contact Customer Support:

• Online Support
• Email: auctions@godaddy.com
• 24/7 Support by Phone: +1 (480) 505-8855

Copyright © 1999-2024 GoDaddy Auctions. All rights reserved.

6253387759



**JJN SOLUTIONS**

<u>**ANNEX 2**</u>
(Copy of Order Confirmation)

JJN Solutions, LLC                                                                Jeff@jjnsolutions.com



Niklas Thorin <niklas.thorin@crisby.se>

---

**Niklas Thorin, thank you for your order.**

---

**GoDaddy** <donotreply@godaddy.com>                                    5 April 2024 at 20:19
To: niklas.thorin@crisby.se



Need help? Contact us.
Customer Number: 41750938

# Thanks for your order, Niklas.

Here's your confirmation for order number 2987847541. Review your
receipt and get started using your products.

**Go to My Products →**

## Order Number: 2987847541

| Product | Quantity | Term | Price |
|---|---|---|---|
| Auctions Expired Domain<br>calor.com | 1 Unit | 1 Unit | $11,405.00 |
| .COM Domain Renewal | 1 Unit | 1 Year | $22.17 |
| | | Subtotal: | $11,427.17 |
| | | Tax: | $0.00 |
| | | Total: | $11,427.17 |

**View Full Receipt →**

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This message confirms that during the checkout process, you agreed to GoDaddy's Universal Terms of Service Agreement, Privacy Policy and all other agreements applicable to your purchase. You can obtain a list of all agreements and policies to which you agreed by contacting GoDaddy customer service and visiting the GoDaddy Legal Agreements and Policies page. Your use of the purchased products is governed by the terms of these agreements and policies. If you wish to cancel your purchase, please learn more about our Refund Policy. This message also confirms that during the checkout process, you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part. If you do not wish to continue using our automatic renewal service, you can cancel by visiting the Renewals and Billing page in your account. If you selected an installment payment option during checkout, the option applies to a product's current term only and you will pay the then-current full amount upon automatic renewal. You may, however, select an additional installment payment option, if available, for a product by visiting the Renewals and Billing page in your account and manually renewing a product.

### Enjoy 25%* off new products when you order now.

Use promo code **ORDERNOW4** in your cart when you order.

**Start Shopping →**

## Activate your products today.

You have new products or services in your account waiting to be activated. You've paid for them – now put them to work.

**Get Started →**



Domains     Websites     Hosting     Email

Set my Support PIN

*See offer terms, conditions and legal policies.

Prices are current as of 4/5/2024 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

6254808714



**JJN SOLUTIONS**

<u>**ANNEX 3**</u>
(Copy of E-mail Exchange with GoDaddy
Sales manager)



Niklas Thorin <niklas.thorin@crisby.se>

---

## calor.com

---

**Michael C Lefebvre** <mlefebvre@godaddy.com>                    29 May 2024 at 21:03
To: "niklas.thorin@crisby.se" <niklas.thorin@crisby.se>

Hi Niklas,

My name is Mike Lefebvre. I'm a Sales manager with GoDaddy, the world's leading source for buying, parking, and selling premium domain names.

We recently had a client request our assistance in potentially acquiring the above referenced domain which appears to be owned/ registered to you. If you would please confirm that you are still the registrant of this domain, and whether you would be open to discussing the sale of the domain, I would greatly appreciate it.

If you are open to selling the domain, can you please provide me with a ballpark figure that you would be willing to consider selling for?

Thanks in advance and I look forward to your response. You can reach me at either the phone or email info below.

---

**Michael Lefebvre   |   Sales Manager - Aftermarket**



**p.**  (602) 975-9239   |   **e.**  mlefebvre@godaddy.com

---------- Forwarded message ---------
From: **Niklas Thorin** <niklas@crisby.co>
Date: Wed, 29 May 2024 at 21:36
Subject: Re: calor.com
To: Michael C Lefebvre <mlefebvre@godaddy.com>


Hi Michael,

Thanks for reaching out!

We're currently launching a project on Calor.com in Q1-2025, and the domain has been specifically purchased for that purpose. In order for us to consider another domain for the project, the offer would need to be in the high six-figure range.

BR/Nick

On Wed, 29 May 2024, 21:03 Michael C Lefebvre, <mlefebvre@godaddy.com> wrote:
Hi Niklas,

My name is Mike Lefebvre. I'm a Sales manager with GoDaddy, the world's leading source for buying, parking, and selling premium domain names.

We recently had a client request our assistance in potentially acquiring the above referenced domain which appears to be owned/ registered to you. If you would please confirm that you are still the registrant of this domain, and whether you would be open to discussing the sale of the domain, I would greatly appreciate it.

If you are open to selling the domain, can you please provide me with a ballpark figure that you would be willing to consider selling for?

Thanks in advance and I look forward to your response. You can reach me at either the phone or email info below.

**Michael Lefebvre   |   Sales Manager - Aftermarket**

**p.** (602) 975-9239  |  **e.** [mlefebvre@godaddy.com](mailto:mlefebvre@godaddy.com)



JJN SOLUTIONS

**<u>ANNEX 4</u>**
(Copy of E-mail from GoDaddy Taking
Calor.Com)

JJN Solutions, LLC                                                                                          Jeff@jjnsolutions.com



**Niklas Thorin <niklas.thorin@crisby.se>**

## Regarding the domain name calor.com

**ceoteam@godaddy.com** <ceoteam@godaddy.com>
To: "niklas.thorin@crisby.se" <niklas.thorin@crisby.se>

4 June 2024 at 22:58

Dear Niklas Thorin,

Due to an unexpected error, the domain calor.com should not have been available for your purchase. To correct this error, we have removed the domain from your account and are taking proactive steps to prevent this error from happening again in the future.

We have refunded your original purchase and have added a $350 in-store credit to your account for the inconvenience. Please accept our sincere apologies for any confusion this issue may have caused. If you have concerns about this error, please contact our office directly and we will be happy to answer any questions you may have.

Thank you for your understanding and for choosing GoDaddy.

Best regards,

**The Office of the CEO | GoDaddy**
**CEOTeam@GoDaddy.com**

This email message and any attachments hereto is intended for use only by the addressee(s) named herein. If you have received this email in error, please immediately notify the sender and permanently delete the original and any copy of this message and its attachments.

# Exhibit N

Domains    Websites    Email

# GoDaddy - AUCTIONS MEMBERSHIP AGREEMENT

**Last Revised: 1/27/2023**

**PLEASE READ THIS AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

## 1. OVERVIEW

This GoDaddy Auctions Membership Agreement (this "Agreement") is entered into by and between GoDaddy.com, LLC, a Delaware limited liability company ("GoDaddy") and you, and is made effective as of the date of electronic acceptance. This Agreement sets forth the terms and conditions of your use of GoDaddy's Auctions services ("GoDaddy Auctions" or the "Services").

Your electronic acceptance of this Agreement signifies that you have read, understand, acknowledge and agree to be bound by this Agreement, along with GoDaddy's Universal Terms of Service Agreement, which is incorporated herein by reference.

The terms "we", "us" or "our" shall refer to GoDaddy. The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts this Agreement. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

GoDaddy, in its sole and absolute discretion, may change or modify this Agreement, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to the GoDaddy website (this "Site"). You acknowledge and agree that (i) GoDaddy may notify you of such changes or modifications by posting them to this Site and (ii) your use of this Site or the Services found at this Site after such changes or modifications have been made (as indicated by the "Last Revised" date at the top of this page) shall constitute your acceptance of this Agreement as last revised. If you do not agree to be bound by this Agreement as last revised, do not use (or continue to use) this Site or the Services found at this Site. In addition, GoDaddy may occasionally notify you of changes or modifications to this Agreement by email. It is therefore very important that you keep your account ("Account") information, including your email address, current. GoDaddy assumes no liability or responsibility for your failure to receive an email notification if such failure results from an inaccurate or out-of-date email address.

## 2. DESCRIPTION OF SERVICES

💬 Contact Us

The Services are provided to facilitate the buying and selling of currently registered domain names only, and not the purchase or sale of associated website content. GoDaddy provides a venue and a transaction facilitation process. GoDaddy is not an auctioneer or an escrow agent. Although the process occurs in an "auction-style" format, GoDaddy is not the owner of the domain names listed on the website. As result, GoDaddy has no control over the quality, safety or legality of the domain names listed. Domain names listed may be withdrawn at any time by Seller or by GoDaddy.

You acknowledge and agree that if you engage in a transaction with an auction selling price of five thousand dollars ($5,000.00) or more, your transaction may be handled by third-party escrow service, Escrow.com. Your electronic acceptance of this Agreement signifies that you have read, understand, acknowledge and agree to be bound by Escrow.com's General Escrow Instructions, which are incorporated herein by reference. In addition, you acknowledge and agree that GoDaddy may disclose personally identifiable information to Escrow.com for the sole purpose of facilitating the transaction.

You acknowledge and agree that if you engage in a transaction with an auction selling price of less than five thousand dollars ($5,000.00), your transaction will be handled by GoDaddy's "Transaction Assurance" process. GoDaddy will remit payment of the purchase price, less the applicable commission and fees, to the Seller approximately 20 days after receiving funds from the Buyer, except in the event of a dispute or where the payment is suspected to be fraudulent.

For Domain Broker Service transactions, as part of GoDaddy's "Transaction Assurance" process, GoDaddy will remit payment of the full agreed upon purchase price to the Seller within approximately 20 days after receiving funds from the Buyer, except in the event of a dispute or where the payment is suspected to be fraudulent, as determined by GoDaddy in its sole and absolute discretion.

By using GoDaddy's "Transaction Assurance" process, you authorize GoDaddy to perform tasks on your behalf in order to complete the transaction. GoDaddy will not use your funds for its operating expenses or any other corporate purposes, and will not voluntarily make funds available to its creditors in the event of bankruptcy or for any other purpose. You acknowledge and agree that GoDaddy is not a bank, and the "Transaction Assurance" process is a payment processing service rather than a banking service. You further acknowledge and agree that GoDaddy is not acting as a trustee, fiduciary, or escrow agent with respect to your funds.

GoDaddy is not responsible and disclaims all liability in the event that the domain name transaction fails to complete due to breach by the Buyer or Seller or failure of the Buyer or Seller to complete the transaction. Buyer does not obtain any rights in the registration of a domain name until completion of the transaction.

You acknowledge and agree that we may, in our sole discretion, extend the length of the auction if bids are submitted in the final moments of the auction, to allow potential buyers the opportunity to bid prior to the end of the auction.

We reserve the right to screen domain names prior to listing and we may exclude, in our sole discretion, any domain name for any reason, including, but not limited to: a) violation of this Agreement or the Universal Terms of Service; or b) infringement, or potential infringement, of a third party intellectual property right.

Should you choose payment by paper check, you acknowledge and agree that a Twenty-Five Dollar ($25 USD) check processing fee will be assessed to you each time a U.S. based check is printed.

Gift cards may not be used to purchase auction memberships or auction items.

FOR THE PURPOSE OF FACILITATING THE CHANGE OF REGISTRANT INFORMATION DURING AND AFTER THE SALE OF ANY DOMAIN NAME, WHETHER AS BUYER OR SELLER, AND IN ACCORDANCE WITH ICANN'S CHANGE OF REGISTRANT POLICY, YOU AGREE TO APPOINT GoDaddy AS YOUR DESIGNATED AGENT FOR THE SOLE PURPOSE OF EXPLICITLY CONSENTING TO MATERIAL CHANGES OF REGISTRATION CONTACT INFORMATION ON YOUR BEHALF. "DESIGNATED AGENT" MEANS AN INDIVIDUAL OR ENTITY THAT THE PRIOR REGISTRANT OR NEW REGISTRANT EXPLICITLY AUTHORIZES TO APPROVE A CHANGE OF REGISTRANT REQUEST ON ITS BEHALF.

## 3. YOUR OBLIGATIONS (SELLER AND BUYER)

You agree to thoroughly, accurately and honestly complete all forms and requests for information provided by GoDaddy throughout the process. You agree GoDaddy will not be responsible for any false or misleading information you provide, whether intentionally or unintentionally.

You agree to notify GoDaddy within five (5) business days when any of the information you provided as part of the listing/buying process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide GoDaddy with accurate and reliable information on an initial and continual basis, shall be considered a material breach of this Agreement. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by GoDaddy to determine the validity of information provided by you, shall also be considered a material breach of this Agreement.

## 4. PROVISIONS SPECIFIC TO SELLING/LISTING DOMAIN NAMES

You may use the Services to list domain names to which you have ownership rights for sale and are able to transfer in accordance with your obligations under this Agreement. By using the Services for such purposes, you represent and warrant that:

i. You have all rights, titles and interests in the domain name necessary to complete the transaction;

ii. You have the ability to transfer the domain name free and clear of any obligations, liabilities, liens or encumbrances;

iii. The domain name does not infringe on the intellectual property rights of anyone else; and

iv. You have the right to transfer the domain name in accordance with your obligations under this Agreement.

You further agree the domain name is not currently or will not in the foreseeable future be associated with a Uniform Dispute Resolution Policy dispute or other such litigation. In the event you are unable to comply or fail to comply with your obligations under this Agreement, GoDaddy expressly reserves the right to delist any or all of your domain names immediately upon GoDaddy becoming aware of your failure to comply.

You may list your domain name for any duration offered on the site. You agree to pay the listing fee associated with the duration period you choose at the time of the listing. You may choose to supplement the listing with various additional services such as Additional Category listings, Featured Category listings, or Buy Now options. By using the additional services, you agree to pay any additional charges that GoDaddy may associate with the additional services. GoDaddy reserves the right to modify its pricing structure at any time. If you find a Buyer using the Services, the transaction must be completed within the Services. For each transaction completed within the Services, you agree to pay GoDaddy a transaction fee according to GoDaddy's fee schedule. Such transaction fee will be payable directly to GoDaddy unless the transaction is processed using a third-party escrow service, in which case all fees will be paid to such third-party escrow service. In addition to any transaction fees, you agree to pay GoDaddy or the third-party escrow service, as the case may be any intermediary or other banking fees charged by Buyer's banking institution in connection with the transaction in question.

You agree not to sell any domain name to any Buyer found through the Services without using the Services to complete the transaction. Should GoDaddy find that you are circumventing the Services, GoDaddy reserves the right to terminate your account and cancel all of your listings.

You acknowledge and agree that country code top level domain names ("ccTLDs") may have unique eligibility requirements. Accordingly, before you sell or list any ccTLD via GoDaddy Auctions, you should review the applicable registry rules, policies, and agreements for the

ccTLD in question to ensure that you are in compliance with all eligibility requirements (including those listed in the Domain Name Registration Agreement, if any) and will be able to transfer the domain name upon a successful purchase or bid on GoDaddy Auctions.

As a Seller, you are not allowed to bid on any domain names you have listed. If you bid or have someone else bid on a domain name that you have listed, your listing will be removed from the site and administration fees may be assessed per listing. Your account will be locked while we investigate you for "Inappropriate Bidding", which is defined as the act of bidding on your own listing against other bidders, or bidding by individuals who have knowledge of or access to Seller's item information, in order to raise the price at which your item will eventually sell. Inappropriate Bidding is strictly forbidden and GoDaddy will take all actions GoDaddy deems appropriate in the event GoDaddy detects Inappropriate Bidding.

As a Seller, you are obligated to complete the transaction if Buyer commits to purchase the domain name through a fixed price, Buy Now format, or if Buyer meets or exceeds the minimum bid or reserve price. Should you fail to complete the transaction for any reason (including, but not limited to, failing to move the domain name to GoDaddy's account if Buyer commits to purchase the domain name through a fixed price, Buy Now format, or if Buyer meets or exceeds the minimum bid or reserve price), GoDaddy reserves the right to (i) charge you a fee or (ii) terminate your membership with GoDaddy Auctions (as determined by GoDaddy in it sole and absolute discretion). Should you elect to use the "Push to Auction" feature you will be unable to cancel the sale of your domain name, and must accept the initial "offer" if no other bids are made once the domain name is listed on Auction. By receiving payments through the Services, you appoint GoDaddy as your agent to receive and deposit funds on your behalf.

The amount initiated and posted to the deposit account(s) will represent payment for domain names sold using the Services, less any applicable fees and/or chargebacks. Payments can be cancelled or suspended at any time due to chargebacks or suspicion of fraud. In order to receive Payments you will need to set up a payee and assign it to your GoDaddy Auctions account.

Set up a Payee Account

A list of supported payment methods, applicable fees, and minimum payment thresholds are published here:

Payee Account Information.

You may be required to provide information including, but not limited to, that which relates to tax or confirms your identity in order to comply with all applicable laws based on the country indicated in either the contact or payment sections of your payee account during setup.

You hereby authorize GoDaddy to initiate and post entries to the deposit account(s) that you designate, both (i) credit (positive) entries for payments and (ii) debit (negative) entries to reverse erroneous payments and/or make adjustments to incorrect payments. The authority granted to us by you or the deposit account owner(s) will remain in full force and effect until we or the depository institution have received written notification from you or the deposit account owner(s) that such authority has been revoked or until the termination of your GoDaddy Auctions account.

You acknowledge and agree that payments may take 1-5 business days to be posted to the deposit account once they are initiated, depending on the payment method and currency selected. GoDaddy expressly disclaims any liability or responsibility regarding the same. The issuer of your payment method or an intermediary may charge you additional fees to receive funds. Please check with the issuer of your payment method for details.

If the domain name sold is not registered with GoDaddy, GoDaddy will initiate the payment of proceeds approximately twenty (20) days after receipt of Buyer's funds. In either event, you acknowledge and agree that there may be a delay of several days between the time that GoDaddy initiates the payment of proceeds and the time that the proceeds are actually posted to the deposit account, and GoDaddy expressly disclaims any liability or responsibility regarding the same.

The authority granted to GoDaddy by the deposit account owner herein will remain in full force and effect until GoDaddy has received written notification from the deposit account owner that such authority has been revoked, but in any event, such writing shall be provided in such a manner as to afford GoDaddy a reasonable opportunity to act on such revocation, or until GoDaddy has sent notice to terminate this Agreement.

In the event of a payment chargeback, GoDaddy will deduct the amount of the Payment from Seller's Payment Method on file. In the event that chargeback experience is high, as determined by GoDaddy, GoDaddy reserves the right to hold back twenty percent (20%) of all Seller's Payments for ninety (90) days from the date the Payment was to be paid.

GoDaddy will not release the domain name to Buyer until receipt of confirmation that the funds have been verified.

