Jeffrey J. Neuman (admitted *pro hac vice*)
Jeff@jjnsolutions.com
JJN Solutions, LLC
9445 Brenner Ct.
Vienna, VA 22180
Telephone: (202) 549-5079

Isaac S. Crum, #026510
icrum@messner.com
MESSNER REEVES LLP
7250 N. 16th St. Ste 410
Phoenix, Arizona 85020
Telephone: (602) 457-5059
Facsimile: (303) 623-0552

*Attorneys for Prime Loyalty, Crisby Studio AB, and Niklas Thorin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC, a New York limited liability company, Crisby Studio AB, a Swedish limited company, and Niklas Thorin, a Swedish resident<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc., a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No. 2:24-cv-03359-JJT<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF RELATED CASE AND REQUEST FOR EXTENSION OF BRIEFING DEADLINE AND CONTINUANCE OF HEARING ON PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER (FIRST REQUEST)** |

Plaintiffs Prime Loyalty LLC, Crisby AB, and Niklas Thorin ("Plaintiffs") respectfully submit this filing to correct inaccuracies and presumptions contained within Defendants' hastily filed "Notice of Related Case and Request for Extension of Briefing Deadline and Continuance of Hearing on Plaintiffs' Request for a Temporary Restraining Order (First Request)." (Doc. 15.) Plaintiffs also seek to clarify the record regarding Defendants' purported compliance with Local Rule 7.1's "meet and confer" requirement.

## ARGUMENT

### A. *Defendants' Insufficient Effort to Confer in Good Faith*

While Defendants' counsel technically left a voicemail for Plaintiff's counsel, Mr. Neuman, at 6:06 PM (EST) and sent an email at 6:22 PM (EST) regarding their intent to file the present motion, they proceeded to file the motion only 74 minutes after leaving the voicemail and 59 minutes after sending the email. Defendants' counsel never called or left a message with local counsel, Mr. Crum. Such precipitous action—without allowing Plaintiffs' counsel a reasonable opportunity to respond—does not meet the good faith standard required by LRCiv 7.1. Mr. Neuman, Plaintiff's primary counsel, was unavailable due to a previously committed family event, and Defendants' actions demonstrate an unwillingness to meaningfully engage in the meet-and-confer process.

### B. *Plaintiffs Did Not Conceal the Prior Case*

Contrary to Defendants' assertions, Plaintiffs have never attempted to conceal the related case. To the contrary, Plaintiffs expressly identified the prior case (Case No. 2:24-cv-02165-PHX-SMB) as a "Related Case" in their filings. *See* Doc. 1-2 (Civil Cover Sheet.)

It is important to note that the prior case was dismissed by the Honorable Judge Susan M. Brnovich on November 14, 2024, without prejudice for lack of subject matter jurisdiction. The dismissal was based on narrow grounds, which Plaintiffs have fully

1

addressed in the current filings. See *Crisby Studio AB v. GoDaddy Inc.*, No. CV-24-02165-PHX-SMB, 2024 WL 4785815 (D. Ariz. Nov. 14, 2024).

### C. *Plaintiffs' Revised Filings Address Narrow Grounds for Dismissal*

Defendants mischaracterize the revisions made by Plaintiffs to the Complaint and accompanying filings in this matter. During the two-week period between the dismissal of the prior case and the filing of the present action, Plaintiffs substantially revised the Complaint, the Motion for Temporary Restraining Order (Doc. 2), and the supporting Declarations (Docs. 3 and 4). These revisions required additional coordination, particularly given that one of the Plaintiffs is located outside the United States. Plaintiffs not only addressed the specific grounds for dismissal but also streamlined their claims by removing certain causes of action and defendants while adding an additional claim.

### D. *Plaintiffs' Proposed Resolutions*

Had Defendants' counsel allowed a reasonable opportunity for a proper meet-and-confer, Plaintiffs' counsel would have consented to the following:

1. **Transfer to Judge Brnovich**: Plaintiffs consent to transferring this case to the Honorable Judge Susan M. Brnovich, as many of the issues raised herein have already been extensively briefed. Judge Brnovich previously issued a Temporary Restraining Order in favor of Plaintiffs Crisby and Thorin and was in the process of ruling on their Motion for Preliminary Injunction when the prior case was dismissed without prejudice.

2. **Briefing Extension and Continuance**: Plaintiffs consent to a one-week extension of Defendants' briefing deadline and to a continuance of the hearing to a mutually agreeable date in the following week (if the case is not transferred to Judge Brnovich). Plaintiffs acknowledge Defendants' counsel's prior commitments and do not seek to disrupt his schedule.

### E. *Exigent Circumstances Warrant Reissuance of the TRO*

Plaintiffs dispute Defendants' contention that exigent circumstances do not exist. A Temporary Restraining Order was in place in the prior case from late August through November 14, 2024, protecting the status quo with respect to the subject domain names. Plaintiffs submit that the TRO must be reissued to maintain the status quo until the Court rules on the Motion for Preliminary Injunction.

Failure to reissue the TRO could result in irreparable harm, including the potential transfer of the domain names to third parties or other registrars, thereby placing them outside the jurisdiction of this Court.

### CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court:

1. Deny Defendants' request to characterize their motion as compliant with the meet-and-confer requirement.
2. Transfer this case to Judge Brnovich, or in the alternative, grant Defendants a one-week extension and a continuance of the hearing to a mutually agreeable date.
3. Reissue the Temporary Restraining Order to maintain the status quo pending a ruling on Plaintiffs' Motion for Preliminary Injunction.

/s/ Isaac S. Crum
Isaac S. Crum, #026510
icrum@messner.com
MESSNER REEVES LLP
7250 N. 16th St. Ste 410
Phoenix, Arizona 85020
Telephone: (602) 457-5059
Facsimile: (303) 623-0552

Jeffrey J. Neuman (admitted *pro hac vice*)
Jeff@jjnsolutions.com
JJN Solutions, LLC
9445 Brenner Ct.
Vienna, VA 22180

3

*Attorneys for Prime Loyalty, Crisby Studio AB, and Niklas Thorin*

4