Jeffrey M. Monhait, AZ Bar No. 038707
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA  19103
Telephone: (215) 665-2084
Email:         jmonhait@cozen.com

Attorneys for Defendants
GoDaddy Inc., GoDaddy.com, LLC
and 123-Reg Limited

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,, <br><br> Plaintiffs, <br><br> v. <br><br> GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company, <br><br> Defendants. | Case No.: 2:24-cv-03359-JJT <br><br> **DEFENDANT 123-REG LIMITED'S CORPORATE AND DIVERSITY DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant 123-Reg Limited in compliance with the provisions of: *(check one)*

- ☒ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation..

- ☒ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

- ☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

- ☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

- ☐ No such corporation.
- ☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Defendant 123-Reg Limited is a wholly-owned subsidiary of Host Europe Group Ltd; Host Europe Group Ltd. is a wholly-owned subsidiary of Host Europe Investments Ltd;

Host Europe Investments Ltd. is a wholly-owned subsidiary of Host Europe Finance Co Ltd;

Host Europe Finance Co Ltd is a wholly-owned subsidiary of Host Europe Holdings Ltd;

Host Europe Holdings Ltd is a wholly-owned subsidiary of GD UK Holdings Sub, Ltd;

GD UK Holdings Sub, Ltd is a wholly-owned subsidiary of GD UK Holdings, Ltd;

GD UK Holdings, Ltd is a wholly-owned subsidiary of Go Daddy Operating Company, LLC;

Go Daddy Operating Company, LLC is a wholly-owned subsidiary of Desert Newco, LLC;

Desert Newco, LLC's sole member is GoDaddy Inc.; and

GoDaddy Inc. is a publicly traded company on the New York Stock Exchange (GDDY).

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☐ Other (please explain)

_____

_____

☒ Diversity case. (Attach additional pages if needed.)

| Party name and Party Role: | State: |
|---|---|
| Defendant 123-Reg Limited | United Kingdom |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

**DEFENDANT 123-REG LIMITED'S CORPORATE AND DIVERSITY DISCLOSURE STATEMENT**

Dated: December 13, 2024

**COZEN O'CONNOR**
Jeffrey M. Monhait

By: *s/Jeffrey M. Monhait*
    Jeffrey M. Monhait

Attorneys for Defendants
GoDaddy Inc., GoDaddy.com, LLC
and 123-Reg Limited

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey J. Neuman
JJN SOLUTIONS, LLC
9445 Brenner Ct.
Vienna, VA 22180
(202) 549-5079
jeff@jjnsolutions.com

Counsel for Plaintiffs

Isacc S. Crum
MESSNER REEVES LLP
7250 N. 16th St., Suite 410
Phoenix, AZ 85020
(602) 457-5059
icrum@messner.com

Counsel for Plaintiffs

SIGNED AND DATED this 13th day of December, 2024 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By:   *s/ Jeffrey M. Monhait*
      Jeffrey M. Monhait