CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** John J. Tuchi

**Date:** December 17, 2024

**Prime Loyalty, LLC, et al., v. GoDaddy Incorporated, et al.**

**Case Number:** CV-24-03359-PHX-JJT

**Attorney for Plaintiff:** Jeffrey Neuman and Isaac Crum

**Attorney for Defendant:** Jeffrey Monhait

### TEMPORARY RESTRAINING ORDER HEARING:

1:37 p.m. Court convenes. Discussion held. This is the time set for Temporary Restraining Order Hearing re: Plaintiffs' Motion for Temporary Restraining Order (Doc. [2]). Discussion held. **IT IS ORDERED** granting Plaintiffs' oral motion to seal Defendants' Declaration filed at Doc. [24]. Argument held. 3:21 p.m. Court is in recess.

3:59 p.m. Court reconvenes. For reasons as stated on the record, **IT IS ORDERED** denying Plaintiffs' Motion for Temporary Restraining Order (Doc. [2]). IT IS FURTHER ORDERED affirming the date of 1/23/2025 for Defendants to file its answer or otherwise respond to Plaintiffs' Complaint.

4:07 p.m. Court adjourned.

**Court Reporter** Scott Coniam
**Deputy Clerk** Julie Martinez

**Start:** 1:37 PM
**Stop:** 4:07 PM
**TOTAL:**
1 hr. 52 mins.