Jeffrey M. Monhait, AZ Bar No. 038707
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2084
Email:         jmonhait@cozen.com

Attorneys for Defendants
GoDaddy Inc., GoDaddy.com, LLC
and 123-Reg Limited

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No.: 2:24-cv-03359-JJT<br><br>**DEFENDANTS GODADDY INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants GoDaddy.com, LLC ("GoDaddy"), GoDaddy Inc., and 123-Reg Limited ("123-Reg") (collectively, "Defendants") hereby move this Court for an Order dismissing Plaintiffs Crisby Studio AB, Niklas Thorin, and Prime Loyalty, LLC's (collectively, "Plaintiffs") Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and, as to 123-Reg, lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

Defendants' Motion under Rule 12(b)(1) is made on the grounds that Plaintiffs failed to allege diversity jurisdiction under 28 U.S.C. § 1332. Defendants' Motion under Rule 12(b)(6) is made on the grounds that Plaintiffs failed to set forth sufficient factual allegations to state a claim to relief, and cannot do so as a matter of law. 123-Reg Motion's under Rule 12(b)(2) is made on the grounds that 123-Reg is not subject to personal jurisdiction in this forum.

This Motion is based on this Notice, the attached Memorandum of Law, the concurrently filed Request for Judicial Notice, the previously filed Declaration of Andrew Gradon (Doc. 23), all pleadings and documents concerning this matter contained in the Court's file, any other matters of which this Court may take judicial notice, and such further evidence and oral argument as may be presented at any hearing of this Motion.

Dated: February 6, 2025

**COZEN O'CONNOR**
Jeffrey M. Monhait

By: *s/Jeffrey M. Monhait*
       Jeffrey M. Monhait

Attorneys for Defendants
GoDaddy Inc., GoDaddy.com, LLC,
and 123-Reg Limited

1
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey J. Neuman<br>JJN SOLUTIONS, LLC<br>9445 Brenner Ct.<br>Vienna, VA 22180<br>(202) 549-5079<br>jeff@jjnsolutions.com | Isacc S. Crum<br>MESSNER REEVES LLP<br>7250 N. 16th St., Suite 410<br>Phoenix, AZ 85020<br>(602) 457-5059<br>icrum@messner.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |

SIGNED AND DATED this 6th day of February, 2025 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By: *s/ Jeffrey M. Monhait*
Jeffrey M. Monhait

---

2
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**