# EXHIBIT A

Doc ID: 2f1f42e6ce1c3c32c952d0f9e6279eaf1a1d749e

Jeffrey J. Neuman (Admitted *pro hac vice*)
Jeff@jjnsolutions.com
JJN Solutions, LLC
9445 Brenner Ct.
Vienna, VA 22180
Telephone: (202) 549-5079

Isaac S. Crum #926519
icrum@messner.com
MESSNER REEVES LLP
7250 N. 16th St. Ste 410
Phoenix, Arizona 85020
Telephone: (602) 457-5059
Facsimile:  (303) 623-0552

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PRIME LOYALTY, LLC A NEW YORK LIMITED LIABILITY COMPANY, CRISB STUDIO  AB, A SWEDISH LIMITED COMPANY, AND NIKLAS THORIN, A SWEDISH RESIDENT,<br><br>        Plaintiff,<br><br>vs.<br><br>GODADDY, INC., A DELAWARE CORPORATION, GODADDY.COM, LLC, DELAWARE CORPORATION, AND 123-REG LIMITED, A UK COMPANY,,<br><br>        Defendant | Case No.: 2:24-cv-03359-JJT<br><br>**DECLARATION OF NIKLAS THORIN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AND NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

DECLARATION OF NIKLAS THORIN IN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AND NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - 1

I, Niklas Thorin, declare on March 5, 2025 as follows:

1.    I am over the age of eighteen (18), of sound mind, and otherwise competent to make this Declaration. The statements contained herein are based on my personal knowledge, and if called upon to testify, I could and would do so competently.

2.    The statements and evidence set forth in my previous Declaration dated November 22, 2025 (Doc. 4) remain accurate and true, and I hereby incorporate them by reference into this Declaration.

3.    As stated in Doc. 4 and in Plaintiffs' Jurisdictional Supplement to Complaint dated January 7, 2025 (Doc. 33), I am the CEO of Crisby Studio AB, which is an Aktiebolag (or AB) formed under the laws of the Country of Sweden.  Crisby is a Swedish Company with its principal place of business in Stockholm, Sweden (Reg. No. 556880-8892).

4.    An AB is roughly equivalent to, but not the same as, a United States limited liability company.  Unlike a United States limited liability company, however, an AB does not have "members" but rather has shareholders and is managed by a Board of Directors, which is responsible for making major business decisions and overseeing general affairs of a company.

5.    There are two shareholders of Crisby, both of whom serve as the company's two Bard of Directors.  The other shareholder and board member is John Alfredsson.

6.    Both John Alfredsson and I are citizens of the Country of Sweden, and reside in, and are domiciled in, Vastra Gotaland, Sweden.

7.    I am a customer of GoDaddy's registrar services as well as a customer of GoDaddy's aftermarket services.

Doc ID: 2f1f42e6ce1c3c32c952d0f9e6279eaf1a1d749e

8.      Crisby Studio is a production company specializing in building brands using film and digital marketing.  As part of that business, we often purchase domain names for use by our clients and for establishing new ventures with third parties.

9.      I have been actively involved in the domain name industry for more than 15 years. Based on my extensive experience in purchasing domain names, I personally know the following to be true:

a.      Many domain name registrars, including GoDaddy—the largest registrar— do not simply delete domain names when their customers fail to renew them by the expiration date. Instead, they sell these expired domain names ("Expired Domain Names") through their own auction platforms or third-party auction systems.

b.      Unlike the standard registration of domain names, which can be completed through hundreds of different registrars and their resellers, the purchase of an expired domain name is restricted to the auction system selected by the original registrant's registrar. GoDaddy, as the largest domain name registrar in the world, exclusively sells its expiring domain names— including those from its subsidiaries—through its own auction platform. This means that if Prime or its customers wish to acquire a specific expiring domain name registered with GoDaddy or its subsidiary, 123 Reg, the only available avenue for purchase is GoDaddy's auction system.

c.      This was precisely the case with Calor.com, which could only be purchased through GoDaddy's auction platform.

