# EXHIBIT B

Jeffrey J. Neuman (Admitted *pro hac vice*)
Jeff@jjnsolutions.com
JJN Solutions, LLC
9445 Brenner Ct.
Vienna, VA 22180
Telephone: (202) 549-5079


Isaac S. Crum #926519
icrum@messner.com
MESSNER REEVES LLP
7250 N. 16th St. Ste 410
Phoenix, Arizona 85020
Telephone: (602) 457-5059
Facsimile:  (303) 623-0552

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PRIME LOYALTY, LLC A NEW YORK LIMITED LIABILITY COMPANY, CRISB STUDIO  AB, A SWEDISH LIMITED COMPANY, AND NIKLAS THORIN, A SWEDISH RESIDENT,<br><br>              Plaintiff,<br><br>vs.<br><br>GODADDY, INC., A DELAWARE CORPORATION, GODADDY.COM, LLC, DELAWARE CORPORATION, AND 123-REG LIMITED, A UK COMPANY,,<br><br>              Defendant | Case No.: 2:24-cv-03359-JJT<br><br>**DECLARATION OF JEFF GARBUTT IN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AN NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

DECLARATION OF JEFF GARBUTT IN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AND NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - 1

I, Jeff Garbutt, declare on March 6, 2025, as follows:

1.    I am over the age of eighteen (18), of sound mind, and otherwise competent to make this Declaration. The statements contained herein are based on my personal knowledge, and if called upon to testify, I could and would do so competently.

2.    The statements and evidence set forth in my previous Declaration dated November 22, 2024 (Doc. 3) remain accurate and true, and I hereby incorporate them by reference into this Declaration.

3.    As stated in Doc. 3 and in Plaintiffs' Jurisdictional Supplement to Complaint dated January 7, 2025 (Doc. 33), I am the owner and sole member of Prime Loyalty, LLC ("Prime"), a New York limited liability company. Prime is registered in the State of New York and maintains its principal place of business in Orangeburg, New York.

4.    I am a United States citizen who resides in and is domiciled in the State of New York.

5.    I am a customer of GoDaddy's registrar services as well as a customer of GoDaddy's aftermarket services.

6.    In addition to purchasing domain names, such as Butane.com, for businesses I am interested in developing, Prime also acts as a domain name broker, assisting clients in buying and selling high-value domain names. Prime's clients include corporations, individuals, and domain name investors.

7.    I have been actively involved in the domain name industry for more than twenty years. Based on my extensive experience, I personally know the following to be true:

    a.    Many domain name registrars, including GoDaddy—the largest registrar—do not simply delete domain names when their customers fail to renew

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

them by the expiration date. Instead, they sell these expired domain names ("Expired Domain Names") through their own auction platforms or third-party auction systems.

b.  Unlike the standard registration of domain names, which can be completed through hundreds of different registrars and their resellers, the purchase of an expired domain name is restricted to the auction system selected by the original registrant's registrar. GoDaddy, as the largest domain name registrar in the world, exclusively sells its expiring domain names— including those from its subsidiaries—through its own auction platform. This means that if Prime or its customers wish to acquire a specific expiring domain name registered with GoDaddy or its subsidiary, 123 Reg, the only available avenue for purchase is GoDaddy's auction system.

c.  This was precisely the case with Butane.com, which could only be purchased through GoDaddy's auction platform.

d.  GoDaddy's policy on expired domain names is currently posted at https://www.godaddy.com/help/what-happens-when-my-domain-expires-609. 123 Reg's policy can be found at https://www.123-reg.co.uk/support/domains/what-is-the-domain-recovery-period-and-how-can-i-restore-my-domain-names. True, accurate, and correct copies of these policies, as they existed at the time this litigation began, are attached to the Complaint, Doc. 1-1, as Exhibits B and A, respectively.

e.  These policies only allow expired domain names to be recovered by the original registrant for up to 30 days after expiration, provided that no active bids have been placed on the domain name.

DECLARATION OF JEFF GARBUTT IN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AND NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - 3

f. GoDaddy's policy, but not 123 Reg's policy, states that no sale of an expired domain name is deemed final until forty-five (45) days after the expiration date. See Doc. 1-1, Exhibit N at p. 8. The policy also states that the transfer of an Expired Domain Name will not be completed until this expiration period has elapsed.

g. When I purchased the domain name Butane.com on March 31, 2024, the domain name had been expired for 34 days. According to both 123 Reg's and GoDaddy's policies, the domain name was no longer recoverable by the original registrant, but I understood that the sale of Butane.com was not yet final.

h. When I confirmed possession of the Butane.com domain name on or around April 7, 2024, the domain name had been expired for 42 days. Although GoDaddy's policy states that sales are not final until 45 days after expiration, its policies also state that the domain name will not be transferred until after this period has elapsed. Given that the domain name had been transferred to me, it was reasonable for me to assume that the sale was deemed final, despite the fact that 45 days had not yet passed since expiration.

i. Under no circumstances is it deemed reasonable to expect that a domain name would be recoverable by the original registrant 100 days after the domain name expired.

8. I affirm and represent that Doc 3, Attachment 3, is a true, accurate, and correct copy of the DomainTools Domain Report on Butane.com, dated September 17, 2024, which I requested through my legal counsel.

9. This report shows that despite my ability to:

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

a. Purchase the Butane.com domain name on March 31, 2024;

b. Transfer the domain name to my account on April 7, 2024;

c. Manage the DNS records of the domain name;

d. Create email accounts associated with the domain name; and

e. Resolve the domain name to a new website I was creating, all from my GoDaddy registrar account,

the official domain name registrar, as reflected in the WHOIS records, never changed from 123 Reg to GoDaddy. See Doc 3 at pages 7–13.

10.    I do not know why the official WHOIS record was never changed from 123 Reg to GoDaddy, even though all of my dealings with the Butane.com domain name were conducted through GoDaddy, including my original and subsequent renewal purchases of the domain name.

11.    Based on my review of documents in preparation for this filing, I understand that GoDaddy has revised its Universal Terms of Service ("UTOS") on at least four different occasions since I first purchased the domain name. When I purchased Butane.com on March 31, 2024, the UTOS in effect stated "last revised on 2-13-24." See Attachment 1. A second version of the UTOS, dated April 1, 2024—six days before the domain name was transferred to me—was subsequently posted. See Doc 24-1 ("Second Version"). Although I now understand that the Second Version was posted on the GoDaddy website, I was never provided with notice of the Second Version, never asked to consent to it, nor was I provided with any explanation of what changed between the First and Second Versions.

12.    I further understand that there is a third version of the UTOS dated November 11, 2024, a fourth version dated November 22, 2024, and a fifth version dated

DECLARATION OF JEFF GARBUTT IN SUPPORT OF PLAINTIFFS PRIME LOYALTY, LLC, CRISBY STUDIO AB AND NIKLAS THORIN'S OPPOSITION TO DEFENDANTS GODADDY, INC., GODADDY.COM, LLC, AND 123-REG LIMITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - 5

January 25, 2025. Despite holding multiple domain name registrations through GoDaddy on behalf of myself, my company, and my clients, neither I nor my company was ever asked to consent to these new versions, nor were we provided with any explanation of what changed between these versions.

[THIS REST OF THIS PAGE IS INTENTIONALLY BLANK]

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

I declare under the penalty of perjury under the laws of the State of New York and

the united States of America that the foregoing is true and correct.

Executed in Orangeburg. New York

*Jeff Garbutt*

_____

Jeff Garbutt

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

# ATTACHMENT 1

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

The Wayback Machine - https://web.archive.org/web/20240319024808/https://www.godaddy.com/le...

Domains     Websites and Hosting     Email

# GoDaddy - UNIVERSAL TERMS OF SERVICE AGREEMENT

**Last Revised: 2/13/2024**

**PLEASE READ THIS UNIVERSAL TERMS OF SERVICE AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS AND REMEDIES.**

## 1. OVERVIEW

This Universal Terms of Service Agreement (this "**Agreement**") is entered into by and between GoDaddy.com, LLC, GoDaddy Payments, LLC (for any payment services) and Poynt, LLC (for any hardware services) ("**GoDaddy**") and you and is made effective as of the date of your use of this website ("**Site**") or the date of electronic acceptance. This Agreement sets forth the general terms and conditions of your use of the Site and the products and services purchased or accessed through this Site (individually and collectively, the "Services"). Any agreements, arrangements and/or additional policies that apply to certain Services ("**Services Agreements**") and are in addition to (not in lieu of) this Agreement. In the event of a conflict between the provisions of a Services Agreement and the provisions of this Agreement, the provisions of the applicable Services Agreement shall control.

The terms "we", "us" or "our" shall refer to GoDaddy. The terms "you", "your", "User" or "customer" shall refer to any individual or entity who accepts this Agreement, has access to your account or uses the Site or the Services. Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 2. MODIFICATION OF AGREEMENT, SITE OR SERVICES

GoDaddy may, in its sole and absolute discretion, change or modify this Agreement, and any policies or agreements which are incorporated herein, at any time, and such changes or modifications shall be effective immediately upon posting to this Site. Your use of this Site or the Services after such changes or modifications have been made shall constitute your acceptance of this Agreement as last revised. If you do not agree to be bound by this Agreement as last revised, do not use (or continue to use) this Site or the Services. In addition, GoDaddy may occasionally notify you of changes or modifications to this Agreement by email. It is therefore very important that you keep your shopper account ("**Account**") information current. GoDaddy assumes no liability or responsibility for your failure to receive an email notification if such failure results from an inaccurate email address. In addition, GoDaddy may terminate Your use

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

Universal Terms of Service Agreement | GoDaddy

of Services for any violation or breach of any of the terms of this Agreement by You. GODADDY RESERVES THE RIGHT TO MODIFY, CHANGE, OR DISCONTINUE ANY ASPECT OF THIS SITE OR THE SERVICES, INCLUDING WITHOUT LIMITATION PRICES AND FEES FOR THE SAME, AT ANY TIME.

## 3. ELIGIBILITY; AUTHORITY

This Site and the Services are available only to individuals or entities ("**Users**") who can form legally binding contracts under applicable law. By using this Site or the Services, you represent and warrant that you are (i) at least eighteen (18) years of age, (ii) otherwise recognized as being able to form legally binding contracts under applicable law, and/or (iii) are not a person barred from purchasing or receiving the Services found under the laws of the United States or other applicable jurisdiction.

If you are entering into this Agreement on behalf of a corporate entity, you represent and warrant that you have the legal authority to bind such corporate entity to the terms and conditions contained in this Agreement, in which case the terms "you", "your", "User" or "customer" shall refer to such corporate entity. If, after your electronic acceptance of this Agreement, GoDaddy finds that you do not have the legal authority to bind such corporate entity, you will be personally responsible for the obligations contained in this Agreement, including, but not limited to, the payment obligations. GoDaddy shall not be liable for any loss or damage resulting from GoDaddy's reliance on any instruction, notice, document or communication reasonably believed by GoDaddy to be genuine and originating from an authorized representative of your corporate entity. If there is reasonable doubt about the authenticity of any such instruction, notice, document or communication, GoDaddy reserves the right (but undertakes no duty) to require additional authentication from you. You further agree to be bound by the terms of this Agreement for transactions entered into by you, anyone acting as your agent and anyone who uses your account or the Services, whether or not authorized by you.

