Jeffrey M. Monhait, AZ Bar No. 038707
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2084
Email: jmonhait@cozen.com

Attorneys for Defendants
GoDaddy Inc., GoDaddy.com, LLC
and 123-Reg Limited

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,,<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No.: 2:24-cv-03359-JJT<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT (FIRST REQUEST)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (the "Federal Rules"), and LRCiv 6.1 and 7.3, Defendants GoDaddy Inc., GoDaddy.com, LLC ("GoDaddy"), and 123-Reg Limited ("123-Reg" and collectively, "Defendants") and Plaintiffs Prime Loyalty, LLC, Crisby Studio AB, and Niklas Thorin (collectively, "Plaintiffs," and together with Defendants, the "Parties"), by and through their respective counsel, hereby stipulate and agree to request an extension of time for Defendants to file their reply brief in further support of Defendants' Motion to Dismiss (Doc. 40) by a period of three (3) business days, to March 26, 2025. In support thereof, the Parties state as follows:

1. Defendants filed their Motion to Dismiss Plaintiffs' Complaint on February 6, 2025. *See* Doc. 40.

2. Plaintiffs filed their responsive memorandum in opposition to the Motion to Dismiss on March 6, 2025. *See* Doc. 44.

3. Pursuant to LRCiv 12.1(b) and 56.1(d), Defendants' deadline to file their reply memorandum in further support of the Motion to Dismiss is March 21, 2025.

4. Defendants' counsel respectfully seeks a brief extension to the deadline to file Defendants' reply memorandum both (1) because Defendants' counsel is currently managing a number of significant briefing deadlines in other matters over the next two weeks; and (2) to accommodate pre-planned time out of the office to attend to a familial obligation out of state.

5. Defendants and Plaintiffs have agreed to extend the deadline for Defendants to file their reply memorandum in further support of the Motion to Dismiss to March 26, 2025, which reflects a brief extension of three (3) business days, should the Court so allow.

6. This is Defendants' first request to enlarge the time within which Defendants may file their reply memorandum in further support of the Motion to Dismiss.

7. This request is made in good faith, supported by good cause, and is not an attempt to delay any proceedings.

WHEREFORE, in consideration of the foregoing, the Parties respectfully request that this Court GRANT the parties' stipulation and extend the deadline for Defendants to file their reply memorandum in further support of their Motion to Dismiss to March 26, 2025.

Dated: March 11, 2025

**COZEN O'CONNOR**
Jeffrey M. Monhait

By: *s/Jeffrey M. Monhait*
     Jeffrey M. Monhait

Attorneys for Defendants
GoDaddy Inc., GoDaddy.com, LLC,
and 123-Reg Limited

Dated: March 11, 2025

**MESSNER REEVES LLP**
Isaac S. Crum

By: *s/Isaac S. Crum*
     Isaac S. Crum

**JJN SOLUTIONS, LLC**
Jeffrey J. Neuman

By: *s/Jeffrey J. Neuman*
     Jeffrey J. Neuman

Attorneys for Plaintiffs Prime Loyalty, LLC,
Crisby Studio AB, and Niklas Thorin

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey J. Neuman<br>JJN SOLUTIONS, LLC<br>9445 Brenner Ct.<br>Vienna, VA 22180<br>(202) 549-5079<br>jeff@jjnsolutions.com | Isacc S. Crum<br>MESSNER REEVES LLP<br>7250 N. 16th St., Suite 410<br>Phoenix, AZ 85020<br>(602) 457-5059<br>icrum@messner.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |

SIGNED AND DATED this 11th day of March, 2025 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By: *s/ Jeffrey M. Monhait*
         Jeffrey M. Monhait