Jeffrey M. Monhait, AZ Bar No. 038707
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2084
Email:        jmonhait@cozen.com

Attorneys for Defendants
GoDaddy Inc., GoDaddy.com, LLC
and 123-Reg Limited

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,, <br><br> Plaintiffs, <br><br> v. <br><br> GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company, <br><br> Defendants. | Case No.: 2:24-cv-03359-JJT <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

1   Pursuant to the Stipulation for Extension of Time for Defendants GoDaddy.com, LLC,

2   GoDaddy Inc., and 123-Reg Limited to File a Reply Brief in Further Support of Their Motion

3   to Dismiss Plaintiffs' Complaint (the "Motion"), and good cause appearing therefore,

4   **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. Defendants'

5   reply in support of Defendants' motion to dismiss shall be due by March 26, 2025.

6

7   DATED this _____ day of _____, 2025.

8

9

10                                          _____

11                                          Honorable John J. Tuchi
                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**