# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty LLC, *et al.*, | No. CV-24-03359-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| GoDaddy Incorporated, *et al.*, | |
| Defendants. | |

At issue is the Parties' Stipulation for Extension of Time to File Reply Brief in Further Support of Motion to Dismiss Plaintiffs' Complaint (First Request) (Doc. 45). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation for Extension of Time to File Reply Brief in Further Support of Motion to Dismiss Plaintiffs' Complaint (First Request) (Doc. 45). Defendants' reply in support of Defendants' Motion to Dismiss (Doc. 40) shall be due by **March 26, 2025**.

Dated this 12th day of March, 2025.

Honorable John J. Tuchi
United States District Judge