1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9   Prime Loyalty LLC, *et al.*,                     No. CV-24-03359-PHX-JJT

10                   Plaintiffs,                     **ORDER**

11  v.

12  GoDaddy Incorporated, *et al.*,

13                   Defendants.

14

15          At issue is Defendants' Motion to Dismiss (Doc. 40). Upon review and good cause

16  appearing,

17          **IT IS HEREBY ORDERED** setting a hearing for oral argument on Defendants'

18  Motion to Dismiss (Doc. 40) on **June 26, 2025**, at **9:00 AM** (Arizona time) before District

19  Judge John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401

20  West Washington Street, Phoenix, Arizona 85003. The hearing shall last no more than two

21  hours.

22          **IT IS FURTHER ORDERED** that each counsel who will be presenting the oral

23  argument shall appear in person. All other counsel may appear telephonically.[1]

24          Dated this 28th day of May, 2025.

25  _____

26  Honorable John J. Tuchi
    United States District Judge

27

28  _____
            [1] Chambers will e-mail dial-in instructions to counsel who will respond informing
    the Court whether they are appearing in person or telephonically.