# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty LLC, *et al.*, | No. CV-24-03359-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| GoDaddy Incorporated, *et al.*, | |
| Defendants. | |

At issue is the parties' Stipulation for Extension of Time to Answer Plaintiffs' Complaint (First Request) (Doc. 53). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Extension of Time to Answer Plaintiffs' Complaint (First Request) (Doc. 53). Defendants GoDaddy.com, LLC and GoDaddy Incorporated have until **August 5, 2025**, to file their answer or otherwise respond to Plaintiffs' Complaint (Doc. 1).

Dated this 7th day of July, 2025.

Honorable John J. Tuchi
United States District Judge