Jeffrey M. Monhait, AZ Bar No. 038707
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2084
Email:       jmonhait@cozen.com

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,,<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No.: 2:24-cv-03359-JJT<br><br>**DEFENDANTS GODADDY INC. AND GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AS TO CONTRACT CLAIMS AGAINST GODADDY INC.** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants GoDaddy.com, LLC and GoDaddy Inc. (collectively, "Defendants") hereby move this Court for an Order: (1) granting reconsideration of Defendants' and Defendant 123-Reg Limited's Motion to Dismiss Plaintiffs' Complaint (Docs. 40-41) as to the contract-related claims (Counts VI, VII, and VIII) against GoDaddy Inc. only; and (2) amending this Court's July 1, 2025 Order (Doc. 52) to dismiss Counts VI, VII, and VIII against GoDaddy Inc. only.

This Motion does not seek to challenge or seek reconsideration of any of this Court's legal analysis in its July 1, 2025 Order. Instead, this Motion seeks only to clarify the resolution of one of the issues addressed in the Court's Order. Specifically, this Court noted that "although all of Plaintiffs' contract claims nominally sound against both GoDaddy entities, it appears undisputed that the contracts only bind GoDaddy[.com], LLC." *See* Doc. 52, at 24:26-28. Indeed, this Court declined to dismiss the tort claims against GoDaddy Inc. because "Plaintiffs lack a contractual relationship with GoDaddy, Inc." *See id.* at 26:9-10. Despite this analysis and background, this Court did not dismiss the contract-related claims against GoDaddy Inc. *See* Doc. 52 at 29. To correct this issue, Defendants respectfully request that this Court grant reconsideration on these narrow grounds and amend its July 1, 2025 Order to dismiss Counts VI, VII, and VIII against GoDaddy Inc. based on its existing reasoning.

This Motion is based on this Notice, the attached Memorandum of Law, all pleadings and documents concerning this matter contained in the Court's file, any other matters of which this Court may take judicial notice, and such further evidence and oral argument as may be presented at any hearing of this Motion.

Dated:  July 15, 2025

**COZEN O'CONNOR**
Jeffrey M. Monhait

By: <u>*/s/Jeffrey M. Monhait*</u>
     Jeffrey M. Monhait

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey J. Neuman<br>JJN SOLUTIONS, LLC<br>9445 Brenner Ct.<br>Vienna, VA 22180<br>(202) 549-5079<br>jeff@jjnsolutions.com | Isacc S. Crum<br>MESSNER REEVES LLP<br>7250 N. 16th St., Suite 410<br>Phoenix, AZ 85020<br>(602) 457-5059<br>icrum@messner.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |

SIGNED AND DATED this 15th day of July, 2025 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By:  */s/ Jeffrey M. Monhait*
     Jeffrey M. Monhait

**DEFENDANTS GODADDY INC. AND GODADDY.COM, LLC'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AS TO CONTRACT CLAIMS AGAINST GODADDY INC.**