# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty LLC, *et al.*, | No. CV-24-03359-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| GoDaddy Incorporated, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion for Reconsideration (Doc. 55), which Plaintiffs have now clarified that they do not currently oppose. (*See* Doc. 59 at 2 ("Plaintiffs agree that dismissal of their contractual claims against GoDaddy Inc. is consistent with the currently-known facts and the Court's findings in the July 1 Order.").) Plaintiffs have asserted their right to (1) amend their pleading should new facts come to light and (2) challenge Defendants' assertion that GoDaddy, Inc. may benefit from certain third-party contractual defenses. (Doc. 59 at 2–3.) That reservation of rights notwithstanding, and there being no current dispute as to the validity of Plaintiffs' contract claims against GoDaddy, Inc., the Court perceives no reason to deny Defendants' Motion.

**IT IS THEREFORE ORDERED** granting Defendants' Motion for Reconsideration (Doc. 55). Plaintiffs' contract claims against GoDaddy, Inc. are dismissed.

Dated this 23rd day of July, 2025.

Honorable John J. Tuchi
United States District Judge