Jeffrey M. Monhait, AZ Bar No. 038707
Robert S. Clark (Admitted *Pro Hac Vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2084
Telephone: (215) 665-2041
Email:         jmonhait@cozen.com
                   robertclark@cozen.com

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,,<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No.: 2:24-cv-03359-JJT<br><br>**JOINT MOTION TO SET SCHEDULING CONFERENCE** |

Pursuant to LRCiv 7.2 and 16.2(b)(3)(B), and Rule 16 of the Federal Rules of Civil Procedure, Defendants GoDaddy.com, LLC and GoDaddy Inc. ("Defendants") and Plaintiffs Prime Loyalty, LLC; Crisby Studio AB; and Niklas Thorin ("Plaintiffs" and, collectively with Defendants, the "Parties") hereby jointly move this Court for an Order setting a scheduling conference.

Defendants' Answer to Plaintiffs' Complaint is due on August 5, 2025. *See* Dkt. 54. In anticipation of the pleadings closing in the near future, the Parties are currently meeting and conferring on a proposed scheduling order and proposed discovery plan to submit to the Court pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. If the Court directs the Parties to address any matters other than those required by Rule 26(f)(3) in the Rule 26(f) report, the Parties will also meet and confer regarding such matters.

Accordingly, the Parties respectfully request that this Court set a scheduling conference for a date and time convenient to this Court to discuss the Parties' forthcoming Rule 26(f) report and the entry of a scheduling order.

Dated: August 4, 2025

**COZEN O'CONNOR**
Jeffrey M. Monhait

By: *s/Jeffrey M. Monhait*
    Jeffrey M. Monhait
    Robert S. Clark (Admitted *Pro Hac Vice*)

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

| | |
|---|---|
| 1 | |
| 2 | Dated: August 4, 2025 |
| | |

Dated:  August 4, 2025

**MESSNER REEVES LLP**
Isaac S. Crum


By: *s/Isaac S. Crum*
         Isaac S. Crum

**JJN SOLUTIONS, LLC**
Jeffrey J. Neuman (Admitted *Pro Hac Vice*)


By: *s/Jeffrey J. Neuman*

Attorneys for Plaintiffs Prime Loyalty, LLC, Crisby Studio AB, and Niklas Thorin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey J. Neuman<br>JJN SOLUTIONS, LLC<br>9445 Brenner Ct.<br>Vienna, VA 22180<br>(202) 549-5079<br>jeff@jjnsolutions.com | Isacc S. Crum<br>MESSNER REEVES LLP<br>7250 N. 16th St., Suite 410<br>Phoenix, AZ 85020<br>(602) 457-5059<br>icrum@messner.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |

SIGNED AND DATED this 4th day of August, 2025 at Philadelphia, Pennsylvania.

COZEN O'CONNOR

By:  *s/ Jeffrey M. Monhait*
     Jeffrey M. Monhait