1  Jeffrey M. Monhait, AZ Bar No. 038707
   COZEN O'CONNOR
2  3WTC, 175 Greenwich Street
   55th Floor
3  New York, NY 10007
   Telephone: (215) 665-2084
4  Email: jmonhait@cozen.com

5  Robert S. Clark (Admitted *Pro Hac Vice*)
   COZEN O'CONNOR
6  1650 Market Street, Suite 2800
   Philadelphia, PA 19103
7  Telephone: (215) 665-2041
   Email: robertclark@cozen.com
8
   Attorneys for Defendants
9  GoDaddy Inc. and GoDaddy.com, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No.: 2:24-cv-03359-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANTS GODADDY INC. AND GODADDY.COM, LLC'S REQUESTS FOR PRODUCTION, SET ONE; REQUEST FOR ADMISSIONS, SET ONE; AND INTERROGATORIES, SET ONE TO PLAINTIFFS PRIME LOYALTY, LLC; CRISBY STUDIO AB; AND NIKLAS THORIN** |

Defendants GoDaddy Inc and GoDaddy.com, LLC (collectively, "Defendants") hereby provide notice to the Court that Defendants served the following discovery requests on counsel for Plaintiffs Prime Loyalty, LLC; Crisby Studio AB; and Niklas Thorin via U.S. mail, with courtesy copies via electronic mail, on September 19, 2025:

- Requests for Production of Documents, Set One to Plaintiff Prime Loyalty, LLC;
- Requests for Production of Documents, Set One to Plaintiff Crisby Studio AB;
- Requests for Production of Documents, Set One to Plaintiff Niklas Thorin;
- Request for Admissions, Set One to Plaintiff Prime Loyalty, LLC;
- Request for Admissions, Set One to Plaintiff Crisby Studio AB;
- Request for Admissions, Set One to Plaintiff Niklas Thorin;
- Interrogatories, Set One to Plaintiff Prime Loyalty, LLC;
- Interrogatories, Set One to Plaintiff Crisby Studio AB; and
- Interrogatories, Set One to Plaintiff Niklas Thorin.

Dated: September 19, 2025

**COZEN O'CONNOR**
Jeffrey M. Monhait

By: /s/*Jeffrey M. Monhait*
　　Jeffrey M. Monhait
　　Robert S. Clark (Admitted *Pro Hac Vice*)

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

1

**NOTICE OF SERVICE OF DEFENDANTS GODADDY INC. AND GODADDY.COM, LLC'S REQUESTS FOR PRODUCTION, SET ONE; REQUEST FOR ADMISSIONS, SET ONE; AND INTERROGATORIES, SET ONE TO PLAINTIFFS PRIME LOYALTY, LLC; CRISBY STUDIO AB; AND NIKLAS THORIN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey J. Neuman
JJN SOLUTIONS, LLC
9445 Brenner Ct.
Vienna, VA 22180
(202) 549-5079
jeff@jjnsolutions.com

Counsel for Plaintiffs

Isaac S. Crum
MESSNER REEVES LLP
7250 N. 16th St., Suite 410
Phoenix, AZ 85020
(602) 457-5059
icrum@messner.com

Counsel for Plaintiffs

SIGNED AND DATED this 19th day of September, 2025 at New York, New York.

COZEN O'CONNOR

By: _/s/ Jeffrey M. Monhait_
     Jeffrey M. Monhait