# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty LLC, *et al.*, | No. CV-24-03359-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| GoDaddy Incorporated, *et al.*, | |
| Defendants. | |

With respect to one of the parties' five pending Notices of Discovery Dispute, namely, that Regarding Depositions of Andreea Elena Stefan and Emma Stanciu (Doc. 101), the Court cannot find from the evidence Defendants have provided that remote depositions of the proposed deponents in this case would be violative of Romanian law. Accordingly, the Court will require Defendants to proffer sufficient, reliable evidence on this issue prior to the hearing on the pending discovery disputes set for March 5, 2026 (Doc. 104). Neither party may provide any additional legal argument prior to the hearing.

**IT IS THEREFORE ORDERED** that, with respect to the Notice of Discovery Dispute Regarding Depositions of Andreea Elena Stefan and Emma Stanciu (Doc. 101), Defendants shall provide sufficient, reliable evidence to demonstrate that remote depositions of the proposed deponents in this case would be violative of Romanian law. Defendants shall file a Notice with the evidence attached by **12:00 noon (Arizona time)**

1  **on March 3, 2026**. Neither party may provide any additional legal argument prior to the
2  hearing.
3      Dated this 24th day of February, 2026.

                              _____
                              Honorable John J. Tuchi
                              United States District Judge