Jeffrey J. Neuman (admitted *pro hac vice*)
Jeff@jjnsolutions.com
JJN Solutions Law, PLLC
9445 Brenner Ct.
Vienna, VA 22180
Telephone: (202) 549-5079

Isaac S. Crum, #026510
icrum@messner.com
MESSNER REEVES LLP
7250 N. 16th St. Ste 410
Phoenix, Arizona 85020
Telephone: (602) 457-5059
Facsimile: (303) 623-0552

*Attorneys for Prime Loyalty, Crisby Studio AB, and Niklas Thorin*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty, LLC, a New York limited liability company, Crisby Studio AB, a Swedish limited company, and Niklas Thorin, a Swedish resident<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc., a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No. 2:24-cv-03359-JJT<br><br><br>**NOTICE OF CHANGE OF COUNSEL INFORMATION** |

**NOTICE OF CHANGE OF COUNSEL INFORMATION**

Counsel for Plaintiffs, Jeffrey J. Neuman, hereby provides notice to the Court that his law firm has changed its name from JJN Solutions, LLC to JJN Solutions Law, PLLC.

This change reflects a change in firm name and professional designation only. The firm remains the same legal entity. There has been no change in counsel of record, representation, or contact information.

Counsel respectfully requests that the Court and Clerk update the docket to reflect the correct firm name for Mr. Neuman going forward.

Dated: March 25, 2026

**JJN SOLUTIONS LAW, PLLC**

By:  /s/ *Jeffrey J. Neuman*
        Jeffrey J. Neuman (Admitted *Pro Hac Vice*)

**MESSNER REEVES LLP**
    Isaac S. Crum (#026510)

Attorneys for Plaintiffs Prime Loyalty LLC, Crisby Studio AB, and Niklas Thorin

1
**NOTICE OF CHANGE OF COUNSEL INFORMATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey M. Monheit
COZEN O'CONNOR
3WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
Telephone: (215) 665-2084
Email: jmonhait@cozen.com

Robert S. Clark
COZEN O'CONNOR
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2041
Email: robertclark@cozen.com

SIGNED AND DATED this 25th day of March 2026 at Vienna, Virginia.

By:  /s/*Jeffrey J. Neuman*
      Jeffrey J. Neuman (Admitted *Pro Hac Vice*)

**JJN SOLUTIONS LAW, PLLC**
9445 Brenner Ct.
Vienna, VA 22180
Jeff@jjnsolutions.com

2
**NOTICE OF CHANGE OF COUNSEL INFORMATION**