# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prime Loyalty LLC, *et al.*, | No. CV-24-03359-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| GoDaddy Incorporated, *et al.*, | |
| Defendants. | |

At issue is the Parties' Joint Motion to Amend Rule 16 Scheduling Order (First Request) (Doc. 120). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Joint Motion to Amend Rule 16 Scheduling Order (First Request) (Doc. 120) and modifying the deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| Fact discovery shall be completed by | May 1, 2026 | **June 1, 2026** |
| Expert disclosures | June 26, 2026 | **July 27, 2026** |
| Rebuttal expert disclosures | August 28, 2026 | **September 28, 2026** |
| Pre-trial disclosures | October 2, 2026 | **November 2, 2026** |
| All discovery must be completed by | October 16, 2026 | **November 16, 2026** |
| Good faith settlement discussions | October 30, 2026 | **November 30, 2026** |
| All dispositive motions, including *Daubert* motions | December 18, 2026 | **January 19, 2027** |
| Motions challenging expert testimony | December 18, 2026 | **January 19, 2027** |

All other aspects of the Court's September 8, 2025 Scheduling Order (Doc. 72) remain in effect.

Dated this 15th day of April, 2026.

_____
Honorable John J. Tuchi
United States District Judge