Jeffrey M. Monhait, AZ Bar No. 038707
COZEN O'CONNOR
3WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
Telephone: (215) 665-2084
Email: jmonhait@cozen.com

Robert S. Clark (Admitted *Pro Hac Vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2041
Email: robertclark@cozen.com

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Prime Loyalty, LLC a New York limited liability company, Crisby Studio AB, a Swedish limited liability company, and Niklas Thorin, a Swedish resident,

Plaintiffs,

v.

GoDaddy, Inc. a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,

Defendants.

Case No.: 2:24-cv-03359-JJT

**JOINT MOTION TO AMEND RULE 16 SCHEDULING ORDER (SECOND REQUEST)**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and LRCiv 6.1 and 7.3, Plaintiffs Prime Loyalty, LLC, Crisby Studio AB and Niklas Thorin ("Plaintiffs") and Defendants GoDaddy Inc. and GoDaddy.com, LLC ("Defendants," and with Plaintiffs, the "Parties"), by and through their respective counsel, jointly move for an amendment to the Court's September 8, 2025 Rule 16 Scheduling Order (ECF No. 72), as modified by the Court's April 15, 2026 Order (ECF No. 121) and this Court's June 2, 2026 Order (ECF No. 130), to extend all outstanding case management deadlines. In support thereof, the Parties state as follows:

1. On June 15, 2026, fact discovery closed in all respects. *See* ECF No. 130.

2. On July 27, 2026, the Parties served affirmative expert witness disclosures, consistent with this Court's case management deadlines. *See* ECF No. 121.

3. The Parties subsequently engaged in a cooperative meet-and-confer process regarding certain expert discovery issues.

4. As a result of that meet-and-confer process, on August 20, 2026, Plaintiffs served a supplemental disclosure concerning an affirmative expert report. Plaintiffs contend that such disclosure was served pursuant to Federal Rule of Civil Procedure 26(e). Defendants disagree.

5. Defendants contend that an extension of the remaining case management deadlines is warranted to preserve Defendants' time to develop and offer rebuttal expert evidence to this affirmative expert report, including based on information disclosed in the August 20, 2026 supplemental disclosure. Plaintiffs disagree with Defendants' asserted rationale, but do not oppose the requested extension of the remaining case management deadlines.

6. The Parties are also cooperatively working together to schedule mutually agreeable dates for affirmative expert witness depositions.

7. While two affirmative expert witnesses disclosed by Plaintiffs live in the same area, due to the witnesses' prior professional and personal commitments, they are likely unable to be deposed on consecutive days under the current schedule, which would cause all Parties to incur duplicative and unnecessary fees and costs related to travel and lodging.

8. Additionally, if the deadline to serve rebuttal expert disclosures is extended, due to the prior professional and personal commitments of an affirmative expert witness disclosed by Plaintiffs, the witness would be unable to be deposed in November. Both Plaintiffs' and Defendants' counsel also have professional conflicts on various dates in the first week of December.

9. The Parties have worked cooperatively to agree on a proposed revised schedule that addresses the above issues, ensures that the remainder of expert discovery can be conducted in an efficient manner that avoids duplicative and unnecessary costs to the Parties, and accounts for the end-of-year holidays.

10. Following service of rebuttal expert disclosures, the Parties will confer promptly to schedule rebuttal expert witness depositions within the extended discovery period.

11. The Parties respectfully request an amendment to the Rule 16 Scheduling Order's deadlines as follows:

| **Activity** | **Former Deadline** | **New Deadline** |
|---|---|---|
| Rebuttal expert disclosures | September 28, 2026 | October 19, 2026 |
| Pre-trial disclosures | November 2, 2026 | November 23, 2026 |
| Completion of all discovery | November 16, 2026 | December 21, 2026 |
| Good faith settlement discussions | November 30, 2026 | January 15, 2027 |
| All dispositive motions, including *Daubert* motions and motions challenging expert testimony | January 19, 2027 | February 23, 2027 |

12. This is the Parties' second request to amend the Rule 16 Scheduling Order.

13. This request is made in good faith, supported by good cause, and is not an attempt to delay any proceedings.

WHEREFORE, the Parties respectfully request that this Court GRANT the Parties' Joint Motion and extend the outstanding deadlines of the Rule 16 Scheduling Order as outlined above.

Dated: August 31, 2026

**COZEN O'CONNOR**
Jeffrey M. Monhait

By: */s/ Jeffrey M. Monhait*
Jeffrey M. Monhait
Robert S. Clark (Admitted *Pro Hac Vice*)

Attorneys for Defendants
GoDaddy Inc. and GoDaddy.com, LLC

Dated: August 31, 2026

**JJN SOLUTIONS LAW, PLLC**
Jeffrey J. Neuman

By: */s/ Jeffrey J. Neuman*
Jeffrey J. Neuman

Attorneys for Plaintiffs
Prime Loyalty, LLC, Crisby Studio AB, and Niklas Thorin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Arizona that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey J. Neuman
JJN Solutions Law, PLLC
9445 Brenner Ct.
Vienna, VA 22180
(202) 549-5079
jeff@jjnsolutions.com

Counsel for Plaintiffs

Isaac S. Crum
CRUM IP, LLC
Phoenix, Arizona 85020
(602) 888-3383
icrum@crumip.com

Counsel for Plaintiffs

SIGNED AND DATED this 31st day of August, 2026 at New York, New York.

COZEN O'CONNOR

By: */s/ Jeffrey M. Monhait*
Jeffrey M. Monhait