**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Prime Loyalty LLC, *et al.*,

Plaintiffs,

v.

GoDaddy Incorporated, *et al.*,

Defendants.

No. CV-24-03359-PHX-JJT

**ORDER**

At issue is the Parties' Joint Motion to Amend Rule 16 Scheduling Order (Second Request) (Doc. 132). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Joint Motion to Amend Rule 16 Scheduling Order (Second Request) (Doc. 132) and modifying the deadlines as follows:

| **Deadline** | **Current** | **New** |
|---|---|---|
| Rebuttal expert disclosures | September 28, 2026 | **October 19, 2026** |
| Pre-trial disclosures | November 2, 2026 | **November 23, 2026** |
| All discovery must be completed by | November 16, 2026 | **December 21, 2026** |
| Good faith settlement discussions | November 30, 2026 | **January 15, 2027** |
| All dispositive motions, including *Daubert* motions and motions challenging expert testimony | January 19, 2027 | **February 23, 2027** |

All other aspects of the Court's September 8, 2025 Scheduling Order (Doc. 72; Modified at Docs. 121; 130) remain in effect.

Dated this 31st day of August, 2026.

Honorable John J. Tuchi
United States District Judge