**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Prime Loyalty LLC, *et al.*,

Plaintiffs,

v.

GoDaddy Incorporated, *et al.*,

Defendants.

No. CV-24-03359-PHX-JJT

**ORDER**

At issue is the Parties' Joint Motion to Clarify Rule 16 Scheduling Order and Defer Deadline for Objections to Pretrial Disclosures (Doc. 136). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Joint Motion to Clarify Rule 16 Scheduling Order and Defer Deadline for Objections to Pretrial Disclosures (Doc. 136).

**IT IS FURTHER ORDERED** that the Parties need not serve or file specific page-and-line designations of testimony from stenographically recorded depositions with their November 23, 2026 pretrial disclosures. The Parties must identify the witnesses whose testimony they expect to present by deposition, whether such deposition testimony may be presented by video excerpts or transcript read-ins. Any otherwise applicable deadline for specific page-and-line designations is deferred to a date set by further Order after resolution of all dispositive motions.

**IT IS FURTHER ORDERED** that the deadline to serve and file objections covered by Fed. R. Civ. P. 26(a)(3)(B) is deferred to a date set by further Order after resolution of

all dispositive motions. Such objections shall not be waived by failure to serve or file them within 14 days after pretrial disclosures or otherwise before the new court-ordered deadline.

**IT IS FURTHER ORDERED** that, following resolution of all dispositive motions (and if not mooted by the Court's rulings on dispositive motions), the Parties shall meet and confer and jointly file a proposed schedule for page-and-line deposition designations, objections to those designations, page-and-line counter-designations under Fed. R. Civ. P. 32(a)(6), objections to counter-designations, and objections covered by Fed. R. Civ. P. 26(a)(3)(B). If the Court sets a status conference, the Parties shall jointly file such proposed schedule at least three (3) court days before the status conference and be prepared to discuss the proposed schedule at that conference.

**IT IS FURTHER ORDERED** that all other deadlines in this Court's Scheduling Order (Doc. 72), as modified (Docs. 121, 130, and 133), shall remain in effect, including the November 23, 2026 deadline to serve and file pretrial disclosures.

Dated this 13th day of November, 2026.

Honorable John J. Tuchi
United States District Judge