Jeffrey J. Neuman (admitted *pro hac vice*)
Jeff@jjnsolutions.com
JJN Solutions, LLC
9445 Brenner Ct.
Vienna, VA 22180
Telephone: (202) 549-5079

Isaac S. Crum, #026510
isaac@crumip.com
CRUM IP, LLC
Phoenix, Arizona 85020
Telephone: (602) 888-3383

*Attorneys for Prime Loyalty, Crisby Studio AB, and Niklas Thorin*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Prime Loyalty, LLC, a New York limited liability company, Crisby Studio AB, a Swedish limited company, and Niklas Thorin, a Swedish resident<br><br>Plaintiffs,<br><br>v.<br><br>GoDaddy, Inc., a Delaware corporation, GoDaddy.com, LLC, a Delaware corporation, and 123-Reg Limited, a UK company,<br><br>Defendants. | Case No. 2:24-cv-03359-JJT<br><br>**PLAINTIFFS' PRIME LOYALTY, LLC, AND CRISBY STUDIO AB'S PRETRIAL WITNESS LIST PURSUANT TO FED. R. OF CIV. P. 26(a)(3)** |

Plaintiffs Prime Loyalty, LLC, and Crisby Studio AB (collectively, "Plaintiffs"), by and through undersigned counsel, hereby submit these pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), the Court's Scheduling Order, as modified, and the November 13, 2026 Order ("Doc. 137").

The lists below identify the witnesses Plaintiffs expect to present and those Plaintiffs may present if the need arises. These disclosures do not identify evidence Plaintiffs may use solely for impeachment.

## I. WITNESSES PLAINTIFFS EXPECT TO PRESENT

| Witness | Address and Telephone Number, if Not Previously Provided | Anticipated Subject Matter of Testimony |
|---|---|---|
| Jeffrey Garbutt | c/o Plaintiffs' Counsel | Ownership and acquisition of Butane.com; the relevant transactions and communications; damages; and related matters within his personal knowledge. |
| Niklas Thorin | c/o Plaintiffs' Counsel | Ownership and acquisition of Calor.com; the relevant transactions and communications; damages; and related matters within his personal knowledge. |
| Mike Giordano | c/o Plaintiffs' Counsel | Knowledge of Prime's business plans and development efforts relating to Butane.com. |
| Michael C. Lefebvre<br>GoDaddy Aftermarket | c/o Defendants' Counsel | Knowledge of post-auction communications with Plaintiffs and internal |

| Witness | Address and Telephone Number, if Not Previously Provided | Anticipated Subject Matter of Testimony |
|---|---|---|
| Sales Manager | | handling of Calor.com and Butane.com. |
| Matthew Tondreau | c/o Defendants' Counsel | Matters within his personal knowledge concerning the disputed domain names and related transactions, records, and communications, including his own actions, observations, and communications. His firsthand knowledge of the underlying events will be distinguished from information acquired later in preparing to testify as GoDaddy.com, LLC's corporate designee. |
| Tony Matteson | c/o Defendants' Counsel | Matters within the witness's personal knowledge addressed in the deposition testimony concerning the disputed domain names and related records and communications. |
| Andreea Elena Stefan | c/o Defendants' Counsel | Matters within the witness's personal knowledge addressed in the deposition testimony concerning the disputed domain names and related records and communications. |
| Emma Stanciu | Formerly c/o Defendants' Counsel | Matters within the witness's personal knowledge addressed in the deposition testimony concerning the disputed |

| Witness | Address and Telephone Number, if Not Previously Provided | Anticipated Subject Matter of Testimony |
|---|---|---|
| | | domain names and related records and communications. |
| Spike Markham | c/o Defendants' Counsel | Matters within the witness's personal knowledge addressed in the deposition testimony concerning the disputed domain names and related records and communications. |
| Brandon Lindberg | c/o Defendants' Counsel | Matters within the witness's personal knowledge addressed in the deposition testimony concerning the disputed domain names and related records and communications. |
| Michael D. Palage | c/o Plaintiffs' Counsel | Opinions and testimony disclosed in his expert report, any proper supplementation, his methodology, qualifications, and opinions concerning domain-name industry matters. |
| Monte Cahn | c/o Plaintiffs' Counsel | Opinions and testimony disclosed in his expert report, any proper supplementation, his methodology, qualifications, and opinions concerning domain valuation and comparable sales. |