## 5. PROVISIONS SPECIFIC TO PURCHASING/BIDDING ON DOMAIN NAMES

As a Buyer, you are obligated to complete the transaction if you purchase the domain name through a fixed price, Buy Now format, or if you are the highest bidder at the end of an auction and your bid meets or exceeds the minimum bid or reserve price. Should you fail to complete the transaction for any reason (including, but not limited to, failing to pay the purchase price if you purchase the domain name through a fixed price, Buy Now format, or if you are the highest bidder at the end of an auction and your bid meets or exceeds the minimum bid or reserve

price), GoDaddy reserves the right to (i) charge you a fee or (ii) terminate your membership with GoDaddy Auctions (as determined by GoDaddy in it sole and absolute discretion). Sellers who list their domain name as an "Offer/Counter Offer" may, once an offer is made, use the "Push to Auction" feature, to convert their domain name listing to an Auction listing. If Seller utilizes that feature on your offer, your offer will become the first bid on that listing. If no other (higher) offer is made, you will be deemed to be the purchaser of that domain name. If your offer is not "accepted" for the "Push to Auction" feature, you will be notified and have the option of bidding on that domain name on the Auction site. You acknowledge some listed domain names may be subject to an additional renewal fee. For those domain names, the renewal fee will be added to your bid or Buy Now price to form the purchase price. You agree by completing the transaction, you are responsible for payment of the renewal fee. GoDaddy may in our sole discretion require you to tender payment to us in a manner of our choosing, including but not limited to credit card or wire transfer. Once you send payment, GoDaddy will hold those funds for a prescribed period of time based on the type of transaction, at which time GoDaddy will remit the payment to Seller. At no time will you be able to withdraw those funds or send the funds to another recipient unless the initial transaction is cancelled. Should Seller refuse payment, the funds, minus the administration fee as outlined in the pricing structure, will be returned to you. You agree GoDaddy is not responsible for payments refused by Seller. For Expired Auctions, GoDaddy will obtain the funds first by the Payment Method you have designated. If there are insufficient funds or invalid credit card information, GoDaddy may obtain the remaining funds by charging any Payment Method you have on file.In the event of a charge reversal or chargeback by a credit card company or other payment provider, or if we determine in our sole discretion that we are unable or unlikely to collect payment, any associated domain registration will immediately terminate and/or the domain name registration will be transferred to GoDaddy as the paying entity for the registration. GoDaddy may, in our sole discretion, award the reclaimed domain name to the next highest bidder in the relevant auction and charge such bidder their highest bid amount, or make the domain name subject to a new auction among bidders determined by GoDaddy, or otherwise dispose of the name.

You acknowledge and agree that GoDaddy may publish your unique bidder number once an auction in which you have participated has been closed or ended. As a Buyer, you are responsible for ensuring that your use of the domain name does not infringe on third-party rights or any relevant laws or regulations.

Some domain name listings may include traffic data ("Traffic Data") and a valuation amount ("Valuation"). The Traffic Data and Valuation are provided "AS IS" and are for informational purposes only. The Traffic Data and Valuation both reflect internally calculated data and do not represent a guarantee of continued traffic or actual value of the domain name.

You agree not to purchase any domain name found through the Services without using the Services to complete the transaction. Should GoDaddy determine (which determination shall be made by GoDaddy in its sole and absolute discretion) that you are circumventing the Services, GoDaddy reserves the right to terminate your account and cancel all of your listings.

You acknowledge and agree that ccTLDs may have unique eligibility requirements. Accordingly, before you purchase or bid on any ccTLD via GoDaddy Auctions, you should review the applicable registry rules, policies, and agreements for the ccTLD in question to ensure that you are in compliance with all eligibility requirements (including those listed in the Domain Name Registration Agreement, if any) and will be able to register the domain name upon a successful purchase or bid on GoDaddy Auctions.

Under all circumstances, a Seller is prohibited from bidding on his or her own listing. Additionally, "Shill bidding" is strictly prohibited. Shill bidding is bidding by anyone—including the Seller, family, friends, roommates, employees, or online connections—that artificially increases a domain name's price or apparent desirability. Violations of the above policy may result in the following actions being taken by GoDaddy, including: * Listing cancellation * Account suspension * Referral to Law Enforcement

## 6. GODADDY EXPIRED DOMAIN NAMES (PREMIER AUCTIONS)

From time to time, GoDaddy may list domain names which have entered into an expiration period for their original registration ("Expired Domain Names"). Expired Domain Names will be clearly marked on the site. These Expired Domain Names may be listed on the Site on the date of their expiration, however, no sale will be final until forty-five (45) days after the date of expiration. During the redemption period, as described in the Domain Name Registration Agreement, the original registrant has the right to reclaim the Expired Domain Name. By bidding on the Expired Domain Name, Buyer acknowledges and agrees that if Buyer has the winning bid, the transfer of the Expired Domain Name will not be completed until after the expiration period is complete. Buyer further acknowledges and agrees GoDaddy shall not be obligated to offer a third-party escrow service to facilitate transactions involving Expired Domain Names. If the Expired Domain Name is reclaimed by the original registrant, GoDaddy will refund the full purchase price. Buyer acknowledges Expired Domain Names must be renewed upon purchase. A one (1) year renewal or transfer fee will be added to the purchase price for each Expired Domain Name purchased. The successful bid amount plus the one (1) year renewal or transfer fee (from the end of the domain name's previous registration period), plus ICANN fee, if applicable, is due within forty-eight (48) hours of auction close or the form of payment you used to purchase your Go Daddy Auctions membership, or any valid payment method associated with the account, will be charged on the third day following the auction close. If the winning bidder does not complete their purchase, you may be offered the Expired Domain Name for purchase. You must complete the purchase of the Expired Domain Name

within twenty-four (24) hours of notification of the Expired Domain Name being offered to you. If you elect to purchase the Expired Domain Name, you acknowledge the Expired Domain Name must be renewed upon purchase. A one (1) year renewal fee will be added to the purchase price for each Expired Domain Name purchased. Your bid amount plus the one (1) year renewal or transfer fee (from the end of the domain name's previous registration period), plus ICANN fee, if applicable, is due within twenty-four (24) hours of the notification of option to purchase the Expired Domain Name and if payment is not received within twenty-four (24) hours, GoDaddy may offer the Expired Domain Name to others for purchase. If the Expired Domain Name is reclaimed by the original registrant, GoDaddy will refund the full purchase price.

## 7. CHANGE OF OWNERSHIP

GoDaddy is not the owner of the domain names listed on the website and, accordingly, cannot guarantee immediate change of ownership from Seller to Buyer. If the domain name sold is registered with GoDaddy and eligible for transfer via GoDaddy's COA process, change of ownership will begin upon completion of the check-out process and receipt of Buyer's funds. For domain names that are registered with GoDaddy but designated as Expired Domain Names and listed using the Auction format, change of ownership will not be completed until forty five (45) days after the original date of expiration (approximately ten (10) days after the close of the Auction). For all Member to Member auctions, payment is due within five (5) days from the close of the listing. For all Expired Domain Name auctions, payment is due within forty-eight (48) hours from the close of the auction.

To facilitate the change of registrant information associated with the listed domain names, and in accordance with ICANN's Change of Registrant policy, Seller, at the time of listing the domain names, specifically authorizes and directs GoDaddy to act as its Designated Agent. As Designated Agent, GoDaddy will facilitate the transfer and change of domain name contact information for the sold domain names. As such, Seller grants GoDaddy the power to explicitly consent to the material change of registrant contact information to facilitate transfer of the sold domain names. Additionally, Buyer specifically authorizes and directs GoDaddy to act as its Designated Agent. As Designated Agent, GoDaddy will facilitate the transfer and change of domain name contact information for purchased domain names. As such, Buyer grants GoDaddy the power to explicitly consent to the material change of registrant contact information to facilitate transfer of the purchased domain names.

While Seller may use the Services to facilitate the selling of domain names that are not registered with GoDaddy, GoDaddy requires the Seller to transfer any domain names that are not registered with GoDaddy to GoDaddy upon receipt of a final/successful bid so the registrar of record for the domain name in question will be GoDaddy.

If the change of ownership from Seller to Buyer is not able to be completed (i) due to either party's fraudulent activity or (ii) for any other reason, Buyer and Seller acknowledge and agree that GoDaddy shall have no liability or responsibility regarding the same. In all cases, whether

the domain name in question is registered with GoDaddy or with another registrar, the change of ownership from Seller to GoDaddy is done without representation or warranty of any kind (including, but not limited to, any representation or warranty that a domain name does not infringe upon the intellectual property or other rights of a third party), and GoDaddy expressly disclaims any liability or responsibility regarding the same.

Please note that any domain name registered with GoDaddy may not be transferred away from GoDaddy to another registrar for a period of sixty (60) days following the change of ownership date.

## 8. GODADDY'S RIGHT TO MONITOR

GoDaddy has no obligation to monitor the Services, but reserves the right to do so. GoDaddy reserves the right to edit the descriptions and comments on listings. You acknowledge and agree that GoDaddy shall have the right to make public and share with third parties certain information in connection with the sale or purchase of domain names on the website, including but not limited to (a) the name of the domain name sold or purchased, (b) the sale or purchase price of the domain name sold or purchased, and (c) information relating to the timing of the sale or purchase.

## 9. DISPUTE POLICY

Occasionally, a dispute might arise regarding a transaction begun or completed through the Services. In such instance, you agree to be bound by GoDaddy's Dispute Policy. GoDaddy reserves the right to modify the Dispute Policy at any time, without notice.

### Filing a Dispute

To file a dispute, you must submit an email to AuctionDisputes@GoDaddy.com. The email must include:

    Your account number;

    Your name and contact information;

    The order number associated with the transaction;

    The domain name over which the dispute arises; and

    A detailed account of the dispute.

Such email must be received within four (4) days from the sale date.

Once a dispute has been received, GoDaddy will place the transaction into a "Hold" status while it investigates the dispute. GoDaddy reserves the right, in its sole discretion, to close any

dispute it deems invalid or resolved. After investigation, GoDaddy will notify Buyer and Seller of the outcome of the investigation and complete or terminate the transaction as GoDaddy, in its sole discretion, deems appropriate.

GoDaddy reserves the right to charge an administration fee to cover the costs associated with investigation of a dispute. As such, you agree GoDaddy may charge an Administration fee to the Payment Method it has on file for you if a dispute is filed involving a domain name which you have listed or purchased through the Services. Should GoDaddy receive multiple complaints regarding transactions in which you are involved, GoDaddy, in its sole discretion, may cancel your account and terminate all listings you have.

In the event you have a dispute with one (1) or more members, you release GoDaddy, its affiliates, officers, directors, agents, subsidiaries, joint ventures and employees from any and all claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such dispute.

## 10. REMEDIES AND RIGHT TO CANCEL

Without limiting other remedies, if:

    i. You breach this Agreement or any document incorporated by reference;

    ii. GoDaddy determines your actions may pose a risk to GoDaddy or its members; or

    iii. GoDaddy determines your use of the Services infringes on the intellectual property or legal rights of others.

GoDaddy may immediately:

    i. Warn its members of your actions;

    ii. Place a hold on any pending transactions associated with your account(s);

    iii. Limit funding sources and Payments;

    iv. Limit your access to your account(s) or to any functionality of your account(s); or

    v. Indefinitely suspend or close your account(s) and refuse to provide our Services to you.

In addition, GoDaddy reserves the right to hold funds beyond normal distribution periods for transactions it deems suspicious or for account(s) conducting high transaction volumes to ensure integrity of the funds. If GoDaddy closes your account(s), GoDaddy will provide notice and pay you all of the unrestricted funds in your account(s) due to you.

Also, where in GoDaddy's estimation, it believes you owe it money for any reason, GoDaddy reserves the right to offset any payments into your Account until GoDaddy is made whole.

## 11. TITLES AND HEADINGS; INDEPENDENT COVENANTS; SEVERABILITY

The titles and headings of this Agreement are for convenience and ease of reference only and shall not be utilized in any way to construe or interpret the agreement of the parties as otherwise set forth herein. Each covenant and agreement in this Agreement shall be construed for all purposes to be a separate and independent covenant or agreement. If a court of competent jurisdiction holds any provision (or portion of a provision) of this Agreement to be illegal, invalid, or otherwise unenforceable, the remaining provisions (or portions of provisions) of this Agreement shall not be affected thereby and shall be found to be valid and enforceable to the fullest extent permitted by law.

## 12. DEFINITIONS; CONFLICTS

Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Universal Terms of Service Agreement. In the event there is a conflict between the provisions of this Agreement and the provisions of the Universal Terms of Service Agreement, the provisions of this Agreement shall control.



> Legal > **Agreements** > Auctions Membership Agreement

About GoDaddy                                                      +

Help Center                                                       +

Resources                                                        +

Partner Programs                                                  +

Account                                                          +

Shopping                                                         +

United States - English      USD $

- Facebook
- Instagram
- TikTok
- X
- YouTube

Legal    Privacy Policy    Cookies

Do not share my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

# Exhibit O

Domains   Websites   Email

# GoDaddy - DOMAIN NAME REGISTRATION AGREEMENT

**Last Revised: 12/4/2023**

**PLEASE READ THIS AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

### 1. OVERVIEW

This Domain Name Registration Agreement (this "Agreement") is entered into by and between GoDaddy.com, LLC, a Delaware limited liability company ("GoDaddy") and you, and is made effective as of the date of electronic acceptance. This Agreement sets forth the terms and conditions of your use of GoDaddy's Domain Name Registration services (the "Domain Name Registration Services" or the "Services"). The terms "we", "us" or "our" shall refer to GoDaddy. The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts this Agreement. Unless otherwise specified, nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

Your electronic acceptance of this Agreement signifies that you have read, understand, acknowledge and agree to be bound by this Agreement, which incorporates by reference each of (i) GoDaddy's Universal Terms of Service Agreement ("UTOS"), (ii) all agreements, guidelines, policies, practices, procedures, registration requirements or operational standards of the top-level domain ("TLD") in which you register any domain ("Registry Policies"), and (iii) any plan limits, product disclaimers or other restrictions presented to you on the Domain Name Registration Services landing page of the GoDaddy website (this "Site").

**TO LINK TO AND REVIEW THE REGISTRY POLICIES FOR THE TLD IN WHICH YOU WISH TO REGISTER A DOMAIN NAME, PLEASE CLICK HERE.**

You acknowledge and agree that (i) GoDaddy, in its sole and absolute discretion, may change or modify this Agreement, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to this Site, and (ii) your use of this Site or the Services found at this Site after such changes or modifications have been made shall constitute your acceptance of this Agreement as last revised. If you do not agree to be bound by this Agreement as last revised, do not use (or continue to use) this Site or the Services found at this Site. In addition, GoDaddy may occasionally notify you of changes or modifications to this Agreement by email. It is therefore very important that you keep your shopper account ("Shopper Account") your email address, current. GoDaddy assumes no liability or responsibility for your failure to

💬 Contact Us

receive an email notification if such failure results from an inaccurate or out-of-date email address. GoDaddy is an Internet Corporation for Assigned Names and Numbers ("ICANN") accredited registrar.

You acknowledge and agree that GoDaddy may modify this Agreement in order to comply with any terms and conditions set forth by (i) ICANN and/or (ii) the registry applicable to the TLD or country code top level domain ("ccTLD") in question. The term "Registry Service Provider" shall refer to the service provider responsible for operating and managing the registry services on behalf of the Registry Operator for its applicable TLD or ccTLD. To identify the sponsoring registrar, click here.

## 2. PROVISIONS SPECIFIC TO ALL REGISTRATIONS

*Unless otherwise noted, the provisions below in this Section 2 are generally applicable to all TLDs that we offer. Special provisions specific to any TLD or ccTLD (those in addition to posted Registry Policies) are identified elsewhere below in this Agreement.*

1. **_Registry Policies._** You agree to be bound by all Registry Policies (defined above in this Agreement) applicable to your domain name registration (at any level). IT IS YOUR RESPONSIBILITY TO VISIT THE APPLICABLE TLD SITE AND READ AND REVIEW ALL APPLICABLE REGISTRY POLICIES PRIOR TO YOUR REGISTRATION IN THE TLD. REGISTRY POLICIES FOR EACH TLD CAN BE FOUND BY VISITING THE CORRESPONDING TLD LINK LISTED HERE. Notwithstanding anything in this Agreement to the contrary, the Registry Operator of the TLD in which the domain name registration is made is and shall be an intended third party beneficiary of this Agreement. As such the parties to this agreement acknowledge and agree that the third party beneficiary rights of the Registry Operator have vested and that the Registry Operator has relied on its third party beneficiary rights under this Agreement in agreeing to GoDaddy being a registrar for the respective TLD. The third party beneficiary rights of the Registry Operator will survive any termination of this Agreement.

2. **_Registration Requirements._** To the extent any TLD or ccTLD requires you meet eligibility (e.g., residency for .JP, .EU, etc.), validation (e.g., DNS validation) or other authentication requirements as a condition to registering a domain name in the TLD, you agree that by submitting an application or registering or renewing your domain name, you represent and warrant that: (a) all information provided to register or renew the domain name (including all supporting documents, if any) is true, complete and correct, and is not misleading in any way, and the application is made in good faith; (b) you meet, and will continue to meet, the eligibility criteria prescribed in the Registry Policies for the applicable TLD for the duration of the domain name registration; (c) you have not previously submitted an application for the domain name with another registrar using the same eligibility criteria, and the other registrar has rejected the application (if applicable);

(d) you acknowledge and agree that even if the domain name is accepted for registration, your entitlement to register the domain name may be challenged by others who claim to have an entitlement to the domain name; and (e) you acknowledge and agree that the Registry or the registrar can cancel the registration of the domain name if any of the warranties required are found to be untrue, incomplete, incorrect or misleading.

3. ***Ownership.*** You acknowledge and agree that registration of a domain name does not create any proprietary right for you, the registrar, or any other person in the name used as a domain name or the domain name registration and that the entry of a domain name in the Registry shall not be construed as evidence or ownership of the domain name registered as a domain name. You shall not in any way transfer or purport to transfer a proprietary right in any domain name registration or grant or purport to grant as security or in any other manner encumber or purport to encumber a domain name registration.

4. ***ICANN Requirements.*** You agree to comply with the ICANN requirements, standards, policies, procedures, and practices for which each applicable Registry Operator has monitoring responsibility in accordance with the Registry Agreement between ICANN and itself or any other arrangement with ICANN. For additional ICANN-related helpful information, please see ICANN Education Materials and ICANN Benefits and Responsibilities.