d.      GoDaddy's policy on expired domain names is currently posted at https://www.godaddy.com/help/what-happens-when-my-domain-expires-609. 123 Reg's policy can be found at https://www.123-

DECLARATION OF NIKLAS THORIN IN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AND NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - 3

Doc ID: 2f1f42e6ce1c3c32c952d0f9e6279eaf1a1d749e

reg.co.uk/support/domains/what-is-the-domain-recovery-period-and-how-can-i-restore-my-domain-names. True, accurate, and correct copies of these policies, as they existed at the time this litigation began, are attached to the Complaint, Doc. 1-1, as Exhibits B and A, respectively.

e.  These policies only allow expired domain names to be recovered by the original registrant for up to 30 days after expiration, provided that no active bids have been placed on the domain name.

f.  GoDaddy's policy, but not 123 Reg's policy, states that no sale of an expired domain name is deemed final until forty-five (45) days after the expiration date. See Doc. 1-1, Exhibit N at p. 8. The policy also states that the transfer of an Expired Domain Name will not be completed until this expiration period has elapsed.

g.  When I purchased the domain name Calor.com on April 5, 2024, the domain name had been expired for 40 days. According to both 123 Reg's and GoDaddy's policies, the domain name was no longer recoverable by the original registrant, but I understood that the sale of Butane.com was not yet final.

h.  Although GoDaddy's policy states that sales are not final until 45 days after expiration, its policies also state that the domain name will not be transferred until after this period has elapsed. Given that the domain name had been transferred to me, it was reasonable for me to assume that the sale was deemed final, despite the fact that 45 days had not yet passed since expiration.

Doc ID: 2f1f42e6ce1c3c32c952d0f9e6279eaf1a1d749e

i. Under no circumstances is it deemed reasonable to expect that a domain name would be recoverable by the original registrant 100 days after the domain name expired.

10. I affirm and represent that Doc 4, Attachment 3, is a true, accurate, and correct copy of the DomainTools Domain Report on Butane.com, dated September 17, 2024, which I requested through my legal counsel.

11. This report shows that despite my ability to:

a. Purchase the calor.com domain name on April 5, 2024;

b. Transfer the domain name to my account on April 5, 2024;

c. Manage the DNS records of the domain name;

d. Create email accounts associated with the domain name; and

e. Resolve the domain name to a new website I was creating, all from my GoDaddy registrar account,

the official domain name registrar, as reflected in the WHOIS records, never changed from 123 Reg to GoDaddy. *Id.*.

12.    I do not know why the official WHOIS record was never changed from 123 Reg to GoDaddy, even though all of my dealings with the Butane.com domain name were conducted through GoDaddy, including my original and subsequent renewal purchases of the domain name.

[THIS REST OF THIS PAGE IS INTENTIONALLY BLANK]

DECLARATION OF NIKLAS THORIN IN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AND NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - 5

Doc ID: 2f1f42e6ce1c3c32c952d0f9e6279eaf1a1d749e

I declare under the penalty of perjury under the laws of the Country of Sweden that the foregoing is true and correct.


Executed in  Malaga, March 6 2025


Niklas Thorin

Doc ID: 2f1f42e6ce1c3c32c952d0f9e6279eaf1a1d749e

**✖ Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Thorin Declaration for MTD Response.pdf |
| **File name** | Thorin%20Declarat...TD%20Response.pdf |
| **Document ID** | 2f1f42e6ce1c3c32c952d0f9e6279eaf1a1d749e |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ↻ SENT | **03 / 06 / 2025** 07:10:25 UTC | Sent for signature to Niklas Thorin (niklas.thorin@crisby.se) from jeff@jjnsolutions.com IP: 209.210.2.135 |
| 👁 VIEWED | **03 / 06 / 2025** 11:07:00 UTC | Viewed by Niklas Thorin (niklas.thorin@crisby.se) IP: 212.104.184.55 |
| ✍ SIGNED | **03 / 06 / 2025** 11:10:38 UTC | Signed by Niklas Thorin (niklas.thorin@crisby.se) IP: 212.104.184.55 |
| ⊘ COMPLETED | **03 / 06 / 2025** 11:10:38 UTC | The document has been completed. |