## 4. YOUR ACCOUNT

In order to access some of the features of this Site or use some of the Services, you will have to create an Account. You represent and warrant to GoDaddy that all information you submit when you create your Account is accurate, current and complete, and that you will keep your Account information accurate, current and complete. If GoDaddy has reason to believe that your Account information is untrue, inaccurate, out-of-date or incomplete, GoDaddy reserves the right, in its sole and absolute discretion, to suspend or terminate your Account. You are solely responsible for the activity that occurs on your Account, whether authorized by you or not, and you must keep your Account information secure, including without limitation your customer number/login, password, Payment Method(s) (as defined below), and shopper PIN. For security purposes, GoDaddy recommends that you change your password and shopper PIN at least once

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

Universal Terms of Service Agreement | GoDaddy

every six (6) months for each Account. You must notify GoDaddy immediately of any breach of security or unauthorized use of your Account. GoDaddy will not be liable for any loss you incur due to any unauthorized use of your Account. You, however, may be liable for any loss GoDaddy or others incur caused by your Account, whether caused by you, or by an authorized person, or by an unauthorized person.

## 5. GENERAL RULES OF CONDUCT

You acknowledge and agree that:

i. Your use of this Site and the Services, including any content you submit, will comply with this Agreement, any applicable Services Agreement or policy that may apply to your Services and all applicable local, state, national and international laws, rules and regulations.

ii. You will not collect or harvest (or permit anyone else to collect or harvest) any User Content (as defined below) or any non-public or personally identifiable information about another User or any other person or entity without their express prior written consent.

iii. You will not use this Site or the Services in a manner (as determined by GoDaddy in its sole and absolute discretion) that:

- Is illegal, or promotes or encourages illegal activity;

- Promotes, encourages or engages in the exploitation of children, or any activity related to the proliferation of child sexual abuse material (CSAM);

- Promotes, encourages or engages in terrorism, violence against people, animals, or property;

- Promotes, encourages or engages in any spam or other unsolicited bulk email, or computer or network hacking or cracking;

- Violates the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 or similar legislation, or promotes, encourages or engages in the sale or distribution of prescription medication without a valid prescription;

- Violates the Fight Online Sex Trafficking Act of 2017 or similar legislation, or promotes or facilitates prostitution and/or sex trafficking;

- Infringes on the intellectual property rights of another User or any other person or entity;

- Violates the privacy or publicity rights of another User or any other person or entity, or breaches any duty of confidentiality that you owe to another User or any other person or entity;

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

- Interferes with the operation of this Site or the Services found at this Site;

- Contains or installs any viruses, worms, bugs, Trojan horses or other code, files or programs designed to, or capable of, disrupting, damaging or limiting the functionality of any software or hardware; or

- Contains false or deceptive language, or unsubstantiated or comparative claims, regarding GoDaddy or GoDaddy's Services.

- You will not perform any false, abusive or fraudulent activity. You will not perform any action that imposes, or may impose, in our discretion, an unreasonable or disproportionately large load on our infrastructure;

iv. You will not perform any false, abusive or fraudulent activity. You will not perform any action that imposes, or may impose, in our discretion, an unreasonable or disproportionately large load on our infrastructure;

v. You will not copy or distribute in any medium any part of this Site or the Services , except where expressly authorized by GoDaddy.

vi. You will not modify or alter any part of this Site or the Services found at this Site or any of its related technologies.

vii. You will not access GoDaddy Content (as defined below) or User Content through any technology or means other than through this Site itself, or as GoDaddy may designate.

viii. You agree to back-up all of your User Content so that you can access and use it when needed. GoDaddy does not warrant that it backs-up any Account or User Content, and you agree to accept as a risk the loss of any and all of your User Content.

ix. You will not re-sell or provide the Services for a commercial purpose, including any of GoDaddy's related technologies, without GoDaddy's express prior written consent.

x. You will not circumvent, disable or otherwise interfere with the security-related features of this Site or the Services found at this Site (including without limitation those features that prevent or restrict use or copying of any GoDaddy Content or User Content) or enforce limitations on the use of this Site or the Services found at this Site, the GoDaddy Content or the User Content therein.

xi. You agree to provide government-issued photo identification and/or government-issued business identification as required for verification of identity when requested.

xii. You are aware that GoDaddy may from time-to-time call you about your account, and that, for the purposes of any and all such call(s), you may be subject to call recording and hereby consent to the same, subject to any applicable laws and our restrictions and obligations thereunder, including, where permissible, to record the entirety of such calls

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

regardless of whether GoDaddy asks you on any particular call for consent to record such call. You further acknowledge and agree that, to the extent permitted by applicable law, any such recording(s) may be submitted as evidence in any legal proceeding in which GoDaddy is a party. Further, by providing your telephone or mobile number, you consent to receive marketing telephone calls from or on behalf of GoDaddy that may be initiated by an automatic telephone dialing system and/or use an artificial or prerecorded voice. You understand that providing consent is not a condition of purchasing any good or service from GoDaddy. Similarly, by providing your mobile number, you consent to receive marketing text messages from or on behalf of GoDaddy that may be sent by an automatic telephone dialing system. You understand that providing consent is not a condition of purchasing any good or service from GoDaddy. Message and data rates may apply.

xiii. Without limiting any of the rights set forth elsewhere in this Agreement, GoDaddy expressly reserves the right to deny, cancel, terminate, suspend, or limit future access to this Site or any Services (including but not limited to the right to cancel or transfer any domain name registration) to any User (i) whose Account or Services were previously terminated or suspended, whether due to breach of this or any other Agreement or any GoDaddy policy, or (ii) who otherwise engages or has engaged in inappropriate or unlawful activity while utilizing the Site or Services (as determined by GoDaddy in its sole and absolute discretion).

xiv. If your purchase or account activity shows signs of fraud, abuse or suspicious activity, GoDaddy may cancel any service associated with your name, email address or account and close any associated GoDaddy accounts. If GoDaddy, in its sole discretion, determines that any conducted activity is fraudulent, GoDaddy reserves the right to take any necessary legal action and you may be liable for monetary losses to GoDaddy including litigation costs and damages. To contest cancellation of Services or freezing or closure of an account, please contact GoDaddy Care.

## 6. PROTECTION OF YOUR DATA

GoDaddy offers certain hosted Services available to you that may involve the processing of personal data about you, your customers and/or web users ("**Your Data**") in the course of your use of these Services ("**Covered Services**"). Your Data, for the purpose of this Section, excludes any User Content. GoDaddy's Controller to Processor Data Processing Addendum ("**DPA**"), which is hereby incorporated by reference and applicable to Covered Services, is meant to provide you contractual assurance that we have robust mechanisms to ensure the processing of Your Data, including transfers of Your Data from the European Economic Area to a third country, meets with compliance under applicable data privacy laws.

For the purposes of the Controller to Processor DPA and the Standard Contractual Clauses attached to the DPA (when and as applicable), you (and your applicable affiliates) are considered

the Data Controller/Data Exporter, and your acceptance of the Terms of Service governing Covered Services at the time of purchase of any Covered Services will also be treated as your acknowledgement and acceptance of the Controller to Processor DPA and its appendices (including the Standard Contractual Clauses and its appendices, as applicable). If you wish to print, sign and return a physical copy of the Controller to Processor DPA, please send an email request to privacy@GoDaddy.com.

Covered Services, as defined in this Section and in the Controller to Processor DPA, include hosted services that are subject to the terms and conditions of the following Agreements: (1) Email Marketing Services, (2) Website Services, (3) Hosting, (4) Online Bookkeeping, (5) Online Store/Quick Shopping Cart, (6) Smartline, and (7) Workspace Service. Covered Services excludes Services provided by GoDaddy Payments, LLC (for any payment services) and Poynt, LLC (for any hardware services).

## 7. USER CONTENT

Some of the features of this Site or the Services, including those Services that are hosted with GoDaddy, may allow Users to view, post, publish, share, store, or manage (a) ideas, opinions, recommendations, or advice via forum posts, content submitted in connection with a contest, product reviews or recommendations, or photos to be incorporated into a social media event or activity ("**User Submissions**"), or (b) literary, artistic, musical, or other content, including but not limited to photos and videos (together with User Submissions, ("**User Content**"). All content submitted through your Account is considered User Content. By posting or publishing User Content to this Site or to or via the Services, you represent and warrant to GoDaddy that (i) you have all necessary rights to distribute User Content via this Site or via the Services, either because you are the author of the User Content and have the right to distribute the same, or because you have the appropriate distribution rights, licenses, consents, and/or permissions to use, in writing, from the copyright or other owner of the User Content, and (ii) the User Content does not violate the rights of any third party. You shall be solely responsible for any and all of your User Content or User Content that is submitted through your Account, and the consequences of, and requirements for, distributing it.

_User Submissions._ You acknowledge and agree that your User Submissions are entirely voluntary, do not establish a confidential relationship or obligate GoDaddy to treat your User Submissions as confidential or secret, that GoDaddy has no obligation, either express or implied, to develop or use your User Submissions, and no compensation is due to you or to anyone else for any intentional or unintentional use of your User Submissions, and that GoDaddy may be working on the same or similar content, it may already know of such content from other sources, it may simply wish to develop this (or similar) content on its own, or it may have taken / will take some other action.

GoDaddy shall own exclusive rights (including all intellectual property and other proprietary

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

rights) to any User Submissions posted to this Site, and shall be entitled to the unrestricted use and dissemination of any User Submissions posted to this Site for any purpose, commercial or otherwise, without acknowledgment or compensation to you or to anyone else.

_User Content Other Than User Submissions._ By posting or publishing User Content to this Site or through the Services, you authorize GoDaddy to use the intellectual property and other proprietary rights in and to your User Content to enable inclusion and use of the User Content in the manner contemplated by this Site and this Agreement. You hereby grant GoDaddy a worldwide, non-exclusive, royalty-free, sublicensable (through multiple tiers), and transferable license to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content in connection with this Site, the Services and GoDaddy's (and GoDaddy's affiliates') business(es), including without limitation for promoting and redistributing all or part of this Site in any media formats and through any media channels without restrictions of any kind and without payment or other consideration of any kind, or permission or notification, to you or any third party. You also hereby grant each User of this Site a non-exclusive license to access your User Content (with the exception of User Content that you designate "private" or "password protected") through this Site, and to use, reproduce, distribute, prepare derivative works of, combine with other works, display, and perform your User Content as permitted through the functionality of this Site and under this Agreement. The above licenses granted by you in your User Content terminate within a commercially reasonable time after you remove or delete your User Content from this Site. You understand and agree, however, that GoDaddy may retain (but not distribute, display, or perform) server copies of your User Content that have been removed or deleted. The above licenses granted by you in your User Content are perpetual and irrevocable. Notwithstanding anything to the contrary contained herein, GoDaddy shall not use any User Content that has been designated "private" or "password protected" by you for the purpose of promoting this Site or GoDaddy's (or GoDaddy's affiliates') business(es). If you have a website or other content hosted by GoDaddy, you shall retain all of your ownership or licensed rights in User Content.