## II. WITNESSES PLAINTIFFS MAY PRESENT IF THE NEED ARISES

| Witness | Address and Telephone Number, if Not Previously Provided | Anticipated Subject Matter of Testimony |
| --- | --- | --- |
| Keena Willis<br>Designated Rule 30(b)(6) representative of GoDaddy Inc. | c/o Defendants' Counsel | Corporate governance and structure; holding-company functions; shared personnel and systems; operational control and 123-Reg; call-recording retention and preservation; litigation fees; Calor Gas communications; and interrogatory responses and verification. |
| Jeff Davis, Director, Technical Program Management, GoDaddy.com, LLC | c/o Defendants' Counsel | The matters addressed in his declaration concerning GoValue, including authentication of the declaration and any accompanying materials, to the extent within his personal knowledge. |
| John Walsh,<br>Senior PC/Network Analyst | Calor Gas, Ltd.,<br>Tachbrook Park, Athena House<br>Athena Drive Tachbrook Park,<br>Warwick, Warwickshire, CV34 6RL<br>Tel: 01926 318750 | Knowledge of Calor Gas' prior ownership, any communications with GoDaddy regarding initial expiration, reclamation, and the present registration status of the Domain Names. |

## III. DEPOSITION TESTIMONY PLAINTIFFS EXPECT TO PRESENT

Plaintiffs expect to present deposition testimony from the witnesses identified below. Identification for deposition use does not exclude live testimony, including contemporaneous video testimony if authorized by the Court. Deposition use remains subject to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Court's orders.

Pursuant to Doc. 137, specific page-and-line designations of stenographically recorded deposition testimony are deferred to a date set by further Order after resolution of all dispositive motions. Plaintiffs may present the identified testimony by video excerpts, transcript read-ins, or a combination of both, subject to available recordings, applicable rules, and the Court's orders.

The depositions of the parties' disclosed experts, Michael D. Palage, Monte Cahn, Adam McArthur, and Elliot Noss, have not yet occurred. Plaintiffs reserve the right to supplement this section to identify testimony from those depositions for permitted trial use, including cross-examination, subject to the applicable rules and the Court's orders. Plaintiffs will provide specific designations under the schedule established pursuant to Doc. 137. This reservation does not designate Defendants' experts as witnesses Plaintiffs intend to call in their case-in-chief.

| Deponent | Deposition Date | Video or Read-In | Subject / Purpose |
|---|---|---|---|
| Emma Stanciu | 3-20-2026 | Video excerpts and/or | Substantive testimony concerning matters addressed in the witness's |

| Deponent | Deposition Date | Video or Read-In | Subject / Purpose |
|---|---|---|---|
| | | transcript read-in | deposition; subject to an admissible basis for use. |
| Andreea Elena Stefan | 4-08-2026 | Video excerpts and/or transcript read-in | Substantive testimony concerning matters addressed in the witness's deposition; subject to an admissible basis for use. |
| Spike Markham | 5-19-2026 | Video excerpts and/or transcript read-in | Substantive testimony concerning matters addressed in the witness's deposition; subject to an admissible basis for use. |
| Matt Tondreau, Individual capacity | 2-18-26 | Video excerpts and/or transcript read-in; | Testimony concerning the disputed domain names and related transactions, records, and communications, including his personal involvement and knowledge of the underlying events. |
| Matt Tondreau, as GoDaddy.com, LLC's Rule 30(b)(6) corporate designee | 5-26-2026 | Video excerpts and/or transcript read-in; | Domain transactions and post-auction reversals; auction and domain-lifecycle operations; systems and access; 123-Reg coordination; the alleged unexpected error; investigations and communications; records and discovery; OCEO; fraud and payment verification; corporate knowledge and authority; and Calor Gas communications. |

Dated: November 23, 2026

**JJN SOLUTIONS, LLC**

Jeffrey J. Neuman

By: /s/*Jeffrey J. Neuman*
Jeffrey J. Neuman (Admitted *Pro Hac Vice*)

**CRUM IP, LLC**

Isaac S. Crum (026510)

Attorneys for Plaintiffs Prime Loyalty LLC, Crisby Studio AB, and Niklas Thorin

**CERTIFICATE OF SERVICE**

I certify that, upon electronic filing, this document will be served through the Court's CM/ECF system on the counsel of record listed below:

Jeffrey M. Monhait
COZEN O'CONNOR
3WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
Telephone: (215) 665-2084
Email: jmonhait@cozen.com

Robert S. Clark
COZEN O'CONNOR
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2041
Email: robertclark@cozen.com

SIGNED AND DATED this 23rd day of November 2026 at Vienna, Virginia.

**JJN SOLUTIONS, LLC**

By: /s/*Jeffrey J. Neuman*
Jeffrey J. Neuman (Admitted *Pro Hac Vice*)