5. ***Indemnification of Registry.*** You agree to indemnify, defend and hold harmless (within 30 days of demand) the Registry Operator and Registry Service Provider and their subcontractors, subsidiaries, affiliates, divisions, shareholders, directors, officers, employees, accountants, attorneys, insurers, agents, predecessors, successors and assigns, from and against any and all claims, demands, damages, losses, costs, expenses, causes of action or other liabilities of any kind, whether known or unknown, including reasonable legal and attorney's fees and expenses, in any way arising out of, relating to, or otherwise in connection with the your domain name registration, including, without limitation, the use, registration, extension, renewal, deletion, and/or transfer thereof and/or the violation of any applicable terms or conditions governing the registration. You shall not enter into any settlement or compromise of any such indemnifiable claim without Registrar's or Registry Operator's prior written consent, which consent shall not be unreasonably withheld, and you agree that these indemnification obligations shall survive the termination or expiration of the Agreement for any reason. IN NO EVENT SHALL THE REGISTRY OPERATOR BE LIABLE TO YOU OR ANY OTHER PERSON FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY OR PUNITIVE DAMAGES, INCLUDING LOSS OF PROFIT OR GOODWILL, FOR ANY MATTER, WHETHER SUCH LIABILITY IS ASSERTED ON THE BASIS OF CONTRACT, TORT (INCLUDING NEGLIGENCE), BREACH OF WARRANTIES, EITHER EXPRESS OR IMPLIED, ANY BREACH OF THIS AGREEMENT OR ITS INCORPORATED AGREEMENTS AND POLICIES YOUR

INABILITY TO USE THE DOMAIN NAME, YOUR LOSS OF DATA OR FILES OR OTHERWISE, EVEN IF THE REGISTRY OPERATOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

6. **_Regulated TLDs._** For domain name registration in any "Regulated" TLD, you acknowledge and agree your registration is subject to the following additional requirements: (a) comply with all applicable laws, including those that relate to privacy, data collection, consumer protection (including in relation to misleading and deceptive conduct), fair lending, debt collection, organic farming, disclosure of data, and financial disclosures; (b) if you collect and maintain sensitive health and financial data you must implement reasonable and appropriate security measures commensurate with the offering of those services, as defined by applicable law. Regulated TLDs include: **_.games, .juegos, .school, .schule, .toys, .eco, .care, .diet, .fitness, .health, .clinic, .dental, .healthcare, .capital, .cash, .broker, .claims, .exchange, .finance, .financial, .fund, .investments, .lease, .loans, .market, .money, .trading, .credit, .insure, .tax, .mortgage, .degree, .mba, .audio, .book, .broadway, .movie, .music, .software, .fashion, .video, .app, .art, .band, .cloud, .data, .digital, .fan, .free, .gratis, .discount, .sale, .media, .news, .online, .pictures, .radio, .show, .theater, .tours, .accountants, .architect, .associates, .broker, .legal, .realty, .vet, .engineering, .law, .limited, .show; .theater; .town, .city, .reise,_** and **_.reisen_**

7. **_Highly Regulated TLDs._** In addition to the requirements for Regulated TLDs, domain name registration in any Highly-Regulated TLD is subject to the following requirements: (a) you will provide administrative contact information, which must be kept up-to-date, for the notification of complaints or reports of registration abuse, as well as the contact details of the relevant regulatory, or Industry self-regulatory, bodies in their main place of business; (b) you represent that you possess any necessary authorizations, charters, licenses and/or other related credentials for participation in the sector associated with such Highly-regulated TLD; and (c) you will report any material changes to the validity of you authorizations, charters, licenses and/or other related credentials for participation in the sector associated with the Highly-regulated TLD to ensure you continue to conform to the appropriate regulations and licensing requirements and generally conduct your activities in the interests of the consumers they serve. Highly Regulated TLDs include: _.abogado, .attorney, .bank, .bet, .bingo, .casino .charity (and IDN equivalent), .cpa, .corp, creditcard, .creditunion .dds, .dentist, .doctor, .fail, .gmbh, .gripe, .hospital, .inc, .insurance, .lawyer, .lifeinsurance, .llc, .llp, .ltda, .medical, .mutuelle, .pharmacy, .poker, .university, .sarl, .spreadbetting, .srl, .sucks, .surgery .university, .vermogensberater, .vesicherung,_ and **_.wtf._**

For **_.doctor_**, registrants who hold themselves out to be licensed medical practitioners

must be able to demonstrate to the Registrar and Registry, upon request, that they hold the applicable license.

8. ***Special Safeguard TLDs.*** In addition to the requirements for Regulated and Highly-Regulated TLDs, by registering a domain name in any "Special-Safeguard" TLD, you agree to take reasonable steps to avoid misrepresenting or falsely implying that you or your business is affiliated with, sponsored or endorsed by one or more country's or government's military forces if such affiliation, sponsorship or endorsement does not exist. Special Safeguard TLDs include: ***.army, .navy, .airforce***

9. ***Third Party Beneficiary.*** Notwithstanding anything in this Agreement to the contrary, the Registry Operator for any TLD in which your register a domain name is and shall be an intended third party beneficiary of this Agreement. As such the parties to this agreement acknowledge and agree that the third party beneficiary rights of the Registry Operator have vested and that the Registry Operator has relied on its third party beneficiary rights under this Agreement in agreeing to GoDaddy being a registrar for the TLD. Third party beneficiary rights of the Registry Operator shall survive any termination of this Agreement.

10. ***Variable and Non-Uniform Pricing.*** You acknowledge, understand and agree that certain domain names in certain TLDs are established by Registry Policies to be variably priced (i.e., standard v. premium names) and/or may have non-uniform renewal registration pricing (such that the Fee for a domain name registration renewal may differ from other domain names in the same TLD, e.g., renewal registration for one domain may be $100.00 and $33.00 for a different domain name).

## 3. FEES AND PAYMENTS

### (A) GENERAL TERMS, INCLUDING AUTOMATIC RENEWAL TERMS

You agree to pay any and all prices and fees due for Services purchased or obtained at this Site at the time you order the Services. GoDaddy expressly reserves the right to change or modify its prices and fees at any time, and such changes or modifications shall be posted online at this Site and effective immediately without need for further notice to you. If you have purchased or obtained Services for a period of months or years, changes or modifications in prices and fees shall be effective when the Services in question come up for renewal as further described below.

Unless otherwise specifically noted (for reasons such as those highlighted in Section 2(x) above), the renewal price for any domain name in any TLD will be the same as the list (non-sale) price shown when you search for and select a domain, and again in the cart prior to purchase. For example, if the list price is $9.99, and a different renewal price is not specifically identified, then the renewal price is also $9.99. Likewise, if a domain name has a sale price of $8.99, with the list (non-sale) price shown (as a strike-through) at $9.99, the renewal price will be $9.99*.

\* Renewal price subject to change prior to actual date of renewal.

For all other terms and conditions relating to fees, payment, refund and billing, etc. applicable to the Services offered under the scope of this Agreement, please refer to the "Fees and Payments" section of our Universal Terms of Service.

## (B) DOMAIN NAME RENEWAL TERMS

When you register a domain name, you will have the following renewal options:

1. ***Automatic Renewal.*** Automatic Renewal is the default setting. Domain names will automatically renew, for a period equivalent to the length of your original domain name registration, and payment will be taken from the Payment Method you have on file with GoDaddy, at GoDaddy's then current rates. Thus, if you have chosen to register your domain name for one (1) year, GoDaddy will automatically renew it for one (1) year. If you have chosen to register your domain name for two (2) years, GoDaddy will automatically renew it for two (2) years, and so on. If you wish to change your automatic renewal term to a different period from your original term, as of 16 July 2020, you may manually renew the domain registration to establish a new default automatic renewal term for the domain.

2. ***Manual Renewal.*** If you have elected to turn off automatic renewal and cancel the product (i.e., cancel the domain name registration) effective at expiration of the then current term, you may nonetheless elect to manually renew the domain name at anytime prior to its expiration date by logging into your Account Manager and manually implementing the renewal or by calling customer service (should you in fact want the domain name to be renewed). If you fail to manually implement the renewal before the expiration date, the domain name will be cancelled and you will no longer have use of that name.

All renewals will be subject to the terms of this Agreement, as it may be amended from time to time, and you acknowledge and agree to be bound by the terms of this Agreement (as amended) for all renewed domains. Domain name renewals will be non-refundable. In the event that we are unable to automatically renew your domain name for the renewal option selected for any reason, we may automatically renew your domain name for a period less than your original registration period to the extent necessary for the transaction to succeed. If for any reason GoDaddy is not able to take the payment from the Payment Method you have on file, and you fail to respond to our notices, your domain name registration will expire. It is your responsibility to keep your Payment Method information current, which includes the expiration date if you are using a credit card.

For certain ccTLDs (.am, .at, .be, .br, .ca, .cn, .com.cn, .net.cn, .org.cn, .de, .eu, .fm, .fr, .gs, .it, .jp, .ms, .nu, .nz, .co.nz, .net.nz, .org.nz, .tc, .tk, .tw, .com.tw, .org.tw, .idv.tw, .uk, and .vg), renewal billing will occur on the first day of the month prior to the month of expiration.

For certain ccTLDs (.am, .at, .be, .ca, .cn, .com.cn, .net.cn, .org.cn, .de, .eu, .fm, .fr, .gs, .it, .jp, .ms, .nu, .nz, .co.nz, .net.nz, .org.nz, .tc, .tk, .tw, .com.tw, .org.tw, .idv.tw, .uk, and .vg), renewal will occur, or must occur manually if the product was previously cancelled, no later than the 20th of the month prior to the expiration date, or your domain name will be placed in non-renewal status. For some ccTLDs (.es) renewal must be processed no later than seven days before the expiration date, or your domain name will be placed in non-renewal status. When the domain name is in non-renewal status, you can renew the domain name only by calling GoDaddy and requesting that the domain name be renewed. You cannot renew the domain name through your Account Manager. If you fail to manually implement the renewal of any cancelled product before the expiration date, the domain name will be cancelled and you will no longer have use of that name.

You agree that GoDaddy will not be responsible for cancelled domain names that you fail to renew in the timeframes indicated in this Agreement. In any case, if you fail to renew your domain name in a timely fashion, additional charges may apply. If you signed up for privacy services, protected registration, or any other similar service, with your domain name registration, these services will automatically be renewed when your domain name registration is up for renewal, and you will incur the applicable additional renewal fee unless you cancel in advance.

If you fail to renew your domain name in the timeframes indicated in this Agreement, you agree that GoDaddy may, in its sole discretion, renew your expired domain name on your behalf. If GoDaddy decides to renew your expired domain name on your behalf, you will have a Renewal Grace Period during which you must reimburse GoDaddy for the renewal and keep your domain name. The Renewal Grace Period is currently twelve (12) days but subject to change under the terms of this Agreement.

For certain ccTLDs (.am, .at, .be, .cn, .com.cn, .net.cn, .org.cn, .de, .eu, .fm, .fr, .gs, .it, .jp, .ms, .nu, .nz, .co.nz, .net.nz, .org.nz, .tc, .tk, .tw, .com.tw, .org.tw, .idv.tw, .uk, and .vg) there is no Renewal Grace Period after the expiration date of the domain name. If you do not reimburse GoDaddy for the renewal during the Renewal Grace Period your domain name will be placed on Hold and flagged for deletion after which you may have up to a 30-day redemption period to redeem your domain name, provided that your domain name is not subject to an expired domain name auction bid and you pay GoDaddy a Redemption fee.

The Redemption fee is displayed at checkout and is subject to change under the terms of this Agreement. If you do not redeem your domain name prior to the end of the 30-day redemption period GoDaddy may, in its sole discretion, delete your domain name or transfer it to another registrant on your behalf. During the redemption period your domain name may be parked.

If your domain name is deleted, the Registry also provides a 30-day Redemption Grace Period during which you may pay GoDaddy a redemption fee and redeem your domain name. The redemption fee is displayed at checkout and is subject to change under the terms of this Agreement. If you do not redeem your domain name prior to the end of the Registry's Redemption Grace Period the Registry will release your name and it will become available for registration on a first-come-first-served basis.

Renewal Grace Periods and Redemption Grace Periods vary for different ccTLDs. Please refer to the specific terms for the applicable TLD. In the event there is a conflict between the provisions of this paragraph and the ccTLD terms, the ccTLD terms shall control.

Our registration expiration notification policy and associated fees are described here.

### (C) FREE PRODUCT TERMS

In the event you are provided with free products with the registration of a domain name, you acknowledge and agree that such free products will only be available with a valid purchase and may be terminated in the event the domain name is deleted or cancelled. For free domain names, you acknowledge and agree that you may not change the account associated with such free domain for the first five (5) days after registration. In the event a free domain name is offered with the registration of another domain and if the paid domain name registered fails, then we may, in our sole discretion, either delete the registration of the free domain or refund the difference between the amount paid and the value of the free domain. Failed registrations associated with promotional offers may result in the deletion of the free or discounted item or an adjustment between the registered domain price and the value of the discounted item, in our sole discretion.

### 4. TERM OF AGREEMENT; TRANSFERS; DOMAIN TASTING

The term of this Agreement shall continue in full force and effect as long as you have any domain name registered through GoDaddy.

You agree that you will not transfer any domain name registered through GoDaddy to another domain name registrar during the first sixty (60) days after its initial registration date. You agree that you may not transfer any domain name for ten (10) days after a Change of Account.

You further agree that you will not engage in "domain tasting" by using the five (5) day grace period in which a registrant may choose to cancel a domain name and get a full refund of the registration fee as a vehicle to test the marketability or viability of a domain name. If GoDaddy determines (which determination shall be made by GoDaddy in its sole and absolute discretion) that you have been engaging in "domain tasting", then GoDaddy reserves the right to (a) charge you a small fee (which fee shall be deducted from any refund issued) or (b) refuse your cancellation/refund request altogether. GoDaddy will not charge you a fee if GoDaddy cancels

your domain name during the five (5) day grace period due to fraud or other activity outside of your control. The five (5) day grace period does not apply to Premium Domains, which are non-refundable.

You agree that GoDaddy shall not be bound by (i) any representations made by third parties who you may use to purchase services from GoDaddy, or (ii) any statements of a general nature, which may be posted on GoDaddy's website or contained in GoDaddy's promotional materials.

**5. UP TO DATE INFORMATION; USE OF INFORMATION AND EXPIRATION**

You agree to notify GoDaddy within five (5) business days when any of the information you provided as part of the application and/or registration process changes. It is your responsibility to keep this information in a current and accurate status. Failure by you, for whatever reason, to provide GoDaddy with accurate and reliable information on an initial and continual basis, shall be considered to be a material breach of this Agreement and a basis for suspension and/or cancellation of the domain name. Failure by you, for whatever reason, to respond within five (5) business days to any inquiries made by GoDaddy to determine the validity of information provided by you, shall also be considered to be a material breach of this Agreement and a basis for suspension and/or cancellation of the domain name. You agree to retain a copy for your record of the receipt for purchase of your domain name.

You agree that for each domain name registered by you, the following contact data is required: postal address, email address, telephone number, and if available, a facsimile number for the Registered Name Holder and, if different from the Registered Name Holder, the same contact information for, a technical contact, an administrative contact and a billing contact.

You agree that if you intend to license use of a domain name to a third party, you are nonetheless the Registered Name Holder of record and are responsible for providing your full contact information and updating accurate technical and administrative contact information adequate to facilitate timely resolution of any problems that arise in connection with the Registered Name. A Registered Name Holder licensing use of a Registered Name according to this provision shall accept liability for harm caused by wrongful use of the Registered Name, unless it disclosers the current contact information provided by the licensee and the identity of the licensee within seven (7) days to a party providing the Registered Name Holder reasonable evidence of actionable harm.

You acknowledge and agree that domain name registration requires that your contact information, in whole or in part, be shared with the registry operator, for their use, copying, distribution, publication, modification and other processing for the purpose of administration of the domain name registration, which may require such information be transferred back and forth across international borders, to and from the U.S. to the EU, for example. As required by ICANN or for certain ccTLDs (.am, .au, .com.au, .net.au, .org.au, .ca, .cz, .fr, .it, .jp, .co.jp, .kr,

.co.kr, .ne.kr, .re.kr, .no, .co.nz, .net.nz, .org.nz, .vg, .se, .so, .sg, .com.sg, .tw, .com.tw, .net.tw, .org.tw, .uk, .co.uk, .me.uk, .org.uk, .us), this information may be made publicly available by the registry operator via Whois or its successor protocol (collectively referred to as the "Whois" Directory) that is beyond, and not subject to, GoDaddy's control.

Both GoDaddy and the registry operator may be required to archive this information with a third-party escrow service. You hereby consent and give permission for all such requirements and disclosures. Further, you represent and warrant that, if you are providing information about a third party, you have notified the third party of the disclosure and the purpose for the disclosure and you have obtained the third party's consent to such disclosure. Registrar will not process data in a way that is incompatible with this Agreement. Registrar will take reasonable precautions to protect data from loss or misuse, unauthorized access or disclosure, alteration, or destruction.

You agree that for each domain name registered by you the following information could be made publicly available in the Whois Directory as determined by ICANN or registry policies and may be sold in bulk as set forth in the ICANN agreement:

- The domain name;

- Your name and postal address;

- The name, email address, postal address, voice and fax numbers for technical and administrative contacts;

- The Internet protocol numbers for the primary and secondary name servers;

- The corresponding names of the name servers; and

- The original date of registration and expiration date,

- Name of primary name server and secondary name server,

- Identity of the registrar.

You agree that, to the extent permitted by ICANN, GoDaddy may make use of the publicly available information you provided during the registration process. If you engage in the reselling of domain names you agree to provide any individuals whose personal information you've obtained, information about the possible uses of their personal information pursuant to ICANN policy. You also agree to obtain consent, and evidence of consent, from those individuals for such use of the personal information they provide.

You agree that GoDaddy has the right to make public and share with third parties certain information in connection with the sale or purchase of domain names on the website, including but not limited to (a) the name of the domain name sold or purchased, (b) the sale or purchase

price of the domain name sold or purchased, and (c) information relating to the timing of the sale or purchase.

In order for us to comply with any current or future rules and policies for domain name systems including any rules or policies established by the CIRA or any provincial or federal government or by other organization having control or authority to establish rules or policies, you hereby grant to us the right to disclose to third parties through an interactive publicly accessible registration database the following information that you are required to provide when applying for a domain name:

1. The domain or sub-domain name(s) registered by you;

2. Your organization name, type and postal address;

3. The name(s), position(s), postal address(es), e-mail address(es), voice telephone number(s) and where available the fax number(s) of the technical and administrative contacts for your domain or sub-domain name(s);

4. The full hostnames and Internet protocol (IP) addresses of at least two (2) name server hosts (one primary and at least one secondary) for your domain or sub-domain name. Up to six (6) name servers may be specified. If a host has more than one (1) IP address, use a comma-separated list;

5. The corresponding names of those name servers;

6. The original creation date of the registration; and

7. The expiration date of the registration.

We may be required to make this information available in bulk form to third parties. We may also transfer or assign this information to CIRA or such other third party as we may decide, in our sole discretion.

### 6. DISPUTE RESOLUTION POLICY

You agree to be bound by our current Dispute Resolution Policy. This policy is incorporated herein and made a part of this Agreement. You can view the Uniform Domain Name Dispute Resolution Policy online. You agree that GoDaddy may from time to time modify its Dispute Resolution Policy. GoDaddy will post any changes to its Dispute Resolution Policy at least thirty (30) days before they become effective. You agree that by maintaining your domain name registrations with GoDaddy after the updated policy becomes effective that you agree to the Dispute Resolution policy as amended. You agree to review GoDaddy's website periodically to determine if changes have been made to the Dispute Resolution Policy. If you cancel or terminate your Services with GoDaddy as a result of the modified Dispute Resolution policy, no fees will be refunded to you. You also agree to submit to proceedings commenced under ICANN's Uniform Rapid Suspension System, if applicable.