## 8. AVAILABILITY OF WEBSITE/SERVICES

Subject to the terms and conditions of this Agreement and our other policies and procedures, we shall use commercially reasonable efforts to attempt to provide this Site and the Services on a twenty-four (24) hours a day, seven (7) days a week basis. You acknowledge and agree that from time to time this Site may be inaccessible or inoperable for any reason including, but not limited to, equipment malfunctions; periodic maintenance, repairs or replacements that we undertake from time to time; or causes beyond our reasonable control or that are not reasonably foreseeable including, but not limited to, interruption or failure of telecommunication or digital transmission links, hostile network attacks, network congestion or

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

other failures. You acknowledge and agree that we have no control over the availability of this Site or the Service on a continuous or uninterrupted basis, and that we assume no liability to you or any other party with regard thereto.

## 9. PRODUCT CREDITS

In the event you are provided with a product credit ("**Credit**"), whether for redemption of the purchase of a specific product or for free with the purchase of another product ("**Purchased Product**"), you acknowledge and agree that such Credit is only valid for one (1) year and is only available with a valid purchase and may be terminated in the event the product purchased is deleted, cancelled, transferred or not renewed. The Credit will expire one (1) year from date of purchase of the Purchased Product if the Credit has not been redeemed. In the event that the Credit is redeemed, after the initial subscription period, the product will automatically renew at the then-current renewal price until cancelled. If you wish to cancel the automatic renewal of the product, you may do so by visiting your Account or by contacting customer service. In the event your Purchased Product includes a free domain name, if you cancel the Purchased Product, the list price for the domain name will be deducted from the refund amount. The list price is the price of the domain name listed on GoDaddy's website and is not subject to any promotion, discount, or other reduction in price. For Credits issued for free with another Purchased Product, you acknowledge and agree that we may swap your Credit for a similar product, in our sole discretion.

## 10. MONITORING AND MODERATION OF CONTENT; RESTRICTIONS POLICY

When using this Site and/or any Service, you will not provide, post, publish, share or otherwise make available or accessible any illegal content or content that is incompatible with or violates this Agreement (including without limitation Sections 5, 7 and 16 of this Agreement).

GoDaddy generally does not pre-screen User Content (whether posted to a website hosted by GoDaddy or posted to this Site). However, and subject to applicable laws, GoDaddy reserves the right (but undertakes no duty) to do so and decide whether any item of User Content is appropriate and/or complies with this Agreement. By way of example, GoDaddy may for instance voluntarily screen or pre-screen material for potential child sexual abuse material and act against any such material.

GoDaddy may remove any item of User Content (whether posted to a website hosted by GoDaddy or posted to this Site) and/or suspend or terminate a User's access to this Site or the Services found at this Site for posting or publishing any material in violation of this Agreement, or for otherwise violating this Agreement (as determined by GoDaddy in its sole and absolute discretion), at any time and without prior notice. GoDaddy may also suspend or terminate a User's access to this Site or the Services found at this Site if GoDaddy has reason to believe the User is a repeat offender.

If GoDaddy terminates your access to this Site or the Services found at this Site, GoDaddy may, in its sole and absolute discretion, remove and destroy any data and files stored by you on its servers.

## 11. EUROPEAN UNION DIGITAL SERVICES ACT ("DSA") SUPPLEMENTAL TERMS OF SERVICE

This section 11 applies as from February 17, 2024, which is the date of entry into effect of the EU Digital Services Act.

11.1 This Section 11 sets out provisions, processes and disclosures that supplement the rest of this Agreement, as required under the DSA, which regulates the provision of certain digital intermediary services provided in the European Union ("**EU**") and notably sets out rules on the role of providers and imposes content moderation requirements and transparency obligations. These provisions only apply to you if you are in the EU and / or if you are using the Site or Services falling within the scope of the DSA. In the event of any conflict between the terms set out in this Section 11 and the other provisions of this Agreement, the terms of Section 11 shall prevail.

11.2 Rules of conduct. Users are prohibited from providing, publishing or transmitting content which is incompatible with or violates this Agreement (including without limitation Sections 5, 7 and 16) or any applicable laws in the EU or in any EU country ("**Unauthorized Content**").

11.3 Content moderation overview. GoDaddy may voluntarily take action against any Unauthorized Content, in accordance with Section 10 above. In addition, GoDaddy may receive notices through the Notice and Action Mechanism (described below) and orders from EU authorities reporting the presence of alleged illegal content on (or transmitted through) this Site or any Service (including without limitation any website hosted by GoDaddy). GoDaddy will process these orders and notices, and take action based on the information provided. These actions may entail the restrictions mentioned in Section 11.5 below, or any other restrictions required by the relevant authority.

11.4 Notifying alleged illegal content – Notice and Action Mechanism. You may report to GoDaddy the presence, on this Site or on any Service, of content that you consider to be illegal in the EU or any EU country through the mechanism accessible in our Support Center ("**Notice and Action Mechanism**"). Depending on the nature of the Service concerned by the notice, the way GoDaddy processes and addresses such notice may differ.

11.5 Restrictions. GoDaddy may, at any time and in some cases, without prior notice, remove any Unauthorized Content provided on (or through) this Site or any Service or suspend or terminate access to a whole Service (e.g., disabling a website hosted by GoDaddy). In addition, with respect to "repeat offenders", namely users frequently providing manifestly Unauthorized Content, GoDaddy may suspend or terminate their access to this Site or to the Services found at this Site. GoDaddy will generally issue a prior warning before any suspension, other than in

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

exceptional cases, or where GoDaddy is otherwise legally required to take immediate action. When deciding on and applying such restrictions, GoDaddy will act in a timely, diligent, non-arbitrary, objective and proportionate manner.

11.6 Unfounded Notices. If any user frequently provides manifestly unfounded notices through the Notice and Action Mechanism, GoDaddy may suspend the processing of its notices. GoDaddy will generally issue a prior warning before any suspension, save for exceptional cases (as determined by GoDaddy in its reasonable discretion) or where GoDaddy is legally required to take immediate action.

11.7 Measures and tools for review. Notices and orders are generally subject to human review. GoDaddy may also use a machine learning model that helps process certain claims and detect phishing on websites hosted by GoDaddy. Actions taken in response to notices and/or orders which relate to the provision of content by users of the Service or visitors of the Site, if any, are generally subject to human review.

11.8 Right to terminate the use of the Services. You have the right to terminate the use of the Services in accordance with Sections 9 and 14 of this Agreement.

11.9 Content Moderation Decisions.

A. This Section may apply to you if:

i. Your issue relates to a GoDaddy online platform in the EU (meaning either a Service involving the sale and purchase of aftermarket domain names, or GoDaddy Community to the extent provided in the EU); and

ii. Your issue concerns: (y) a decision taken by GoDaddy further to a notice you submitted to GoDaddy regarding the presence of information considered to be illegal content on a GoDaddy EU online platform; and/or (z) a decision taken by GoDaddy to remove (or to not remove) content or to suspend, restrict or terminate (or to not suspend, restrict or terminate) access to a GoDaddy EU online platform on the ground that you or any user of the Service provided Unauthorized Content,

(a "**Content Moderation Decision**").

B. If you disagree with a Content Moderation Decision, you may lodge a complaint against it with GoDaddy. The complaint must be lodged within six (6) months from the date on which you are informed of the Content Moderation Decision. To lodge your complaint, you will need to respond to the email informing you of the Content Moderation Decision and provide any additional context or information for GoDaddy to reassess the Content Moderation Decision. GoDaddy will review your complaint and respond through its internal complaint-handling system (the "**Internal Complaint-Handling System**").

If a user frequently provides manifestly unfounded complaints through the Internal Complaint-Handling System, GoDaddy may suspend the processing of its complaints, after a prior warning.

C. If you disagree with a Content Moderation Decision and/or the outcome of the Internal Complaint-Handling System, you may also engage with any out-of-court dispute settlement body certified by the relevant EU authority. For your information, decisions taken by these bodies are not binding. Also, GoDaddy may refuse to engage in such a procedure if the issue has already been resolved concerning the same content and the same grounds. The list of these certified bodies (if any) is expected to be published by the EU Commission shortly. We will update the terms of this Agreement once the relevant information becomes available.

D. In any case, you may also initiate judicial proceedings before a competent court, according to the applicable law, at any stage.

11.10 For the purposes of Sections 11.6 and 11.9, "frequently" means the submission of 2 or more unfounded notices or complaints (as relevant) over a period of 12 months. For the purposes of Sections 11.5, 11.6 and 11.9, when determining whether a specific behavior requires such a suspension or termination and the duration of the suspension or termination, GoDaddy takes into account the relevant facts and circumstances, which may include such things as the volume of manifestly unfounded notices or complaints submitted within the period referred to above, the seriousness and/or the impact of the behavior. A notice may for instance be considered as manifestly unfounded if it is evident that it does not relate to alleged illegal content and instead refers solely to personal and/or subjective considerations. Specifically as regards the provision of illegal content, these criteria also include the volume of illegal content provided, the extent of its impact and/or the gravity of the behavior (e.g., as regards the nature of the content concerned and its consequences) and the frequency of the behavior.

11.11 Search Engine: Recommender Systems Disclosure.

Our Site and certain of our Services include a search engine that enables you to search for domain name registrations based on your query, account search history, and location.

The search engine generates a list of results based on generic matching between the keywords or character sequences searched and the domain names available for purchase. If the exact domain name you searched for is unavailable, the search engine will display results for domain names that match your keywords and characters, potentially including alternative top-level domain names, which may take into account your location. For example, if you are located in Germany, the search engine may prioritize ".de" top-level domain names in order to present you more tailored results. Additionally, the search may feature partnerships labeled "Promoted" in the search results.

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

Universal Terms of Service Agreement | GoDaddy

The keywords or sequences of characters that you searched are the most significant parameters used to determine the results, whereas search history and location are secondary parameters used to further refine the list of results. As currently designed, the search engine does not allow you to change these parameters.

11.12 DSA Point of Contact.

If you have any questions or queries about this Section 11 or any other DSA-related matters, you can contact us by email at dsainquiries@godaddy.com.

## 12. DISCONTINUED SERVICES; END OF LIFE POLICY

GoDaddy reserves the right to cease offering or providing any of the (i) Services or (ii) individual features, functionalities, or aspects of the Services at any time, for any or no reason, and without prior notice. Although GoDaddy makes great effort to maximize the lifespan of all its Services and features, functionalities, or aspects of the Services, there are times when a Service or specific feature, functionality, or aspect of a Service that we offer will be discontinued or reach its End-of-Life ("**EOL**"). If that is the case, those Services, or the specific feature, functionality, or aspect of that Service, will no longer be supported by GoDaddy, in any way, effective on the EOL date.