You agree that if a dispute arises as a result of one (1) or more domain names you have registered using GoDaddy, you will indemnify, defend and hold GoDaddy harmless as provided for in this Agreement. You also agree that if GoDaddy is notified that a complaint has been filed with a governmental, administrative or judicial body, regarding a domain name registered by you using GoDaddy, that GoDaddy, in its sole discretion, may take whatever action GoDaddy deems necessary regarding further modification, assignment of and/or control of the domain name deemed necessary to comply with the actions or requirements of the governmental, administrative or judicial body until such time as the dispute is settled. In this event you agree to hold GoDaddy harmless for any action taken by GoDaddy.

You agree to submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of your domicile, (2) where registrar is located or (3) where the registry operator is located (e.g., China for .CN, Columbia for .CO, UK for .EU, etc.).

In the case of .ca domain names, you agree that, if your use of the service or the registration of a .ca domain name is challenged by a third party, you will be subject to the provisions specified by CIRA in their dispute resolution policy, in effect at the time of the dispute.

## 7. TRANSFER OF DOMAIN NAMES

If you transfer any domain name, you agree to provide the information required by, and to abide by, the procedures and conditions set forth in our <u>Domain Name Transfer Agreement</u> and <u>Change of Registrant Agreement</u>. You may view the latest versions of our Domain Name Transfer Agreement and Change of Registrant Agreement online. In order to further protect your domain name, any domain name registered with GoDaddy or transferred to GoDaddy shall be placed on lock status, unless an opted-out has occurred as defined in our Change of Registrant Agreement or Domain Name Proxy Agreement. The domain name must be placed on unlock status in order to initiate a transfer of the domain name away from GoDaddy to a new Registrar. You may log into your account with GoDaddy at any time after your domain name has been successfully transferred to GoDaddy, and change the status to unlock.

## 8. YOUR OBLIGATIONS; SUSPENSION OF SERVICES; BREACH OF AGREEMENT

You represent and warrant to the best of your knowledge that, neither the registration of the domain nor the manner it is directly or indirectly used, infringes the legal rights of any third party. You will comply with all applicable laws, including, but not limited to those relating to privacy, data collection, consumer protection, fair lending, debt collection, organic farming, and disclosure of data and financial disclosures. If you collect and maintain sensitive health and financial data, you must implement reasonable and appropriate security measures commensurate with the offering of those services, as defined by applicable law. You represent that you possess any necessary authorization, charter, license, and/or other related credential for participation in the sector associated with the associated registry tld string. You will report any material changes to the validity of your authorization, charter, license, and/or other related credential. You will indemnify and hold harmless the registrar and registry operator, and their

directors, officers, employees and agents, from and against any and all claims, damages, liabilities, costs and expenses (including reasonable legal fees and expenses) arising out of or related to the domain name registration. This obligation shall survive expiration or termination of this Agreement or the domain name registration.

You agree that, in addition to other events set forth in this Agreement:

1. Your ability to use any of the services provided by GoDaddy is subject to cancellation or suspension in the event there is an unresolved breach of this Agreement and/or suspension or cancellation is required by any policy now in effect or adopted later by ICANN;

2. Your registration of any domain names shall be subject to suspension, cancellation or transfer pursuant to any ICANN adopted specification or policy, or pursuant to any GoDaddy procedure not inconsistent with an ICANN adopted specification or policy (a) to correct mistakes by GoDaddy or the registry operator in registering any domain name; or (b) for the resolution of disputes concerning any domain name.

You acknowledge and agree that GoDaddy and registry reserve the right to deny, cancel or transfer any registration or transaction, or place any domain name(s) on lock, hold or similar status, as either deems necessary, in the unlimited and sole discretion of either GoDaddy or the registry: (i) to comply with specifications adopted by any industry group generally recognized as authoritative with respect to the Internet (e.g., RFCs), (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry or registrar, (iii) for the non-payment of fees to registry, (iv) to protect the integrity and stability of the registry, (v) to comply with any applicable court orders, laws, government rules or requirements, requests of law enforcement, or any dispute resolution process, (vi) to comply with any applicable ICANN rules or regulations, including without limitation, the registry agreement, (vii) to avoid any liability, civil or criminal, on the part of registry operator, as well as its affiliates, subsidiaries, officers, directors, and employees, (viii) per the terms of this Agreement, (ix) following an occurrence of any of the prohibited activities described in Section 8 below, or (x) during the resolution of a dispute.

You agree that your failure to comply completely with the terms and conditions of this Agreement and any GoDaddy rule or policy may be considered by GoDaddy to be a material breach of this Agreement and GoDaddy may provide you with notice of such breach either in writing or electronically (i.e. email). In the event you do not provide GoDaddy with material evidence that you have not breached your obligations to GoDaddy within ten (10) business days, GoDaddy may terminate its relationship with you and take any remedial action available to GoDaddy under the applicable laws. Such remedial action may be implemented without notice

to you and may include, but is not limited to, cancelling the registration of any of your domain names and discontinuing any services provided by GoDaddy to you. No fees will be refunded to you should your Services be cancelled or terminated because of a breach.

GoDaddy's failure to act upon or notify you of any event, which may constitute a breach, shall not relieve you from or excuse you of the fact that you have committed a breach.

## 9. RESTRICTION OF SERVICES; RIGHT OF REFUSAL

If you are hosting your domain name system ("DNS") on GoDaddy's servers, or are using our systems to forward a domain name, URL, or otherwise to a system or site hosted elsewhere, or if you have your domain name registered with GoDaddy, you are responsible for ensuring there is no excessive overloading on GoDaddy's servers. You may not use GoDaddy's servers and your domain name as a source, intermediary, reply to address, or destination address for mail bombs, Internet packet flooding, packet corruption, or other abusive attack. Server hacking or other perpetration of security breaches is prohibited. You agree that GoDaddy reserves the right to deactivate your domain name from its DNS if GoDaddy deems it is the recipient of activities caused by your site that threaten the stability of its network.

You agree that GoDaddy, in its sole discretion and without liability to you, may refuse to accept the registration of any domain name. GoDaddy also may in its sole discretion and without liability to you delete the registration of any domain name during the first thirty (30) days after registration has taken place.

In the event GoDaddy refuses a registration or deletes an existing registration during the first thirty (30) days after registration, you will receive a refund of any fees paid to GoDaddy in connection with the registration either being cancelled or refused. In the event GoDaddy deletes the registration of a domain name being used in association with spam or morally objectionable activities, no refund will be issued.

## 10. DEFAULT SETTINGS; PARKED PAGE

Choosing Your Domain Name Settings. When you register a domain name with GoDaddy, you will be prompted to choose your domain name settings during the checkout process. If you plan on using another provider for your website or hosting needs, then you should enter the name servers of such provider when you choose your domain name settings. This will direct your domain name away from GoDaddy's name servers. If you are an existing GoDaddy customer and have already set up a customer profile designating your domain name settings for new domain name registrations, you will not need to complete this step again during the checkout process.

GoDaddy's Default Settings. If you do not direct your domain name away from GoDaddy's name servers as described above, GoDaddy will direct your domain name to a "Parked Page" ("Default Setting"). You acknowledge and agree that GoDaddy has the right to set the Default

Setting.

Parked Page Default Setting. GoDaddy's Parked Page service is an online domain monetization system designed to generate revenue (through the use of pay per click advertising) from domain names that are not actively being used as websites. If your domain name is directed to a Parked Page, you acknowledge and agree that GoDaddy may display both (a) in-house advertising (which includes links to GoDaddy products and services) and (b) third-party advertising (which includes links to third-party products and services) on your Parked Page through the use of pop-up or pop-under browser windows, banner advertisements, audio or video streams, or any other advertising means, and we may aggregate for our own use, related usage data by means of cookies and other similar means. In addition, you acknowledge and agree that all in-house and third-party advertising will be selected by GoDaddy and its advertising partners, as appropriate, and you will not be permitted to customize the advertising, or entitled to any compensation in exchange therefor. Please note that the third-party advertising displayed on GoDaddy's Parked Pages may contain content offensive to you, including but not limited to links to adult content. GoDaddy makes no effort to edit, control, monitor, or restrict the content and third-party advertising displayed on GoDaddy's Parked Pages, and expressly disclaims any liability or responsibility to you or any third party in connection therewith.

Changing GoDaddy's Default Settings. You may change GoDaddy's Default Settings at any time during the term of your domain name registration.

1. Content Displaying On Your Parked Page. You can not modify the content displaying on your Parked Page. You may select one of the other options listed below.

2. Participating In Domain Name Monetization. If you wish to participate in the domain monetization potential presented by GoDaddy's Parked Page service, please review and consider purchasing our CashParking® service.

3. No Content. If the options listed above are not acceptable to you, please contact customer support to learn what other options might be available to you.

Return To Parked Page Default Setting Upon Domain Name Expiration. Upon domain name expiration, and regardless of how you use your domain name during the term of your domain name registration, your domain name will automatically return to the Parked Page Default Setting described above. As used in this paragraph, "expiration" is deemed to include any "renewal period" or "redemption period" immediately after the domain name expires, but before the domain name is returned to the registry. Once your domain name has returned to the Parked Page Default Setting described above, the only way to opt out of the Parked Page service is to renew, redeem, or re-register your domain name in accordance with Section 2(B), Domain Name Renewal Terms, of this Agreement.

## 11. DOMAIN ADD-ONS

**Business Registration**: Business registration allows You to display additional information about the business that is the basis of Your domain name, including, but not limited to, such information as Your fax number, street address, and hours of operation.

**Expiration Consolidation.** You understand and acknowledge the expiration consolidation service may only be used to consolidate the expiration of .com and .net domain names. The service may not be used to consolidate domains that are on Registrar HOLD, Registry HOLD, or pending Transfer status. You acknowledge the service may only be used to push the expiration date of Your domains forward in time, at least one (1) month forward and no more than ten (10) years forward, and then, only for a period lasting less than twelve (12) months. Once the service has been used to consolidate domains, the new expiration date may not be reversed. To ensure the service is not abused or used as an alternative to renewals, you may only use the service on each domain once in any 12-month period. The service may only be used on domain names that have not passed their expiration date. In order to change the expiration date again, You will be required to renew the domain name first. You further understand and acknowledge the service may only be used to coordinate domains where we are the registrar of record. Domains not registered with us must be transferred before we can perform the Service.

**Discount Domain Club Basic**. The Discount Domain Club membership includes the purchase of discounted products and services from us, including discounts on certain domain registrations. Eligible TLDs include .COM, .NET, .ORG, .INFO, .BIZ, .CO, .CA, .COM.AU, .CO.UK, .US, .IN. Any available discount applies only to registration fees and will not apply to any commission fees. You are required to keep Your membership current as long as You have free or discounted products or services that are purchased with us. If You fail to renew Your membership, without canceling Your discounted domain registration or other services, we will automatically renew Your products and services at the regular pricing in effect at the time of renewal, charging the Payment Method on file for You, and You will be unable to purchase any more discounted products or services, or use Your free accounts until the Membership Agreement fee has been paid. All membership fees are non-refundable.

**Discount Domain Club Premium**. The Discount Domain Club membership includes, the purchase of discounted products and services from us, including discounts on selected domain registrations, one (1) free Auctions account, one (1) free CashParking account, and discounts on Domain Brokerage Service. Any available discount applies only to upfront Broker Service Fee and will not apply to any commission fees. You are required to keep Your membership current as long as You have free or discounted products or services that are purchased with us. If You fail to renew Your membership, without canceling Your discounted domain registration or other services, we will automatically renew Your products and services at the regular pricing in effect

at the time of renewal, charging the Payment Method on file for You, and You will be unable to purchase any more discounted products or services, or use Your free accounts until the Membership Agreement fee has been paid. All membership fees are non-refundable.

**Backordering/Monitoring.** You agree a domain name that has expired shall be subject first to a grace period of twelve (12) days, followed by the ICANN-mandated redemption grace period of thirty (30) days. During this period of time, the current domain name registrant may renew the domain name and retain registration rights. We do not guarantee your backorder will result in you obtaining the domain name and expressly reserves the right to (a) refuse additional backorders or (b) cancel existing backorders at any time for any reason. If your backorder is refused or cancelled, we agree to promptly refund any fees paid for such domain name backorder. The domain name may also be placed in a secondary market for resale through the Auctions® service. After your first year of Auctions membership, you agree that unless otherwise advised, we will automatically renew your Auctions membership using the payment method you have on file for so long as your backorder credit is active. You may learn more about Auctions by visiting the Auctions website. The domain name may also be subject to a drop pool process before it is available for purchasing. You understand we and our registrar affiliates use our services, including backordering. Therefore, the domain name may be registered with a different registrar, but can be managed through your account. By using the Services, you will be able to, among other things:

1. Backorder any domain name under the top level domains .COM, .NET, .US, .BIZ, .INFO, .ORG, .MOBI. A backorder for a domain name will include the price of up to a one-year domain name registration. Should you successfully backorder any domain name, you will be subject to the terms and conditions of the Domain Name Registration and related agreements, which are incorporated herein by reference.

2. Change your backorder until you obtain a domain name. You will have the opportunity to change the credit to a different domain name until you successfully capture one. After three (3) years, if the credit is not used, we reserves the right to remove the credit.

3. Monitor your currently registered domain names for changes in registrar, status, expiration date or name servers at no additional cost.

4. Subscribe to Domain Alert Pro or monitoring, which enables you to monitor any currently registered domain name, regardless of registrar, for historical tracking of status changes and designation of multiple email notification addresses.

**Domain Ownership Protection**. Domain Ownership Protection generally allows You to: (i) prevent accidental loss of a domain name due to an expired credit card or invalid payment method for a period of ninety (90) days before the domain goes through its normal expiration process; and (ii) lock your domain name to your account.

THE SERVICE WILL NOT, HOWEVER, PREVENT TRANSFERS RESULTING FROM YOUR ACTION OF LISTING YOUR DOMAIN FOR SALE ON ANY OF GODADDY'S PLATFORMS, INCLUDING PREMIUM LISTINGS, REGARDLESS OF WHEN YOU PURCHASED THE SERVICE.

Once you have elected to purchase the Service for any and all domain names, the automatic renewal function will be activated for each domain name and those names will not be transferable until You elect to remove the service or sell the domain as mentioned above. Accordingly, You acknowledge and agree You have carefully considered the implications accompanying the purchase of the Service and understand the restrictions the Service will place upon Your ability to transfer any domains for which You have purchased the Service. Furthermore, you acknowledge and agree that the Service includes additional steps to verify your registration rights prior to deactivation. While You can elect to deactivate the Service at any time, you also acknowledge and agree that the Service is subject to our Refund Policy, and that you may not be entitled to a refund.

**Premium Domain Listing and Buying Services.**

1. **Description of Service.** The Premium Domain Buying Service ("Service") is provided to facilitate the buying of currently registered domain names only, and not the purchase or sale of associated website content.. GoDaddy provides a venue and a transaction facilitation process and will take a stated commission for each completed transaction. GoDaddy is not an escrow agent. As a result, GoDaddy does not guarantee the quality, safety or legality of many of the domain names. Domain names listed may be withdrawn at any time by the seller or by us. You acknowledge and agree that your transaction will be handled by GoDaddy's "Transaction Assurance" process. By using GoDaddy's "Transaction Assurance" process, you authorize GoDaddy to perform tasks on your behalf in order to complete the transaction. In these transactions, GoDaddy acts as a transaction facilitator to help you buy and sell domain names. GoDaddy will not use your funds for its operating expenses or any other corporate purposes, and will not voluntarily make funds available to its creditors in the event of bankruptcy or for any other purpose. You acknowledge GoDaddy is not a bank and the service is a payment processing service rather than a banking service. You further acknowledge GoDaddy is not acting as a trustee, fiduciary or escrow with respect to your funds. In all transactions, where the domain name is registered to us, domain names purchased through the Service may not be transferred away from us to another registrar for a period of sixty (60) days following the change of registrant date.

2. **Your Obligations.**

   **Purchasing Domain Names.** As a Buyer, You are obligated to complete the transaction if You purchase the domain name. You acknowledge that some listed domain names may be subject to an additional registration fee. For those domain names, the registration fee will

be added to the price to form the purchase price. You agree that by completing the transaction, You are responsible for payment of the registration fee. We will obtain the funds first by the Payment Method You have designated. If there are insufficient funds or invalid credit card information, we may obtain the remaining funds by charging any Payment Method You have on file.

GoDaddy will remit payment of the full agreed upon purchase price minus any commissions to the Seller after a prescribed period of time after receiving funds from the Buyer, except in the event of a dispute or where the payment is suspected to be fraudulent, as determined by GoDaddy in its sole and absolute discretion. At no time will You be able to withdraw those funds or send the funds to another recipient unless the initial transaction is canceled. Transfer of Registration Rights. We are not the registrant of all of the domain names listed on the Site and cannot guarantee immediate transfer. For domain names in which we are the registrant, transfer of registration will begin upon completion of the check out procedure. Further, the transfer by us of any domain name to a buyer is done without warranty and we expressly waive any and all warranties or representations that a domain name does not infringe upon the intellectual property rights of a third party. Any Domain Ownership Protection service that is present on the domain will not prevent you from listing the domain name and having the registration rights transferred away from You. GoDaddy is not responsible and disclaims all liability in the event that the domain name transaction fails to complete due to breach by either the Buyer or the Seller of its respective obligations. Buyer acknowledges and agrees that Buyer does not obtain any rights in the registration of a domain name until the transaction is complete.

**Transfer of Registration Rights.** We are not the registrant of all of the domain names listed on the Site and cannot guarantee immediate transfer. For domain names in which we are the registrant, transfer of registration will begin upon completion of the check out procedure. Further, the transfer by us of any domain name to a buyer is done without warranty and we expressly waive any and all warranties or representations that a domain name does not infringe upon the intellectual property rights of a third party. Any Domain Ownership Protection service that is present on the domain will not prevent you from listing the domain name and having the registration rights transferred away from You.

GoDaddy is not responsible and disclaims all liability in the event that the domain name transaction fails to complete due to breach by either the Buyer or the Seller of its respective obligations. Buyer acknowledges and agrees that Buyer does not obtain any rights in the registration of a domain name until the transaction is complete.

**Selling Domain Names.** As a Seller, You are obligated to complete the transaction if the

Buyer commits to purchase the domain at an agreed upon purchase price. You authorize GoDaddy to perform tasks on your behalf as part of its "Transaction Assurance" process including making deposits. You must, at the time of listing of Your domain name, establish a payee account.

After a fraud holding period, if no fraud has been detected, payments for completed domain name sales will be credited to your payee account and paid according to the payment method selected in your payee account.

You hereby authorize GoDaddy to initiate and post (i) credit (positive) entries for payments to the deposit account and (ii) debit (negative) entries to the deposit account to reverse erroneous payments and/or make adjustments to incorrect payments. You acknowledge and agree that the amount initiated and posted to the deposit account will represent payment for domain names sold using the Services, less any applicable fees and/or chargebacks. You acknowledge and agree that there may be a delay of several days between the time that GoDaddy initiates the payment of proceeds and the time that the proceeds are actually posted to the deposit account, and GoDaddy expressly disclaims any liability or responsibility regarding the same.