_Notice and Migration._ In the event that any Service we offer has reached or will reach EOL, we will attempt to notify you thirty or more days in advance of the EOL date. It is your responsibility to take all necessary steps to replace the Service by migrating to a new Service before the EOL date, or by entirely ceasing reliance on said Service before the EOL date. In either case, GoDaddy will either offer a comparable Service for you to migrate to for the remainder of the term of your purchase, a prorated in-store credit, or a prorated refund, to be determined by GoDaddy in its sole and absolute discretion. GoDaddy may, with or without notice to you, migrate you to the most up-to-date version of the Service, if available. You agree to take full responsibility for any and all loss or damage arising from any such migration. In the event that a feature, functionality, or aspect of any Service we offer has reached or will reach EOL, then we will attempt to notify you thirty or more days in advance of the EOL date. However, if the Service maintains a least reasonably equivalent functionality without such feature, functionality, or aspect, as determined by GoDaddy in its sole and absolute discretion, GoDaddy will not be required to offer a comparable feature or functionality for the Service or a refund.

_No Liability._ GoDaddy will not be liable to you or any third party for any modification, suspension, or discontinuance of any of the (i) Services or (ii) individual features, functionalities, or aspects of the Services we may offer, provide or facilitate access to.

## 13. BETA SERVICES

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

Universal Terms of Service Agreement | GoDaddy

From time to time, GoDaddy may offer new Services (limited preview services or new features to existing Services) in a pre-release version. New Services, new features to existing Services or limited preview services shall be known, individually and collectively, as "**Beta Services**". If you elect to use any Beta Services, then your use of the Beta Services is subject to the following terms and conditions: (i) You acknowledge and agree that the Beta Services are pre-release versions and may not work properly; (ii) You acknowledge and agree that your use of the Beta Services may expose you to unusual risks of operational failures; (iii) The Beta Services are provided as-is, so we do not recommend using them in production or mission critical environments; (iv) GoDaddy reserves the right to modify, change, or discontinue any aspect of the Beta Services at any time; (v) Commercially released versions of the Beta Services may change substantially, and programs that use or run with the Beta Services may not work with the commercially released versions or subsequent releases; (vi) GoDaddy may limit availability of customer service support time dedicated to support of the Beta Services; (vii) You acknowledge and agree to provide prompt feedback regarding your experience with the Beta Services in a form reasonably requested by us, including information necessary to enable us to duplicate errors or problems you experience; (viii) You acknowledge and agree that GoDaddy may track your browsing behavior, links clicked, items purchased, your device type, and to collect various data, including analytics, about how you use and interact with our Beta Services; (ix) You acknowledge and agree that all information regarding your use of the Beta Services, including your experience with and opinions regarding the Beta Services, is confidential, and may not be disclosed to a third party or used for any purpose other than providing feedback to GoDaddy; (x) The Beta Services are provided "as is", "as available", and "with all faults".

You acknowledge and agree that we may use your feedback for any purpose, including product development purposes. At our request you will provide us with comments that we may publicly for press materials and marketing collateral. Any intellectual property inherent in your feedback or arising from your use of the Beta Services shall be owned exclusively by GoDaddy. To the fullest extent permitted by law, GoDaddy disclaims any and all warranties, statutory, express or implied, with respect to the Beta Services including, but not limited to, any implied warranties of title, merchantability, fitness for a particular purpose and non-infringement.

## 14. FEES AND PAYMENTS

You agree that your Payment Method may be charged by one of our affiliated entities. If, during your purchase, your payment was identified as being processed in the United States, your transaction will be processed by GoDaddy.com, LLC; if your payment was identified as being processed in Canada, your transaction will be processed by GoDaddy Domains Canada, Inc.; if your payment was identified as being processed in the United Kingdom, your transaction will be processed by GoDaddy Europe, Ltd.; if your payment was identified as being processed in India, your transaction will be processed by GoDaddy India Domains and Hosting Services India Pvt Ltd; if your payment was identified as being processed in Australia, your transaction will be

process by GoDaddy Online Services PTY Limited. If your payment was identified as being processed in the Netherlands, your transaction will be processed by GoDaddy Online Services Netherlands B.V. If, during your purchase, your payment was identified as being processed in a country or region that is not listed above, your transaction may be processed by an entity within the disclosed country that is affiliated with our local payment service provider, and subject to the provisions of our Privacy Policy.

## (A) GENERAL TERMS, INCLUDING AUTOMATIC RENEWAL TERMS

<u>*Payment Due at Time of Order; Non-Refundable.*</u> You agree to pay all amounts due for Services at the time you order them. All amounts are non-refundable unless otherwise noted in the <u>Refund Policy</u>.

<u>*Price Changes.*</u> GoDaddy reserves the right to change its prices and fees at any time, and such changes shall either be posted online at this Site and effective immediately without need for further notice to you or notice shall be provided to you by email. If you have purchased or obtained Services for a period of months or years, changes in prices and fees shall be effective when the Services in question come up for renewal as further described below.

<u>*Payment Types.*</u> Except as prohibited in any product-specific agreement, you may pay for Services by using any of the following "**Payment Methods**": (i) valid credit card; (ii) "Good As Gold Prepaid Services" (defined below); (iii) electronic payment from your personal or business checking account, as appropriate (and as defined below); (iv) PayPal; (v) International Payment Option (as defined below); (vi) via In-Store Credit balances, if applicable (and as defined below); or (vii) any other method you use to pay for Services as determined by GoDaddy in its sole and absolute discretion, each a "Payment Method". The "Express Checkout" feature automatically places an order for the applicable Service and charges the default Express Checkout Payment Method for your Account. Confirmation of that order will be sent to the email address on file for your Account. Your Payment Method on file must be kept valid if you have any active Services in your Account. In addition, you agree that the location for the processing of your payments may change for any reason, including the type of Payment Method chosen, the currency selected, or changes or updates made to your Payment Method.

<u>*Refunds Issued.*</u> You agree that where refunds are issued to your Payment Method, GoDaddy's issuance of a refund receipt is only confirmation that GoDaddy has submitted your refund to the Payment Method charged at the time of the original sale, and that GoDaddy has no control over when the refund will be applied towards your Payment Method's available balance. You further acknowledge and agree that the payment provider and/or individual issuing bank associated with your Payment Method establish and regulate the time frames for posting your refund, and that such refund posting time frames may range from five (5) business days to a full billing cycle, or longer.

Universal Terms of Service Agreement - GoDaddy

In the event a refund is issued to your Payment Method and the payment provider, payment processor or individual issuing bank associated with your Payment Method imposes any limitations on refunds, including but not limited to, limitations as to the timing of the refund or the number of refunds allowed, then GoDaddy, in its sole and absolute discretion, reserves the right to issue the refund either (i) in the form of an In-Store Credit; (ii) via issuance of a GoDaddy check, which will be sent to the mailing address on file for your Account; or (iii) in some jurisdictions, as a bank transfer, when the payment processor cannot refund back to the Payment Method. GoDaddy also has the right to offer an In-Store Credit for customers seeking refunds, even if there are no limitations on refunds imposed by the Payment Method.

_Monthly Billing Date._ If you are being billed on a monthly basis, your monthly billing date will be based on the date of the month you purchased the Services, unless that date falls after the 28th of the month, in which case your billing date will be the 28th of each month.

_Auto-Renewal Terms._ Other than as required by applicable law, GoDaddy does not retain hard copies or electronic versions of mandate, standing order or standing instruction forms and/or any signed consents relating to your usage of our automatic renewal services, and we are therefore unable to provide any such document upon request. You may view or change your automatic renewal settings at any time by logging into your GoDaddy account.

IN ORDER TO ENSURE THAT YOU DO NOT EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, ALL SERVICES ARE OFFERED ON AUTOMATIC RENEWAL UNLESS OTHERWISE SPECIFIED ON THIS SITE. EXCEPT FOR REASONS DESCRIBED BELOW IN THIS SECTION, AUTOMATIC RENEWAL AUTOMATICALLY RENEWS THE APPLICABLE SERVICE UPON EXPIRATION OF THE THEN CURRENT TERM FOR A RENEWAL PERIOD EQUAL IN TIME TO THE MOST RECENT SERVICE PERIOD (EXCEPT FOR DOMAIN NAMES WHICH MAY RENEW FOR THE ORIGINAL SERVICE PERIOD). FOR EXAMPLE, IF YOUR LAST SERVICE PERIOD IS FOR ONE YEAR, YOUR RENEWAL PERIOD WILL TYPICALLY BE FOR ONE YEAR. HOWEVER, IN THE EVENT RENEWAL WITH THE PAYMENT METHOD ON FILE FAILS, GODADDY MAY ATTEMPT TO RENEW THE APPLICABLE SERVICE FOR A PERIOD LESS THAN THE ORIGINAL SUBSCRIPTION PERIOD TO THE EXTENT NECESSARY FOR THE TRANSACTION TO SUCCEED.

UNLESS YOU DISABLE THE AUTOMATIC RENEWAL OPTION, GODADDY WILL AUTOMATICALLY RENEW THE APPLICABLE SERVICE WHEN IT COMES UP FOR RENEWAL AND WILL TAKE PAYMENT FROM THE PAYMENT METHOD ASSOCIATED WITH THE SERVICE(S) IN YOUR ACCOUNT OR YOUR DESIGNATED BACKUP PAYMENT METHOD(S) ON FILE WITH GODADDY. IN AUTOMATICALLY RENEWING YOUR SERVICES, GODADDY WILL FIRST ATTEMPT TO CHARGE THE PAYMENT METHOD ASSOCIATED WITH THE SERVICE(S) IN YOUR ACCOUNT. IN THE EVENT GODADDY CANNOT SUCCESSFULLY CHARGE THIS PAYMENT METHOD, WE WILL ATTEMPT TO CHARGE THE PAYMENT METHOD(S) DESIGNATED AS "BACKUP" IN YOUR ACCOUNT. RENEWALS WILL BE CHARGED AT GODADDY'S THEN CURRENT RATES, WHICH YOU ACKNOWLEDGE AND AGREE MAY BE

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

HIGHER OR LOWER THAN THE RATES FOR THE ORIGINAL SERVICE PERIOD. IN ORDER TO SEE THE RENEWAL SETTINGS APPLICABLE TO YOU AND YOUR SERVICES, SIMPLY LOG INTO YOUR ACCOUNT MANAGER FROM THIS SITE AND FOLLOW THE STEPS FOUND [HERE] (HTTPS://WWW.GODADDY.COM/HELP/MANUALLY-RENEW-MY-PRODUCTS-OR-SERVICES-725|HELP). IF YOU DO NOT WISH FOR ANY SERVICE TO AUTOMATICALLY RENEW, YOU MAY ELECT TO CANCEL RENEWAL, IN WHICH CASE, YOUR SERVICES WILL TERMINATE UPON EXPIRATION OF THE THEN CURRENT TERM, UNLESS YOU MANUALLY RENEW YOUR SERVICES PRIOR TO THAT DATE. IN OTHER WORDS, SHOULD YOU ELECT TO CANCEL YOUR PRODUCT AND FAIL TO MANUALLY RENEW YOUR SERVICES BEFORE THEY EXPIRE, YOU MAY EXPERIENCE AN INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