The authority granted to GoDaddy by the deposit account owner herein will remain in full force and effect until GoDaddy has received written notification from the deposit account owner that such authority has been revoked, but in any event, such writing shall be provided in such a manner as to afford GoDaddy a reasonable opportunity to act on such revocation, or until GoDaddy has sent notice to terminate this Agreement. GoDaddy will not release the domain name to Buyer until receipt of confirmation that the funds have been verified.

**Transfer Validation** The transfer validation service is provided to help You keep Your domain name secure. By choosing to use the service, You are making an explicit and voluntary request to us to deny all attempts to transfer Your domain name to another registrar, or to move Your domain name to another account, unless You verify each request as described herein. You will provide us with a contact name, phone number and PIN for domain transfer validations. You will be contacted by us when a domain transfer is requested for a domain name in Your account.

When we receive a transfer request, we will call You to verify the transfer request. If we cannot reach You with seventy-two (72) hours of receipt of the transfer request, the transfer will be denied. If You do not provide the proper PIN, the transfer will be denied. When we receive a change of account request, we will call You to verify the change request. If we cannot reach You with seventy-two (72) hours of receipt of the change request, the change will be denied. If You do not provide the proper PIN, the change will be denied. Availability of Services are subject to the terms and conditions of this Agreement and each of our policies and procedures. We shall

use commercially reasonable efforts to attempt to provide certain portions of the Services on a twenty-four (24) hours a day, seven (7) days a week basis throughout the term of this Agreement and other portions of the service, during normal business hours.

You acknowledge and agree that from time to time the Services may be inaccessible or inoperable for any reason, including, without limitation: (i) equipment malfunctions; (ii) periodic maintenance procedures or repairs that we may undertake from time to time; or (iii) causes beyond the reasonable control of us or that are not reasonably foreseeable by us, including, without limitation, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures. You acknowledge and agree that we has no control over the availability of the service on a continuous or uninterrupted basis.

**Total/Premium DNS.** Total DNS is a complete Domain Name System ("DNS") tool that allows you to manage your DNS and keep your website and web-based applications available and performing reliably. The service is provided "as is", "as available", and "with all faults", and we assume no liability or responsibility regarding the same.

In addition, you specifically acknowledge and agree that we shall have no liability or responsibility for any:

1. Service interruptions caused by periodic maintenance, repairs or replacements of the Global Nameserver Infrastructure (defined below) that we may undertake from time to time;

2. Service interruptions caused by you from custom scripting, coding, programming or configurations;

3. Service interruptions caused by you from the installation of third-party applications;

4. Service interruptions that do not prevent visitors from accessing your website, but merely affect your ability to make changes to your website, including but not limited to, changes via mechanisms such as file transfer protocol ("FTP") and email; or

5. Service interruptions beyond the reasonable control of us or that are not reasonably foreseeable by us, including, but not limited to, power outages, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures.

Subject to the provisions of Force Majeure below, we offer a service uptime guarantee ("Service Uptime Guarantee") for paid services of 99.999% availability (defined below). You shall receive service credits for any Outage (defined below) of the service covered by the Service Uptime Guarantee. The service credits shall be applied as extensions to the terms of the affected

Service. The Service Uptime Guarantee shall become effective fourteen (14) days after your purchase of the Service covered by the Service Uptime Guarantee to allow both parties time to properly configure and test the Service.

_Definitions._ For the purposes of the Service Uptime Guarantee, the following definitions shall apply:

1. <u>"Global Nameserver Infrastructure"</u>: The group of systems (servers, hardware, and associated software) that are responsible for delivering the Services. The Global Nameserver Infrastructure does not include web-based user interfaces, zone transfer mechanisms, update systems, or other customer-accessible data access or manipulation methods.

2. <u>"99.999% availability"</u>: A guarantee that the Global Nameserver Infrastructure shall be available to respond to DNS queries 99.999% of the time.

3. <u>"Outage"</u>: A period in which the Global Nameserver Infrastructure did not maintain 99.999% availability.

_Exclusions_. For the purposes of the Service Uptime Guarantee, downtime due to the following events shall not be considered an Outage:

1. Service interruptions caused by "<u>Regularly Scheduled Maintenance</u>", which shall be defined as any maintenance performed on the Global Nameserver Infrastructure of which customer is notified twenty-four (24) hours in advance. Email notice of Regularly Scheduled Maintenance shall be provided to customer's designated email address;

2. Service interruptions caused by you from custom scripting, coding, programming or configurations;

3. Service interruptions caused by you from the installation of third-party applications;

4. Service interruptions that do not prevent visitors from accessing your website, but merely affect your ability to make changes to your website, including but not limited to, changes via mechanisms such as file transfer protocol ("<u>FTP</u>") and email; or

5. Service interruptions beyond the reasonable control of us or that are not reasonably foreseeable by us, including, but not limited to, power outages, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or other failures.

We, in our sole and absolute discretion, shall determine whether an event shall be considered an Outage.

*Remedies*. For the purposes of the Service Uptime Guarantee, when the customer becomes aware of an Outage, the customer shall open a ticket with our technical support services within five (5) calendar days of the Outage. If we determine that an Outage did occur, then the customer shall receive a service credit in the amount of two (2) months for any affected Services. The service credit shall be applied as an extension to the term of the affected Services. A customer's Account shall not be credited more than once per month under the Service Uptime Guarantee.

To qualify for a service credit, you must have a current and valid subscription to the Services affected, and must have an Account in good standing with us. Service credits will not apply to any charges or Services other than the Services for which the Service Uptime Guarantee was not met. Customers with subscriptions for more than one Service will not receive credits for unaffected Services. The remedies set forth herein shall be the sole and exclusive remedies if we do not meet the Service Uptime Guarantee.

In the event either party is unable to carry out its material obligations under this Agreement by reason of Force Majeure those obligations will be suspended during the continuance of the Force Majeure, provided the cause of the Force Majeure is remedied as quickly as practicable. The term "Force Majeure" means any event caused by occurrences beyond a party's reasonable control, including, but not limited to, acts of God, fire or flood, war, terrorism, governmental regulations, policies or actions enacted or taken subsequent to execution of this Agreement, or any labor, telecommunications or other utility shortage, outage or curtailment.

If your Services include Domain Name System Security Extensions ("DNSSEC"), you will be able to secure your domain names with DNSSEC. DNSSEC is designed to protect you from forged DNS data so "hackers" cannot direct visitors to your website to a forged site.

DNSSEC works by using public key cryptography. You acknowledge and agree that if the keys do not match, a visitor's lookup of your website may fail (and result in a "website not found" error) and we assume no liability or responsibility regarding the same. In addition, DNSSEC responses are authenticated, but not encrypted. You acknowledge and agree that DNSSEC does not provide confidentiality of data, and we assume no liability or responsibility regarding the same.

We prohibit the running of a public recursive DNS service on any server. All recursive DNS servers must be secured to allow only internal network access or a limited set of IP addresses. We actively scan for the presence of public recursive DNS services and reserves the right to remove any servers from the network that violate this restriction.

**Full Domain Protection.** The Full Domain Protection service generally allows You to:

- replace your personal details in the WHOIS Directory with the details of Domains By Proxy;

- set up a private email address for each domain name that you can forward, filter or block; and

- lock your domain name in your account.

The Full Domain Protection service features are intended to: prevent domain-related spam; protect your identity from third-parties; and add a higher level of security through 2-Step Verification to disallow most accidental or malicious domain name transfers. As set forth in Section 2(xi) of this Agreement, You acknowledge and agree that you may not be permitted to purchase private or proxy TLD registrations in certain markets, countries and territories or for certain TLDs. Your purchase and use of Full Domain Protection is also subject to and governed by the terms of the Domain Name Proxy Agreement.

**Ultimate Domain Protection (also called Full Domain Privacy and Protection)**. The Ultimate Domain Protection service generally allows You to:

- replace your personal details in the WHOIS Directory with the details of Domains By Proxy;

- set up a private email address for each domain name that you can forward, filter or block;

- prevent accidental loss of a domain name due to an expired credit card or invalid payment method when domain is set on auto-renew; and

- lock your domain name in your account.

The Ultimate Domain Protection service features are intended to: prevent domain-related spam; protect your identity from third-parties; and add a higher level of security through 2-Step Verification to disallow most accidental or malicious domain name transfers.. As set forth in Section 2(xi) of this Agreement, You acknowledge and agree that you may not be permitted to purchase private or proxy TLD registrations in certain markets, countries and territories or for certain TLDs. Your purchase and use of Ultimate Domain Protection is also subject to and governed by the terms of the Domain Name Proxy Agreement.

**Ultimate Domain Protection & Security**. The privacy and business protection service includes all the features of Full Domain Privacy and Protection, plus the service generally allows You to: (i) prevent accidental loss of a domain name due to an expired credit card or invalid payment method when domain is set on auto-renew; (ii) lock your domain name in your account; and (iii) activate Website Security Basic. The privacy and business protection service features are intended to: prevent domain-related spam; protect your identity from third-parties; plus add a higher level of security through 2-Step Verification to disallow most accidental or malicious domain name transfers;; and provide domain name protection through Website Security Basic. As set forth in Section 2(xi) of this Agreement, You acknowledge and agree that you may not be permitted to purchase private or proxy TLD registrations in certain markets, countries and

territories or for certain TLDs. Your purchase and use of Ultimate Domain Protection & Security is also governed by terms of the <u>Domain Name Proxy Agreement</u> and <u>Website Security Terms of Use</u>

**Trademark Keeper (Beta)** Trademark Keeper is a free beta feature of your domain that (i) automatically captures a record of Your homepage including any trademarks on that homepage quarterly ("Screen Capture(s)"), and (ii) timestamps and records proof of the Screen Capture(s) using blockchain technology to ensure that the record is secure. Trademark Keeper also allows You to identify up to three (3) individual trademarks to help You catalog Your brand assets in Your dashboard. Trademark Keeper stores the Screen Capture(s) on servers provisioned by GoDaddy but does not analyze, modify or edit the Screen Capture(s). Trademark Keeper stores a digital signature of the Screen Captures on a blockchain proving the Screen Captures' existence at a certain time, but does not store the Screen Capture itself on the blockchain. You may request a report that shows a historical record of Screen Captures that have been captured by Trademark Keeper. At any time, You may opt out of Trademark Keeper and delete the historical record of Screen Captures. Your Screen Captures will be deleted 24 hours after You disable the "Keep My Data" function. If you re-enable this function within 24 hours, your Screen Captures may be restored. GoDaddy may discontinue the Beta feature at any time and for any reason.

YOU ACKNOWLEDGE THAT YOUR USE OF TRADEMARK KEEPER DOES NOT RESULT IN AN "OFFICIAL" TRADEMARK REGISTRATION WITH A GOVERNMENTAL TRADEMARK OFFICE. YOU ACKNOWLEDGE THAT TRADEMARK KEEPER IS NOT A LEGAL SERVICE AND YOU SHOULD CONSULT A TRADEMARK ATTORNEY FOR ADVICE ON HOW TO BEST PROTECT YOUR TRADEMARK RIGHTS. GODADDY MAKES NO REPRESENTATIONS OR WARRANTIES WITH REGARDS TO ANY MATTER INCLUDING THE ADMISSIBILITY OF THE SCREEN CAPTURES OR RECORDS CAPTURED THROUGH TRADEMARK KEEPER.

## 12. PRE-REGISTRATIONS

If you submit an application for pre-registration of a domain name, GoDaddy does not guarantee that the name will be secured for you, or that you will have immediate access to the domain name if secured. GoDaddy may use third-party service providers for the pre-registration services.

## 13. PROVISIONS SPECIFIC TO .BIZ REGISTRATIONS

*Domain Name Dispute Policy*. If you reserved or registered a .BIZ domain name through us, in addition to our Dispute Resolution Policy, you hereby acknowledge that you have read and understood and agree to be bound by the terms and conditions of the <u>Restrictions Dispute Resolution Policy</u> applicable to the .biz TLD.

The RDRP sets forth the terms under which any allegation that a domain name is not used primarily for business or commercial purposes shall be enforced on a case-by-case basis by an independent ICANN-accredited dispute provider. Registry Operator will not review, monitor, or otherwise verify that any particular domain name is being used primarily for business or commercial purposes or that a domain name is being used in compliance with the SUDRP or UDRP processes.

_One Year Registration_. If you are registering a .BIZ domain name and you elect to take advantage of special pricing applicable to one-year registrations, we will automatically renew your domain name for an additional one-year period at the end of the first year term by taking payment from the Payment Method you have on file, unless you notify us that you do not wish to renew. You will be notified and given the opportunity to accept or decline the one-year renewal prior to your domain name expiration date. In the event you decide not to renew your one-year .BIZ domain name for a second year, your domain name registration will automatically revert back to us and we will gain full rights of registration to such domain name. You agree that if you delete or transfer your .BIZ domain name during the first year, you will automatically be charged the second year renewal fees.

## 14. PROVISIONS SPECIFIC TO .INFO REGISTRATIONS

_One Year Registration_. If you are registering a .INFO domain name and you elect to take advantage of special pricing applicable to one-year registrations, we will automatically renew your domain name for an additional one-year period at the end of the first year term by taking payment from the Payment Method you have on file, unless you notify us that you do not wish to renew. You will be notified and given the opportunity to accept or decline the one-year renewal prior to your domain name expiration date. In the event you decide not to renew your one-year .INFO domain name for a second year, your domain name registration will automatically revert back to us and we will gain full rights of registration to such domain name. You agree that if you delete or transfer your .INFO domain name during the first year, you will automatically be charged the second year renewal fees.

## 15. PROVISIONS SPECIFIC TO .NAME REGISTRATIONS

_Defensive Registration_. A Defensive Registration is a registration designed for the protection of trademarks and service marks and may be granted to prevent a third party from registering a variation of a trademark or the exact trademark. If the name you wish to register is subject to a Defensive Registration, you have three (3) options: (i) you may register a variation of the name, (ii) you may challenge the Defensive Registration under the Eligibility Requirements Dispute Resolution Policy, or (iii) you may request Consent from the Defensive Registrant. You can request Consent by contacting the Defensive Registrant listed in the GNR Whois Directory and requesting consent to register the .NAME domain name. If the Defensive Registrant grants consent, they must confirm in writing that they grant consent. If the Defensive Registrant does not grant consent, you may wish to challenge the Defensive Registration under the ERDRP.

*Acceptable Use Policy*. You agree to be bound by the .NAME Acceptable Use Policy, which is hereby incorporated by reference. Among other limitations, this policy prohibits you from using your .NAME Email to engage in Spamming activities. You will be limited to a maximum of five hundred (500) messages sent from your .NAME at a time.

## 16. PROVISIONS SPECIFIC TO .REISE REGISTRATIONS

Domain Names registered in .REISE should be used for purposes dedicated to travel topics within six months following initial Registration, e.g. utilized on the Internet or otherwise used to perform a function.

## 17. PROVISIONS SPECIFIC TO .SEXY REGISTRATIONS

You shall not permit content unsuitable for viewing by a minor to be viewed from the main or top-level directory of a .SEXY domain name. For purposes of clarity, content viewed at the main or top-level directory of a .SEXY domain name is the content immediately visible if a user navigates to http://example.sexy or http://www.example.sexy. No restrictions apply to the content at any other page or subdirectory addressed by a .SEXY Registered Name.

## 18. COUNTRY CODE TOP LEVEL DOMAINS

You represent and warrant that you meet the eligibility requirements of each ccTLD you apply for. You further agree to be bound by any registry rules, policies, and agreements for that particular ccTLD. These may include, but are not limited to, agreeing to indemnify the ccTLD provider, limiting the liability of the ccTLD provider, and requirements that any disputes be resolved under that particular country's laws.

### *(A) PROVISIONS SPECIFIC TO .AU REGISTRATIONS*

.au Registrations (to include .au, com.au, net.au and org.au) are governed by the following additional terms and conditions:

auDA. auDA means .au Domain Administration Limited ACN 079 009 340, the .au domain names administrator. The Registrar acts as agent for auDA for the sole purpose, but only to the extent necessary, to enable auDA to receive the benefit of rights and covenants conferred to it under this Agreement. auDA is an intended third party beneficiary of this agreement.

auDA Published Policy. auDA Published Policies means those specifications and policies established and published by auDA from time to time at https://www.auda.org.au. You must comply with all auDA Published Policies, as if they were incorporated into, and form part of, this Agreement. In the event of any inconsistency between any auDA Published Policy and this Agreement, then the auDA Published Policy will prevail to the extent of such inconsistency. You acknowledge that under the auDA Published Policies: (1) there are mandatory terms and conditions that apply to all domain names; (2) licences, and such terms and conditions are incorporated into, and form part of, this Agreement; (3) You are bound by, and must submit to,

the .au Dispute Resolution Policy; and (4) auDA may delete or cancel the registration of a .au domain name.

auDA's Liabilities and Indemnity. To the fullest extent permitted by law, auDA will not be liable to Registrant for any direct, indirect, consequential, special, punitive or exemplary losses or damages of any kind (including, without limitation, loss of use, loss or profit, loss or corruption of data, business interruption or indirect costs) suffered by Registrant arising from, as a result of, or otherwise in connection with, any act or omission whatsoever of auDA, its employees, agents or contractors. Registrant agrees to indemnify, keep indemnified and hold auDA, its employees, agents and contractors harmless from all and any claims or liabilities, arising from, as a result of, or otherwise in connection with, Registrant's registration or use of its .au domain name. Nothing in this document is intended to exclude the operation of Trade Practices Act 1974.

## (B) PROVISIONS SPECIFIC TO .CA REGISTRATIONS

You acknowledge and agree that registration of your selected domain name in your first application to CIRA shall not be effective until you have entered into and agreed to be bound by CIRA's Registrant Agreement.

CIRA Certified Registrar. The registrar shall immediately give notice to you in the event that it is no longer a CIRA Certified Registrar, has had its certification as a CIRA Certified Registrar suspended or terminated, or the Registrar Agreement between CIRA and the Registrar is terminated or expires. CIRA may post notice of such suspension, termination, or expiry on its website and may, if CIRA deems appropriate, give notice to the registrants thereof. In the event that the registrar is no longer a CIRA Certified Registrar, has had its certification as a CIRA Certified Registrar suspended or terminated or in the event the Registrar Agreement between CIRA and the Registrar is terminated or expires, you shall be responsible for changing your Registrar of Record to a new CIRA Certified Registrar within thirty (30) days of the earlier of notice thereof being given to you by (i) the Registrar or (ii) CIRA in accordance with CIRA's then current Registry PRP; provided, however, that if any of your domain name registrations are scheduled to expire within thirty (30) days of the giving of such notice, then you shall have thirty (30) days from the anniversary date of the registration(s), to register with a new CIRA certified registrar and to renew such domain name registration(s) in accordance with the Registry PRP.

You acknowledge and agree that should there be insufficient funds prepaid by the registrar in the CIRA Deposit Account to be applied in payment of any fees, CIRA may in its sole discretion stop accepting applications for domain name registrations from the registrar, stop effecting registrations of domain names and transfers, renewals, modifications, and cancellations requested by the registrar and stop performing other billable transactions requested by the registrar not paid in full and CIRA may terminate the Registrar Agreement between CIRA and the Registrar.