IN ADDITION, GODADDY MAY PARTICIPATE IN "RECURRING BILLING PROGRAMS" OR "ACCOUNT UPDATER SERVICES" SUPPORTED BY YOUR CREDIT CARD PROVIDER (AND ULTIMATELY DEPENDENT ON YOUR BANK'S PARTICIPATION). IF WE ARE UNABLE TO SUCCESSFULLY CHARGE YOUR EXISTING PAYMENT METHOD, YOUR CREDIT CARD PROVIDER (OR YOUR BANK) MAY NOTIFY US OF UPDATES TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, OR THEY MAY AUTOMATICALLY CHARGE YOUR NEW CREDIT CARD ON OUR BEHALF WITHOUT NOTIFICATION TO US. IN ACCORDANCE WITH RECURRING BILLING PROGRAM REQUIREMENTS, IN THE EVENT THAT WE ARE NOTIFIED OF AN UPDATE TO YOUR CREDIT CARD NUMBER AND/OR EXPIRATION DATE, GODADDY WILL AUTOMATICALLY UPDATE YOUR PAYMENT PROFILE ON YOUR BEHALF. GODADDY MAKES NO GUARANTEES THAT WE WILL REQUEST OR RECEIVE UPDATED CREDIT CARD INFORMATION. YOU ACKNOWLEDGE AND AGREE THAT IT IS YOUR SOLE RESPONSIBILITY TO MODIFY AND MAINTAIN YOUR ACCOUNT SETTINGS, INCLUDING BUT NOT LIMITED TO (I) CANCELLING PRODUCTS AND (II) ENSURING YOUR ASSOCIATED PAYMENT METHOD(S) ARE CURRENT AND VALID. FURTHER, YOU ACKNOWLEDGE AND AGREE THAT YOUR FAILURE TO DO SO, MAY RESULT IN THE INTERRUPTION OR LOSS OF SERVICES, AND GODADDY SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY REGARDING THE SAME.

If for any reason GoDaddy is unable to charge your Payment Method for the full amount owed, or if GoDaddy receives notification of a chargeback, reversal, payment dispute, or is charged a penalty for any fee it previously charged to your Payment Method, you agree that GoDaddy may pursue all available lawful remedies in order to obtain payment, including but not limited to, immediate cancellation, without notice to you, of any domain names or Services registered or renewed on your behalf. GoDaddy also reserves the right to charge you reasonable "**administrative fees**" for (i) tasks GoDaddy may perform outside the normal scope of its Services, (ii) additional time and/or costs GoDaddy may incur in providing its Services, and/or (iii) your noncompliance with this Agreement (as determined by GoDaddy in its sole and absolute discretion). Typical administrative or processing fee scenarios include, but are not limited to (i) customer service issues that require additional personal time or attention; (ii) UDRP

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

Universal Terms of Service Agreement - GoDaddy

actions(s) in connection with your domain name(s) and/or disputes that require accounting or legal services, whether performed by GoDaddy staff or by outside firms retained by GoDaddy; (iii) recouping any and all costs and fees, including the cost of Services, incurred by GoDaddy as the results of chargebacks or other payment disputes brought by you, your bank or Payment Method processor. These administrative fees or processing fees will be billed to the Payment Method you have on file with GoDaddy.

GoDaddy may offer product-level pricing in various currencies. The transaction will be processed in the selected currency and the pricing displayed during the checkout process will be the actual amount submitted for payment. For certain Payment Methods, the issuer of your Payment Method may charge you a foreign transaction fee or other charge, which may be added to the final amount that appears on your bank statement or post as a separate amount. Please check with the issuer of your Payment Method for details. In addition, regardless of the selected currency, you acknowledge and agree that you may be charged Value Added Tax ("**VAT**"), Goods and Services Tax ("**GST**"), or other localized fees and/or taxes, based on your bank and/or the country indicated in your billing address section.

### (B) REFUND POLICY

Products and Services available for refunds are described in our <u>Refund Policy</u>.

### (C) GOOD AS GOLD PREPAID SERVICES

Service Details. By using Good As Gold Prepaid Services, you may transfer funds to GoDaddy to fund your Good As Gold Prepaid Services account ("**Good As Gold Account**"). You may then use your Good As Gold Account to purchase any Services. You may fund your Good As Gold Account by wire transfer.

You acknowledge that funds transferred to your Good As Gold Account will be held by GoDaddy and will not accrue or pay interest for your benefit. To the extent any interest may accrue, you agree that GoDaddy shall be entitled to receive and keep any such amounts to cover costs associated with Good As Gold Prepaid Services.

You agree that all transactions using Good As Gold Prepaid Services will be conducted in U.S. dollars.

Your Good As Gold Account must be funded on an initial basis with no less than funds equivalent to $1,000.00 U.S. dollars.

All payments must be for the full amount required at purchase.

<u>*Wire Transfer Details.*</u> Wire transfers may be initiated in foreign currency to fund your Good As Gold Account, however the natural currency of the GoDaddy bank account is U.S. Dollars. Foreign currency wires will be automatically converted and deposited in U.S. Dollars. Please

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

note that exchange rate fees may apply.

You are responsible for all wire transfer fees, both incoming and outgoing, associated with your Good As Gold Account. Any non-U.S. wire transfers may be subject to fees by your bank, intermediary banks, or GoDaddy's bank, which may reduce the amount of the money received by GoDaddy's bank and subsequently funded into your Good As Gold Account. You hereby expressly authorize GoDaddy (i) to reduce your Good As Gold Account by the amount of wire transfer fees GoDaddy incurs in order to receive your funds; and/or (ii) to charge a twenty-dollar ($20.00) service fee ("**Service Fee**") in connection with the termination of your Good As Gold Account. All fees are subject to change at any time, and such changes shall be posted online and effective immediately without need for further notice to you.

You can verify the remaining funds in your Good As Gold Account at any time through your Account or the shopping cart. Should you decide to terminate your Good As Gold Account (or should GoDaddy opt to terminate your Good As Gold Account because you have breached an obligation under the Good As Gold Service Agreement), then the balance in your Good As Gold Account will be refunded, net the Service Fee.

Additional funds may be added to your Good As Gold Account at any time.

*Your Use of Good As Gold Prepaid Services.* Use of funds in your Good As Gold Account can only be made through the GoDaddy purchase process at GoDaddy's website. Purchases may not be made unless there are sufficient, available funds in your Good As Gold Account at the time of purchase to cover the entire purchase amount, including any related fees as set forth herein or in other relevant agreements.

## (D) PAY BY CHECK (ELECTRONIC PAYMENT)

By using GoDaddy's pay by check option ("**Pay By Check**"), you can purchase GoDaddy Services using an electronic payment (from your personal or business checking account ("**Checking Account**"), as appropriate). In connection, you agree to allow a third-party check services provider, Certegy Check Services, Inc., ("**Check Services Provider**") to debit the full amount of your purchase from your Checking Account, which is non-refundable. Check Services Provider will create an electronic funds transfer ("**EFT**") or bank draft, which will be presented to your bank or financial institution for payment from your Checking Account. The Checking Account must be at a financial institution in the United States, and payment must be in U.S. Dollars.

It is your responsibility to keep your Checking Account current and funded. You agree that (i) Check Services Provider or GoDaddy reserve the right to decline a transaction for any reason (including, but not limited to, payments that fail to go through as a result of your Checking Account no longer existing or not holding available/sufficient funds) and (ii) in such event, neither Check Services Provider nor GoDaddy shall be liable to you or any third party regarding

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

the same. If for any reason Check Services Provider is unable to withdraw the full amount owed for the Services provided, you agree that Check Services Provider and GoDaddy may pursue all available lawful remedies in order to obtain payment (plus any applicable fees). GoDaddy is not responsible for the actions of Check Services Provider. You agree that if the EFT or bank draft is returned unpaid, you will pay a service charge in accordance with the fees permitted by law for each U.S. State. A help article describing the Check Services Provider and outlining the service charges referenced above can be found <u>here</u>. These fees may be debited from your Checking Account using an EFT or bank draft. All fees are in U.S. Dollars.

GoDaddy and its service providers, including but not limited to Check Services Provider and Complete Payment Recovery Services, Inc., may provide you with notices, including by email, regular mail, SMS, MMS, text message, postings on the services, or other reasonable means now known or hereafter developed. Such notices may not be received if you violate these terms of service by accessing the services in an unauthorized manner. Your agreement to these terms of service constitutes your agreement that you are deemed to have received any and all notices that would have been delivered had you accessed the services in an authorized manner. Failure to receive such notices for any reason shall not excuse any payment or other obligation to GoDaddy and Check Services Provider. You further expressly authorize GoDaddy and its service providers, including but not limited to Check Services Provider and Complete Payment Recovery Services, Inc., and their affiliates to contact you, via auto-dialer, pre-recorded messages, or any other method, on any of your mobile phone numbers or emails. You further acknowledge that email addresses you provide are not shared, accessed by others and are not employer-related email addresses.

## *(E) INTERNATIONAL PAYMENT OPTIONS*

GoDaddy offers a variety of alternative international payment options through a variety of International Payment Providers ("**IPP**"). In the event you select an IPP, you represent that you have already agreed to any and all of the IPP's applicable customer service agreements in advance of completing your transaction at GoDaddy. You also agree to allow the IPP to debit the full amount of your purchase from the selected account or payment method, collectively "Funding Sources". In addition, you agree to allow the selected IPP to debit, if applicable, an "Exchange Rate Conversion Fee", as well as any other fees or charges applicable to your agreement with the IPP (collectively, the "**IPP Fees**"), from your Funding Sources. You understand and agree that IPP Fees are subject to change at any time by the IPP without notice to you by GoDaddy.

It is your responsibility to keep your Funding Sources current and funded. You agree that (i) the IPP or GoDaddy reserve the right to decline a transaction for any reason and (ii) neither the IPP nor GoDaddy shall be liable to you or any third party regarding the same. You acknowledge that GoDaddy will not attempt to fulfill the Services purchased by you until GoDaddy receives confirmation of payment from the IPP through its associated payment processor. You

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

acknowledge there may be a gap of several hours or days between the time you place an order and the time the IPP confirms payment through its associated payment processor. If GoDaddy does not receive confirmation of payment from the IPP through its associated payment processor within thirty (30) days from when the order is placed, your order may be cancelled, at which time you will need to commence the purchase process again. In the event that you would like to cancel payment for a pending transaction, you may cancel the order through your GoDaddy account. Payments received on previously cancelled orders will be automatically refunded to the original Payment Method when possible.