*.CA ASCII and IDN domain variants* are bundled and reserved for a single registrant. Registrants are not required to register all variants in a bundle, but all registered variants must be registered and managed at a single registrar. Each variant registered will incur a registration fee. In addition, when registering multiple .CA domain (ASCII and IDN) variants in a bundle, your registrant information **must be identical**. If variants are registered at other registrars or if registrant information does not match, it may result in an "unavailable" search result, delayed or failed registration. If information does not match, validation is required and may take up to seven business days and delay availability of domain.

### (C) PROVISIONS SPECIFIC TO .CN REGISTRATIONS

.CN is a restricted TLD – applications are subject to both a domain name check **and** real name verification as required by the People's Republic of China. Registrations in .CN are therefore subject to the following additional terms:

*Verification, Registration and Activation*. If a domain name is not permitted to be registered by the Chinese government, as determined by us, the Registry Operator and/or a 3rd party provider utilized for such services and determinations, in either party's discretion, the application for registration will not be successful. In such event, the name will be deleted and you will be eligible for a refund as further described below.

If permitted, then the Registration may proceed, but a .CN domain name may not be activated (i.e., it will not resolve in the Internet) *unless and until* you have submitted (via the process described during registration) valid documents required of us and the Registry to perform real name verification. The following are acceptable forms of documents for the purpose of verification:

- China: Resident ID, temporary resident ID, business license or organization code certificate

- Hong Kong/Macau: Resident ID, driver's license, passport or business license

- Singapore: Driver's license, passport or business license

- Taiwan: Resident ID, driver's license or business license

- Other Countries/Regions: Driver's license or passport

Documents submitted to us are used by us and shared with the Registry solely for the purpose of real name verification, and are otherwise subject to our Privacy Policy. By registering a .CN domain, you expressly agree that your data may be stored on servers in the U.S., or otherwise outside of the People's Republic of China.

_Refunds_. Refunds for .CN Registrations will only be allowed where (i) registration of the applied for domain name is not permitted by the Chinese government; or (ii) you notify us of your intent to cancel for any reason within the first five (5) days after the Registration (i.e., after it is deemed permissible by the Chinese government). For the avoidance of doubt, refunds will not be permitted under any circumstances after five (5) days from the date of Registration, including, for example, in the event real name verification is not successful or if the Chinese government determines after Registration that the domain name should not have been registered (and directs us to delete).

### (D) PROVISIONS SPECIFIC TO .JP REGISTRATIONS

_Registration Restrictions_. You represent and warrant that you have a local presence in Japan with a home or office address. You agree that certain domain names are reserved and can only be registered by certain parties. These include: (i) TLDs, other than ccTLDs, as determined by ICANN; (ii) geographical-type .JP domain names that are defined as metropolitan, prefectural, and municipal labels; (iii) names of primary and secondary educational organizations; (iv) names of organizations related to Internet management; (v) names required for .JP domain name operations; and (vi) character strings which may be confused with ASCII-converted Japanese domain names. The complete list of .JP Reserved Domains is available here.

### 19. PROVISIONS SPECIFIC TO LEASE TO OWN

The following additional Terms apply with respect to Lease to Own Services (the "LTO Services") provided by GoDaddy, to you.

### (A) Definitions:

- **LTO Domain**: a domain name that you purchase from GoDaddy through the Site with an agreement to pay over time.

- **LTO Term**: the period agreed between GoDaddy and Buyer during which Buyer will have access to the DNS and will make monthly payments to GoDaddy.

- **Service Fee**: fee owed by Buyer to GoDaddy for the Services provided by GoDaddy during the LTO Term, including, but not limited to, renewing the LTO Domain, providing administrative services related to the management of the LTO Domain, forwarding correspondence, etc.

### (B) Description of Services.

The LTO Services are provided to facilitate the buying and selling of currently registered domain names through payments over time, and not the purchase or sale of associated website content.

As Buyer, you agree to purchase the LTO Domain from GoDaddy. During the LTO Term, GoDaddy will make the DNS for the LTO Domain available to Buyer. You are required to deposit the mutually agreed-upon price and Buyer's Service Fee, as established by GoDaddy, as soon as practical after you agree to the purchase price, but in no event later than five (5) business days. At no time will Buyer be able to withdraw those funds or send the funds to another recipient unless the initial transaction is cancelled. You agree that GoDaddy is not responsible for breach of contract based upon a failure to transfer the LTO Domain to Buyer after the first payment is deposited. In the event that GoDaddy is unable to make the LTO Domain Name DNS available to Buyer after the first installment payment, GoDaddy shall return any funds provided by buyer for the purchase of the LTO Domain Name as soon as commercially reasonably possible.

**(C) Fees and Payment.**

You are responsible for paying the monthly payment related to your LTO Domain plus any applicable Service Fee.

Any commissions may be subtracted from the payment, instalment payment or rental payment and, if these payments are not sufficient, from the subsequent payments. In the event that the domain name is purchased in instalments or rented, the commission subtracted will be limited to the secured instalment or rent payment (e.g.: if the commission is 25%, and the instalment price $100, the GoDaddy only subtracts $25 from the payout of the Seller for each instalment.)

**(D) Your Additional Obligations.**

1. Buyer agrees to use the LTO Domain only in accordance with any applicable laws and/or regulations, and with all duty and care. For the avoidance of doubt, Buyer is prohibited from using the LTO Domain in a manner (as determined by GoDaddy in its sole and absolute discretion) that:

   a. in breach of any applicable law, statute, or regulation;

   b. is fraudulent, criminal or unlawful;

   c. promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;

   d. infringes or breaches the patent, copyright, trademark, trade secret, right of publicity or other intellectual property) rights of any third party;

   e. contains video, audio photographs, or images of another person without his or her permission (or in the case of a minor, the minor's legal guardian's permission);

   f. provides information on any illegal activity (including, but not limited to, instructional information on acquiring or fabricating illegal weapons or drugs,

privacy violations or distributing computer viruses);

    g. publicizes or promotes commercial activities an/or sales without our prior written consent such as contests, sweepstakes, barter, advertising, and pyramid schemes; or

    h. involves the use, delivery or transmission of any viruses, harmful code, unsolicited emails, Trojan horses or any other computer programming routines that are intended to disrupt, damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or personal information.

2. Buyer acknowledges and agrees not to engage in any activity with the LTO Domain or using the LTO Services that would decrease the value of the LTO Domain. Such activities include, but are not limited to, the use of aggressive SEO strategies, techniques and tactics that focus only on search engines and not a human audience, and usually does not obey search engines guidelines (black hat SEO), such as keyword stuffing, invisible text, doorway pages, adding unrelated keywords to the page content or page swapping (changing the webpage entirely after it has been ranked by search engines), and the use of the domain name for spam activities.

3. Buyer may not grant any third party any rights to the LTO Domain, including any right to use the LTO Domain.

4. Buyer agrees to protect, defend, indemnity and hold harmless GoDaddy and its officers, directors, employees, agents and third party service providers from and against any and all claims, demands, costs, expenses, losses liabilities and damages of every kind and nature (including, without limitation, reasonable attorneys' fees) imposed upon or incurred by GoDaddy directly or indirectly arising from (i) your use of the LTO Services; (ii) your violation(s) of any provision of this Agreement; and/or (iii) your violation of any third party right, including without limitation any intellectual property or other proprietary right. This indemnification obligation shall survive any termination or expiration of this Agreement or your use of the LTO Services.

**E. GoDaddy's Rights.**

1. GoDaddy may terminate your use of the LTO Services for any violation or breach of any of the terms of this Agreement by you. Any such termination will not entitle you to any refund of payments already made to GoDaddy for any LTO Services or Service Fee, and you will lose any and all access to the applicable LTO Domain.

2. If the LTO Services are terminated, GoDaddy reserves the right to sell the LTO Domain to any party, including potential competitors of Buyer. GoDaddy shall have no ongoing obligation to Buyer related to the LTO Domain.

3. The parties acknowledge and agree that the GoDaddy is not a payment provider and that GoDaddy does not make any warranties in that respect. In order to effectuate the transfer of payments, GoDaddy uses the services of a third party payment provider. The terms and conditions of the third party payment provider shall apply to such payments.

**F. Remedies and Right to Cancel.**

Without limiting any other remedies available to GoDaddy, if:

A. You breach this Agreement, or any document incorporated by reference;

B. GoDaddy determines your actions may pose a risk to GoDaddy or its members;

C. GoDaddy determines your use of the Services infringes on the intellectual property or legal rights of others.

GoDaddy may immediately:

i. Warn its members of your actions;

ii. Place a hold on any pending transactions associated with your account(s);

iii. Limit funding sources and payments;

iv. Limit your access to your account(s) or to any functionality of your account(s); or

v. Indefinitely suspend or close your account(s) and refuse to provide our Services to you.

In addition, GoDaddy reserves the right to hold funds beyond normal distribution periods for transactions it deems suspicious or for account(s) conducting high transaction volumes to ensure integrity of the funds. If GoDaddy closes your account(s), GoDaddy will provide notice and pay you all of the unrestricted funds in your account(s) due to you.



⊙ > Legal > Agreements > Domain Name Registration Agreement

About GoDaddy                                                                          +

Help Center                                                                            +

Resources                                                                             +

Partner Programs                                                    +

Account                                                            +

Shopping                                                           +

United States - English          USD $

Legal      Privacy Policy      Cookies

Do not share my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

# Exhibit 1



# Domain Report - Butane.com

| | |
|---|---|
| Domain Name | **Butane.com** |
| Prepared On | **September 17, 2024** |



Website Screenshot taken 11/25/2012

# About This Report

This report documents a thorough analysis of the Internet domain name "**Butane.com**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

© 2024 DomainTools, LLC All Rights Reserved

# Whois Record on Mar 27, 2024

Domain Name: butane.com
Registry Domain ID: 11559_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.123-reg.co.uk
Registrar URL: https://www.123-reg.co.uk
Updated Date: 2024-03-26T02:03:13Z
Creation Date: 1996-02-24T00:00:00Z
Registrar Registration Expiration Date: 2024-02-25T00:00:00Z
Registrar: 123-Reg Limited
Registrar IANA ID: 1515
Registrar Abuse Contact Email: abuse@123-reg.co.uk
Registrar Abuse Contact Phone: +1.8779770099


Screenshot taken Nov 25, 2012

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registrant Organization: Afternic, LLC - On Behalf of Domain Owner
Registrant State/Province: DE
Registrant Country: US
Registrant Email: https://webform.meshdigital.com
Admin Email: https://webform.meshdigital.com
Tech Email: https://webform.meshdigital.com
Name Server: NS19.DOMAINCONTROL.COM
Name Server: NS20.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp

© 2024 DomainTools, LLC All Rights Reserved

# Exhibit 2

## Expired Auctions Inventory　External　Inbox

**Tony Matteson** ☐ <tmatteson@godaddy.com>
to webmaster@primeloyalty.com 

Hi Jeff,　　　　　　　　　　　　　　　　　　　　　　　　　　　Wed, Mar

Here is a list of expired auctions that you might like!

| Domain Name | Price | GoDaddy Valuation | Auction End T |
|---|---|---|---|
| oakville.com | $4,353 | $20,166 | 4/5/2024 |
| miley.com | $18,250 | $18,085 | 3/28/2024 |
| butane.com | $5,249 | $15,946 | 3/31/2024 |
| lately.com | $1,275 | $15,121 | 4/6/2024 |
| nise.com | $11,500 | $14,442 | 3/28/2024 |
| meba.com | $8,400 | $14,396 | 3/31/2024 |
| mydeals.com | $175 | $13,690 | 4/6/2024 |
| hogt.com | $551 | $13,363 | 3/31/2024 |
| netty.com | $40 | $12,933 | 4/6/2024 |
| betterbanking.com | $3,383 | $12,758 | 3/28/2024 |
| activate.io | $3,449 | $12,730 | 3/29/2024 |
| sadd.com | $1,161 | $11,865 | 4/6/2024 |
| solves.com | $745 | $11,567 | 4/5/2024 |
| emid.com | $787 | $11,193 | 4/5/2024 |
| wcpa.com | $258 | $11,096 | 3/31/2024 |
| everychild.com | $716 | $10,748 | 3/27/2024 |
| addict.org | $611 | $10,017 | 4/6/2024 |
| unaffected.com | $585 | $10,012 | 4/2/2024 |
| discountwatches.com | $90 | $10,005 | 4/2/2024 |
| organiccafe.com | $1,225 | $10,001 | 3/28/2024 |
| rcne.com | $6,111 | $9,938 | 4/1/2024 |
| scitex.com | $540 | $9,026 | 3/29/2024 |
| blackglass.com | $35 | $8,562 | 4/6/2024 |
| tidg.com | $255 | $8,305 | 3/30/2024 |
| ssfc.com | $1,850 | $8,246 | 3/27/2024 |
| sdkm.com | $282 | $8,076 | 3/28/2024 |
| ultraluxe.com | $298 | $7,891 | 4/2/2024 |
| trueinsight.com | $35 | $7,880 | 4/5/2024 |
| masterevents.com | $70 | $7,779 | 3/30/2024 |
| homerenovators.com | $1,075 | $7,491 | 3/29/2024 |
| mcrg.com | $225 | $7,324 | 4/1/2024 |
| gfen.com | $385 | $7,203 | 3/28/2024 |
| supportlab.com | $45 | $7,180 | 4/5/2024 |
| bymh.com | $155 | $6,926 | 4/5/2024 |
| securityguy.com | $35 | $6,576 | 4/5/2024 |
| exceptionalliving.com | $30 | $6,421 | 4/3/2024 |
| multisend.com | $59 | $6,173 | 4/4/2024 |
| aboutgod.com | $30 | $5,974 | 4/3/2024 |
| isellcars.com | $170 | $5,702 | 3/28/2024 |
| tgpi.com | $155 | $5,524 | 4/5/2024 |
| gtyl.com | $255 | $5,381 | 4/4/2024 |
| utaz.com | $227 | $5,179 | 3/30/2024 |
| sxyl.com | $170 | $5,174 | 4/2/2024 |
| eviv.com | $102 | $5,158 | 4/2/2024 |
| ctrg.com | $510 | $5,116 | 3/29/2024 |
| dreamminds.com | $95 | $5,045 | 3/27/2024 |

| | | | |
|---|---|---|---|
| affordabletrends.com | $30 | $5,026 | 3/29/2024 |
| highthrive.com | $35 | $5,026 | 3/30/2024 |
| kqkq.com | $215 | $4,959 | 4/5/2024 |
| xentex.com | $50 | $4,828 | 3/31/2024 |
| opln.com | $180 | $4,779 | 4/1/2024 |
| ypta.com | $52 | $4,772 | 4/1/2024 |
| getglam.com | $80 | $4,747 | 3/28/2024 |
| cfrv.com | $113 | $4,621 | 4/3/2024 |
| exyt.com | $155 | $4,615 | 4/3/2024 |
| bigeducation.com | $25 | $4,589 | 4/1/2024 |
| dgnw.com | $116 | $4,519 | 4/3/2024 |
| stoxy.com | $25 | $4,516 | 4/6/2024 |
| activeinspections.com | $30 | $4,457 | 3/31/2024 |
| trbw.com | $107 | $4,288 | 3/30/2024 |
| tastybuds.com | $40 | $4,277 | 4/2/2024 |
| accusystems.com | $25 | $4,258 | 3/31/2024 |
| totallytrue.com | $30 | $4,158 | 4/3/2024 |
| ypir.com | $100 | $4,152 | 3/30/2024 |
| communitybooks.com | $25 | $4,137 | 3/30/2024 |
| fastscooters.com | $55 | $4,082 | 4/1/2024 |
| reaching.org | $25 | $4,041 | 3/30/2024 |
| ajky.com | $25 | $3,987 | 4/4/2024 |
| nutmonkeys.com | $25 | $3,929 | 3/31/2024 |
| coiv.com | $182 | $3,896 | 4/1/2024 |
| attackpoverty.com | $25 | $3,874 | 3/30/2024 |
| domainhistory.com | $511 | $3,873 | 4/1/2024 |
| bebz.com | $205 | $3,785 | 3/30/2024 |
| advancedblend.com | $49 | $3,741 | 3/30/2024 |
| streetstop.com | $25 | $3,697 | 3/27/2024 |
| klcz.com | $135 | $3,548 | 3/27/2024 |
| rdgj.com | $100 | $3,548 | 4/3/2024 |
| infrastructurejobs.com | $25 | $3,492 | 4/3/2024 |
| yogascene.com | $25 | $3,466 | 4/5/2024 |
| flooringsolution.com | $25 | $3,433 | 3/31/2024 |
| solarpools.com | $25 | $3,430 | 4/5/2024 |
| | $ | $ | |
| | $ | $ | |

Tony Matteson

tmatteson@godaddy.com

Please note that anything showing a $25,000 GD Valuation means greater than $25,000

The valuations included in the attached report are based on an algorithm that utilizes the data GoDaddy has available to it to help identify predicted sale prices of domains. However, we do not make any guarantee or other promise as to any results that may be obtained from using the valuations, and make no representation and/or make available to you in this report should not serve as the receipt of, or a substitute for, individual review of each domain name by you. It is your responsibility to independently assess and determine the value of any domain name in the report, including the value of a domain name. We shall not be liable for any losses you or anyone else suffers as a result of relying on the valuation, which includes not being liable for any loss of profit, loss of bargain, loss of capital through over-payment or under-sale or for any indirect, special or consequential loss. The valuation may only be used exclusively within our network and not with any 3rd party provider.

To unsubscribe from newsletter, click here and reply "Unsubscribe"

It may take up to 10 business days to remove from mailing list.

# Exhibit 3

# Winning Bid for butane.com

External ⟫  | Inbox × | Important × | Butane Docs × | Godaddy × | 

**GoDaddy** <auctions@godaddy.com>                                    Sun, Mar 31, 4:47 PM  ⭐ ●  ↩ ⋮
to webmaster ⌄



24/7 Support: +1 (480) 505-8855 📞
Jeff Garbutt — Customer Number: █████████



# Winning bid notification

Congratulations! You have placed the winning bid for Item Number 548251390, butane.com, in the amount of US$19,755.00.

To complete your purchase, click the button below and log in if prompted. Select butane.com and click the "Pay for this domain" link.

**COMPLETE YOUR PURCHASE →**

Remember that in accordance with the legal agreement you acknowledged at the time of your bid (Universal Terms of Service, UTOS), the current registrant may still renew this domain up to 30 days post expiration. If the domain is renewed, we will notify you and any funds received will be refunded. If the registrant does not renew the domain, we will then process a change of registrant and move the domain into your account at GoDaddy.com within one week.

If we do not receive payment for this transaction within 48 hours we will bill the credit card, bank or PayPal® account used to purchase your GoDaddy Auctions membership.