If, at the time GoDaddy receives confirmation of payment from the IPP (through its associated payment processor), either (i) the Services (including domain names) are no longer available for purchase; or (ii) a pending order has been cancelled in our systems; or (iii) the confirmation of payment does not match the dollar amount of the pending order, and as a result your purchase is either over-funded or under-funded, GoDaddy may automatically issue a partial refund (in the case of over-funding) or a full refund (in the case of under-funding) to your Funding Source. If the IPP (or its associated payment processor) imposes refund limitations of any kind, GoDaddy reserves the right to issue refunds to an In-Store Credit balance or as a bank transfer, when the payment processor cannot refund back to the Payment Method. If you receive a full refund, you will need to begin the purchase process again. You agree that the IPP reserves the right not to refund IPP Fees associated with a refunded transaction. Accordingly, any refunds issued by GoDaddy will be net of the IPP Fees unless otherwise specified.

## (F) IN-STORE CREDIT BALANCES

In the event that your Account contains a credit issued by us, it may only be applied to the purchase of a Service (each an "**In-Store-Credit**") subject to the following terms: (1) you may apply any available In-Store Credit to any future purchase of Services in your Account; and (2) you authorize GoDaddy to apply any available In-Store Credits to any upcoming product renewals, outstanding administrative fees, chargebacks, or other fees related to your Account, including partial payments. Regardless of the amount of In-Store Credit available in your account, GoDaddy is not responsible for the loss of products resulting from an inability to collect funds from your Payment Methods or the In-Store Credit. In-Store Credits will be applied based on the currency selected in the shopping cart at the time of purchase (or renewal). If you have more than one In-Store Credit, then the credits will be processed according to the age of the credit, with the oldest In-Store Credit being applied first. If additional funds are required to complete the purchase or renewal, In-Store Credits held in a non-selected currency will be converted using GoDaddy's daily exchange rate based on the age of the In-Store Credit (oldest to newest) until (i) enough funds are allocated to complete the transaction, or (ii) there is no available balance left in your account. You understand and agree that at the time of conversion, GoDaddy may also impose an additional administrative fee.

You can verify your available In-Store Credits at any time through your Account on the GoDaddy website. You acknowledge that In-Store Credits are non-transferable, may only be used in the Account in which they were acquired and may expire. Complimentary In-Store Credits will expire two years after issuance or within any other time period GoDaddy may specify in your Account. In the event that GoDaddy terminates your Account, you acknowledge and agree that any remaining available In-Store Credits will be forfeited.

You also acknowledge that funds associated with your In-Store Credits will be held by GoDaddy and will not accrue or pay interest for your behalf. To the extent any interest may accrue, you agree that GoDaddy is entitled to receive and keep any such amounts to cover costs associated with supporting the In-Store Credits functionality.

### (G) EXPIRED DOMAIN NAME PURCHASES

For expired domain names purchased through your account, you agree that you are responsible for payment within forty-eight (48) hours of auction close for the successful bid amount plus the one (1) year renewal or transfer fee (from the end of the domain name's previous registration period), plus ICANN fee, if applicable, or any valid payment method associated with the account, will be charged on the third day following the auction close. If we are unable to collect payment, you may lose the rights to purchase the domain name.

### (H) ROUND UP FOR CHARITY

If you participate in Round Up for Charity, you hereby authorize GoDaddy to either 1) donate an amount selected by you, or 2) round up your transaction to the nearest dollar and donate 100% of the difference, to a small business relief fund ("*Donation*\*"). GoDaddy will take reasonable steps to ensure your Donation is properly disbursed, in our sole discretion, to qualifying small businesses negatively impacted by the COVID-19 pandemic and will not withhold any Donation made by you through Round Up For Charity. You understand your Donation is not eligible for a refund or in-store credit.

### (I) BUY NOW PAY LATER OPTIONS

Use of a "**buy now pay later**" option such as an installment payment or financing is subject to the following terms and conditions. You acknowledge and agree that GoDaddy shall not be liable to you or any third party regarding any interest, late fee, other amount, collection effort, or change in credit score that arises out of or relates to the buy now pay later option. You further agree that repayment of a buy now pay later option may be governed by your agreement with a third party. Any representation that GoDaddy makes regarding a repayment term related to a buy now pay later option is for convenience only. A repayment term such as a required down payment, late fee, or interest might vary or be subject to change, and is in the control of a third

party. Notwithstanding the foregoing, GoDaddy shall not be responsible or otherwise liable to you or any third party for disclosing or failing to disclose any repayment term, which you are responsible for determining.

Certain installment payment options will only apply to a selected Service term, which may auto-renew for the full amount unless you manually renew the Service term with a subsequent installment payment.

## (J) GENERAL TERMS REGARDING PAYOUTS FROM GODADDY

GoDaddy will make any payment(s) owed to you to the payment method of your choice, subject to the terms below ("**Payout(s)**"). In order to receive a Payout from GoDaddy, you will need to set up a payee and assign it to your account.

### Set up a Payee Account

Fees. A list of supported payment methods, applicable fees, and minimum payment thresholds are published here:

### Payee Account Information

If for any reason GoDaddy is unable to process your Payout for the full amount owed, or if GoDaddy receives notification of a reversal or payment dispute, or is charged a penalty for any Payout, you agree that GoDaddy may pursue all available lawful remedies regarding such fees. Typical administrative or processing fee scenarios include, but are not limited to recouping any and all costs and fees, including the cost of Services, incurred by GoDaddy as the result of failed Payouts or other payment disputes brought by you, your bank or Payout processor. These administrative fees or processing fees will be deducted from any amounts due or directly debited from your Payout account.

Fee Changes. GoDaddy reserves the right to change its prices and fees at any time, and such changes shall be posted online at this Site and effective immediately without need for further notice to you.

## 15. ADDITIONAL RESERVATION OF RIGHTS

GoDaddy expressly reserves the right to deny, cancel, terminate, suspend, lock, or modify access to (or control of) any Account or Services (including the right to cancel or transfer any domain name registration) for any reason (as determined by GoDaddy in its sole and absolute discretion), including but not limited to the following: (i) to correct mistakes made by GoDaddy in offering or delivering any Services (including any domain name registration), (ii) to protect the integrity and stability of, and correct mistakes made by, any domain name registry or registrar, (iii) to assist with our fraud and abuse detection and prevention efforts, (iv) to comply with court

orders against you and/or your domain name or website and applicable local, state, national and international laws, rules and regulations, (v) to comply with requests of law enforcement, including subpoena requests, (vi) to comply with any dispute resolution process, (vii) to defend any legal action or threatened legal action without consideration for whether such legal action or threatened legal action is eventually determined to be with or without merit, (viii) to avoid any civil or criminal liability on the part of GoDaddy, its officers, directors, employees and agents, as well as GoDaddy's affiliates, including, but not limited to, instances where you have sued or threatened to sue GoDaddy, or (ix) to respond to an excessive amount of complaints related in any way to your Account, domain name(s), or content on your website that could result in damage to GoDaddy's business, operations, reputation or shareholders.

GoDaddy expressly reserves the right to review every Account for excessive space and bandwidth utilization, and to terminate or apply additional fees to those Accounts that exceed allowed levels.

GoDaddy expressly reserves the right to terminate, without notice to you, any and all Services where, in GoDaddy's sole discretion, you are harassing or threatening GoDaddy and/or any of GoDaddy's employees.

_GoDaddy Content._ Except for User Content, the content on this Site and the Services, including without limitation the text, software, scripts, source code, API, graphics, photos, sounds, music, videos and interactive features and the trademarks, service marks and logos contained therein ("**GoDaddy Content**"), are owned by or licensed to GoDaddy in perpetuity, and are subject to copyright, trademark, and/or patent protection in the United States and foreign countries, and other intellectual property rights under United States and foreign laws. GoDaddy Content is provided to you "as is", "as available" and "with all faults" for your information and personal, non-commercial use only and may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any purposes whatsoever without the express prior written consent of GoDaddy. No right or license under any copyright, trademark, patent, or other proprietary right or license is granted by this Agreement. GoDaddy reserves all rights not expressly granted in and to the GoDaddy Content, this Site and the Services, and this Agreement do not transfer ownership of any of these rights.

## 16. NO SPAM; LIQUIDATED DAMAGES

_No Spam._ We do not tolerate the transmission of spam. We monitor all traffic to and from our web servers for indications of spamming and maintain a spam abuse complaint center to register allegations of spam abuse. Customers suspected to be using our products and services for the purpose of sending spam are fully investigated. If we determine there is a problem with spam, we will take the appropriate action to resolve the situation.

We define spam as the sending of Unsolicited Commercial Email (UCE), Unsolicited Bulk Email

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

(UBE) or Unsolicited Facsimiles (Fax), which is email or facsimile sent to recipients as an advertisement or otherwise, without first obtaining prior confirmed consent to receive these communications. This can include, but is not limited to, the following:

1. Email Messages

2. Newsgroup postings

3. Windows system messages

4. Pop-up messages (aka "adware" or "spyware" messages)

5. Instant messages (using AOL, MSN, Yahoo or other instant messenger programs)

6. Online chat room advertisements

7. Guestbook or Website Forum postings

8. Facsimile Solicitations

9. Text/SMS Messages

We will not allow our servers and services to be used for the purposes described above. In order to use our products and services, you must not only abide by all applicable laws and regulations, which include the Can-Spam Act of 2003 and the Telephone Consumer Protection Act, but you must also abide by this no spam policy. Commercial advertising and/or bulk emails or faxes may only be sent to recipients who have "opted-in" to receive messages. They must include a legitimate return address and reply-to address, the sender's physical address, and an opt-out method in the footer of the email or fax. Upon request by us, conclusive proof of opt-in may be required for an email address or fax number.

If we determine the account, products, or services in question are being used in association with spam, we may re-direct, suspend, or cancel any account, web site hosting, domain registration, email boxes, or other applicable products or services. In such event, at our election, we may require you to respond by email to us stating that you will cease to send spam and/or have spam sent on your behalf and to require a non-refundable reactivation fee to be paid before the site, email boxes, and/or services are reactivated.

We encourage all customers and recipients of email generated from our products and services to report suspected spam. Suspected abuse can be reported by email or through our Spam Abuse Complaint Center.

*Liquidated Damages.* You agree that we may immediately terminate any Account which we believe, in our sole and absolute discretion, is transmitting or is otherwise connected with any

spam or other unsolicited bulk email. In addition, if actual damages cannot be reasonably calculated then you agree to pay us liquidated damages in the amount of $1.00 for each piece of spam or unsolicited bulk email transmitted from or otherwise connected with your Account.

## 17. TRADEMARK AND/OR COPYRIGHT CLAIMS

GoDaddy supports the protection of intellectual property. If you would like to submit (i) a trademark claim for violation of a mark on which you hold a valid, registered trademark or service mark, or (ii) a copyright claim for material on which you hold a bona fide copyright, please refer to GoDaddy's Trademark and/or Copyright Infringement Policy referenced above.

## 18. LINKS TO THIRD-PARTY WEBSITES

This Site and the Services found at this Site may contain links to third-party websites that are not owned or controlled by GoDaddy. GoDaddy assumes no responsibility for the content, terms and conditions, privacy policies, or practices of any third-party websites. In addition, GoDaddy does not censor or edit the content of any third-party websites. By using this Site or the Services found at this Site, you expressly release GoDaddy from any and all liability arising from your use of any third-party website. Accordingly, GoDaddy encourages you to be aware when you leave this Site or the Services found at this Site and to review the terms and conditions, privacy policies, and other governing documents of each other website that you may visit.