If you have any questions, contact Customer Support:

- Online Support
- Email: auctions@godaddy.com
- 24/7 Support by Phone: +1 (480) 505-8855 📞

  

# Exhibit 4



Jeff Garbutt, thank you for your order.   **External**   ›   Inbox ×   **Important ×**   Godaddy ×

**2 items from GoDaddy Inc**
$19,765.43

Ordered from
GoDaddy Inc

Items
Auctions Expired Domain, .COM Domain Renewal

Total cost
$19,765.43

Is this correct?   👍   👎



**GoDaddy**   A   \<donotreply@godaddy.com\>
to webmaster                                              Sun, Mar 31, 4:48 PM   ⭐   +   ↩   ⋮

### GoDaddy

Need help? <u>Contact us.</u>
Customer Number: ▮▮▮▮

# Thanks for your order, Jeff.

Here's your confirmation for order number 3006819347.   Review your
receipt and get started using your products.

**Access All Products →**

## Order Number: 3006819347 📞

| Product | Quantity | Term | Price |
|---|---|---|---|
| Auctions Expired Domain<br>butane.com | 1 Unit | 1 Unit | $19,755.00 |
| .COM Domain Renewal | 1 Unit | 1 Year | $10.43 |
| | Subtotal: | | $19,765.43 |
| | Tax: | | $0.00 |
| | Total: | | $19,765.43 |

**View Full Receipt →**

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This message confirms that during the checkout process, you agreed to <u>GoDaddy's Universal Terms of Service Agreement</u>, <u>Privacy Policy</u> and <u>all other agreements applicable to your purchase.</u> You can obtain a list of all agreements and policies to which you agreed by contacting GoDaddy customer service and visiting the <u>GoDaddy Legal Agreements and Policies page</u>. Your use of the purchased products is governed by the terms of these agreements and policies. If you wish to cancel your purchase, please learn more about our <u>Refund Policy</u>. This message also confirms that during the checkout process, you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part. If you do not wish to continue using our automatic renewal service, you can cancel by visiting the <u>Renewals and Billing page</u> in your account. If you selected an installment payment option during checkout, the option applies to a product's current term only and you will pay the then-current full amount upon automatic renewal. You may, however, select an additional installment payment option, if available, for a product by visiting the <u>Renewals and Billing page</u> in your account and manually renewing a product.

**Enjoy 25%\* off new products when you order now.**
Use promo code **ORDERNOW3** in your cart when you order.

**Start Shopping →**

## Activate your products today.

You have new products or services in your account waiting to be activated. You've paid for them — now put them to work.

**Get Started →**

<u>Set my Support PIN</u>

<u>\*See offer terms, conditions and legal policies.</u>

Prices are current as of 3/31/2024 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

6248261898

# Exhibit 5



**GoDaddy** <donotreply@godaddy.com>
to webmaster



# Thanks for your order, Jeff.

Here's your confirmation for order number 3021457752.    Review your
receipt and get started using your products.

### Access All Products →

## Order Number: 3021457752

| Product | Quantity | Term | Price |
|---|---|---|---|
| .NET Premium Domain Registration<br>**butane.net** | 1 Unit | 1 Year | $13.17 |
| Premium Domain Purchase One Time Fee | 1 Unit | 1 Unit | $1,999.00 |
| .ORG Premium Domain Registration<br>**butane.org** | 1 Domain | 1 Year | $12.17 |
| Premium Domain Purchase One Time Fee | 1 Unit | 1 Unit | $5,000.00 |
| | Subtotal: | | $7,024.34 |
| | Tax: | | $0.00 |
| | Total: | | $7,024.34 |

### View Full Receipt →

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This
message confirms that during the checkout process, you agreed to GoDaddy's
Universal Terms of Service Agreement, Privacy Policy and all other agreements
applicable to your purchase. You can obtain a list of all agreements and policies to

which you agreed by contacting GoDaddy customer service and visiting the GoDaddy Legal Agreements and Policies page. Your use of the purchased products is governed by the terms of these agreements and policies. If you wish to cancel your purchase, please learn more about our Refund Policy. This message also confirms that during the checkout process, you agreed to enroll your products in our automatic renewal service. This keeps your products up and running, automatically charging then-current renewal fees to your payment method on file, with no further action on your part. If you do not wish to continue using our automatic renewal service, you can cancel by visiting the Renewals and Billing page in your account. If you selected an installment payment option during checkout, the option applies to a product's current term only and you will pay the then-current full amount upon automatic renewal. You may, however, select an additional installment payment option, if available, for a product by visiting the Renewals and Billing page in your account and manually renewing a product.

**Enjoy 25%\* off new products when you order now.**

Use promo code **ORDERNOW3** in your cart when you order.

Start Shopping →

## Activate your products today.

You have new products or services in your account waiting to be activated. You've paid for them — now put them to work.

**Get Started →**

Set my Support PIN

\*See offer terms, conditions and legal policies.

Prices are current as of 4/7/2024 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 100 S Mill Ave, Suite 1600, Tempe, AZ 85281 USA. All rights reserved.

6256905075

9/25/24, 9:13 AM
Case 2:24-cv-03359-JJT Document 1-1 Filed 11/27/24 Page 208 of 249
GoDaddy - Thanks for your order. - jeff@butane.io.com - Butane.io Mail



**GoDaddy** <donotreply@godaddy.com>
to webmaster



Need help? <u>Contact us.</u>
Customer Number: ▮▮▮▮

# Thanks for your order, Jeff.

Here's your confirmation for order number 3020658074.   Review your
receipt and get started using your products.

**Access All Products →**

## Order Number: 3020658074

| Product | Quantity | Term | Price |
|---|---|---|---|
| Full Domain Protection<br>butane.com | 1 Unit | 1 Year | $8.84 |
| Subtotal: | | | $8.84 |
| Tax: | | | $0.00 |
| Total: | | | $8.84 |

**View Full Receipt →**

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This
message confirms that during the checkout process, you agreed to <u>GoDaddy's
Universal Terms of Service Agreement</u>, <u>Privacy Policy</u> and <u>all other agreements
applicable to your purchase</u>. You can obtain a list of all agreements and policies to
which you agreed by contacting GoDaddy customer service and visiting
the <u>GoDaddy Legal Agreements and Policies page</u>. Your use of the purchased
products is governed by the terms of these agreements and policies. If you wish to
cancel your purchase, please learn more about our <u>Refund Policy</u>. This message
also confirms that during the checkout process, you agreed to enroll your products
in our automatic renewal service. This keeps your products up and running,
automatically charging then-current renewal fees to your payment method on file,
with no further action on your part. If you do not wish to continue using our
automatic renewal service, you can cancel by visiting the <u>Renewals and Billing
page</u> in your account. If you selected an installment payment option during

checkout, the option applies to a product's current term only and you will pay the
then-current full amount upon automatic renewal. You may, however, select an
additional installment payment option, if available, for a product by visiting
the Renewals and Billing page in your account and manually renewing a product.

**Enjoy 25%\* off new products when you order now.**

Use promo code **ORDERNOW3** in your cart when you order.

Start Shopping →

## Activate your products today.

You have new products or services in your account waiting to be activated. You've
paid for them – now put them to work.

Get Started →

Set my Support PIN

\*See offer terms, conditions and legal policies.

Prices are current as of 4/7/2024 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 100 S Mill Ave, Suite 1600, Tempe, AZ 85281 USA.
All rights reserved.

6256875618



**GoDaddy** ☐ <donotreply@godaddy.com>
to webmaster 



Need help? <u>Contact us.</u>
Customer Number: ▇▇▇▇

# Thanks for your order, Jeff.

Here's your confirmation for order number 3021396384.    Review your
receipt and get started using your products.

**Access All Products →**

### Order Number: 3021396384

| Product | Quantity | Term | Price |
|---|---|---|---|
| .COM Domain Renewal<br>butane.com | 1 Domain | 9 Years | $93.87 |
| Full Domain Protection -<br>Renewal<br>butane.com | 1 Unit | 9 Years | $116.91 |
| Subtotal: | | | $210.78 |
| Tax: | | | $0.00 |
| Total: | | | $210.78 |

**View Full Receipt →**

---

NOTE: Your purchase includes enrollment in our automatic renewal service. This
message confirms that during the checkout process, you agreed to <u>GoDaddy's
Universal Terms of Service Agreement</u>, <u>Privacy Policy</u> and <u>all other agreements
applicable to your purchase</u>. You can obtain a list of all agreements and policies to
which you agreed by contacting GoDaddy customer service and visiting
the <u>GoDaddy Legal Agreements and Policies page</u>. Your use of the purchased
products is governed by the terms of these agreements and policies. If you wish to
cancel your purchase, please learn more about our <u>Refund Policy</u>. This message
also confirms that during the checkout process, you agreed to enroll your products
in our automatic renewal service. This keeps your products up and running,

automatically charging then-current renewal fees to your payment method on file, with no further action on your part. If you do not wish to continue using our automatic renewal service, you can cancel by visiting the Renewals and Billing page in your account. If you selected an installment payment option during checkout, the option applies to a product's current term only and you will pay the then-current full amount upon automatic renewal. You may, however, select an additional installment payment option, if available, for a product by visiting the Renewals and Billing page in your account and manually renewing a product.

**Enjoy 25%\* off new products when you order now.**

Use promo code **ORDERNOW3** in your cart when you order.

Start Shopping →

**Activate your products today.**

You have new products or services in your account waiting to be activated. You've paid for them — now put them to work.

**Get Started →**

Set my Support PIN

*See offer terms, conditions and legal policies.

Prices are current as of 4/7/2024 and may be changed without notice.

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 100 S Mill Ave, Suite 1600, Tempe, AZ 85281 USA. All rights reserved.

6256883593

# Exhibit 6

# WHM

- ↓ Expand
- ↑ Collapse

Search Tools (Ctrl /)

**Favorites**
- MultiPHP INI Editor
- MultiPHP Manager
- NGINX® Manager
- EasyApache 4
- List Accounts
- Manage AutoSSL
- Create a New Account
- Process Manager
- Server Information
- Show IP Address Usage
- WP Toolkit
- Graceful Server Reboot

> Server Configuration

> Support

Search Tools and Accounts (/)

| Username | Hostname | OS |

## ☰ List Accounts

Home / Account Information / List Accounts ❓

**Create a New Account**

| Search For: | [                    ] | **Find** |

Search By: ⦿ Username/Domain  ○ Domain  ○ Username  ○ Reseller/Owner  ○ Package  ○ IP Address

Filter By: ⦿ None  ○ Suspended

**Apply Filter**

Page: First **1** Last All  Per Page: 30  Showing all 13 records. Suspended accounts are highlighted in red.

| Domain ▲ | cPanel | IP Address | Username | Contact Email | Setup Date | Partition | Quota | Disk Used | Package | Theme |
|---|---|---|---|---|---|---|---|---|---|---|
| ⊞ butane.com | cP | 72.167.43.221 | butane | server@primeloyalty.com | 2024-04-07 20:11 | home | unlimited | 566 MB | Account Default Package | jupiter |

# Exhibit 7

Jeff, set up your new LinkedIn Page for success   `External`   ▶   Inbox ✕

 

**LinkedIn** ⓐ ✅ <messages-noreply@linkedin.com>
to Jeff ⌄

Sun, Apr 7, 5:58 PM   ☆   🟢   ↩   ⋮

                                        

## Jeff, congratulations on creating your new LinkedIn Page: <mark>BUTANE.COM</mark>

With over 40 million Pages on LinkedIn, you're in great company.

**Visit my Page**

To ensure your Page is discoverable both on and off LinkedIn, check that it includes the fields below. Pages with this information get **30% more weekly views.**

- Logo
- Description
- Website URL
- Company size
- Industry
- City and country

Get the most from your Page by reading success stories and our pro tips.

**View best practices**

## Never miss an update with the LinkedIn app

   

This email was intended for Jeff Garbutt (Domain Broker | Founder of Prime Loyalty Domain Brokerage | We Assist Businesses in Acquiring Their Domain Name | Digital Marketing | Branding)

Learn why we included this.

You are receiving LinkedIn notification emails.

Help

**Linked**in

© 2024 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

# Exhibit 8



# Butane.com

butane_com • Instagram
Added on May 11, 2024

# Exhibit 9



JV, Partnership, or Acquisition | Fuel Innovation, Ignite Efficiency!

Home    Lighters    Torches    Stoves    Fuel    About Us

# Butane Products for Everyday Adventures.

Explore all the advantages of using Butane products for your everyday needs.



## Butane Products for Everyday Adventures.

Explore all the advantages of using Butane products for your everyday needs.

Butane, a hydrocarbon gas, is widely used for various purposes, including camping stoves, lighters, torches, and portable heaters. Butane fuel can be purchased in a canister, tank, can, or bottle. Its clean-burning properties make it ideal for indoor and outdoor applications alike. In addition to its role as a fuel, it is also utilized in the production of synthetic rubber and as a propellant in aerosol sprays. With its efficient energy output and ease of storage, butane has become a staple in many households and industries. Whether you're cooking a meal on a camping trip or powering a portable heater during a winter outing, these products offer convenience and reliability for all your adventures. Explore the world of butane and unlock its potential for fueling your next journey.

## Inquiry For Portfolio Acquisition | Joint Venture | Partnership

As we head into the next phase of The Butane Brand's adventure, we invite visionary partners to join hands with us and harness the boundless potential that lies ahead. Whether through strategic collaboration, a mutually beneficial joint venture, or a seamless acquisition, this is your chance to align with a brand that exemplifies excellence. By leveraging this esteemed domain portfolio, robust products, and innovative energy solutions, we can unlock new avenues of growth, drive profitability, and carve a lasting legacy in the dynamic landscape of the energy industry.



**Name**

**Email**

**Phone**

**Message**

Submit

## Inquire Below About Portfolio Acquisition, Joint Venture, or Partnership

As we embark on the next chapter of The Butane Brand's journey, we invite visionary partners to join hands with us and harness the boundless potential that lies ahead. Whether through strategic collaboration, a mutually beneficial joint venture, or a seamless acquisition, this is your chance to align with a brand that exemplifies excellence. By leveraging Butane's esteemed domain portfolio, robust products, and innovative energy solutions, we can unlock new avenues of growth, drive profitability, and carve a lasting legacy in the dynamic landscape of the energy industry. (Inquire Below)



**Name**

**Email**

**Phone**

**Message**

Submit

## Check Out these Premium Butane Products

# Butane Lighters

# Butane Torches

# Butane Stoves

# Butane Fuel








Unlock Your Online Growth Potential With Avada Website Builder.

Insert your email    **GET STARTED**

Home

Lighters

Torches

Stoves

Fuel

Contact Us

© All rights reserved. • Butane.com • Powered by Prime Server • Terms • Privacy Policy




JV, Partnership, or Acquisition | Fuel Innovation, Ignite Efficiency!



Home          Lighters          Torches          Stoves          Fuel          About Us



The Butane Brand mission is to establish itself as the foremost authority for everything related to butane. We strive to provide comprehensive information, resources, and products to meet the diverse needs of our customers, whether they're consumers, businesses, or industry professionals.

As the premier destination for all things butane, we will offer an extensive range of products and services tailored to various applications. From household to industrial use, the Butane Brand will be your one-stop shop for all things butane.

Our product lineup will include the following:

At Butane.com, our mission is to establish ourselves as the foremost authority for everything related to butane. We strive to provide comprehensive information, resources, and products to meet the diverse needs of our customers, whether they're consumers, businesses, or industry professionals.

As the premier destination for all things butane, we **will** offer an extensive range of products tailored to various applications. From household to industrial use, Butane.com is your one-stop shop for all things Butane.

Explore our selection of top-quality products that we will be , including:

1. **Butane Fuel**: We supply high-quality butane fuel for various applications, ensuring reliable and efficient performance in portable stoves, heaters, and more.
2. **Butane Lighters**: Discover our range of butane lighters, offering convenient and reliable ignition for everyday use.
3. **Butane Torches**: Explore our selection of butane torches, perfect for culinary arts, jewelry making, and DIY projects, providing precise and controlled flames.
4. **Butane Stoves**: Find the perfect butane-powered stove for your outdoor adventures, camping trips, and emergency preparedness needs.
5. **Butane Heaters**: Stay warm and comfortable with our selection of butane heaters, ideal for indoor and outdoor use in various settings.

At Butane.com, we are committed to delivering exceptional products, reliable information, and unparalleled customer service to become your trusted partner in all things butane. Join us on our journey to becoming the ultimate authority in the butane industry.

## Check Out these Premium Butane Products

### Butane Stoves          Butane Fuel

Butane
Lighters

Butane
Torches



Unlock Your Online Growth Potential With
Avada Website Builder.

Insert your email    GET STARTED

Home

Lighters

Torches

Stoves

Fuel

Contact Us

© All rights reserved. • Butane.com • Powered by Prime Server • Terms • Privacy Policy



JV, Partnership, or Acquisition | Fuel Innovation, Ignite Efficiency!

Home    Lighters    Torches    Stoves    Fuel    About Us

# Butane Fuel: Benefits and Applications

In the realm of energy sources, butane fuel stands out as a versatile and efficient energy option. Its application extends beyond household needs, finding its way into various industrial and commercial settings. One of the most practical solutions for managing butane supply on a larger scale is through the use of large butane tanks.




Large tanks offer numerous benefits, making them an indispensable asset for businesses and organizations with high energy demands. These tanks typically range in size, accommodating various storage capacities to suit different requirements. The ability to store significant quantities of butane ensures uninterrupted supply, reducing the frequency of refills and operational disruptions.

One of the primary sectors that benefit from large butane fuel tanks is the hospitality industry. Hotels, restaurants, and resorts rely on butane for cooking, heating, and other operational needs. With large tanks in place, establishments can maintain consistent energy supply, ensuring seamless service delivery to guests and customers.

Similarly, large butane tanks find widespread use in the agricultural sector. Farms and greenhouses utilize butane for powering equipment, heating structures, and fueling vehicles. By investing in large storage tanks, agricultural operations can optimize efficiency, streamline processes, and mitigate the risk of downtime due to fuel shortages.

Industrial facilities also leverage the advantages of large butane fuel tanks to support their manufacturing processes. From powering machinery to providing heat for industrial ovens and furnaces, butane plays a vital role in production operations. With ample storage capacity available on-site, manufacturers can minimize logistical challenges associated with frequent refueling and ensure continuous workflow.

Moreover, large butane tanks contribute to energy sustainability initiatives by offering a cost-effective and environmentally friendly fuel solution. Butane burns cleanly, producing fewer emissions compared to other fossil fuels, which aligns with efforts to reduce carbon footprint and mitigate environmental impact.

In conclusion, large butane fuel tanks represent a practical and efficient solution for managing energy needs across various industries. Their ability to store substantial quantities of butane ensures reliable supply, enhances operational efficiency, and supports sustainability objectives. As businesses continue to prioritize energy optimization and environmental responsibility, the role of large butane fuel tanks is poised to become increasingly significant in the years to come.