## 19. DISCLAIMER OF REPRESENTATIONS AND WARRANTIES

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT YOUR USE OF THIS SITE AND THE SERVICES FOUND AT THIS SITE SHALL BE AT YOUR OWN RISK AND THAT THIS SITE AND THE SERVICES FOUND AT THIS SITE ARE PROVIDED "AS IS", "AS AVAILABLE" AND "WITH ALL FAULTS". GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS DISCLAIM ALL WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND/OR (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, AND GODADDY ASSUMES NO LIABILITY OR RESPONSIBILITY FOR THE SAME.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT AUTO-GENERATED OUTPUTS INCLUDING TEXT, LOGOS, NAMES, SLOGANS, ETC. HAVE NOT BEEN REVIEWED FOR ACCURACY OR INTELLECTUAL PROPERTY CLEARANCE. GODADDY MAKES NO

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

REPRESENTATION, WARRANTY OR GUARANTEE AS TO THE ACCURACY, RELIABILITY, WHETHER OUTPUTS MAY INFRINGE ON THIRD-PARTY INTELLECTUAL PROPERTY RIGHTS, ETC. YOU SHOULD SEEK INDEPENDENT PROFESSIONAL LEGAL ADVICE BEFORE YOU RELY ON ANY AUTO-GENERATE OUTPUT.

YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT NO ORAL OR WRITTEN INFORMATION OR ADVICE PROVIDED BY GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS (INCLUDING WITHOUT LIMITATION ITS CALL CENTER OR CUSTOMER SERVICE REPRESENTATIVES), AND THIRD PARTY SERVICE PROVIDERS WILL (I) CONSTITUTE LEGAL OR FINANCIAL ADVICE OR (II) CREATE A WARRANTY OF ANY KIND WITH RESPECT TO THIS SITE OR THE SERVICES FOUND AT THIS SITE, AND USERS SHOULD NOT RELY ON ANY SUCH INFORMATION OR ADVICE.

THE FOREGOING DISCLAIMER OF REPRESENTATIONS AND WARRANTIES SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 20. LIMITATION OF LIABILITY

IN NO EVENT SHALL GODADDY, ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ALL THIRD PARTY SERVICE PROVIDERS, BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING ANY THAT MAY RESULT FROM (I) THE ACCURACY, COMPLETENESS, OR CONTENT OF THIS SITE, (II) THE ACCURACY, COMPLETENESS, OR CONTENT OF ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (III) THE SERVICES FOUND AT THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IV) PERSONAL INJURY OR PROPERTY DAMAGE OF ANY NATURE WHATSOEVER, (V) THIRD-PARTY CONDUCT OF ANY NATURE WHATSOEVER, (VI) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SERVERS AND/OR ANY AND ALL CONTENT, PERSONAL INFORMATION, FINANCIAL INFORMATION OR OTHER INFORMATION AND DATA STORED THEREIN, (VII) ANY INTERRUPTION OR CESSATION OF SERVICES TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (VIII) ANY VIRUSES, WORMS, BUGS, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR FROM THIS SITE OR ANY SITES LINKED (THROUGH HYPERLINKS, BANNER ADVERTISING OR OTHERWISE) TO THIS SITE, (IX) ANY USER CONTENT OR CONTENT THAT IS DEFAMATORY, HARASSING, ABUSIVE, HARMFUL TO MINORS OR ANY PROTECTED CLASS, PORNOGRAPHIC, "X-RATED", OBSCENE OR OTHERWISE OBJECTIONABLE, (X) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE, WHETHER BASED ON

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL OR EQUITABLE THEORY, AND
WHETHER OR NOT GODADDY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES,
AND/OR (XI) ANY AUTO-GENERATED OUTPUTS CREATED USING THE SERVICES.

IN ADDITION, YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT IN NO EVENT SHALL
GODADDY'S TOTAL AGGREGATE LIABILITY EXCEED $10,000.00 U.S. DOLLARS.

THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT
PERMITTED BY LAW, AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS
AGREEMENT OR YOUR USE OF THIS SITE OR THE SERVICES FOUND AT THIS SITE.

## 21. INDEMNITY

You agree to protect, defend, indemnify and hold harmless GoDaddy and its officers, directors,
employees, agents, and third party service providers from and against any and all claims,
demands, costs, expenses, losses, liabilities and damages of every kind and nature (including,
without limitation, reasonable attorneys' fees) imposed upon or incurred by GoDaddy directly or
indirectly arising from (i) your use of and access to this Site or the Services found at this Site; (ii)
your violation of any provision of this Agreement or the policies or agreements which are
incorporated herein; and/or (iii) your violation of any third-party right, including without
limitation any intellectual property or other proprietary right. The indemnification obligations
under this section shall survive any termination or expiration of this Agreement or your use of
this Site or the Services found at this Site.

## 22. COMPLIANCE WITH LOCAL LAWS

GoDaddy makes no representation or warranty that the content available on this Site or the
Services found at this Site are appropriate in every country or jurisdiction, and access to this
Site or the Services found at this Site from countries or jurisdictions where its content is illegal is
prohibited. Users who choose to access this Site or the Services found at this Site are
responsible for compliance with all local laws, rules and regulations.

## 23. DISPUTES, BINDING INDIVIDUAL ARBITRATION AND WAIVER OF CLASS ACTIONS AND
## CLASS ARBITRATIONS

PLEASE READ THIS SECTION CAREFULLY. FOLLOW THE INSTRUCTIONS BELOW IF YOU
WISH TO OPT OUT OF THE PROVISIONS REQUIRING YOU TO RESOLVE DISPUTES THROUGH
INDIVIDUAL ARBITRATION.

(A) *Disputes.* The terms of this Section shall apply to all Disputes between you and GoDaddy,
except for disputes governed by the Uniform Domain Name Dispute Resolution Policy
referenced above. For the purposes of this Section, "Dispute" shall mean any dispute, claim, or
action between you and GoDaddy arising under or relating to any GoDaddy Services or

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

Products, GoDaddy's websites, this Agreement, or any other transaction involving you and GoDaddy, whether in contract, warranty, misrepresentation, fraud, tort, intentional tort, statute, regulation, ordinance, or any other legal or equitable basis, and shall be interpreted to be given the broadest meaning allowable under law. YOU AND GODADDY AGREE THAT "DISPUTE" AS DEFINED IN THIS AGREEMENT SHALL NOT INCLUDE ANY CLAIM OR CAUSE OF ACTION BY YOU OR GODADDY FOR (I) TRADE SECRET MISAPPROPRIATION, (II) PATENT INFRINGEMENT, (III) COPYRIGHT INFRINGEMENT OR MISUSE, AND (IV) TRADEMARK INFRINGEMENT OR DILUTION. Moreover, notwithstanding anything else in this Agreement, you agree that a court, not the arbitrator, may decide if a claim falls within one of these four exceptions.

(B) *Binding Arbitration.* You and GoDaddy further agree: (i) to arbitrate all Disputes between the parties pursuant to the provisions in this Agreement; (ii) this Agreement memorializes a transaction in interstate commerce; (iii) the Federal Arbitration Act (9 U.S.C. §1, et seq.) governs the interpretation and enforcement of this Section; and (iv) this Section shall survive termination of this Agreement. ARBITRATION MEANS THAT YOU WAIVE YOUR RIGHT TO A JUDGE OR JURY IN A COURT PROCEEDING AND YOUR GROUNDS FOR APPEAL ARE LIMITED. The arbitrator may award you the same damages as a court sitting in proper jurisdiction, as limited by the Limitation of Liability set forth in Section 20 of this Agreement and may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. In addition, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. The decision of the arbitrator shall be final and enforceable by any court with jurisdiction over the parties.

(C) *Small Claims Court.* Notwithstanding the foregoing, you may bring an individual action in the small claims court of your state or municipality if the action is within that court's jurisdiction and is pending only in that court.

(D) *Dispute Notice.* In the event of a Dispute, you or GoDaddy must first send to the other party a notice of the Dispute that shall include a written statement that sets forth the name, address and contact information of the party giving it, the facts giving rise to the Dispute, and the relief requested (the "**Dispute Notice**"). The Dispute Notice to GoDaddy must be addressed to: GoDaddy, 2155 E. GoDaddy Way, Tempe, AZ 85284, Attn.: Legal Department (the "**GoDaddy Notice Address**"). The Dispute Notice to you will be sent by certified mail to the most recent address we have on file or otherwise in our records for you. If GoDaddy and you do not reach an agreement to resolve the Dispute within sixty (60) days after the Dispute Notice is received, you or GoDaddy may commence an arbitration proceeding pursuant to this Section. Following submission and receipt of the Dispute Notice, each of us agrees to act in good faith to seek to resolve the Dispute before commencing arbitration.

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

(E) *WAIVER OF CLASS ACTIONS AND CLASS ARBITRATIONS.* YOU AND GODADDY AGREE THAT EACH PARTY MAY BRING DISPUTES AGAINST THE OTHER PARTY ONLY IN AN INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, INCLUDING WITHOUT LIMITATION FEDERAL OR STATE CLASS ACTIONS, OR CLASS ARBITRATIONS. NEITHER YOU NOR GODADDY WILL SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR IN ANY OTHER PROCEEDING IN WHICH EITHER PARTY ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY. NO ARBITRATION OR OTHER PROCEEDING WILL BE COMBINED WITH ANOTHER WITHOUT THE PRIOR WRITTEN CONSENT OF ALL PARTIES TO ALL AFFECTED ARBITRATIONS OR PROCEEDINGS.

(F) *Arbitration Procedure.* If a party elects to commence arbitration, the arbitration will be administered by the American Arbitration Association ("**AAA**") and governed by the Consumer Arbitration Rules of the AAA ("**AAA Rules**") in conjunction with the rules set forth in this Agreement, except that AAA may not administer any multiple claimant or class arbitration, as the parties agree that the arbitration shall be limited to the resolution only of individual claims. The AAA Rules are at www.adr.org or by calling 1-800-778-7879.     If there is a conflict between the AAA Rules and the rules set forth in this Agreement, the rules set forth in this Agreement shall govern. You may, in arbitration, seek any and all remedies otherwise available to you pursuant to federal, state, or local laws, as limited by the Limitation of Liability set forth in Section 20 of this Agreement. All Disputes shall be resolved by a single neutral arbitrator, and both parties shall have a reasonable opportunity to participate in the selection of the arbitrator. The arbitrator is bound by this Agreement. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of this Agreement, including, but not limited to, any claim that all or any part of this Agreement is void or voidable. The arbitrator shall also have exclusive authority to rule on his or her own jurisdiction, including any objections with respect to the existence, scope, or validity of the arbitration agreement or to the arbitrability of any claim or counterclaim. Notwithstanding this broad delegation of authority to the arbitrator, a court may determine the limited question of whether a claim or cause of action is for (i) trade secret misappropriation, (ii) patent infringement, (iii) copyright infringement or misuse, or (iv) trademark infringement or dilution, which are excluded from the definition of "Disputes" as stated above. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator's award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. You may choose to engage in arbitration hearings by telephone. Arbitration hearings not conducted by telephone shall take place in a location reasonably accessible from your primary residence (or principal place of business if you are a small business), or in Maricopa County, Arizona, at your option.