# Top Butane Fuel Picks



| Gas One | Coleman | Xikar | Butane Tanks |
|---------|---------|-------|--------------|
| Canister | Butane Canister | Butane Cans | Butane Tanks |
| ★★★★⯨ 4.6 / 5 | ★★★★⯨ 4.6 / 5 | ★★★★★ 5 / 5 | ★★★★★ 5 / 5 |

## Check Out these Premium Butane Products

**Butane Lighters**

**Butane Torches**

**Butane Stoves**

**Butane Fuel**



Home

Lighters

Torches

Unlock Your Online Growth Potential With Avada Website Builder.

Insert your email          GET STARTED

Stoves

Fuel

Contact Us

© All rights reserved. • Butane.com • Powered by Prime Server • Terms • Privacy Policy





Home    Lighters    Torches    **Stoves**    Fuel    About Us

# The Flexibility of Portable Butane Stoves



In the realm of outdoor cooking and portable heating, butane stoves stand out as reliable companions for adventurers and home cooks alike. Offering convenience, efficiency, and versatility, these compact stoves have become indispensable tools for various activities, from camping trips to backyard barbecues.

Butane stoves operate on canisters filled with liquefied butane gas, providing a clean and controllable flame that is easy to ignite and adjust. Their portability makes them ideal for outdoor enthusiasts seeking to prepare meals on the go or enjoy a warm meal while exploring the great outdoors. Unlike traditional charcoal grills or cumbersome propane stoves, butane stoves are lightweight and compact, fitting easily into backpacks or camping gear.

One of the key advantages of these stoves is their rapid heating capability. With a simple twist of a knob, users can quickly bring pots and pans to the desired temperature, reducing cooking times and conserving fuel. Whether boiling water for a morning coffee or simmering a savory stew, butane stoves offer precise temperature control for a variety of culinary endeavors.

Moreover, butane stoves are not limited to outdoor adventures. They have found their way into home kitchens as supplementary cooking appliances, especially in situations where space is limited or during power outages. Their ease of use and minimal setup make them valuable assets for emergency preparedness kits, ensuring that households can continue cooking meals even during disruptions to conventional utilities.

Additionally, butane stoves are environmentally friendly alternatives to traditional cooking methods. They produce fewer emissions and pollutants compared to charcoal or wood-burning stoves, contributing to cleaner air and reduced environmental impact.

In conclusion, butane stoves represent a versatile solution for cooking and heating needs, whether in the wilderness or at home. With their portability, efficiency, and environmental benefits, they offer a convenient and sustainable option for anyone seeking to enjoy delicious meals and warm comforts wherever their adventures take them.

# Top Butane Stove Picks

9/19/24, 12:45 AM
Case 2:24-cv-03359-JJT    Document 1-1    Filed 11/27/24    Page 229 of 249
Butane Stoves: Perfect for Outdoor Adventures and Home Cooking



| Sterno | Chef Master | iWatani | Coleman |
|--------|-------------|---------|---------|
| Butane Stove | Butane Stove | Butane Stove | Butane Stove |
| ★★★★★ 4.3 / 5 | ★★★★★ 4.6 / 5 | ★★★★★ 4.7 / 5 | ★★★★★ 4.7 / 5 |

## Check Out these Premium Butane Products

## Butane Lighters

## Butane Torches

## Butane Stoves

## Butane Fuel



Unlock Your Online Growth Potential With Avada Website Builder.

Home

Lighters

Torches

Stoves

Fuel

Contact Us

Insert your email    GET STARTED

© All rights reserved. • Butane.com • Powered by Prime Server • Terms • Privacy Policy



**Home**    **Lighters**    **Torches**    **Stoves**    **Fuel**    **About Us**

# Exploring the Convenience and Versatility of Butane Lighters



Butane lighters have become ubiquitous in our daily lives, offering a convenient and reliable way to ignite flames for various purposes. From lighting candles to starting campfires, these portable tools have earned their place as essential accessories for many. Let's delve into the world of butane lighters, exploring their convenience, versatility, and why they're favored by so many.

One of the primary advantages is their portability. There are torch lighters as well as soft flame lighters to choose from. Unlike traditional matches, butane lighters can be easily carried in pockets, purses, or backpacks, making them ideal for on-the-go use. Whether you're enjoying a camping trip in the wilderness or simply need to light a candle during a power outage, having one on hand ensures you're always prepared.

Versatility is another key feature of butane lighters. They come in various sizes and designs, catering to different needs and preferences. From sleek and compact pocket size to durable and weather-resistant torch, there's a butane lighter to suit



press of a button, they produce a steady flame, eliminating the need for striking matches or dealing with messy liquid fuels. The consistent ignition provided by butane lighters makes them ideal for tasks requiring precision, such as lighting cigars or pipes.

Furthermore, butane lighters are refillable, offering a cost-effective and eco-friendly alternative to disposable lighters. By refilling it with butane fuel, users can extend its lifespan and reduce waste, making them a sustainable choice for environmentally conscious consumers.

In conclusion, butane lighters offer a convenient, versatile, and reliable solution for igniting flames in various situations. Whether you're lighting candles at home, firing up a grill outdoors, or embarking on outdoor adventures, they are an indispensable tool to have at your disposal. With their portability, versatility, and ease of use, it's no wonder why butane lighters continue to be a popular choice among consumers worldwide.

# Top Butane Lighter Picks








Lighter | Lighter | Lighter | Lighter

**Home**  4.? | **Torches** | **Stoves**  **Fuel** | **About Us**  4.6

/ 5 | / 5 | / 5 | / 5

🔍

# Check Out these Premium Butane Products

## Butane Lighters

## Butane Torches

## Butane Stoves

## Butane Fuel











Home

Lighters



Fuel

Lighters        ches        St

Insert your email

GET STARTED

Contact Us

© All rights reserved. • Butane.com • Powered by Prime Server •

Terms • Privacy Policy

JV, Partnership, or Acquisition | Fuel Innovation, Ignite Efficiency!



Home     Lighters     **Torches**     Stoves     Fuel     About Us

# Butane Torches and their Applications



Butane torches have become a staple tool in many industries and households due to their versatility and convenience. These handheld devices utilize butane gas as fuel to produce a hot, concentrated flame that can reach high temperatures, making them suitable for a wide range of applications.

One of the primary uses of butane torches is in culinary settings. Chefs and home cooks alike rely on them for tasks such as caramelizing sugar, searing meats, and finishing dishes with a perfect torch-kissed touch. The precise control offered by these products allows for delicate tasks like melting cheese on a gratin or toasting meringue without overcooking the underlying ingredients.

Beyond the kitchen, you will find applications in various hobbies and crafts. Jewelry makers use them to solder metal pieces together, while glass artists use them to manipulate and shape glass. Woodworkers appreciate their ability to quickly and efficiently heat wood for bending or shaping purposes. Additionally, they are indispensable tools for DIY enthusiasts who need to tackle tasks like plumbing repairs, heat shrinking tubing, or even lighting charcoal grills.

In the realm of automotive repairs, butane torches are valued for their portability and reliability. Mechanics use them for tasks such as loosening rusted bolts, soldering wires, and heating metal components to facilitate repairs. The precise flame control offered by butane torches allows mechanics to work with precision and avoid damaging surrounding components.

Moreover, these products have found a place in the realm of arts and crafts. Artists use them for techniques like encaustic painting, where layers of pigmented wax are melted onto a surface, creating rich, textured artwork. Additionally, they are used in pottery to achieve various effects such as surface glazing or raku firing.

Overall, butane torches are versatile tools that have found their way into numerous industries and hobbies. Whether in the kitchen, workshop, or studio, their reliability, portability, and precise flame control make them indispensable for a wide range of applications.

# Top Butane Torches Picks



**Sterno**

Butane Torch

★★★★⯪ 4.4 / 5

**JO Chef**

Culinary Torch

★★★★⯪ 4.4 / 5

**Sondiko**

Butane Torch

★★★★⯪ 4.5 / 5

**Aboutool**

Triple Flame Torch

★★★★★ 4.8 / 5

## Check Out these Premium Butane Products

# Butane Lighters

# Butane Torches

# Butane Stoves

# Butane Fuel



# Exhibit 10

butane.com  `External` > `Inbox ×` `Important ×` `Butane Docs ×`

**Michael C Lefebvre**  <mlefebvre@primeloyalty.com>
to webmaster@primeloyalty.com

May 29, 2024, 3:08 PM

Hi Jeff,

It has been a while since we have crossed paths, I hope everything is well.

I have a couple of things to discuss with you and the most important is that I have a buyer inquire about acquiring butane.com.

Let me know your price on this one and I will do my best to get a deal in place.

_____

Michael Lefebvre  |  Sales Manager - Aftermarket

# GoDaddy

p.  (602) 975-9239  |  e.  mlefebvre@godaddy.com

---

**Prime Loyalty** <sales@primeloyalty.com>
to Michael

May 30, 2024, 12:11 PM

Hey Michael!

I hope all is well with you.

Just a little information for you in regards to the Butane Brand. We curated an entire portfolio around the Butane.com Brand for a business that is currently in the butane space. The intention for this business is to grow a global Butane brand and is currently open to a Joint Venture/Partnership; but they will respond an appropriate offer. If your buyer would like to submit an offer, I can present it to them.

I would also love to hear of the other couple things that you would like to chat about.

Are you going to Namescon next week? We can set up a meeting like we did a couple years ago and discuss Butane.com in depth and anything else that comes to mind. I will be there on June 4th and leave on the 9th. Looking forward to catching up with you.

Below are the 32 Domain names in the portfolio for the Butane Brand.

butane.com
butane.net
butane.org
-------------------------------------------
butanestore.com
butanefuel.com
butanegrills.com
butanetank.com
butanetanks.com
butaneaccessories.com
butanebarbecue.com
butanebarbecues.com
butaneblue.com
butanecanisters.com
butanecartridges.com
butanedepot.com
butanedirect.com
shopbutane.com
butanemart.com
butanemarketplace.com
butanenearme.com
butanenow.com
butaneproducts.com
butanerefills.com
butaneusa.com
butanewholesale.com
getbutane.com
gobutane.com
lighterbutane.com
lightertorchbutane.com
mybutane.com
premiumbutane.com
butane.me

Kind Regards, Jeff

Jeff Garbutt
Founder / CEO
www.PrimeLoyalty.com
Phone: 646-820-8002

_"It's Not Just Your Brand, It's Your Identity."_

If you do not wish to receive further communication like this, unsubscribe here.

CONFIDENTIALITY NOTICE: This email communication and any files attached may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by return email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

...

---

**Michael C Lefebvre**  <mlefebvre@godaddy.com>
to me

Jun 6, 2024, 9:48 AM

Hi Jeff,

Thank you for your message.

I hope you are making lots of connections and doing good things at Namescon.

We have been looking expand our business in terms of the Domain Broker Service.

The DBS service is specifically geared towards helping people acquire domain names that are currently owned but not necessarily for sale.

The area I feel where GoDaddy might be able to assist is if a domain is not listed for sale and is registered with GoDaddy. In those cases, I am sure you use whois, etc. to try and make contact with the owner. If the name is registered at GoDaddy, we have all the contact information for the owner and can reach out with a high level of success on your behalf.

The standard fee for our service is 20% on top of the agreed price. So for example, if a price was agreed to for $1,000 for the domain, your buyer would pay $1,200. You can charge your customer whatever you want in the process, you would collect payment from your buyer, in this case $1,200 and you could add your fee on top of that. You would then pay GoDaddy the $1,200 and we would handle the transfer of the name to your account at GoDaddy.

We are currently doing this very successfully with other companies/brokers and I wanted to see if you were interested. I am happy to get on a call, discuss the opportunity further and answer any questions.

_____

Michael Lefebvre  |  Sales Manager - Aftermarket

# GoDaddy

p.  (602) 975-9239  |  e.  mlefebvre@godaddy.com

From: Prime Loyalty <sales@primeloyalty.com>
Sent: Thursday, May 30, 2024 12:12 PM
To: Michael C Lefebvre <mlefebvre@godaddy.com>
Subject: Re: butane.com

You don't often get email from sales@primeloyalty.com. Learn why this is important

> **Caution:** This email is from an external sender. Please do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspicious emails to isitbad@.

...

[Thoughts?]  [Thanks for the info.]  [What is the price?]

[↩ Reply]  [→ Forward]

# Exhibit 11

# Regarding the domain name butane.com  `External`  `Inbox ×` `Butane Docs ×`

 **ceoteam@godaddy.com**  <ceoteam@godaddy.com>                     Jun 4, 2024, 7:53 PM  ⭐  ↩  ⋮
to webmaster@primeloyalty.com ▾

Dear Jeff Garbutt,

Due to an unexpected error, the domain butane.com should not have been available for your purchase. To correct this error, we have removed the domain from your account and are taking proactive steps to prevent this error from happening again in the future.

We have refunded your original purchase and have added a $7,350 in-store credit to your account for the inconvenience and to offset the cost of the .net and .org versions of the domain that you recently registered. Those domains will remain in your account and you can still list them for sale. Please accept our sincere apologies for any confusion this issue may have caused. If you have concerns about this error, please contact our office directly and we will be happy to address them.

Thank you for your understanding and for choosing GoDaddy.

Best regards,

**The Office of the CEO | Go**Daddy
**CEOTeam@GoDaddy.com**

This email message and any attachments hereto is intended for use only by the addressee(s) named herein. If you have received this email in error, please immediately notify the sender and permanently delete the original and any copy of this message and its attachments.

 **Prime Loyalty** <sales@primeloyalty.com>                     Jul 9, 2024, 12:58 PM  ☆   ↩  ⋮
to ceoteam@godaddy.com ▾

Hello,

I received this email from you last month and I am just getting to this now due to travel. Your email states, "If you have concerns about this error, please contact our office directly and we will be happy to address them."

Is there a phone number and/or a contact at your office that I may speak to in regards to this error?

Thanks!

Kind Regards, Jeff

Jeff Garbutt
Founder / CEO
www.PrimeLoyalty.com
Phone: 646-820-8002📞

*"It's Not Just Your Brand, It's Your Identity."*

If you do not wish to receive further communication like this, unsubscribe here

CONFIDENTIALITY NOTICE: This email communication and any files attached may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

# Exhibit 12

Refund for order: 3021396384     `External` ➤   Inbox ×   Godaddy ×

🖨   ⬀

**GoDaddy** 🔁 <donotreply@godaddy.com>
to webmaster ▾

Tue, Jun 4, 7:55 PM    ☆   🟢   ↩   ⋮



Jeff Garbutt — Customer Number: ▮▮▮▮

# **We're issuing you a refund.**

This applies to the following order:

Your refund receipt number is: 3021396384 
**June 04, 2024 4:55 PM**

| QTY | ITEM | PRICE |
|---|---|---|
| -1 | .COM Domain Name Renewal - 9 Years (recurring)<br>BUTANE.COM | -$93.87 |
| -1 | Full Domain Protection - Renewal<br>BUTANE.COM | -$116.91 |

Subtotal: -$210.78
Shipping & Handling:    $0.00
Tax:    $0.00
Total: -$210.78

**Go to My Account →**

Please do not reply to this email. Emails sent to this address will not be answered.

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 100 S Mill Ave, Suite 1600, Tempe, AZ 85281 USA.
All rights reserved.

6332676859 

# Exhibit 13



# butane.com

## is parked free, courtesy of 123 Reg.

**Get This Domain**

If you own this domain name and would like to get your own website up and running, then why not visit 123 Reg and check out our range of affordable products, which includes Website Builder, Web Hosting and more!

Related searches

🔍     **Fleet Fuel Cards Small Business**

🔍     **Stickers Custom**

🔍     **How to Payroll**

Copyright © 2024 123 Reg Ltd   Privacy Policy

Disclaimer: References to any specific company, product or services on this Site is not controlled by 123 Reg Ltd and does not constitute or imply its association with or endorsement of third party advertisers.

# Exhibit 14



**Prime Loyalty** <sales@primeloyalty.com>

to oceo

  

Hi Mat,

My apologies or the delay. Attached is a list of expenses accrued for the Butane Brand as requested. In addition to these tangible costs, there are intangible realized losses that cannot be calculated as easily. Costs for supplier and client meetings, travel, lost opportunity costs, broken agreements, etc. The actions taken have unfortunately compromised the integrity of our brand and undermined our reputation amongst our associates, investors, suppliers, and manufacturers. This was all as a result of GoDaddy's 12th hour realization of a seemingly unproven error.

Due to this alleged error, our brand's reputation has been compromised and we are currently addressing the fallout in more detail as documented on the bottom of the attached expense report.

We are watching for your response with this process.

Kind Regards, Jeff

Jeff Garbutt
Founder / CEO
[www.PrimeLoyalty.com](www.PrimeLoyalty.com)
Phone: 646-820-8002

*"It's Not Just Your Brand, It's Your Identity."*

If you do not wish to receive further communication like this, [unsubscribe here](unsubscribe)

CONFIDENTIALITY NOTICE: This email communication and any files attached may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

# Exhibit 15



Hi Jeff,

Thank you for your patience while I reviewed the information you provided related to your marketing expenses for the domain butane.com. Again, I want to apologize for any inconvenience that taking back the domain has caused. Before I share my response, please allow me to go over the events that brought us to this point.

GoDaddy experienced a technical error on our side that kept the registrant at the time from being able to renew the domain. As a result, the domain expired and was picked up by you in an Expired Domain Auction.

When we were made aware of the technical issue, we worked quickly and within our Terms of Service to do what was right and returned the domain to the losing registrant. This led to us moving the domain from your account back to the original registrant, refunding what you paid for the domain, and adding ISC for the inconvenience. We realize that in circumstances like this, the party we recover the domain from is not going to be very happy with the outcome. That said, we believe that fixing the original issue and returning the domain was the right thing to do. If the roles were reversed and an error on our part caused you to miss an opportunity to renew one of your domains, we would take the same actions.

While working to proactively address your concerns, we provided an amount of ISC that is far beyond what we typically offer customers in similar situations. We did this for a couple of reasons. We value your business and loyalty and saw that you had purchased other domains with the intent to bundle them with butane.com as to make it a more appealing offer. We understand that the value of the other domains was lowered when you no longer had the .com to bundle with them. As a result, we provided $7,000 in ISC to offset the costs you incurred while purchasing domains to bundle with butane.com. We also allowed you to keep the other domains to attempt to sell and recoup some of your marketing expenditures. While we realize this isn't a perfect solution, we did what we thought was right for the original registrant and also what would be fair for you.

After our discussion you made it clear to me that while you appreciated the gesture of the additional ISC, it really didn't help you with your business and wasn't something that you were interested in. After taking that into consideration along with the expenses you provided I would like to share our last and best offer with you. We would like to remove the $7,000 in ISC that was added for the additional domains and provide you with a check for $10,000. We sincerely appreciate you as our customer and while this is not the amount you were seeking, we hope this offer demonstrates a sincere effort to address your concerns. If you would like to accept this offer, please let me know in reply to this message and I will start the check submission process.

Best regards,

Mat T.
Office of the CEO | GoDaddy

Copyright © 1999-2024 GoDaddy Operating Company, LLC. 2155 E. GoDaddy Way, Tempe, AZ 85284 USA. All rights reserved.

This email is shared with sales@primeloyalty.com