(G) *Initiation of Arbitration Proceeding.* If either you or GoDaddy decide to arbitrate a Dispute, we agree to the following procedure:

    i. Write a Demand for Arbitration. The demand must include a description of the Dispute and the amount of damages sought to be recovered. You can find a copy of a Demand for Arbitration at www.adr.org ("Demand for Arbitration: Consumer Arbitration Rules").

    ii. Send one copy of the Demand for Arbitration to AAA by mail at American Arbitration Association Case Filing Services 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043.

    iii. Send one copy of the Demand for Arbitration to the other party at the same address as the Dispute Notice, or as otherwise agreed to by the parties.

(H) *Hearing Format.* In all hearing formats, the arbitrator shall issue a written decision that explains the essential findings and conclusions on which an award, if any, is based. During the arbitration, the amount of any settlement offer made by GoDaddy or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or GoDaddy is entitled. The discovery or exchange of non-privileged information relevant to the Dispute may be allowed during the arbitration.

(I) *Arbitration Fees and Payments.*

    i. Disputes involving $75,000.00 or less. GoDaddy will promptly reimburse your filing fees and pay the AAA's and arbitrator's fees and expenses. If you reject GoDaddy's last written settlement offer made before the arbitrator was appointed ("GoDaddy's last written offer"), your dispute goes all the way to an arbitrator's decision (called an "award"), and the arbitrator awards you more than GoDaddy's last written offer, GoDaddy will: (i) pay the greater of the award or $1,000.00; (ii) pay twice your reasonable attorney's fees, if any; and (iii) reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration. The arbitrator will determine the amount of fees, costs, and expenses unless you and GoDaddy agree on them.

    ii. Disputes involving more than $75,000.00. The AAA rules will govern payment of filing fees and the AAA's and arbitrator's fees and expenses.

    iii. Disputes involving any amount. In any arbitration you commence, GoDaddy will seek its AAA or arbitrator's fees and expenses, or your filing fees it reimbursed, only if the arbitrator finds the arbitration frivolous or brought for an improper purpose. In any arbitration GoDaddy commences, GoDaddy will pay all filing, AAA, and arbitrator's fees and expenses. GoDaddy will not seek its attorney's fees or expenses from you in any arbitration. Fees and expenses are not included in determining the amount in dispute.

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

(J) *Claims or Disputes Must be Filed Within One Year.* To the extent permitted by law, any claim or dispute to which this Section applies must be filed within one year in small claims or in arbitration. The one-year period begins when the claim or Notice of Dispute first could be filed. If not filed within one year, the claim or dispute will be permanently barred.

(K) *30-Day Opt-out Period.* IF YOU DO NOT WISH TO BE BOUND BY THE ARBITRATION PROVISION IN THIS DISPUTES SECTION, YOU MUST NOTIFY GODADDY BY E-MAILING LEGALOPTOUT@GODADDY.COM WITHIN 30 DAYS OF THE DATE THAT YOU ACCEPT THE TERMS OF THIS AGREEMENT (UNLESS A LONGER PERIOD IS REQUIRED BY APPLICABLE LAW). In the e-mail, you must provide your (a) first name, (b) last name, (c) address, (d) phone number, and (e) account number(s) and state the following: "I wish to opt out of the arbitration provision contained in GoDaddy's Universal Terms of Service Agreement." By providing your information in the method above, you are opting out of the agreement to arbitrate contained in GoDaddy's Universal Terms of Service. Your opt-out request will only be valid if made within thirty (30) days of first accepting the Universal Terms of Service. In the event that you opt-out consistent with the procedure set forth above, all other terms contained herein shall continue to apply, including those related to the applicable governing law and the court(s) in which legal disputes may be brought.

(L) *Amendments to this Section.* Notwithstanding any provision in this Agreement to the contrary, you and GoDaddy agree that if GoDaddy makes any future amendments to the dispute resolution procedure and class action waiver provisions (other than a change to GoDaddy's address) in this Agreement, GoDaddy will notify you and you will have thirty (30) days from the date of notice to affirmatively opt-out of any such amendments. If you affirmatively opt-out of any future amendments, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this Section as stated in these current Terms, without any of the proposed amendments governing. If you do not affirmatively opt-out of any future amendments, you will be deemed to have consented to any such future amendments.

(M) *Severability.* If any provision in this Section is found to be unenforceable, that provision shall be severed with the remainder of this Agreement remaining in full force and effect. The foregoing shall not apply to the prohibition against class or representative actions; if the prohibition against class or representative actions is found to be unenforceable, this entire Section shall be null and void. The terms of this Section shall otherwise survive any termination of this Agreement.

(N) *Exclusive Venue for Other Controversies.* GoDaddy and you agree that any controversy excluded from the dispute resolution procedure and class action waiver provisions in this Section (other than an individual action filed in small claims court) shall be filed only in the Superior Court of Maricopa County, Arizona, or the United States District Court for the District

of Arizona, and each party hereby irrevocably and unconditionally consents and submits to the exclusive jurisdiction of such courts for any such controversy. You also agree to waive the right to trial by jury in any such action or proceeding.

## 24. UNCLAIMED PROPERTY; DORMANCY CHARGES

Please be advised that if a customer has an outstanding account balance (a credit positive balance) whether in In-Store Credits, a Good as Gold Account or otherwise, for three (3) years or more for any reason, then GoDaddy shall turn over such account balance to the applicable U.S. state in accordance with state law.

You acknowledge and agree that we will deem In-Store Credits dormant if they are both 12 months old and have not been used to pay for a Service or fee. In the case of dormant In-Store Credits, GoDaddy may, as permitted by law, withhold a monthly dormancy charge from the available In-Store Credits in an amount equal to the lesser of $25.00 or the total In-Store Credis available on the date of the dormancy charge. If there are no In-Store Credits available we will not apply further dormancy charges. We may apply the dormancy charge to In-Store Credits without prior notice to you.

## 25. SUCCESSORS AND ASSIGNS

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors and assigns.

## 26. NO THIRD-PARTY BENEFICIARIES

Nothing in this Agreement shall be deemed to confer any third-party rights or benefits.

## 27. U.S. EXPORT LAWS

This Site and the Services found at this Site are subject to the export laws, restrictions, regulations and administrative acts of the United States Department of Commerce, Department of Treasury Office of Foreign Assets Control ("**OFAC**"), State Department, and other United States authorities (collectively, "**U.S. Export Laws**"). Users shall not use the Services found at this Site to collect, store or transmit any technical information or data that is controlled under U.S. Export Laws. Users shall not export or re-export, or allow the export or re-export of, the Services found at this Site in violation of any U.S. Export Laws. None of the Services found at this Site may be downloaded or otherwise exported or re-exported (i) into (or to a national or resident of) any country with which the United States has embargoed trade; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Denied Persons List, or any other denied parties lists under U.S. Export Laws. By using this Site and the Services found at this Site, you agree to the foregoing and represent and warrant that you are not a national or resident of, located in, or under the control of, any

restricted country; and you are not on any denied parties list; and you agree to comply with all U.S. Export Laws (including "anti-boycott", "deemed export" and "deemed re-export" regulations). If you access this Site or the Services found at this Site from other countries or jurisdictions, you do so on your own initiative and you are responsible for compliance with the local laws of that jurisdiction, if and to the extent those local laws are applicable and do not conflict with U.S. Export Laws. If such laws conflict with U.S. Export Laws, you shall not access this Site or the Services found at this Site. The obligations under this section shall survive any termination or expiration of this Agreement or your use of this Site or the Services found at this Site.

## 28. TITLES AND HEADINGS; INDEPENDENT COVENANTS; SEVERABILITY

The titles and headings of this Agreement are for convenience and ease of reference only and shall not be utilized in any way to construe or interpret the agreement of the parties as otherwise set forth herein. Each covenant and agreement in this Agreement shall be construed for all purposes to be a separate and independent covenant or agreement. If a court of competent jurisdiction holds any provision (or portion of a provision) of this Agreement to be illegal, invalid, or otherwise unenforceable, the remaining provisions (or portions of provisions) of this Agreement shall not be affected thereby and shall be found to be valid and enforceable to the fullest extent permitted by law.

## 29. ENGLISH LANGUAGE CONTROLS

This Agreement, along with all policies and the applicable product agreements identified above and incorporated herein by reference (collectively, the "**Agreement**"), is executed in the English language. To the extent any translation is provided to you, it is provided for convenience purposes only, and in the event of any conflict between the English and translated version, where permitted by law, the English version will control and prevail. Where the translated version is required to be provided to you and is to be considered binding by law (i) both language versions shall have equal validity, (ii) each party acknowledges that it has reviewed both language versions and that they are substantially the same in all material respects, and (iii) in the event of any discrepancy between these two versions, the translated version may prevail, provided that the intent of the Parties has been fully taken into consideration.

## 30. CONTACT INFORMATION

If you have any questions about this Agreement, please contact us by email or regular mail at the following address:

GoDaddy Legal Department

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

2155 E. GoDaddy Way

Tempe, AZ 85284

legal@godaddy.com

Legal      Agreements      Universal Terms Of Service Agreement

About GoDaddy                                                                                    +

Help Center                                                                                      +

Resources                                                                                       +

Partner Programs                                                                                +

Account                                                                                         +

Shopping                                                                                        +

United States - English          USD $

•          •          •          •          •

Doc ID: 60230314562cea5ffe081cbfb266c870a451501a

Legal     Privacy Policy     Cookies

Do not share my personal information

Copyright © 1999 - 2024 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a
registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a
registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these
Universal Terms of Service.

**Dropbox Sign**

Audit trail

| | |
|---|---|
| **Title** | Prime Declaration for MTD Response.pdf |
| **File name** | Prime%20Declarati...TD%20Response.pdf |
| **Document ID** | 60230314562cea5ffe081cbfb266c870a451501a |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ⬈ SENT | **03 / 06 / 2025**<br>14:53:48 UTC | Sent for signature to Jeff Garbutt (sales@primeloyalty.com)<br>from jeff@jjnsolutions.com<br>IP: 209.210.2.135 |
| 👁 VIEWED | **03 / 06 / 2025**<br>14:57:10 UTC | Viewed by Jeff Garbutt (sales@primeloyalty.com)<br>IP: 174.196.68.28 |
| ✒ SIGNED | **03 / 06 / 2025**<br>15:01:38 UTC | Signed by Jeff Garbutt (sales@primeloyalty.com)<br>IP: 174.196.68.28 |
| ⊘ COMPLETED | **03 / 06 / 2025**<br>15:01:38 UTC | The document has been completed. |